**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Benjamin S. Levine (SBN 342060)
blevine@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333 Fax: (818) 347-4118

LUIS A. CARRILLO, SBN 70398
MICHAEL S. CARRILLO, SBN 258878
DOMINIQUE L. BOUBION, SBN 336915
**CARRILLO LAW FIRM, LLP**
1499 Huntington Drive, Suite 402
South Pasadena, California 91030
Tel: (626) 799-9375 Fax: (626) 799-9380

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA NUÑEZ, individually; ANTHONY NUÑEZ, JR., individually and as successor-in-interest to Decedent, Anthony Nuñez; and, ANDREW NUÑEZ, individually,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN BERNARDINO; CITY OF HESPERIA; MICHAEL MARTINEZ; SABRINA CERVANTES; JEREMY DEBERG; JONATHAN CAMPOS; and DOES 5 through 15, inclusive,<br><br>Defendants. | **Case No.: 5:22-cv-01934-SSS-SPx**<br>*District Judge Sunshine Suzanne Sykes*<br>*Magistrate Judge Sheri Pym*<br><br><br>**PROOF OF SERVICE OF SECOND AMENDED SUMMONS AND COMPLAINT** |

**TO THIS HONORABLE COURT:**

In accordance with Rule 4(l)(1) of the Federal Rules of Civil Procedure, and Central District Local Rule 5-3.1, Plaintiffs hereby submit their proof of service of the Second Amended Complaint, Summons, and other documents on Defendant SABRINA CERVANTES (attached hereto as Exhibit "A").

DATED: October 13, 2023

LAW OFFICES OF DALE K. GALIPO

By: /s / Dale K. Galipo
Dale K. Galipo
Attorney for Plaintiffs

# Exhibit A

**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: <br> Dale K. Galipo (SBN 144074) <br> Benjamin S. Levine (SBN 342060) <br> LAW OFFICES OF DALE K. GALIPO <br> 21800 Burbank Boulevard, Suite 310   Woodland Hills, CA 91367 <br> TELEPHONE NO.: (818) 347-3333 | FAX NO. (818) 347-4118 | E-MAIL ADDRESS dalekgalipo@yahoo.com; blevine@galipolaw.com <br> ATTORNEY FOR *(Name)*:  Plaintiffs: | FOR COURT USE ONLY |
|---|---|

| UNITED STATES DISTRICT COURT |
|---|
| STREET ADDRESS: |
| CITY AND ZIP CODE: |
| BRANCH NAME: **FOR THE CENTRAL DISTRICT OF CALIFORNIA** |

| PLAINTIFF/PETITIONER: ROSA NUNEZ, individually; et al. <br> DEFENDANT/RESPONDENT: COUNTY OF SAN BERNARDINO; et al. | CASE NUMBER: <br> 5:22-cv-01934-SSS-SP |
|---|---|
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: <br> 2233903RC |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   - a. ☐ Summons
   - b. ☐ Complaint
   - c. ☐ Alternative Dispute Resolution (ADR) package
   - d. ☑ Civil Case Cover Sheet
   - e. ☐ Cross-Complaint
   - f. ☑ other *(specify documents)*: **SECOND AMENDED COMPLAINT SUMMONS IN A CIVIL ACTION; SECOND AMENDED COMPLAINT; CIVIL TRIAL ORDER; CIVIL STANDING ORDER; NOTICE OF REASSINGMENT TO DISTRICT JUDGE AND REFERRAL MAGISTRATE JUDGE**

3. a. Party served *(specify name of party as shown on documents served)*:
   **SABRINA CERVANTES**

   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
   **Officer Shay, authorized person to accept on behalf of Sabrina Cervantes, an individual**
   Age: 40's | Weight: 180 lbs | Hair: Black | Sex: Female | Height: 5'8 | Eyes: Brown | Race: Black

4. Address where the party was served:  **15840 Smoke Tree Street**
   **Hesperia, CA 92345**

5. I served the party *(check proper box)*
   - a. ☑ **by personal service.**  I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: **10/2/2023**   (2) at *(time)*: **12:59 PM**
   - b. ☐ **by substituted service.** On *(date)*: at *(time)*: I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:
     - (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.
     - (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
     - (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.
     - (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date)*: from *(city)*:       or ☐ a declaration of mailing is attached.
     - (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| Form Approved for Mandatory Use <br> Judicial Council of California <br> POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10 <br> POS010-1/2233903 |
|---|---|---|

| | |
|---|---|
| Plaintiff: ROSA NUNEZ, individually, et al.<br>Defendant: COUNTY OF SAN BERNARDINO; et al. | CASE NUMBER:<br>5:22-cv-01934-SSS-SP |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date):*                                         (2) from *(city):*
   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)
   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

   ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

   a. ☑ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ as occupant.
   d. ☐ On behalf of *(specify):*
      under the following Code of Civil Procedure section:

      ☐ 416.10 (corporation)                    ☐ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation)            ☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association) ☐ 416.70 (ward or conservatee)
      ☐ 416.40 (association or partnership)     ☐ 416.90 (authorized person)
      ☐ 416.50 (public entity)                  ☐ 415.46 (occupant)
                                                 ☑ other: **FRCP 4(e)(2)(B)**

7. **Person who served papers**
   a. Name: **Sonia E. Powell - Ace Attorney Service, Inc.**
   b. Address: **811 Wilshire Boulevard, Suite 900  Los Angeles, CA 90017**
   c. Telephone number: **(213) 623-3979**
   d. **The fee** for service was: **$ 70.75**
   e. I am:
      (1) ☐ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☑ registered California process server:
          (i) ☐ owner    ☐ employee    ☑ independent contractor.
          (ii) Registration No.: **1871**
          (iii) County: **SAN BERNARDINO**

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

   Date: **10/2/2023**

_____                    ▶  *Sonia Powell*
**Sonia E. Powell**                                     (Signature - Per CC §1633.7)
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)