**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Benjamin S. Levine (SBN 342060)
blevine@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333 Fax: (818) 347-4118

LUIS A. CARRILLO, SBN 70398
MICHAEL S. CARRILLO, SBN 258878
DOMINIQUE L. BOUBION, SBN 336915
**CARRILLO LAW FIRM, LLP**
1499 Huntington Drive, Suite 402
South Pasadena, California 91030
Tel: (626) 799-9375 Fax: (626) 799-9380

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA NUÑEZ, individually; ANTHONY NUÑEZ, JR., individually and as successor-in-interest to Decedent, Anthony Nuñez; and, ANDREW NUÑEZ, individually,<br><br>    Plaintiffs,<br><br>    v.<br><br>COUNTY OF SAN BERNARDINO; CITY OF HESPERIA; MICHAEL MARTINEZ; SABRINA CERVANTES; JEREMY DEBERG; JONATHAN CAMPOS; and DOES 5 through 15, inclusive,<br><br>    Defendants. | **Case No.: 5:22-cv-01934-SSS-SPx**<br>*District Judge Sunshine Suzanne Sykes*<br>*Magistrate Judge Sheri Pym*<br><br>**PROOF OF SERVICE OF SECOND AMENDED SUMMONS AND COMPLAINT** |

**TO THIS HONORABLE COURT:**

In accordance with Rule 4(l)(1) of the Federal Rules of Civil Procedure, and Central District Local Rule 5-3.1, Plaintiffs hereby submit their proof of service of the Second Amended Complaint, Summons, and other documents on Defendant JEREMY DEBERG (attached hereto as Exhibit "A").

DATED: October 13, 2023

                         LAW OFFICES OF DALE K. GALIPO

                 By:  */s / Dale K. Galipo*
                      Dale K. Galipo
                      Attorney for Plaintiffs

# Exhibit A

**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: <br> Dale K. Galipo (SBN 144074) <br> Benjamin S. Levine (SBN 342060) <br> LAW OFFICES OF DALE K. GALIPO <br> 21800 Burbank Boulevard, Suite 310   Woodland Hills, CA 91367 <br> TELEPHONE NO.: (818) 347-3333 | FAX NO. (818) 347-4118 | E-MAIL ADDRESS dalekgalipo@yahoo.com; blevine@galipolaw.com <br> ATTORNEY FOR *(Name)*:  Plaintiffs | FOR COURT USE ONLY |
|---|---|

**UNITED STATES DISTRICT COURT**
STREET ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME: **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

PLAINTIFF/PETITIONER: ROSA NUNEZ, individually; et al.
DEFENDANT/RESPONDENT: COUNTY OF SAN BERNARDINO; et al.

CASE NUMBER:
5:22-cv-01934-SSS-SP

| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: <br> 2233904RC |
|---|---|

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☐ Summons
   b. ☐ Complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☑ Civil Case Cover Sheet
   e. ☐ Cross-Complaint
   f. ☑ other *(specify documents):* **SECOND AMENDED COMPLAINT SUMMONS IN A CIVIL ACTION; SECOND AMENDED COMPLAINT; CIVIL TRIAL ORDER; CIVIL STANDING ORDER; NOTICE OF REASSIGNMENT TO DISTRICT JUDGE AND REFERRAL MAGISTRATE JUDGE**

3. a. Party served *(specify name of party as shown on documents served):*
   **JEREMY DEBERG**

   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
   **Officer Shay, authorized person to accept on behalf of Jeremy Deberg, an individual**

4. Address where the party was served:  **15840 Smoke Tree Street**
   **Hesperia, CA 92345**

5. I served the party *(check proper box)*
   a. ☑ **by personal service.**   I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* **10/2/2023**   (2) at *(time):* **12:59 PM**
   b. ☐ **by substituted service.** On *(date):* at *(time):*   I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*
     (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.
     (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
     (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.
     (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date):* from *(city):*   **or** ☐ a declaration of mailing is attached.
     (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Approved for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

POS010-1/2233904

| | |
|---|---|
| Plaintiff: ROSA NUNEZ, individually, et al.<br><br>Defendant: COUNTY OF SAN BERNARDINO; et al. | CASE NUMBER:<br>5:22-cv-01934-SSS-SP |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date):*                                      (2) from *(city):*

   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

   ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

a. ☑ as an individual defendant.
b. ☐ as the person sued under the fictitious name of *(specify):*
c. ☐ as occupant.
d. ☐ On behalf of *(specify):*
   under the following Code of Civil Procedure section:

   ☐ 416.10 (corporation)                       ☐ 415.95 (business organization, form unknown)
   ☐ 416.20 (defunct corporation)              ☐ 416.60 (minor)
   ☐ 416.30 (joint stock company/association)    ☐ 416.70 (ward or conservatee)
   ☐ 416.40 (association or partnership)        ☐ 416.90 (authorized person)
   ☐ 416.50 (public entity)                        ☐ 415.46 (occupant)
                                                              ☑ other: **FRCP 4(e)(2)(B)**

7. **Person who served papers**
   a. Name: **Sonia E. Powell - Ace Attorney Service, Inc.**
   b. Address: **811 Wilshire Boulevard, Suite 900  Los Angeles, CA 90017**
   c. Telephone number: **(213) 623-3979**
   d. **The fee** for service was: **$ 70.75**
   e. I am:
      (1) ☐ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☑ registered California process server:
          (i) ☐ owner    ☐ employee    ☑ independent contractor.
          (ii) Registration No.: **1871**
          (iii) County: **SAN BERNARDINO**

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **10/2/2023**

_____      ▶  *Sonia Powell*
      Sonia E. Powell
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)      (Signature - Per CC §1633.7)