Christopher P. Wesierski [Bar No. 086736]
  cwesierski@wzllp.com
Michelle R. Prescott [Bar No. 262638]
  mprescott@wzllp.com
Brett A. Smith [Bar No. 322707]
  bsmith@wzllp.com
WESIERSKI & ZUREK LLP
29 Orchard Road
Lake Forest, California 92630
Telephone: (949) 975-1000
Facsimile: (949) 756-0517

Attorneys for Defendants, COUNTY OF SAN BERNARDINO, CITY OF HESPERIA MICHAEL MARTINEZ, SABRINA CERVANTES and JEREMY DEBERG

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ROSA NUNEZ, individually and as successor-in-interest to Decedent, Anthony Nunez; ANTHONY NUNEZ, JR., individually and as successor-in-interest to Decedent, Anthony Nunez; and, ANDREW NUNEZ, individually, <br><br>Plaintiffs, <br><br>vs. <br><br>COUNTY OF SAN BERNARDINO; CITY OF HESPERIA; MICHAEL MARTINEZ; SABRINA CERVANTES; JEREMY DEBERG; JONATHAN CAMPOS; and DOES 5 through 15, inclusive, <br><br>Defendants. | Case No. 5:22-cv-1934-SSS(SPx) <br><br>**[PROPOSED] ORDER** <br><br>*[Filed Concurrently with Motion for Summary Judgment; Separate Statement; Declarations of Michelle R. Prescott, Edward Flosi, Corey Lefever, Jeremey Deberg, Michael Martinez]* <br><br>Date:     May 31, 2024 <br>Time;    2:00 p.m. <br>Courtroom:  2 <br><br><br>Trial Date:    09/23/2024 |

This matter came on for hearing before this Court on May 31, 2024, pursuant to Defendants COUNTY OF SAN BERNARDINO, CITY OF HESPERIA, DEPUTY MICHAEL MARTINEZ, DEPUTY JEREMY DEBERG, and DEPUTY SABRINA

CERVANTES, (collectively, "Defendants") Motion for Summary Judgment or, in the Alternative, for Summary Adjudication.

The Court, having considered all moving and opposing papers, all admissible evidence, and oral argument, hereby orders as follows:

1. Defendants Motion for Summary Judgment is hereby **GRANTED.** Plaintiffs shall take nothing by way of their complaint.

OR

1. Plaintiffs' First Claim for Excessive Force fails because Defendants did not act in an "unreasonable" manner and Defendants are entitled to Qualified Immunity;

2. Plaintiffs' Second Claim for Denial of Medical Care and Third Claim for Interference with Familial Relations fail because Defendants did not deny Decedent medical care and the actions of Defendants did not "shock the conscience";

3. Plaintiffs' Fourth Claim for Municipal Liability – Unconstitutional Custom or Policy and Fifth Claim for Municipal Liability – Failure to Train fail because the County does not maintain any unconstitutional customs practices or policies and Defendants were trained and/or offer training pursuant to the POST training standards;

4. Plaintiffs' Sixth Claim for Battery, Seventh Claim for Negligence, and Eighth Claim for Negligent Infliction of Emotional Distress against Defendants fail because the conduct of the Defendants was "reasonable" and there was no negligence in connection with Defendants actions;

5. Plaintiffs' Ninth Claim for Violation of the Bane Act (Cal. Civil Code § 52.1) fails because the Defendants did not interfere with or attempt to interfere with Decedent's constitutional rights because Decedent did not have a constitutional right to resist arrest.

**IT IS SO ORDERED.**

DATED:

_____
HONORABLE SUNSHINE S. SYKES
UNITED STATES DISTRICT JUDGE