Christopher P. Wesierski [Bar No. 086736]
 cwesierski@wzllp.com
Michelle R. Prescott [Bar No. 262638]
 mprescott@wzllp.com
Brett A. Smith [Bar No. 322707]
 bsmith@wzllp.com
WESIERSKI & ZUREK LLP
29 Orchard Road
Lake Forest, California 92630
Telephone: (949) 975-1000
Facsimile: (949) 756-0517

Attorneys for Defendants, COUNTY OF SAN BERNARDINO, CITY OF HESPERIA MICHAEL MARTINEZ, SABRINA CERVANTES and JEREMY DEBERG

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ROSA NUNEZ, individually and as successor-in-interest to Decedent, Anthony Nunez; ANTHONY NUNEZ, JR., individually and as successor-in-interest to Decedent, Anthony Nunez; and, ANDREW NUNEZ, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SAN BERNARDINO; CITY OF HESPERIA; MICHAEL MARTINEZ; SABRINA CERVANTES; JEREMY DEBERG; JONATHAN CAMPOS; and DOES 5 through 15, inclusive,<br><br>Defendants. | Case No. 5:22-cv-1934-SSS(SPx)<br><br>**DECLARATION OF SAN BERNARDINO COUNTY SHERRIFF'S DEPUTY MICHAEL MARTINEZ**<br><br>*[Filed Concurrently with Motion for Summary Judgment; Separate Statement; Declarations of Michelle R. Prescott, Edward Flosi, Corey Lefever, Jeremey Deberg; (Proposed) Order]*<br><br>Date:        May 31, 2024<br>Time:        1:30 p.m.<br>Courtroom:   2<br><br>Trial Date:    09/23/2024 |

1

# DECLARATION OF MICHAEL MARTINEZ

I Michael Martinez declare as follows:

1. I am over the age of 18 years. I have personal knowledge of the facts set forth herein, except as to those stated on information and belief and, as to those, I am informed and believe them to be true. If called as a witness, I could and would competently testify to the matters stated herein.

2. I have been employed as a Deputy with the San Bernardino County Sheriff's Department since 2013.

3. During my time in law enforcement, I have personally responded to over one thousand (1000) calls involving armed suspects.

4. During my time in law enforcement, I have personally made contact with approximately (800) armed suspects.

5. During my time in law enforcement I have personally made contact with approximately (600) individuals that appeared to be under the influence of narcotics.

6. I am aware of the San Bernardino County Sheriff's Department's policies and guidelines, including those involving the use of lethal and non-lethal force. I am also aware of the State of California laws, policies, and/or guidelines involving law enforcement using lethal and non-lethal force.

7. On March 29, 2022 the I arrived at 8990 9th Avenue in the City of Hesperia, California after dispatch notified me Noelia Benitez wife of Andrew Nunez, called to report a physical altercation between Andrew Nunez and Decedent Anthony Nunez ("Decedent"). I responded on scene along with Deputy Johnathan Campos.

8. While heading toward the scene, dispatch informed me that Ms. Benitez had told the 911 operator that Decedent was under the influence of narcotics, had been awake for several days, was armed with a chain, and was behaving erratically.

### Arrival on Scene and Efforts to De-Escalate

9. When I arrived on scene, I immediately began attempting to de-escalate with Decedent and to get Decedent to leave the home. I was concerned with Decedent

being inside the home because I was aware that there were firearms on the premises but their location was not confirmed until after my lethal force encounter.

10. Myself, along with Deputy Campos, spent over an hour speaking with Decedent through the door of the home and trying to get Decedent to exit the home and drop the chain he was holding. While trying to de-escalate with Decedent, Decedent made repeated threats to kill me and the other officers on scene. Decedent also made reference to wanting to die and wanting to commit "suicide by cop." Attached hereto as **Exhibit A** is a true and correct copy of a transcript of the audio file of my extended conversation with Decedent as captured by my belt recorder I was wearing for the duration of my encounter with Decedent.

11. I was informed and believed at the time of the incident that the chain in Decedent's hands was approximately ten (10) feet in length.

12. After over an hour of speaking with Decedent, he exited the home but refused to drop the chain despite repeated commands by myself and the other deputies on scene.

13. During my extended conversations with Decedent, I concluded that Decedent was under the influence of narcotics based on his erratic behavior, ongoing ranting, his profuse sweating, and his dilated pupils.

14. During my extended conversations with Decedent, Decedent made multiple references to the fact that he would not surrender, that he was going to kill me and the other deputies on scene, and that the only way the encounter would end would be with force.

**Lethal Force Encounter**

15. Immediately prior to my lethal force encounter with Decedent, Deputy Cervantes fired a less-lethal shotgun round at Decedent once he came within five to six feet of myself and Deputy Cervantes while swinging the chain in our direction.

16. When the less-lethal shotgun round did not stop Decedent, Deputy Deberg fired four 40mm less-lethal impact rounds at Decedent. The 40mm less-lethal

I2106611-1 SBD-0015                                               DECLARATION OF MICHAEL MARTINEZ

impact rounds appeared to have no effect on Decedent.

17. After the 40mm less-lethal impact rounds were also ineffective, Deputy Campos attempted to deploy his taser on Decedent but was unsuccessful.

18. After seeing multiple less-lethal force options be unsuccessful against Decedent, and with Decedent proceeding toward me while still armed with the chain, I fired three shots from my duty weapon and struck Decedent three times.

19. Because Decedent was rapidly approaching me while armed with a chain at the time of my lethal force encounter with Decedent, I was unable to measure the exact distance between myself and Decedent. I believe the distance between Decedent and myself during the encounter was no more than 15-20 feet and that he closed in within 5-6 feet of me before he fell to the ground.

20. At the time I fired on Decedent he was still armed with the chain and had the chain over his head

21. At the time I fired on Decedent, I was concerned Decedent could use the chain to inflict great bodily injury or death on myself or the other deputies on scene.

22. At the time I fired on Decedent, I did not believe I could adequately take cover behind the vehicles on the driveway because of the length of the chain in Decedent's hands, Decedent continuing to swing the chain, and Decedent being able to run to quickly close any distance that may have been created by my taking cover.

23. After my third shot struck Decedent, Decedent took a few more steps forward before falling to the ground.

24. Immediately after Decedent hit the ground, deputies already previously on scene rushed in to render aid to Decedent.

25. Shortly thereafter, paramedics already previously on scene arrived and continued rendering aid to Decedent.

26. Based on my training and experience, the failure of the less-lethal munitions to stop the Decedent, my prior interactions with Decedent where he appeared to be under the influence of narcotics, Decedent's prior representations that

he wanted to kill myself and the other deputies, and Decedent rapidly approaching me while armed with the chain, I felt I had no choice but to use lethal force against Decedent.

27.   In my opinion, myself and the other deputies responding on scene acted in accordance with the use of force guidelines, policies, and/or procedures of San Bernardino County or the State of California.

28.   I did not witness any acts and/or omissions by a deputy, detective, and/or officer from the San Bernardino County Sheriff's Department that I believe exceeded the scope of use of force guidelines, policies, and/or procedures of San Bernardino County or the State of California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 20th, 2024, at San Bernardino, California.

x _____

*michael martinez*

_____
Michael Martinez