# EXHIBIT A

# Curriculum Vitae
February 2024

## Edward T. Flosi, M.S.
Law Enforcement Practices Expert
Law Enforcement Trainer
Justitia Consulting, Inc.
1519 E Chapman Ave #34
Fullerton, CA 92831
Cell: (408) 315-0520
Email: ed.flosi@gmail.com

## EMPLOYMENT

Present
- Justitia Consulting, Inc./President (03-2021 to present)
- Adjunct Instructor
  Fullerton College Administration of Justice Department (08-19 to present)
  El Camino College Administration of Justice Department (4-21 to present)

Previous
- San Jose Police Reserve Officer (9-83 to 12-84)
- San Jose Police Officer (12-84 to 9-01)
  *Specialized Assignments:*
  *1-87 to 1-88: Field Training Officer*
  *7-89 to 1-90: Narcotics Enforcement Team*
  *1-90 to 2-91: Narcotics Covert Investigations*
  *10-93 to 3-99: Special Operations Canine Unit*
  *1-95 to 3-98: Weed & Seed Program / Project Crackdown*
  *3-00 to 9-01: Law Enforcement Instructor / Training Unit*
- San Jose Police Sergeant (9-01 to 12-11)
  *Specialized Assignments:*
  *9-03 to 9-04: Temporary Holding Facility Supervisor*
  *3-05 to 9-07: Research and Development (Office of the Chief)*
  *9-08 to 3-09: Temporary Holding Facility Supervisor*
  *3-09 to 12-11: Training Unit Supervisor*
- Law Enforcement Instructor (09-01 to 2014)
  South Bay Regional Public Safety Training Consortium
- Law Enforcement Trainer/Consultant (04-10 to 2-12)
  Martinelli and Associates
- Adjunct Instructor (04-10 to 04-18)
  West Valley College, Saratoga, CA
  Administration of Justice Department
- Principal Instructor/President/CEO (02-12 to 3-2021)
  PROELIA Defense and Arrest Tactics, LLC

- DBA Justitia Consulting (07-18 to 3-2021)
- Consultant, Training and Customer Development (09-12 to 12-12)
  ShotSpotter, Inc.
- Director of Training (01-13 to 07-19)
  ShotSpotter, Inc.
- San Benito County Sheriff's Office (12-14 to 03-16)
  Reserve Deputy Sheriff

## EDUCATION

- California State University Long Beach, Long Beach, California
  - Master of Science (with Honors) – Emergency Services Administration
  - Graduate Dean's List of University Scholars and Artists
  - Graduate December 24, 2009
- San Jose State University, San Jose, California
  - Bachelor of Science – Criminal Justice Administration
  - Law Enforcement Major / Business Administration Minor
  - Graduate December 28, 1987
- De Anza College, Cupertino, California
  - Associate in Science (Business/Accounting)
  - Graduate December 16, 1982

## OTHER PROFESSIONAL CERTIFICATIONS

- California Commission on Peace Officers Standards and Training
  - December 1985: Basic Certificate
  - January 1988: Intermediate Certificate
  - December 1990: Advanced Certificate
  - September 2004: Supervisory Certificate
- California Commission on Teacher Credentialing
  - September 2009:
    - Clear Designated Subjects Adult Education Teaching Credential
    - Part Time: Law Enforcement Occupations
- Shudokan Ryu Taiho Jutsu
  - April 2010: Police Taiho Jutsu – 1st Degree Black Belt
  - July 2011: Police Taiho Jutsu – 2nd Degree Black Belt
- Department of Consumer Affairs, Bureau of Security and Investigative Services
  - January 2015: Baton Instructor Certificate

## INSTRUCTION TOPICS

The following list includes topics which the writer is currently qualified to and/or has provided instruction for law enforcement personnel:

- Narcotics Recognition and Influence
- Raid Planning and Entry

- Hostage/Barricade Situations
- Straight Baton and Impact Objects
- ASP Tactical Baton
- Expandable Baton
- Arrest Control and Defensive Tactics
- Arrest Control and Defensive Tactics Instructor
- Electronic Weapons
- Alternative Car Stop Tactics
- Use of Force – Cognitive
- Use of Force – Constitutional Based Training (Non-Continuum)
- Use of Force Documentation
- Force Option Simulator
- Law Enforcement Driving Simulator
- Emergency Vehicle Operations
- Ethics in the Criminal Justice System
- PC 832 California POST Academy – Entire Course
    - LD 01 Leadership, Professionalism and Ethics
    - LD 02 Criminal Justice System
    - LD 03 Policing in the Community
    - LD 05 Introduction to Criminal Law
    - LD 15 Laws of Arrest
    - LD 16 Search and Seizure
    - LD 17 Presentation of Evidence
    - LD 18 Investigative Report Writing
    - LD 20 Use of Force
    - LD 30 Crime Scenes, Evidence, and Forensics
    - LD 33 Arrest and Control
    - LD 39 Crimes Against the Justice System
    - LD 42 Cultural Diversity/Discrimination

### TEACHING EXPERIENCE

- 1988 – 2004: De Anza College Guest Lecturer
  *Narcotics Recognition and Influence*
- 1992 – 1993: San Jose Police Department Team Training
  *Raid Planning and Entry*
  *Hostage/Barricade Situations*
- 1999: Contracted Instructor for M.L. Eslinger & Assoc.
  *Ethics in the Criminal Justice System*
- 2000 – 2001: San Jose Police Department Training Unit
  *Lead Instructor Force Options Simulator Program*
  *Lead Instructor Force Options Simulator "Train the Trainer" Program*
  *Law Enforcement Driving Simulator*
- 2000 – 2009: San Jose Police Academy
  *Emergency Vehicle Operations*
- 2001 – 2009: San Jose Police Department Team Training

- 2001 – 2005: South Bay Regional Public Safety Training Consortium
  *Use of Force Documentation*
  *Alternative Car Stop Tactics*
- 2001 – 2005: South Bay Regional Public Safety Training Consortium
  *Defensive Tactics*
- 2001 – 2007: South Bay Regional Public Safety Training Consortium
  *Lead Instructor Force Options Simulator Program*
  *Emergency Vehicle Operations*
- 2003: San Jose Police Department
  *Researched and developed training regarding shooting at moving vehicles*
- 2004: San Jose Police Department:
  *Researched and developed training regarding use of force documentation*
- 2004 – 2005: South Bay Regional Public Safety Training Consortium
  *Use of Force (cognitive)*
- 2005 – 2011: San Jose Police Academy
  *Use of Force (cognitive)*
- 2005 – 2007: San Jose Police Supervisor Course
  *Force Documentation*
- 2005: San Jose Police Department
  *Co-author San Jose Police Department 4-hour Electronic Weapons User Course*
- 2006 – 2008 / 2010 – 2012: San Jose Police Academy
  *Defensive Tactics*
- 2007 – 2019: San Jose Police CIT Academy
  *Excited Delirium Response / Persons in Crisis*
- 2008 – 2014: South Bay Regional Public Safety Training Consortium
  *Lead Instructor Defensive Tactics*
- 2008: In-Custody Death Conference – IPICD
  *Developing and Implementing an Excited Delirium Policy/Protocol*
- 2009: Forensic Analyst Program – IPICD
  *Amendment-based Force Analysis in Criminal and Internal Investigations*
- 2009: Use of Force by the Numbers: 4,8,14 – IPICD
  *Amendment Based Use-of-Force Standards*
- 2010 - 2018: West Valley College
  *AJ001: Introduction to Administration of Justice*
  *AJ003: Principles and Procedures of the Criminal Justice System*
  *AJ023: Police Report Writing*
  *AJ160i: PC 832 Academy*
- 2010 – 2013: South Bay Regional Public Safety Training Consortium
  *Use of Force (cognitive)*
- 2010 – Present: PoliceOne.com Columnist
  *Taking Training to the Next Level*
- 2010 – 2012: Santa Clara County CIT Academy
  *Excited Delirium*
- 2012: Martinelli and Associates
  *Electronic Control Weapon Instructor*
- 2012 – 2013: South Bay Regional Public Safety Training Consortium
  *Force Options Simulator*

> *Law Enforcement Driving Simulator*

- 2012 – present: PROELIA Defense and Arrest Tactics
  *Defensive Tactics Instructor*
  *Use of Force: Supervisor Liability Prevention*
  *Self-Defense for Women*
  *Law Enforcement Use of Force: Urban Myths v. Reality (Public Workshop)*
  *Law Enforcement Candidate Workshop*
  *Racial Bias in Police Performance Discussion Panel*
- 2013 – 2019: SST, Inc. (ShotSpotter)
  *Director of Training*
  *- Best Practices*
  *- Train the Trainer*
  *- End User Alert Portals*
  *- End User Investigator Portal*
  *- District Attorney/Prosecutors Presentation*
  *- Siren End User Dashboard*
  *- On-line training curriculum development and delivery*
  *- Admin Portal*
- 2017: Law Enforcement Training Instructor/Consultant, Division of Criminal Justice Services (DCJS), New York State
- 2019 – present: Fullerton College
  AJ100F: Introduction to Law Enforcement
- 2020 – present: El Camino College
  AJ103: Concepts of Criminal Law
  LD 16: Search and Seizure (832 PC Academy)

## PRIOR DEPOSITION/TRIAL TESTIMONY (4 years)

- **Independent Professional Law Enforcement Practices Consultant/Expert Witness**
    - Palacios v. City of Los Angeles, 14-CV-09639-MJF (Civil Defense)
        - **Trial Testimony (02-25-2019)**
    - Gonzalez v City of Los Angeles, BC 663056 (Civil Defense)
        - **Deposition Given (03-8-2019)**
        - **Trial Testimony (04-15-2019)**
    - Frias v City of Los Angeles, CV-16-4626 (Civil Defense)
        - **Deposition Given (08-5-2019)**
        - **Trial Testimony (01-29-2020)**
    - Charity Alex v Washington State Patrol, 18-2-01361-37 (Civil Plaintiff)
        - **Deposition Given (02-26-2020)**
    - Sepulveda v Whittier, 17-cv-4457 JAK (KSx) (Civil Defense)
        - **Trial Testimony (08-10-2022)**
    - Santibanez v City of Los Angeles, CV17-04189-ODW-JC (Civil Defense)
        - **Trial Testimony (01-10-2019)**
    - Johnson v City of Los Angeles, 17-cv-04104-KS (Civil Defense)
        - **Trial Testimony (02-21-2019)**

- Matter of the Application for Industrial Disability Retirement of Kambiz Kamfirouzi and West Valley-Mission Community College District (West Valley-Mission Community College District)
  - **Employment Arbitration Hearing Testimony (04-29-2019)**
- Soderberg v City of Los Angeles, CV18-03861 FMO (JPRx) (Civil Defense)
  - **Deposition Given (11-26-2019)**
- Gutierrez v City of West Covina, 2:18-cv-00781 R (JPRx) (Civil Defense)
  - **Deposition Given (3-12-2020)**
- Harper v City of Merced, 1: 18-cv-00562-LJO-SKO (Civil Defense)
  - **Deposition Given (10-21-2019)**
- Cortez v City of Los Angeles, CV18-3248 CS (JPRx) (Civil Defense)
  - **Deposition Given (11-13-2019)**
- Kollin v City of Tehachapi, 1:18-CV-00617-LJO-JLT (Civil Defense)
  - **Deposition Given (11-20-2019)**
- Cooke v City of Los Angeles, 18STV00882 (Civil Defense)
  - **Deposition Given (05-25-2021)**
- Rodriguez v City of Long Beach, 2:18-cv-07522 (Civil Defense)
  - **Deposition Given (07-18-2022)**
  - **Trial Testimony (01-13-2023)**
- Israel Hernandez v City of Los Angeles, CV19-00441 (Civil Defense)
  - **Deposition Given (07-07-2022)**
- Barillas v City of Los Angeles, CV18-08740 (Civil Defense)
  - **Deposition Given (6-2-2020)**
  - **Trial Testimony (5-13-2021)**
  - **Trial Testimony (5-25-2022)**
- Magana v City of Los Angeles, CV19-03631 (Civil Defense)
  - **Deposition Given (01-19-2021)**
- Nelson v City of Los Angeles, CV11-05407 (Civil Defense)
  - **Deposition Given (11-25-2020)**
- Murillo v City of Los Angeles, 18STCV09428 (Civil Defense)
  - **Deposition Given (10-27-2022)**
  - **Trial Testimony (08-24-2023)**
- Pantalion v City of Barstow, 5:19-cv-01243 (Civil Defense)
  - **Deposition Given (08-09-2021)**
- Torosyan v City of Los Angeles, 2:19-cv-07837-DMG-MRW (Civil Defense)
  - **Deposition Given (02-26-2021)**
  - **Trial Testimony (03-13/14-2023)**
- Speer v San Bernardino County, 5:20-cv-700044-JGB-SP (Civil Defense)
  - **Deposition Given (08-05-2021)**
  - **Trial Testimony (08-12-2021)**
- Toman v City of Fullerton, 8:20-cv-00046-JWH-KES (Civil Defense)
  - **Deposition Given (03-17-2021)**
- Provencher v Pierce County, 21-2-05020-6 (Civil Plaintiff)
  - **Deposition Given (01-14-2022)**
- Chinaryan v City of Los Angeles, CV19-09302 (Civil Defense)
  - **Trial Testimony (09-24-2021)**

- Moore v City of Los Angeles, CV20-3053 MCS (AGR) (Civil Defense)
  - **Deposition Given (07-16-2021)**
- Conley v City of Los Angeles, 19STCV39862 (Civil Defense)
  - **Deposition Given (07-08-2022)**
- Briseno v City of West Covina, 2:20-cv-02986-MRW (Civil Defense)
  - **Deposition Given (12-03-2021)**
- Doe, A. M. v City of Los Angeles, BC 722477 (Civil Defense)
  - **Deposition Given (01-26-2023)**
  - **Trial Testimony (03-21-2023)**
- Kando v City of Long Beach, 2:20-cv-04520-SB-E (Civil Defense)
  - **Deposition Given (08-03-2021)**
- Villegas v City of Los Angeles, CV20-07469 (Civil Defense)
  - **Deposition Given (04-06-2021)**
- Johnson v City of Los Angeles, CV20-05715 RGK (SHK) (Civil Defense)
  - **Trial Testimony (7-21-2021)**
- Penny v City of Los Angeles, CV20-07211 (Civil Defense)
  - **Deposition Given (08-15-2022)**
- V.V., a minor. v. City of Los Angeles, CV21-01889 (Civil Defense)
  - **Deposition Given (03-22-2022)**
  - **Trial Testimony (07-15-2022)**
- Fobi, Norvell v. City of Los Angeles, CV20-05288 (Civil Defense)
  - **Trial Testimony (02-10-2023)**
- Zelaya, Nicole Juarez v. City of Los Angeles, CV20-08382 (Civil Defense)
  - **Deposition Given (09-07-2022)**
  - **Trial Testimony (10-13-2023)**
- Heard v County of San Bernardino, 5:20-CV-02335-jwh-kkx (Civil Defense)
  - **Deposition Given (08-19-2022)**
- Gray v City of Los Angeles, LASC# BC686939 (Civil Defense)
  - **Deposition Given (01-16-2023)**
- Montemayor v City of Los Angeles, 2:21-cv-03124-CBM (ASx) (Civil Defense)
  - **Deposition Given (07-13-2022)**
- Moorman v County of San Bernardino, CIVDS1818724 (Civil Defense)
  - **Deposition Given (01-10-2023)**
- Hare v City of Los Angeles, CV21-00336 DDP (KSx) (Civil Defense)
  - **Deposition Given (08-12-2022)**
  - **Trial Testimony (5-12-2023)**
- P.S., a minor v City of San Fernando, 2:21-cv-04918-PA- (PVCx) (Civil Defense)
  - **Deposition Given (08-26-2022)**
- Fortson v City of Los Angeles, CV21-00384 CJC (GJSx), (Civil Defense)
  - **Deposition Given (10-12-2022)**
- Pineda v. City of Los Angeles, 2:21-cv-06470-CBM-AS (Civil Defense)
  - **Deposition Given (11-9-2022)**
  - **Trial Testimony (4-21-2023)**

- Person-Lynn v County of San Bernardino, 2:20-cv-11578-DSF-AS, (Civil Defense)
    - **Deposition Given (08-24-2022)**
    - **Trial Testimony (06-21-2023)**
- Fields/Young v City of Los Angeles, 21STCV29329 (Civil Defense)
    - **Deposition Given (12-06-2022)**
- Gautier v City of Los Angeles, 2:20-cv-08091-DMG-PD (Civil Defense)
    - **Deposition Given (01-27-2023)**
- Julie Fernandez v. City of Los Angeles, 2:2020cv07306 (Civil Defense)
    - **Deposition Given (02-13-2023)**
- Loggervale v County of Alameda, C20-4679-WHA (Civil Defense)
    - **Trial Testimony (02-16-2023)**
- Lloyd v City of Los Angeles, 2:21-cv-06229-FMO-JDE (Civil Defense)
    - **Deposition Given (02-21-2023)**
- Irina Rusanovskaya v. City of Los Angeles, 20STCV46024 (Civil Defense)
    - **Deposition Given (02-27-2023)**
    - **Trial Testimony (03-27-2023)**
- Augustus v City of Los Angeles, CV22-02640 (Civil Defense)
    - **Deposition Given (03-8-2023)**
    - **Trial Testimony (08-10-2023 and 08-16-2023)**
- Peterson v City of Los Angeles, 2:21-cv-05510-JAK-ADS (Civil Defense)
    - **Deposition Given (03-15-2023)**
- Martinez v City of Ontario, CV21-01099 JGB (SP) (Civil Defense)
    - **Deposition Given (03-20-2023)**
- Tennyson v Francemone (City of Syracuse, NY), 16-CV-929 (Civil Defense)
    - **Deposition Given (05-24-2023)**
- Maddox v Francemone (City of Syracuse, NY), 16-CV-678 (Civil Defense)
    - **Deposition Given (05-24-2023)**
- Simon v City of Los Angeles, 2:22-cv-01775-SSS-GJS (Civil Defense)
    - **Deposition Given (06-01-2023)**
- Garcia v County of Los Angeles, 20STCV39464 (Civil Defense)
    - **Deposition Given (06-02-2023)**
    - **Trial Testimony (11-6-2023)**
- Shakir v City of Los Angeles v County of Los Angeles, 21STCV17510 (Civil Defense)
    - **Deposition Given (07-31-2023)**
    - **Trial Testimony (08-16-2023)**
- Brandon v County of San Bernardino, CIVDS1924226 (Civil Defense)
    - **Deposition Given (08-02-2023)**
- Esqueda v County of San Bernardino, 5:20-cv-01743-MWF-SHK (Civil Defense)
    - **Deposition Given (08-14-2023)**
- Armendariz v County of San Bernardino, 5:22-cv-2124 (Civil Defense)
    - **Deposition Given (08-31-2023)**
- Steyn v City of Los Angeles, 20STCV34657 (Civil Defense)

Curriculum Vitae for Edward T. Flosi
February 2024
Page 9 of 18

- **Deposition Given (08-30-2023)**
- **Trial Testimony (09-19-23 and 9-20-2023)**
- Glover v City of Los Angeles, 2:21−cv−09915−FWS (ASx) (Civil Defense)
  - **Deposition Given (09-14-2023)**
- Frausto v City of West Covina, 2:20-cv-05075-JAK-JPR (Civil Defense)
  - **Deposition Given (10-18-2023)**
- Ruiz v County of San Bernardino, 5:20-cv-02283-JGB (KK) (Civil Defense)
  - **Deposition Given (10-24-2023)**
- Gutierrez v County of Los Angeles, 2:21-cv-08223-FMO(PLAx) (Civil Defense)
  - **Deposition Given (11-7-2023)**
- Woodward/Singh v City of Los Angeles, 2:22-cv-1306-GW-AJR, (Civil Defense)
  - **Deposition Given (1-4-2024)**
- Douglas v City of Los Angeles, 2:20−cv−07439−MEMF−PD (Civil Defense)
  - **Deposition Given (1-5-2024)**
- Parham v City of West Covina, 2:21-cv-09114-FLA-GJS (Civil Defense)
  - **Deposition Given (1-9-2024)**
- Corado v City of Los Angeles, 18STCV06549 (Civil Defense)
  - **Deposition Given (1-17-2024)**
- Drewry v County of Riverside, 5:20-cv-02554-JGB-SHK (Civil Defense)
  - **Trial Testimony (2-1-2024)**
- Olivio v City of Los Angeles, 2:23-cv-01516-FMO-E (Civil Defense)
  - **Deposition Given (2-5-2024)**

### AREAS QUALIFIED TO PRESENT EXPERT WITNESS TESTIMONY

- Law Enforcement Practices
- Law Enforcement Tactics
- Expandable and Straight Baton/Impact Weapons
- Arrest and Control Techniques
- Defensive Tactics
- Car Stop Tactics
- Police Service Dog Deployment and Training
- Tactical Communications
- Electronic Control Weapons
- Aerosol Chemical Agent Weapons
- Projectile Impact Weapons
- Impact Weapons
- Personal Body Weapons
- Takedowns
- Weapon Retentions/Takeaways
- Deadly Force

- De-escalation strategies
- Law Enforcement Force Options
- Use of Force Policy
- Use of Force Training and Documentation
- Emergency Vehicle Training and Operations
- Emergency Services Administration

## COMMITTEE PARTICIPATION

- Subject matter expert committee member for California P.O.S.T. on force options simulator training
    - Developed PowerPoint presentation (v2) used in statewide training
- Subject matter expert committee member for California P.O.S.T. on basic academy use of force training workbook (Learning Domain 20)
    - Primary author of January 2008 revision on Deadly Force section
- Subject matter expert assisting California P.O.S.T. with the production of video training to develop training guidelines for the use of O.C. Spray in California Law Enforcement
- Subject matter expert assisting California P.O.S.T. with the production of video training to develop training guidelines for the use of projectile weapons and electronic weapons in California Law Enforcement
- Subject matter expert assisting California P.O.S.T. with the development of a 4-hour Electronic Weapons User Course and a 16-hour Electronic Weapons Instructor Course
- Member on the Law Enforcement Officers Killed and Assaulted (L.E.O.K.A.) Advisory Council for California P.O.S.T.
- Committee coordinator and lead developer/program manager of the Force Response Reporting system for the San Jose Police Department
- Committee member and co-author of the San Jose Police Department 4-hour Electronic Weapons User Course
- Primary author and focus group leader for the San Jose Police Excited Delirium Training Bulletin. This bulletin has received international attention as a "best practice" document
- Law Enforcement Advisory Panel for the Institute for the Prevention of In-Custody Deaths
- Subject matter expert assisting California P.O.S.T. with the production of web based officer safety training course, "Hot or Not"
- Deadly Force Metric Expert Focus Group participant assisting Dr. Bryan Vila, Ph.D. (Washington State University – Spokane)
- California P.O.S.T. Force Option Simulator Curriculum Development Committee for 4-hour student course and 40-hour instructor course
- Force Options Simulator Scenario Development and Directing (12 scenarios) for IES Interactive Training
- Subject matter expert assisting the Santa Clara County Mental Health Department with "Innovation Project 8." This project involves the use of interactive video simulation training for Crisis Intervention Team (CIT) training

- West Valley College Administration of Justice Advisory Board
- California P.O.S.T. Force Option Simulator Purchase Committee. Assisting with the purchasing project for the replacement of simulators for all Regional Skills Training Centers in California
- Committee member for "Development of a Nutritional Education Program for Law Enforcement Officers." A Master's Thesis presented by Lauren Bernardo, California State University – Long Beach (August 2012).
- Adjunct Hiring Committee Member – West Valley College Administration of Justice Department (March 2013)
- StreetCred® Police Killings in Context (PKIC) database peer review group (September 2015)
- Facilitator for Racial Bias in Police Performance Discussion Panel
  West Valley College (February 2016)
- Consultant to review New York State's revised Municipal Police Training Council Model Policy on Use of Force (April 2017)
- Consulting review of Oakland PD "Armed and Unresponsive Subject" policy OPD and the Oakland Police Commission (September 2020)

## PUBLICATIONS

- Schutzhund USA magazine
  *Photo Contest 3rd Place (September/October 1997)*
- Police Chief magazine
  *Submission Recognition (April 2003)*
- The Police Marksman magazine
  *Using Force Early (September/October 2004)*
  *Active OC Spray Exposure Training (March/April 2005)*
- PoliceOne.com
  *Cuffing Under Power (May 6, 2010)*
  *Ask, Tell, Make – Part One (June 10, 2010)*
  *Ask, Tell, Make – Part Two (June 17, 2010)*
  *A Recruit's Conundrum: Who's Right? (August 2, 2010)*
  *Detention, reasonable suspicion, and the 4th Amendment (September 6, 2010)*
  *Officer Safety Considerations in the Polyester Pile (October 14, 2010)*
  *When a Cop Throws a Punch to the Face (November 11, 2010)*
  *Keys to Handling Suspects with Physical Disabilities (November 22, 2010)*
  *Training to Deal with Suspects with Disabilities (December 2, 2010)*
  *Officer safety and pat/frisk in the post-'Don't touch my junk' world (January 6, 2011)*
  *Using impact suit training effectively and safely (January 27, 2011)*
  *Megalomania and law enforcement training (February 10, 2011)*
  *When "less is more" in police training (March 30, 2011)*
  *California city to eliminate all police use of force (April 1, 2011)*
  *Clearing up misconceptions about legal standards for police use of force (April 7, 2011)*
  *Clearing up misconceptions about legal standards for police use of force (April 21, 2011)*
  *Counterterrorism, cops, and training for 'when'(May 2, 2011)*
  *National Police Week: Thoughts and prayers for the children (May 19, 2011)*
  *Curriculum development for law enforcement: Part One (June 6, 2011)*

- *Curriculum development for law enforcement: Part Two (July 4, 2011)*
  *Deployment of the solo officer 'dual force' tactic (August 11, 2011)*
  *Limitations of the solo-officer 'dual force' tactic (August 25, 2011)*
  *One cop's response to the ER doctor survey (October 6, 2011)*
  *When a cop retires: Tips from those who've been there, done that (November 4, 2011)*
  *Use of force: Defining 'reasonable' versus 'necessary' (January 11, 2012)*
  *Use of force: Defining 'objectively-reasonable' force (February 8, 2012)*
  *Choosing a police trainer: 'In house' versus 'outside provider' (March 22, 2012)*
  *Surprising new ECD study ordered (April 1, 2012)*
  *Choosing a police trainer: Researching your options (April 26, 2012)*
  *Use of force: Downfalls of the continuum model (May 30, 2012)*
  *Thou shall not (intend to) kill (June 27, 2012)*
  *Deadly force: Intent versus indifference (July 25, 2012)*
  *Academy Instructor: Guardian of the Gate (August 29, 2012)*
  *Stressful encounters: Why anger and fear can be good (September 26, 2012)*
  *High-risk encounters: Muzzle position and presentation to the target (October 24, 2012)*
  *Use of force: Facing subjects armed with ECWs (November 28, 2012)*
  *Book Review: The Thin Blue Lifeline (February 27, 2013)*
  *R U OK w/ 'text-talk' in police reports? (March 27, 2013)*
  *3 critical 'outside' combatives training criteria (July 24, 2013)*
  *Enhance your training by visualizing victory (November 20, 2013)*
  *Why your use-of-force model may be flawed – and how to fix it March 5, 2014)*
  *8 keys to a well-written police use-of-force report (August 27, 2014)*
  *Words matter: Police critics are floating dangerous ideas about force (November 4, 2015)*
  *Watch your language: 3 keys to developing the perfect police policy manual (Jan 6, 2016)*
  *How supervisory review of use-of-force incidents helps cops and agencies (March 9, 2016)*
  *The thin blue line: A symbol of heroism, not corruption (April 6, 2016)*
  *What the public needs to know about police de-escalation tactics (June 1, 2016)*
  *Why police recruits need to be trained to be more than just warriors or guardians (Sept 13, 2016)*
  *How to prepare America's next generation of police officers (November 28, 2016)*
  *Civilian self-defense vs. police excessive force: It's not that simple (June 14, 2017)*
  *Why police use of deadly force does not equate to intend to kill (October 13, 2017)*
  *Why I serve as an expert witness (October 10, 2019)*
- Law and Order magazine
  *Know your trainer (March 2011)*
- The Forensic Examiner magazine
  *Sudden In-Custody Deaths: Exploring Causality and Prevention Strategies (Spring 2011)*
- In Context: Understanding Police Killings of Unarmed Civilians (Book released 2016)
- Police Magazine
  *In Defense of the Carotid Restraint (October 2020)*

## AWARDS

- Jun. 5, 1989: San Jose Police Department Employee Recognition Award
  *Day to Day Excellence*

- Aug. 20, 1991: Commendation from the Office of the Mayor
  *S.A.D. Undercover Sting Program*
- Aug. 20, 1991: Commendation from the Office of the Mayor
  *"Brotherhood of Crime" Undercover Investigation*
- Jan. 30, 1992: San Jose Police Department Employee Recognition Award
  *Day to Day Excellence*
- Jun. 7, 1994: San Jose Police Department
  *Richard Huerta Special Merit Award*
- January 10, 2005: South Bay Regional Public Safety Consortium
  *Top Instructor*
- May 8, 2010: USA Martial Arts Hall of Fame
  *Martial Arts Police Training Instructor of the Year*
- June 19, 2010: Masters Hall of Fame
  *Outstanding Contributions to Martial Arts*
- April 28, 2012: USA Martial Arts Hall of Fame
  *Tactical Trainer of the Year*

## SUPERVISORY/LEADERSHIP TRAINING

- Sep. 2001: Supervisor in-house academy (40 hours)
  San Jose Police Department
- Oct. 2002: California P.O.S.T. Supervisor Course (80 hours)
  South Bay Regional Training Center

## LAW ENFORCEMENT TRAINING

- November 1985: Street Survival Seminar (16 hours)
  Calibre Press Inc.
- April 1986: Gang Seminar (20 hours)
  National Law Enforcement Institute
- December 1986: Field Training Officer Seminar (40 hours)
  Santa Clara Valley Criminal Justice Training Center
- May 1988: Advanced Officer: Controlled Substance Influence (24 hours)
  Modesto Junior College Criminal Justice Training Center
- August 1988: Rapid Eye Test Instruction (1.5 hours)
  Lt. Walt Tibbett, San Jose Police Department
- June 1989: Clandestine Labs (8 hours)
  International Law Enforcement Training & Consulting
- July 1989: Raid Planning/Entry Class
  Lt. Ernie Carter, San Jose Police Department
- September 1989: Tactical Handgun Course (40 hours)
  San Jose Police Department, MERGE Unit
- November 1989: CNOA Conference
  Narcotics Officer Safety (4 hours)
  Colombian Drug Trafficking Profile (4 hours)
  Anatomy and Physiology of a substance abuser (4 hours)

Curriculum Vitae for Edward T. Flosi
February 2024
Page 14 of 18

- Indoor Marijuana Cultivation (4 hours)
- January 1990: Criminal Investigator's Training Course (40 hours)
  San Jose Police Department Bureau of Investigations
- September 1990: CNOA Conference
  Street Development (4 hours)
  Laws of Search and Seizure (4 hours)
  Reverse Sting Programs (4 hours)
  Body Language (4 hours)
- June 1992: Advanced Arrest and Control Techniques training (12 hours)
  San Jose Police Department
- December 1993: Canine Handler's Course (160 hours)
  Tyson Kennels, Redwood City, California
- May 1994: Tactical Handgun Course (40 hours)
  San Jose Police Department, MERGE Unit
- November 1994: Canine Narcotic Detection Course (160 hours)
  Tyson Kennels, Redwood City, California
- May 1994: D.P.O. Seminar (40 hours)
  Menlo Park Schutzhund Club, Newark, California
- August 1995: Narcotic Canine Training (12 hours)
  California Narcotics Canine Association
- April 1996: D.P.O. 2 Seminar (40 hours)
  Menlo Park Schutzhund Club, Newark, California
- May 1996: ASP Tactical Baton Instructor School (16 hours)
  Las Vegas, Nevada
- January 1997: Handcuffing and Searching Techniques (1.5 hours)
  San Jose Airport Police Briefing
  George Williams/Cutting Edge Training
- January 1997: Methamphetamine Conference (8 hours)
  Lenninger Center
  Dr. Alex Stalcup, M.D.
- February 1997: Police Close Defense (8 hours)
  Evergreen Community Center
  George Williams/Cutting Edge Training
- March 1997: Gang Awareness (16 hours)
  Sacramento County Sheriff's Department
- September 1997: Expandable Batons (8 hours)
  Yuba College Administration of Justice Department
- January 1998: Supervisor Civil Liability Prevention Seminar (8 hours)
  George Williams/Cutting Edge Training
- January 1998: Police Close Defense Instructors (32 hours)
  George Williams/Cutting Edge Training
- January 1999: Canine Liability (8 hours)
  California Police Officers Association
- February 1999: K-9 Team Evaluator Course (8 hours)
  Feather River College
- September 1999: Pharmacology of Drugs (8 hours)

- Lenninger Center
  Dr. Alex Stalcup, M.D.
- January 2000: Tactical Entry and Searching (10 hours)
  Sgt. John Spicer/San Jose Police Department
- January 2000: Force Option Simulator Instructor Course (40 hours)
  West Covina PD
- April 2000: Driver Awareness Instructor Course (24 hours)
  San Jose Police Department
- May 2000: Driving Simulator Orientation (24 hours)
  ISIM
- June 2000: Driving Simulator Instructor Course (24 hours)
  West Covina PD
- June 2000: Emergency Vehicle Operations Instructor Course (40 hours)
  San Jose Police Department
- August 2000: Risk Management and Civil Liability (8 hours)
  Gordon Graham
- March 2001: Supervisor Force Civil Liability Prevention (8 hours)
  George Williams / Cutting Edge Training
- September 2002: FREDDY Instructor Course (8 Hours)
  San Francisco Police Department Academy
- January 2004: Defensive Tactics and Baton Instructor Course (80 hours)
  South Bay Regional Training Center
- February 2004: Crowd Management (8 hours)
  Deputy Chief Michael Hillman, LAPD
  Deputy City Attorney Carol Ann Rohr, City of Santa Monica
- September 2005: TASER Instructor Course (16 hours)
  San Jose Police Department
- November 2005: In-Custody Death Prevention Instructor (8 hours)
  Institute for the Prevention of In-Custody Deaths
- December 2005: Use of Force, Risk Management and Legal Strategies (16 hours)
  TASER International
- March 2006: Supervisor Force Civil Liability Prevention (8 hours)
  George Williams / Cutting Edge Training
- September 2006: Winning Extreme Encounters from Street to Court (8 hours)
  Dr. Bill Lewinski, Force Science Research Center
- September 2006: IS-100LE – Intro to ICS (2 hours)
  Emergency Management Institute
- September 2006: IS-700 – NIMS Introduction (2 hours)
  Emergency Management Institute
- November 2006: In-Custody Death Symposium (16 hours)
  Institute for the Prevention of In-Custody Deaths
- December 2006: P.O.S.T. Academy Instructor Certification Course (40 hours)
  San Jose Police Department
- January 2007: In-Custody Deaths: Excited Delirium (2 hours)
  KRM, Law Enforcement Training Division
  Michael D. Curtis, M.D.

Curriculum Vitae for Edward T. Flosi
February 2024
Page 16 of 18

- May 2007: In-Custody Death Prevention Instructor (8 hours)
  Institute for the Prevention of In-Custody Deaths
- September 2007: IS-240 – Leadership and Influence (2 hours)
  Emergency Management Institute
- November 2007: In-Custody Death Symposium (20 hours)
  Institute for the Prevention of In-Custody Deaths
- November 2007: IS-230 – Principles of Emergency Management (2 hours)
  Emergency Management Institute
- December 2007: IS-235 – Emergency Planning (2 hours)
  Emergency Management Institute
- March 2008: Active Shooter (4 hours)
  San Jose Police Department
- March 2008: In-Custody Death Prevention Instructor (8 hours)
  Institute for the Prevention of In-Custody Deaths
- September 2008: Temporary Holding Facilities Training (8 hours)
  San Jose Police Department
- September 2008: Tactical Operations Support Training Seminar (6 hours)
  Super Urban Area Security Initiative – Urban Shield 2008
- October 2008: In-Custody Death Conference (20 hours)
  Institute for the Prevention of In-Custody Deaths
- November 2008: Crisis Intervention Team (CIT) Academy (40 hours)
  San Jose Police Department
- April 2009: HAZMAT First Responder Operations/WMD LE Field Support (16 hours)
  California Specialized Training Institute
- April 2009: Forensic Analyst Program (20 hours)
  Institute for the Prevention of In-Custody Deaths
- April 2009: IS-200 – ICS for Single Resources and Initial Action (2 hours)
  Emergency Management Institute
- May 2009: TASER Instructor Course (16 hours)
  San Jose Police Department
- May 2009: Racially Biased Policing (20 hours)
  Palo Alto Police Department (Dr. Lorie Fridell, Ph.D.)
- May 2009: IS-800 – National Response Framework (2 hours)
  Emergency Management Institute
- June 2009: TASER Use of Force, Risk Management & Legal Strategies (8 hours)
  Fairfield, CA: TASER International
- June 2009: Force Science Certification Class (40 hours)
  Force Science Institute
- September 2009: Officer Safety – LEOKA (4 hours)
  Marcus Young, FBI LEOKA
- October 2009: WRAP restraint instructor (2 hours)
  Ron O'Dell: Safe Restraints
- November 2009: In-Custody Death Conference (20 hours)
  Institute for the Prevention of In-Custody Deaths
- January 2010: In-Custody Death Prevention Instructor (16 hours)
  Institute for the Prevention of In-Custody Deaths

- April 2010: Threat Assessment, De-Escalation of EDP (8 hours)
  Edgework Crisis Intervention Training: Ellis Amdur
- February 2011: Officer Safety – LEOKA (8 hours)
  Marcus Young, FBI LEOKA
- February 2011: Critical Incidents Debriefs (6 hours)
  CPOA and PSTI
- July 2011: Epilepsy and Seizure Response for Law Enforcement (<1 hour)
  The Epilepsy Foundation
- July 2011: TASER Instructor Course (20 hours)
  San Jose Police Department
- November 2011: 832 PC Proctor – Defensive Tactics (2 hours)
  California POST and Santa Rosa Regional Training Center
- November 2011: OC Spray Instructor Course (8 hours)
  San Jose Police Department
- November 2011: TASER X2 Instructor Course (2 hours)
  San Jose Police Department
- January 2012: Critical Law Enforcement Issues (8 hours)
  Use of Force, ECD and ICD, formulating a plan
  Missy O'Linn
- April 2012: LEOKA Train-the-Trainer (24 hours)
  Santa Rosa Criminal Justice Training Center
  Marcus Young
- June 2014: TASER Instructor Course X26/X26P (20 hours)
  San Jose Police Department
- August 2015: Training Manager & Instructor Development Workshop (16 hours)
  Legal Updates, Legal Issues and Instructor Development (POST Approved)
- April 2016: MAGIS Group LAWOPS – BASE-R (8 hours)
  On-line training modules (Breathing-Attention-Simulation-Energy-Recovery)
- May 2018: De-Escalation: When & How to Make It Work (1 hour)
  On-line training provided by Lexipol/Force Science Institute
- November 2018: Axon Academy Bootcamp (3.5 hours)
  TASER 7 Briefing and Test Fire / Risk Management Course
- April 2019: Safe Street Encounters_ Threats, Human Performance Dynamics & the Law (Webinar 1.5 hours)
  Lexipol: Dr. Bill Lewinski and Chief (retired) Michael Ranalli
- June 2019: Arrest Related Deaths: Managing Your Medical Examiner (Webinar 1.0 hours)
  Lexipol: Mark Kroll, PhD and Chief Ken Wallentine
- September 2019: Excited Delirium_ 8 Key Law Enforcement Takeaways (Webinar 1.0 hours)
  Lexipol: John Peters, Dr. Gary Vilke, Ken Wallentine
- February 2020: Officer Use of Force Statements: Considerations to Support Investigative Priorities (Webinar 1.5 hours)
  Lexipol: Mike Ranalli, Paul Taylor PhD
- April 2020: AELE – Handcuffing Webinar (Webinar 0.75 hours)
  AELE (Americans for Effective Law Enforcement)

- May 2020: AELE – Distraction Devices (Webinar 1.0 hours)
  AELE (Americans for Effective Law Enforcement)
- May 2020: AELE – Law Enforcement Use-of-Force Accountability (1.0 hours)
  AELE (Americans for Effective Law Enforcement)
- June 2020: AELE – Examining Violent Prone Restraint Incidents in Policing (Webinar 1.0 hours)
  AELE (Americans for Effective Law Enforcement)
- July 2020: Duty to Intercede: Conceptual, Legal and Cultural Aspects (Webinar 1.25 hours)
  Lexipol: Mike Ranalli, Laura Scarry
- October 2020: Conclusive Evidence? Understanding the Limitations of Video Footage (Webinar 1.0 hours)
  Lexipol: Mike Ranalli, Laura Scarry
- December 2020: Internal Affairs Investigation (Online 24.0 hours)
  Third Degree Communications, Inc.
- December 2020: Use of Force Investigations Under the New Law: Legal and Practical Considerations (Webinar 2.0 hours)
  Rains Lucia Stern St. Phalle & Silver, PC
- December 2020: Gordon Graham on Risk Management (1.0 hours)
  Lexipol: Gordon Graham and Dr. David Black
- March 2021: Use of Force: Policy or Tactics? (1.5 hours)
  Lexipol: Mike Ranalli, Laura Scarry
- April 2021: Understanding and Managing Officer's Use of Spit Mask (1.0 hours)
  IPICD-AELE: Mark Kroll, John Peters, Michael Brave
- November 2023: Cops Charged Criminally: Does The Graham Standard and Qualified Immunity Apply in My Jurisdiction? A Legal Analysis
  Calibre Press: Laura Scarry, Scott Wood, Jim Glennon