Christopher P. Wesierski [Bar No. 086736]
 cwesierski@wzllp.com
Michelle R. Prescott [Bar No. 262638]
 mprescott@wzllp.com
Brett A. Smith [Bar No. 322707]
 bsmith@wzllp.com
WESIERSKI & ZUREK LLP
29 Orchard Road
Lake Forest, California 92630
Telephone: (949) 975-1000
Facsimile: (949) 756-0517

Attorneys for Defendants, COUNTY OF SAN BERNARDINO, CITY OF HESPERIA MICHAEL MARTINEZ, SABRINA CERVANTES and JEREMY DEBERG

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ROSA NUNEZ, individually and as successor-in-interest to Decedent, Anthony Nunez; ANTHONY NUNEZ, JR., individually and as successor-in-interest to Decedent, Anthony Nunez; and, ANDREW NUNEZ, individually, <br><br>Plaintiffs, <br><br>vs. <br><br>COUNTY OF SAN BERNARDINO; CITY OF HESPERIA; MICHAEL MARTINEZ; SABRINA CERVANTES; JEREMY DEBERG; JONATHAN CAMPOS; and DOES 5 through 15, inclusive, <br><br>Defendants. | Case No. 5:22-cv-1934-SSS(SPx) <br><br>**DECLARATION OF SAN BERNARDINO COUNTY SHERIFFS SERGEANT COREY LAFEVER** <br><br>*[Filed Concurrently with Motion for Summary Judgment; Separate Statement; Declarations of Michelle R. Prescott, Edward Flosi, Jeremey Deberg, Michael Martinez; (Proposed) Order]* <br><br>Date:       May 31, 2024 <br>Time:      2:00 p.m. <br>Courtroom:  2 <br><br>Trial Date:     09/23/2024 |

# DECLARATION OF COREY LAFEVER

I Corey LaFever declare as follows:

1. I am over the age of 18 years. I have personal knowledge of the facts set forth herein, except as to those stated on information and belief and, as to those, I am informed and believe them to be true. If called as a witness, I could and would competently testify to the matters stated herein.

2. I have been employed as a Sergeant with the San Bernardino County Sheriff's Department since 2019. I was previously employed as a Deputy from 2003 to 2015 and a Detective from 2015-2019.

3. During my time in law enforcement, I have personally responded to over eight hundred (800) calls involving armed suspects.

4. During my time in law enforcement, I have personally made contact with approximately fifty and seventy five armed suspects.

5. During my time in law enforcement I have personally made contact with more than 1000 individuals that appeared to be under the influence of narcotics. 20-30 leader

6. During my time in law enforcement, I have been the commander on scene at approximately 20-30 encounters. Approximately 10-20 of those instances required deputies to use lethal or less-lethal force.

7. I am aware of the San Bernardino County Sheriff's Department's policies and guidelines, including those involving the use of lethal and non-lethal force. I am also aware of the State of California laws, policies, and/or guidelines involving law enforcement using lethal and non-lethal force.

7. On March 29, 2022 the I arrived at 8990 9th Avenue in the City of Hesperia, California after dispatch notified me that backup was required at the scene after deputies were unable to remove a barricaded armed suspect from the single family home on the property. I was the watch commander at the Hesperia Station on the date of the incident, so I then proceeded to the scene.

8. While heading toward the scene, dispatch informed me that Ms. Benitez had told the 911 operator that Decedent was under the influence of narcotics, had been awake for several days, was armed with a chain, and was behaving erratically.

**Arrival on Scene and Contact with Ms. Benitez and Andrew Nunez**

9. When I arrived on scene, I immediately ordered Deputy Jeremy Deberg, who arrived at approximately the same time, to retrieve the 40mm less-lethal launcher from my watch commander vehicle and to stage himself in a manner where he could support the deputies already on scene.

10. Shortly thereafter, I encountered Ms. Benitez and Andrew Nunez and made initial contact with them. During this contact, Andrew Nunez informed me he had been in a physical altercation with Decedent, and that Decedent was likely under the influence of narcotics.

11. In light of the ongoing situation and because Decedent refused to comply with the lawful commands to drop the chain he was holding, I called for backup from the Special Enforcement Division ("SED") to ensure that Decedent could not escape the premises and become a danger to surrounding civilians and because Decedent refused to vacate the home.

12. I further requested that paramedics from the San Bernardino County Fire Department be staged near the incident area in case any officers or Decedent required urgent medical attention and in light of the civilians around the incident area.

13. Immediately after the lethal force encounter between Deputy Martinez and Decedent, I along with other deputies on scene attempted to render aid to Decedent. Believing that Decedent may have suffered a gunshot wound to the arm, I provided my tourniquet to another deputy rendering aid to Decedent. The tourniquet was ultimately deemed unnecessary.

14. Once the lethal force encounter had concluded and there was no imminent danger to medical personnel, San Bernardino Fire medical personnel already staged near the incident scene responded and continued to render aid to

I2095939-1 SBD-0015                                      DECLARATION OF COREY LAFEVER

1 Decedent

2     15.    In my opinion, myself and the other deputies responding on scene acted in accordance with the use of force guidelines, policies, and/or procedures of San Bernardino County or the State of California.

    16.    I did not witness any acts and/or omissions by a deputy, detective, and/or officer from the San Bernardino County Sheriff's Department that I believe exceeded the scope of use of force guidelines, policies, and/or procedures of San Bernardino County or the State of California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on  Apr 4, 2024  , at  Garden Grove , California.



Corey LaFever

WESIERSKI & ZUREK LLP
LAWYERS
29 ORCHARD ROAD
LAKE FOREST, CALIFORNIA 92630
(949) 975-1000