Christopher P. Wesierski [Bar No. 086736]
*cwesierski@wzllp.com*
Michelle R. Prescott [Bar No. 262638]
*mprescott@wzllp.com*
Brett A. Smith [Bar No. 322707]
*bsmith@wzllp.com*
WESIERSKI & ZUREK LLP
29 Orchard Road
Lake Forest, California 92630
Telephone: (949) 975-1000
Facsimile: (949) 756-0517

Attorneys for Defendants, COUNTY OF SAN BERNARDINO, CITY OF HESPERIA MICHAEL MARTINEZ, SABRINA CERVANTES and JEREMY DEBERG

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

ROSA NUNEZ, individually and as successor-in-interest to Decedent, Anthony Nunez; ANTHONY NUNEZ, JR., individually and as successor-in-interest to Decedent, Anthony Nunez; and, ANDREW NUNEZ, individually,

Plaintiffs,

vs.

COUNTY OF SAN BERNARDINO; CITY OF HESPERIA; MICHAEL MARTINEZ; SABRINA CERVANTES; JEREMY DEBERG; JONATHAN CAMPOS; and DOES 5 through 15, inclusive,

Defendants.

Case No. 5:22-cv-1934-SSS(SPx)

**DECLARATION OF SAN BERNARDINO COUNTY SHERRIFF'S DEPARTMENT DEPUTY JEREMY DEBERG**

*[Filed Concurrently with Motion for Summary Judgment; Separate Statement; Declarations of Michelle R. Prescott, Edward Flosi, Corey Lefever, Michael Martinez; (Proposed) Order]*

Date: May 31, 2024
Time; 2:00 p.m.
Courtroom: 2

Trial Date: 09/23/2024

WESIERSKI & ZUREK LLP
LAWYERS
29 ORCHARD ROAD
LAKE FOREST, CALIFORNIA 92630
(949) 975-1000

WESIERSKI & ZUREK LLP
LAWYERS
29 ORCHARD ROAD
LAKE FOREST, CALIFORNIA 92630
(949) 975-1000

# DECLARATION OF JEREMY DEBERG

I Jeremy Deberg declare as follows:

1. I am over the age of 18 years. I have personal knowledge of the facts set forth herein, except as to those stated on information and belief and, as to those, I am informed and believe them to be true. If called as a witness, I could and would competently testify to the matters stated herein.

2. I have been employed as a Deputy with the San Bernardino County Sheriff's Department since 2007.

3. During my time in law enforcement, I have personally responded to over 1000 calls involving armed suspects.

4. During my time in law enforcement, I have personally made contact with several hundred armed suspects.

5. During my time in law enforcement, I have personally made contact with more than 1000 suspects that appeared to be under the influence of narcotics.

6. I am aware of the San Bernardino County Sheriff's Department's policies and guidelines, including those involving the use of lethal and non-lethal force. I am also aware of the State of California laws, policies, and/or guidelines involving law enforcement using lethal and non-lethal force.

7. On March 29, 2022 the I arrived at 8990 9th Avenue in the City of Hesperia, California after dispatch notified me Noelia Benitez wife of Andrew Nunez, called to report a physical altercation between Andrew Nunez and Decedent Anthony Nunez ("Decedent"). I arrived on scene shortly after Deputies Martinez and Campos and at approximately the same time as Deputy Cervantes and Sergeant LaFever.

8. At the direction of Sergeant LaFever, when I arrived on scene I retrieved a Department issue 40mm less-lethal impact launcher from Sergeant LaFever's watch command vehicle.

**Arrival on Scene and Efforts to De-Escalate**

9. After retrieving the 40mm launcher, I approached the scene and stood

off to the side to allow Deputies Martinez and Campos to continue to try and de-escalate with Decedent. While standing off to the side I kept eyes on Decedent and informed the officers who were evacuating civilians from the home of Decedent's location so they could evacuate the civilians without Decedent realizing.

10. I observed Deputies Martinez and Campos, spend over an hour speaking with Decedent through the door of the home and trying to get Decedent to exit the home and drop the chain he was holding.

11. During this conversation, I overheard Decedent tell Deputies Martinez and Campos that they would need to kill him to end the situation. I broadcast this information to the deputies on scene with my radio so everyone was aware of Decedent's possible intentions.

12. After over an hour of Deputies Campos and Martinez speaking with Decedent, he exited the home but refused to drop the chain despite repeated commands by the deputies on scene.

13. While observing the extended conversations with Decedent, I concluded that Decedent was under the influence of narcotics based on his erratic behavior, ongoing ranting, and the prior information provided by dispatch.

**Decedent Escalates and Forces a Response**

14. Prior to Deputy Martinez's lethal force encounter with Decedent, I fired four 40mm less-lethal impact rounds at Decedent. The 40mm less-lethal impact rounds appeared to have no effect on Decedent.

15. Prior to firing the 40mm less-lethal impact rounds I audibly signaled "40, 40" to alert Decedent and others that I was deploying the 40mm less-lethal launcher as required by Department policy.

16. After the 40mm less-lethal impact rounds were also ineffective, Deputy Campos attempted to deploy his taser on Decedent but was unsuccessful.

17. Decedent was approximately 30-35 feet away from me at the time of my first shot and was continuing toward me as I fired my remaining 40mm less-lethal

WESIERSKI & ZUREK LLP
LAWYERS
29 ORCHARD ROAD
LAKE FOREST, CALIFORNIA 92630
(949) 975-1000

WESIERSKI & ZUREK LLP
LAWYERS
29 ORCHARD ROAD
LAKE FOREST, CALIFORNIA 92630
(949) 975-1000

rounds.

18. At the time I fired on Decedent he was still armed with the chain and he was charging directly at Deputies Martinez and Cervantes.

19. At the time I fired on Decedent, I was concerned Decedent could use the chain to inflict great bodily injury or death on Deputies Martinez and Cervantes.

20. At the time I fired on Decedent, I did not believe I could adequately take cover because Decedent was actively charging toward Deputies Martinez and Cervantes and I took immediate action to stop him.

21. Based on my training and experience, my prior interactions with Decedent where he appeared to be under the influence of narcotics, and Decedent charging to within five to six feet of Deputies Martinez and Cervantes while still armed with the chain, I felt I had no choice but to use non-lethal force against Decedent in the form of the 40mm less-lethal rounds.

22. In my opinion, myself and the other deputies responding on scene acted in accordance with the use of force guidelines, policies, and/or procedures of San Bernardino County or the State of California.

23. I did not witness any acts and/or omissions by a deputy, detective, and/or officer from the San Bernardino County Sheriff's Department that I believe exceeded the scope of use of force guidelines, policies, and/or procedures of San Bernardino County or the State of California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 27, 2024, at HESPERIA, California.

Jeremy Deberg