Christopher P. Wesierski [Bar No. 086736]
  *cwesierski@wzllp.com*
Michelle R. Prescott [Bar No. 262638]
  *mprescott@wzllp.com*
Brett A. Smith [Bar No. 322707]
  *bsmith@wzllp.com*
WESIERSKI & ZUREK LLP
29 Orchard Road
Lake Forest, California 92630
Telephone: (949) 975-1000
Facsimile: (949) 756-0517

Attorneys for Defendants, COUNTY OF SAN BERNARDINO, CITY OF HESPERIA MICHAEL MARTINEZ, SABRINA CERVANTES and JEREMY DEBERG

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ROSA NUNEZ, individually and as successor-in-interest to Decedent, Anthony Nunez; ANTHONY NUNEZ, JR., individually and as successor-in-interest to Decedent, Anthony Nunez; and, ANDREW NUNEZ, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SAN BERNARDINO; CITY OF HESPERIA; MICHAEL MARTINEZ; SABRINA CERVANTES; JEREMY DEBERG; JONATHAN CAMPOS; and DOES 5 through 15, inclusive,<br><br>Defendants. | Case No. 5:22-cv-1934-SSS(SPx)<br><br>**DECLARATION OF MICHELLE R. PRESCOTT IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>*[Filed Concurrently with Motion for Summary Judgment; Separate Statement; Declarations of Edward Flosi, Corey Lefever, Jeremey Deberg, Michael Martinez; (Proposed) Order]*<br><br>Date:   May 31, 2024<br>Time:   2:00 p.m.<br>Courtroom:   2<br><br>Trial Date:   09/23/2024 |

# DECLARATION OF MICHELLE R. PRESCOTT

1. I am an attorney at law licensed to practice before all the courts of the State of California and am a partner with Wesierski & Zurek, LLP, counsel of record for Defendants COUNTY OF SAN BERNARDINO, CITY OF HESPERIA, DEPUTY MICHAEL MARTINEZ, DEPUTY JEREMY DEBERG, and DEPUTY SABRINA CERVANTES.

2. The following facts are within my own personal knowledge. If called as a witness, I could and would competently testify to these facts.

3. In connection with this action, my office attended the deposition of Deputy Michael Martinez taken on February 12, 2024. Attached hereto as **Exhibit A** are true and correct copies of relevant excerpts from the deposition transcript of Deputy Martinez's February 12, 2024 deposition.

4. In connection with this action, my office attended the deposition of Sergeant Corey LaFever taken on February 12, 2024. Attached hereto as **Exhibit B** are true and correct copies of relevant excerpts from the deposition transcript of Sergeant LaFever's February 12, 2024 deposition.

5. In connection with this action, my office attended the deposition of Plaintiff Andrew Nunez taken on February 15, 2024. Attached hereto as **Exhibit C** are true and correct copies of relevant excerpts from the deposition transcript of Andrew Nunez's February 15, 2024 deposition.

6. In connection with this action, my office attended the deposition of Deputy Jeremy Deberg taken on February 21, 2024. Attached hereto as **Exhibit D** are true and correct copies of relevant excerpts from the deposition transcript of Deputy Deberg's February 21, 2024 deposition.

7. In connection with this action, my office attended the deposition of Deputy Sabrina Cervantes taken on February 22, 2024. Attached hereto as **Exhibit E** are true and correct copies of relevant excerpts from the deposition transcript of Deputy Cervantes' February 22, 2024 deposition.

8. In connection with this action, my office attended the deposition of Noelia Benitez taken on February 26, 2024. Attached hereto as **Exhibit F** are true and correct copies of relevant excerpts from the deposition transcript of Noelia Benitez's February 26, 2024 deposition.

9. On March 29, 2024 Plaintiff produced their Supplemental Expert Disclosures pursuant to FRCP Rule 26. Attached thereto as Exhibit 1 was a true and correct copy of the rebuttal report prepared by Plaintiff's expert, Scott Defoe. Attached hereto as **Exhibit G** is a true and correct copy of Plaintiffs' Supplemental Expert Disclosures with Mr. Defoe's report attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on April 9, 2024, at Lake Forest, California.

_____
Michelle R. Prescott