# EXHIBIT C

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ROSA NUNEZ, INDIVIDUALLY AND AS ) <br> SUCCESSOR IN INTEREST TO DECEDENT) <br> ANTHONY NUNEZ; ANTHONY NUNEZ, ) <br> JR., INDIVIDUALLY AND AS ) <br> SUCCESSOR IN INTEREST TO ) <br> DECEDENT, ANTHONY NUNEZ; AND ) <br> ANDREW NUNEZ, INDIVIDUALLY, ) <br>           ) <br>            PLAINTIFFS, ) <br>           ) <br>       VS. ) <br>           ) <br> COUNTY OF SAN BERNARDINO; CITY OF) <br> HESPERIA; AND DOES 1 THROUGH 15, ) <br> INCLUSIVE, ) <br>           ) <br>            DEFENDANTS. ) <br> _____) | CASE NO.: <br> 5:22-cv-1934-SSS(SPx) <br><br> VENUE: SBC |

DEPOSITION OF Andrew Nunez

TAKEN ON Thursday, February 15, 2024

REPORTED BY:   ALICE J. WILBUR, COURT REPORTER

              CSR NO. 9538


PLATINUM REPORTERS & INTERPRETERS
Certified Shorthand Reporters
Post Office Box 6070 - San Pedro, California 90734-6070 - (310) 241-1450

1

DEPOSITION OF ANDREW NUNEZ

```
 1                  UNITED STATES DISTRICT COURT

 2        CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

 3

 4   ROSA NUNEZ, INDIVIDUALLY AND AS  )  CASE NO.:
     SUCCESSOR IN INTEREST TO DECEDENT)  5:22-cv-1934-SSS(SPx)
 5   ANTHONY NUNEZ; ANTHONY NUNEZ,    )
     JR., INDIVIDUALLY AND AS         )
 6   SUCCESSOR IN INTEREST TO         )
     DECEDENT, ANTHONY NUNEZ; AND     )
 7   ANDREW NUNEZ, INDIVIDUALLY,      )
                                      )
 8                    PLAINTIFFS,     )
                                      )
 9                VS.                 )
                                      )
10   COUNTY OF SAN BERNARDINO; CITY OF)
     HESPERIA; AND DOES 1 THROUGH 15, )
11   INCLUSIVE,                       )
                                      )
12                    DEFENDANTS.     )
     _____)
13

14

15         DEPOSITION OF Andrew Nunez, taking place

16   via Internet, taken on behalf of the Defendants, at

17   1499 Huntington Drive, Suite 402, South Pasadena,

18   California 91030 at 10:03 A.M. on THURSDAY,

19   FEBRUARY 15, 2024, before Alice Wilbur, CSR #9538,

20   a Certified Shorthand Reporter within and for the

21   State of California, pursuant to Notice.

22                         -oOo-

23

24

25
```



Platinum Reporters (310) 241-1450

DEPOSITION OF ANDREW NUNEZ

```
 1                A P P E A R A N C E S

 2

 3    FOR THE PLAINTIFFS:

 4         LAW OFFICES OF CARRILLO LAW FIRM
           BY:  DOMINIQUE L. BOUBION
 5              MICHAEL S. CARRILLO
                ATTORNEYS AT LAW
 6         1499 HUNTINGTON DRIVE
           SUITE 402
 7         SOUTH PASADENA, CALIFORNIA   91030

 8    FOR THE DEFENDANTS:

 9         LAW OFFICES OF WESIERSKI & ZUREK
           BY:  MICHELLE R. PRESCOTT
10              BRETT SMITH
                ATTORNEYS AT LAW
11         29 ORCHARD ROAD
           LAKE FOREST, CALIFORNIA   92630
12
      FOR THE DEFENDANT: (JONATHAN CAMPOS)
13
           LAW OFFICES OF FUJII LAW GROUP
14         BY:  MAHADHI CORZANO
                ATTORNEY AT LAW
15         2 PARK PLACE
           SUITE 450
16         IRVINE, CALIFORNIA   92614-2573

17

18    Also Present:

19         Chad Bolling, Videographer

20

21

22

23

24

25
```



DEPOSITION OF ANDREW NUNEZ

```
 1     A    I never called the police on him.
 2     Q    Okay.  Did Anthony ever hit you?
 3     A    No, he's never hit me.
 4     Q    Did he ever push you?
 5     A    He pushed me.
 6     Q    Okay.  Tell me about that.  When did that
 7   happen?
 8     A    That happened on the day that the police
 9   killed my brother.
10     Q    Okay.
11     A    And well, go ahead.
12     Q    And tell me about the circumstances of why he
13   pushed you?
14     A    Because he was trying to talk to me and I
15   didn't want to listen to what he had to say and I was
16   ignoring him.  And my brother's the kind of person
17   that he really, really hates to be ignored and he
18   kept trying to talk to me.  He kept trying to talk to
19   me, kept trying to talk to me.  And I didn't want to
20   hear him and so I went outside and I was walking with
21   my wife and I was just ignoring him.
22          And when I got by my room door since I
23   wouldn't stop and listen to him he had shoved me from
24   my back.  And I had kind of fell on my wife a little
25   bit.  And then I turned around and I took a step
```



Platinum Reporters (310) 241-1450

59

DEPOSITION OF ANDREW NUNEZ

1   towards my brother because I was going to punch him
2   because I got mad because he had shoved me because he
3   normally doesn't act like that.
4         And it pissed me off and so I turned around
5   and I was going to punch my brother and when I did
6   that he got his hand and just kind of like pushed me
7   by my chest a little bit.  And I just kind of fell a
8   little bit against the wall, because I was like real
9   close to the wall right there so --
10      Q    Okay.  And then what happened?
11      A    Examine then my wife she's never seen him
12  ever do that so it kind of scared her so she said
13  that's it I'm calling the police and my brother said
14  no don't call the police and he went to his room and
15  she had called the police.
16      Q    Okay.  When your brother was pushing you did
17  he have a chain in his hand?
18      A    I didn't see a chain in his hand in the
19  beginning, because I think he was holding it in his
20  hand, but it was like a dog leash that we used to tie
21  up the dogs when we clean up the kennel and he had
22  it.  And when he pushed me the second time I went
23  towards my brother again like I was going to hit him,
24  so he tried to scare me and he got the chain and he
25  hit the floor with it.



```
 1              MS. BOUBION:  Objection.  I'm going to object
 2   to the extent that it misstated the evidence, the
 3   record and is compound, but go ahead, Andrew.
 4              THE WITNESS:  I can't remember exact words,
 5   if I had said that to them or not.  It was too long
 6   ago.
 7   BY MS. PRESCOTT:
 8       Q   Do you have any recollection of Anthony's
 9   drug use becoming more frequent prior to March of
10   2022?
11       A   Well, I had told them that Anthony was up for
12   a couple of days.  I think what I had said was
13   Anthony was up for a couple of days and then he had
14   slept for a couple of days and then I noticed that he
15   was up again.  And that was when that whole situation
16   took place.
17       Q   So you don't recall saying that his drug use
18   became more frequent?
19       A   I can't, I can't remember saying it in those
20   exact words.  Maybe I did.  I don't remember.
21       Q   Okay.  And did you ever, did you think that
22   Anthony was having hallucinations?
23       A   Yes, I did.
24       Q   ==Why did you think he was having==
25   ==hallucinations?==
```



```
 1      A    Because Anthony the day that that happened
 2  when he was knocking on my door and he told me that
 3  that he thought that my mom and my brother got into a
 4  car accident and died, then I told him no, they
 5  didn't.  They went to Moreno Valley to get some money
 6  that was owed to my mom because she had purchased a
 7  washer and a dryer and the washer didn't work, so
 8  they had returned it to the guy they bought it from
 9  and he had gave them their money back.
10      Q    Okay.  And he had hallucinations previously?
11      A    None that I had noticed.
12      Q    Okay.  And so do you recall telling the
13  officers that his hallucinations had worsened?
14           MS. BOUBION:  Objection.  Misstates, to the
15  extent that it misstates prior testimony and assumes
16  facts not in evidence, but go ahead.
17           THE WITNESS:  No, I don't remember saying
18  that.
19           MS. PRESCOTT:  Okay.  Andrew believed Anthony
20  did not have any friends he spoke with about his drug
21  use.  Do you remember saying that to the officers?
22           MS. BOUBION:  I'm going to object to the
23  extent that it misstates the record.  Go ahead.
24           THE WITNESS:  I can't remember if I said
25  that.
```



```
 1   BY MS. PRESCOTT:
 2      Q   Okay.  Andrew opened the door.  Oh, sorry.
 3   We already read that.  Next one, Andrew attempted to
 4   shut his bedroom door, but Anthony would not let the
 5   door close.  Do you remember telling the officers
 6   that this happened?
 7      A   Yes.
 8          MS. BOUBION:  Objection to the extent that it
 9   misstates.
10          THE WITNESS:  Oh, I'm sorry.
11          MS. BOUBION:  To the extent that it misstates
12   the record and it's compound.  Go ahead.
13   BY MS. PRESCOTT:
14      Q   And I'm sorry.  Did you -- do you remember
15   telling this to the officers?
16      A   Yes, I remember saying that.
17      Q   Okay.  And so after Anthony told you he was
18   God you tried to shut your bedroom door?
19      A   No, it was after he was telling me that
20   gibberish that he thought that my mom and my brother
21   had passed away in a car accident and I told him that
22   they went to Moreno Valley to get her money back and
23   then I went to shut my door and he didn't let me shut
24   my door.
25      Q   Okay.  Were you concerned for his health at
```



```
 1     Q    Okay.  I'm going to go to paragraph 31.  At
 2   the time of the shooting decedent was unarmed and was
 3   not armed with a gun, knife or any other deadly
 4   weapon.  Do you see that?
 5     A    Yes.
 6     Q    And you weren't present at the time of the
 7   shooting; correct?
 8          MS. BOUBION:  Objection.
 9          THE WITNESS:  I was three houses up.
10          MS. BOUBION:  Objection.  Well, let me make
11   an objection.  It's vague and ambiguous and
12   overbroad.
13          MS. PRESCOTT:  Okay.  And you don't know if
14   your brother was still armed with the chain or not at
15   the time of the shooting; that is correct?
16          MS. BOUBION:  Objection.  Assumes facts not
17   in evidence.  And I'm going to object to the use of
18   the word armed, vague and ambiguous.  Go ahead.
19          THE WITNESS:  Yes.
20   BY MS. PRESCOTT:
21     Q    You do know or you don't know?
22     A    No, I don't know.
23     Q    Okay.  Have you seen any video of the
24   incident?
25          MS. BOUBION:  Asked and answered.
```

