LUIS A. CARRILLO (SBN 70398)
MICHAEL S. CARRILLO (SBN 258878)
DOMINIQUE L. BOUBION (SBN 336915)
**CARRILLO LAW FIRM, LLP**
1499 Huntington Drive, Suite 402
South Pasadena, California 91030
Tel: (626) 799-9375
Fax: (626) 799-9380

**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Benjamin S. Levine (SBN 342060)
blevine@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California, 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

Attorneys for Plaintiffs
ROSA NUÑEZ, ANTHONY NUÑEZ, JR., and ANDREW NUÑEZ

**UNITED STATES DISTRICT COURT FOR THE**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROSA NUÑEZ, individually; ANTHONY NUÑEZ, JR., individually and as successor-in-interest to Decedent, Anthony Nuñez; and ANDREW NUÑEZ, individually,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN BERNARDINO; CITY OF HESPERIA; MICHAEL MARTINEZ; SABRINA CERVANTES; JEREMY DEBERG; JONATHAN CAMPOS; and DOES 5 through 15, inclusive,<br><br>Defendants. | Case No. 5:22-cv-01934-SSS-SP<br><br>*Honorable Sunshine S. Sykes*<br>*Hon. Mag. Judge Sheri Pym*<br><br>**STIPULATION TO DISMISS DEFENDANT JONATHAN CAMPOS ONLY WITH PREJUDICE PURSUANT TO FRCP 41(a)(2)**<br><br>Second Amended Complaint Filed: September 15, 2023<br><br>*[Proposed Order filed concurrently herewith]* |

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD**:

Plaintiffs, Rosa Nuñez, Anthony Nuñez, Jr., and Andrew Nuñez (collectively, "Plaintiffs"), and Defendant Jonathan Campos, by and through their respective attorneys of record, hereby stipulate as follows:

1. WHEREAS, Plaintiffs and Defendant Jonathan Campos have reached an agreement to resolve all of Plaintiffs' claims as against Defendant Jonathan Campos only.

2. WHEREAS, pursuant to that agreement, Plaintiffs and Defendant Jonathan Campos are now requesting dismissal of Plaintiffs' claims against Defendant Jonathan Campos only, with prejudice, and dismissal of Jonathan Campos as a defendant in this action, with prejudice.

3. WHEREAS, pursuant to the agreement, there is a mutual waiver of costs and fees incurred as between Plaintiffs and Defendant Jonathan Campos only, and Jonathan Campos will appear to testify at the trial in this action voluntarily, without need for a subpoena, upon reasonable written notice to Jonathan Campos's counsel.

4. THEREFORE, Plaintiffs and Defendant Jonathan Campos hereby stipulate and request that Plaintiffs' claims against Jonathan Campos only, be dismissed with prejudice, and further request that Defendant Jonathan Campos be dismissed from this action as a party, with prejudice. With respect to Plaintiffs' claims against Defendant Jonathan Campos, Plaintiffs and Defendant Jonathan Campos shall each bear their own costs and fees.

**IT IS SO STIPULATED**.

/ / /

/ / /

DATED: April 12, 2024                LAW OFFICES OF DALE K. GALIPO

                                     By  /s/ Benjamin S. Levine
                                         Dale K. Galipo
                                         Benjamin S. Levine[1]
                                         Attorneys for Plaintiffs

DATED: April 12, 2024                Fujii Law Group LLP

                                     By  /s/ Mahadhi Corzano
                                         John M. Fujii
                                         Mahadhi Corzano
                                         Attorneys for Defendant Jonathan Campos

---

[1] Pursuant to C.D. Cal. Local Rule 5-4.3.4(a)(2)(i), I, Benjamin S. Levine, hereby certify that the content of this document is acceptable to all parties listed above, by and through their counsel of record, and that I have obtained authorization from each party's counsel to affix their electronic signatures to this document.