1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA NUÑEZ, individually; ANTHONY NUÑEZ, JR., individually and as successor-in-interest to Decedent, Anthony Nuñez; and ANDREW NUÑEZ, individually,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN BERNARDINO; CITY OF HESPERIA; MICHAEL MARTINEZ; SABRINA CERVANTES; JEREMY DEBERG; JONATHAN CAMPOS; and DOES 5 through 15, inclusive,<br><br>Defendants. | Case No. 5:22-cv-01934-SSS-SPx<br><br>*Honorable Sunshine S. Sykes*<br>*Hon. Mag. Judge Sheri Pym*<br><br>**ORDER RE: STIPULATION TO DISMISS JONATHAN CAMPOS AS DEFENDANT WITH PREJUDICE PURSUANT TO FRCP 41(a)(2)** |

Pursuant to the parties' Stipulation to Dismiss Defendant Jonathan Campos Only with Prejudice pursuant to FRCP 41(a)(2) and GOOD CAUSE appearing therefore, IT IS HEREBY ORDERED that Defendant Jonathan Campos, and all of Plaintiffs' claims as against Defendant Jonathan Campos only, are dismissed from the above-titled action, with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2). Plaintiffs and Defendant Jonathan Campos shall each bear their own costs and fees as to Plaintiffs' claims as against Defendant Jonathan Campos. Jonathan Campos shall appear voluntarily for the trial in the above-titled action without subpoena upon reasonable written notice to Jonathan Campos's counsel.

**IT IS SO ORDERED**.

DATED: April 16, 2024

HONORABLE SUNSHINE S. SYKES
UNITED STATES DISTRICT JUDGE