LUIS A. CARRILLO (SBN 70398)
MICHAEL S. CARRILLO (SBN 258878)
DOMINIQUE L. BOUBION (SBN 336915)
**CARRILLO LAW FIRM, LLP**
1499 Huntington Drive, Suite 402
South Pasadena, California 91030
Tel: (626) 799-9375
Fax: (626) 799-9380

**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Benjamin S. Levine (SBN 342060)
blevine@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California, 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA NUÑEZ, individually; ANTHONY NUÑEZ, JR., individually and as successor-in-interest to Decedent, Anthony Nuñez; and ANDREW NUÑEZ, individually, <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF SAN BERNARDINO; CITY OF HESPERIA; MICHAEL MARTINEZ; SABRINA CERVANTES; JEREMY DEBERG; JONATHAN CAMPOS; and DOES 5 through 15, inclusive, <br><br> Defendants. | Case No. 5:22-cv-01934-SSS-SP <br><br> **DECLARATION OF BENJAMIN S. LEVINE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR SUMMARY ADJUDICATION** <br><br> *[Filed concurrently with Plaintiffs' Memorandum of Points and Authorities in Opposition to Defendants' Motion for Summary Judgment; Plaintiffs' Separate Statement of Facts; Plaintiffs' Objections to Evidence; Declaration of Scott A. DeFoe]* <br><br> Date: May 31, 2024 <br> Time: 2:00 p.m. <br> Courtroom: 2 |

# DECLARATION OF BENJAMIN S. LEVINE

I, Benjamin S. Levine, declare as follows:

1. I am an attorney duly licensed to practice law in the State of California, and the Central District of California. I make this declaration in support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment or Summary Adjudication. I have personal knowledge of the facts contained herein and could testify competently thereto if called.

2. Attached hereto as "**Exhibit 1**" is a true and correct copy of the relevant portions of the transcript of the February 12, 2024, Deposition of Michael Martinez.

3. Attached hereto as "**Exhibit 2**" is a true and correct copy of the relevant portions of the transcript of the March 18, 2024, Deposition of Jonathan Campos.

4. Attached hereto as "**Exhibit 3**" is a true and correct copy of the relevant portions of the transcript of the February 21, 2024, Deposition of Jeremy Deberg.

5. Attached hereto as "**Exhibit 4**" is a true and correct copy of the relevant portions of the transcript of the February 22, 2024, Deposition of Sabrina Cervantes, as well as photograph exhibits to that deposition, one of which has been partially redacted for the privacy of decedent Anthony Nuñez and his family.

6. Attached hereto as "**Exhibit 5**" is a true and correct copy of the relevant portions of the transcript of the February 12, 2024, Deposition of Corey LaFever, as well as a photograph exhibit to that deposition, which has been partially redacted for the privacy of decedent Anthony Nuñez and his family.

7. Attached hereto as "**Exhibit 6**" is a true and correct copy of the relevant portions of the transcript of the February 27, 2024, Deposition of Lucy Ramos.

8. Attached hereto as "**Exhibit 7**" is a true and correct copy of the relevant portions of the transcript of the April 1, 2024, Deposition of Edward T. Flosi.

9. Attached hereto as "**Exhibit 8**" is a true and correct copy of the relevant portions of the transcript of the February 15, 2024, Deposition of Andrew Nuñez.

10. Attached hereto as "**Exhibit 9**" is a true and correct copy of the relevant

portions of the transcript of an audio recording of the incident from a deputy's belt recording device.

11. Attached hereto as "**Exhibit 10**" are true and correct copies of photographs depicting the chain leash held by Anthony Nuñez at the time of the incident in this case displayed alongside a measuring tape.

12. Attached hereto as "**Exhibit 11**" is a true and correct copy of the relevant portions of the San Bernardino County Sheriff's Department Coroner Division Autopsy Report.

I declare under penalty of perjury of the laws of the United States of America, that the foregoing is true and correct. Executed on April 26, 2024, at Woodland Hills, California.

       /s/ *Benjamin S. Levine*
       Benjamin S. Levine