# Exhibit 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

```
ROSA NUNEZ, individually     )
and as successor-in-interest )
to Decedent, Anthony Nunez;  )
ANTHONY NUNEZ, JR.,          )
individually and as          )
successor-in-interest to     )
Decedent, Anthony Nunez; and,)
ANDREW NUNEZ, individually,  )
                             )
           Plaintiffs,       )
                             )
     vs.                     ) Case No.
                             ) 5:22-cv-1934-SSS(SPx)
COUNTY OF SAN BERNARDINO;    )
CITY OF HESPERIA; MICHAEL    )
MARTINEZ; SABRINA CERVANTES; )
JEREMY DEBERG; JONATHAN      )
CAMPOS; and DOES 5 to 15,    )
inclusive,                   )
           Defendants.       )
_____)
```

DEPOSITION OF LUZ ELENA RAMOS

Tuesday, February 27, 2024

Reported by:

Annette Shaver, CSR No. 6169

Job No. 95717

1  that we had to leave.
2      Q.   Okay.
3      A.   So my daughter and I were about to leave,
4  but then the police officer said that we shouldn't
5  leave anymore, so we went back in.
6      Q.   To make sure I get this straight, at some
7  point around 10 a.m. you go outside, you see police
8  officers, and you go back inside, do I have that
9  right?
10     A.   Yes.  Yes.
11     Q.   And then at some point later a police
12 officer came to your house and told you and your
13 daughter-in-law that you needed to leave the
14 property, is that right?
15     A.   Yes, it was one officer, it was one, we
16 were going toward the car to leave, but then the
17 officer said to go back, to go back inside, so we
18 went back inside, and it was much later.
19          But I didn't go back into the house I
20 stayed in the car, and that's when I saw Anthony,
21 the young man, and he came out and he didn't have a
22 shirt on.  I wanted to see if he would get arrested
23 or what was going on, but he only had like a chain
24 in his hands, and he was just moving it like this
25 (indicating) but he wasn't being aggressive towards

```
 1   the police officers.
 2       Q.   And I'm going to rewind, and thank you for
 3   telling that story, but we'll get to it.
 4            So you've returned back inside your house
 5   after seeing the police officers, how did you
 6   know -- how did you and your daughter-in-law Maria
 7   know to leave the property?
 8       A.   So because we were going to go outside to
 9   see what the police officers were doing, and then
10   one of the police officers was the one that told us
11   that we couldn't -- he was close to the fence that
12   we couldn't leave the house anymore.
13       Q.   Okay.  One moment.  So you and your
14   daughter-in-law were outside, had walked outside to
15   see what was going on, and you spoke to an officer,
16   and the officers instructed you not to leave the
17   property, to go back inside instead, is that
18   correct?
19       A.   Yes, so my daughter-in-law -- well, the
20   police officer said that we should go back into the
21   house, and my daughter-in-law did go back into the
22   house, but I didn't, I stayed in one of the cars
23   because I wanted to see what was going to happen
24   with the police, if this young man was going to be
25   arrested or something.
```

1  but was Anthony wearing a shirt at that time?
2      A.   No, he didn't have a shirt on.
3      Q.   And I think maybe this will help, the man
4  that was standing out front was a man named Anthony
5  Nunez, so I'll refer to him as "Anthony" rather
6  than "the man" to help make this more clear.
7      A.   Okay.
8      Q.   Now did Anthony have --  you mentioned he
9  didn't have a shirt on, did he have a hat or any
10 head wear on his head?
11     A.   No, he didn't have anything.
12     Q.   Was he wearing pants?
13     A.   No, he had shorts.
14     Q.   How about shoes?
15     A.   No, I didn't see that, I didn't see if he
16 had shoes on or not.
17     Q.   How about sunglasses?
18     A.   He didn't have glasses on.
19     Q.   And I know you mentioned earlier something
20 about a chain, but was Anthony holding anything in
21 his hands that you could see?
22     A.   It was a chain, like a dog chain, it wasn't
23 thick.
24     Q.   Was he holding anything else besides this
25 chain?

1  you able to see this photo of a chain and a tape
2  measure on your screen?
3     A.  Yes.
4     Q.  And I'll just note for the record that
5  this comes from Nunez SBD 1648.  And does this
6  appear to be the chain that you saw Anthony holding
7  in his hands on that morning, ma'am?
8     **A.  Well, he had a chain, and I didn't see it**
9  **very well, and it wasn't very thick, and he was**
10 **holding it in his hands.**
11    Q.  But my question was slightly different,
12 does this appear to be the chain that Mr. Nunez
13 was holding in his hands?
14    **A.  Well, what I see is it's thin like the**
15 **one he had.**
16    Q.  Okay.  And do you have any estimate as
17 to how long that chain appeared to be when you saw
18 it?
19    **A.  Well, I saw that the chain wasn't very**
20 **long, but if the police officers would have used**
21 **another technique then they could have taken from**
22 **him.**
23    Q.  Miss Ramos, are you trained in police
24 practices at all?
25    A.  No.

LUZ E. RAMOS
February 27, 2024

1  Q. Now how long did the chain that Anthony
2  was holding appear to you to be?
3  A. Well, the way I see it, it wasn't very
4  long for the police officers to having done what
5  they did to him.
6  Q. And when you say "not very long," how
7  long is not very long to you, ma'am?
8  A. The chain wasn't very long, it wasn't
9  long.
10  Q. And does not very long to you mean five
11  feet? Does it mean two feet?
12  A. Well I wouldn't know how to tell how long
13  it was, but it would be long enough to tie a smaller
14  dog.
15  Q. Well, maybe one way we can use is feet. Do
16  you have any estimate in feet how long the chain was
17  that you saw Anthony Nunez holding that morning?
18  A. No, well, I wouldn't know how to tell.
19  Q. Now I'm going to stop sharing at least for
20  the moment.
21      Now earlier you gestured that Anthony was
22  holding up the chain, but was holding it up with
23  two hands, is that correct?
24  A. No; well, he had it downward, but when
25  they were trying to come near him, he would move

```
 1   the chain.
 2        Q.   Okay.  So you mentioned that he had it
 3   downward, when you say that he had it downward,
 4   what does that mean, was he holding it and it's
 5   dragging on the ground?  Was he placing it beneath
 6   his knees using it like a jump rope?  What do you
 7   mean when you say "downward"?
 8        A.   Well, he had it downward, but then when
 9   they would come close to him he would have it
10   towards his knees.
11        Q.   Okay.  And then as part of your previous
12   statement you mentioned that when the officers would
13   move closer to Anthony that he would move it up, I
14   believe is what you said, is that accurate?  Do I
15   have that right?
16        A.   He would move it up, but like back, he
17   would move because they were coming towards him and
18   he didn't want to be arrested.
19        Q.   When you say "move it up and back," I think
20   a good place to start would be did he have it in two
21   hands or was he holding it in one hand?
22        A.   No, he had it in both hands.
23        Q.   So both hands.  And then you said he
24   would move it up and back, how high would you say
25   on Anthony's body was he holding the chain up while
```

1 he was holding it up?
2      A.   Well, he wouldn't move it so high, he would
3 move it like around his stomach, he wouldn't move it
4 that much.
5      Q.   And the chain was still in both of his
6 hands?
7      A.   Well, when he had the chain, when they
8 wanted to come arrest him, he would move it -- he
9 would move back because he didn't want to get
10 arrested, but he wouldn't move it a lot.
11      Q.   Okay.  Now you mentioned that he -- two
12 different ways you've described moving back, one
13 way you mentioned that he moved the chain back as
14 part of moving it up, what do you mean when you say
15 that, ma'am?
16      A.   He would move back and then he would move
17 the chain forward.
18      Q.   So your testimony is that he would move
19 his body back, not the chain, is that accurate?
20      A.   So yes, he would move back, but when they
21 would come close to him he would just move the
22 chain so they wouldn't come close to him.
23      Q.   And how would Anthony move the chain so
24 that they would not come close to him, if you can
25 describe it, please?

```
 1   officers go to police training, they are trained to
 2   take things away from people, they use different
 3   techniques to be able to do that.
 4       Q.   Are you aware of any ways that police are
 5   able to take something away from another person
 6   without using their hands?
 7       A.   Yes, I believe they should have other
 8   alternatives to deal with them, but not firearms to
 9   kill them.
10       Q.   Did you ever overhear any of the police
11   officers requesting or commanding that Anthony drop
12   the chain?
13       A.   No, I didn't hear anything; I wouldn't have
14   been able to hear anything because I was all the way
15   over here inside the car, and you couldn't hear
16   anything.
17       Q.   Okay.  Now we've in great detail discussed
18   how Anthony was holding the chain, did you ever see
19   Anthony swing the chain around him in any way?
20       A.   No, not at any time from the time I was in
21   the car did I ever see that Anthony would want to
22   hit them with the chain.
23       Q.   I suppose I should have asked this earlier,
24   how long, your best estimate, did this encounter
25   last between the police and Anthony that you could
```

1  see.
2     A.    Well it lasted quite a long time, since
3  they wanted to arrest him, it did last quite some
4  time, yes, it lasted a long time.
5     Q.    Do you have any estimate as to how long
6  that time was in minutes, for example?
7     A.    Well, it lasted quite a while, because the
8  police was trying to arrest him, it might have been
9  like three or four hours that they were out there
10 that they wanted to arrest him.
11    Q.    And so your testimony is that you were
12 seated in the gray car for three or four hours
13 watching the events unfold your neighbors'
14 property?
15    MR. LEVINE:  I'll object that it misstates
16 testimony.
17          You can answer.
18    THE WITNESS:  Well, no, since the police came
19 in the morning, they were there a long time outside
20 of Anthony's house.  But there in the car, I was
21 there like around one hour waiting to see if he
22 would get arrested, and no, they killed him.
23 BY MR. SMITH:
24    Q.    So you are inside the car watching the
25 events in the front yard for approximately one

1    Q.   Sure.  Did you ever see the deputies fire a
2    taser at Anthony?
3    A.   No, they didn't shoot him with anything
4    like that, they just shot to kill.
5    MR. SMITH:  Now I'll move to strike everything
6    after the word "no."
7    Q.   Now did you ever see the deputies fire a
8    gun at Anthony while he was in the yard?
9    A.   Yes, I saw it, I saw it, when he fell.
10   Q.   And is it your testimony that Anthony fell
11   in the front yard?
12   A.   Yes, he fell to the ground, but when they
13   shot him, but I closed my eyes, I didn't want to see
14   anymore, and when I opened I think they moved him to
15   somewhere else and then they were giving him like
16   reviving him.
17   Q.   Did you see the deputies fire a gun at
18   Anthony one time or many times?
19   A.   Well, I heard many shots, that's when I
20   closed my eyes, and I didn't know how many shots
21   there were, and I got scared, and yes, there were
22   many shots.
23   Q.   So is it your testimony that after the
24   first shot was fired you closed your eyes, or did
25   you close your eyes prior to the shot being fired?

1  finish.
2    A.   Okay.
3    Q.   Earlier when you were answering some
4  questions about the shooting, I think you said that
5  you at some point you heard some shots and then saw
6  Anthony fall and then you closed your eyes, did I
7  understand that correctly?
8    MR. SMITH:  I'll object to the form of the
9  question, but go ahead, Miss Ramos.
10   THE WITNESS:  Yes.
11 BY MR. LEVINE:
12   Q.   When Anthony fell down, could you tell
13 where he was standing?
14   A.   Well, he was there standing in the front
15 yard, in his front yard.  When I heard the shots,
16 that's when I closed my eyes, and then when I opened
17 them again I saw that they had moved him from the
18 place that he was, and where they moved him was
19 where they were giving him First Aid.
20   MR. SMITH:  I'll move to strike as
21 nonresponsive, but go ahead, Ben.
22 BY MR. LEVINE:
23   Q.   After you saw Anthony fall down -- well,
24 let me go back up.  You can scratch that question.
25      Did you hear any gunshot sounds around the

```
 1      MR. SMITH:  I think so, too, I just wanted to
 2   clarify.
 3   BY MR. LEVINE:
 4      Q.   Did you hear any gunshot sounds while
 5   Anthony was falling to the ground?
 6      A.   Well, I just heard "boom, boom, boom,"
 7   and that's when he fell to the ground.
 8      Q.   So do you remember whether all of those
 9   gunshot sounds were before he fell to the ground
10   or at the same time?
11      A.   When he was falling.
12      Q.   Do you recall where in front of the house
13   Anthony was standing at the time that he fell?
14      MR. SMITH:  I'll object as to the form of the
15   question.
16      THE WITNESS:  Well, he was like not like in
17   front of the door, but more like in front of the
18   door but on the side.
19   BY MR. LEVINE:
20      Q.   At the time that you heard the gunshots,
21   was Anthony still holding the chain?
22      A.   No, no, no, so when they killed him,
23   that's when he let go of the chain.
24      MR. SMITH:  Move to strike as nonresponsive,
25   but go ahead, Ben.
```

```
 1   BY MR. LEVINE:
 2       Q.   Immediately before gunshots, could you
 3   see what Anthony was doing with the chain?
 4       A.   Yes.
 5       Q.   What was Anthony doing with the chain
 6   immediately before gunshots?
 7       A.   Well, he had the chain in his two hands,
 8   like I said, and then when the police officers
 9   wanted to come close he had the chain in his hands
10   and he wasn't trying to do any harm to them, he just
11   didn't want them to arrest him.
12       Q.   So again, I would like you to focus on the
13   particular time when you saw and heard gunshots, and
14   also the approximately five seconds before the first
15   gunshot; can you picture that five-second period in
16   your mind?
17       A.   No, no, like it's been a while.
18       Q.   Did you ever see Anthony swing the chain
19   over the top of his head?
20       A.   No.
21       Q.   Did you ever see Anthony spinning the
22   chain over his head like a lasso or a helicopter
23   horizontally over the top of his head?
24       A.   No, no.
25       MR. SMITH:  I'll interpose my objection to the
```

1  form of the question, but go ahead.
2  BY MR. LEVINE:
3      Q.  Did you ever see Anthony swing the chain
4  forward like a whip, like he was attempting to hit
5  the officers with the chain?
6      MR. SMITH:  I'll object to the form of the
7  question, but go ahead, ma'am.
8      **THE WITNESS:  No.**
9  BY MR. LEVINE:
10     Q.  Immediately before gunshots, did you see
11 Anthony run toward the officers?
12     **A.  No.**
13     Q.  Immediately before gunshots, did you see
14 Anthony walk quickly towards the officers?
15     **A.  No, no.**
16     Q.  Immediately before gunshots, did you see
17 Anthony walk at all towards the officers?
18     **A.  No.**
19     Q.  Immediately before gunshots, did you see
20 the officers moving closer to Anthony?
21     **A.  One officer only that wanted -- that seemed
22 like he wanted to take the chain away from Anthony,
23 but no, then he went back.  But like I said, if they
24 were trained to do that they could have taken it
25 away from him.**

```
 1      MR. SMITH:  I'll move to strike that last
 2   portion of the response.
 3   BY MR. LEVINE:
 4      Q.   Did it ever appear to you at any time that
 5   Anthony was attempting to strike any of the officers
 6   using the chain?
 7      A.   No.  No.
 8      Q.   Are you able to provide an estimate of
 9   how far away Anthony was from the officer who shot
10   him at the time of the gunshots that you saw and
11   heard?
12      MR. SMITH:  I'll object to the form of the
13   question, but go ahead, Miss Revilla.
14      THE WITNESS:  No, I wouldn't be able to give
15   you an estimate because I don't know.
16   BY MR. LEVINE:
17      Q.   At any point before you saw and heard
18   gunshots, did it look to you like Anthony was
19   attempting to kill any of the officers?
20      MR. SMITH:  I'll object to the form of the
21   question, but go ahead, Miss Revilla.
22      THE WITNESS:  No.  No.
23   BY MR. LEVINE:
24      Q.   At any time before gunshots, did it appear
25   to you that any of the officers was about to be
```

```
 1   killed by Anthony?
 2       A.   No.  No.
 3       Q.   At any time before gunshots, did it appear
 4   to you that any of the officers was about to be
 5   seriously injured by Anthony?
 6       MR. SMITH:  I'll object to the form of the
 7   question, but go ahead, Miss Revilla.
 8       THE WITNESS:  No.  No.
 9   BY MR. LEVINE:
10       Q.   At any time before gunshots, did it appear
11   that Anthony was attempting to injure any of the
12   officers?
13       A.   No.
14       Q.   And I think you may have -- well, I'll
15   scratch this.
16            I think you spoke about this already, but
17   just in case, you did not know Anthony before this
18   day, is that correct?
19       A.   Yes, that's correct.
20       Q.   Before this day, had you ever heard of
21   Anthony?
22       A.   No.
23       Q.   Based on what you saw and heard that day,
24   did it appear to you that the officers acted
25   appropriately?
```