# Exhibit 8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ROSA NUNEZ, INDIVIDUALLY AND AS ) <br> SUCCESSOR IN INTEREST TO DECEDENT) <br> ANTHONY NUNEZ; ANTHONY NUNEZ, ) <br> JR., INDIVIDUALLY AND AS ) <br> SUCCESSOR IN INTEREST TO ) <br> DECEDENT, ANTHONY NUNEZ; AND ) <br> ANDREW NUNEZ, INDIVIDUALLY, ) <br>                                  ) <br>           PLAINTIFFS,    ) <br>                                  ) <br>           VS.                   ) <br>                                  ) <br> COUNTY OF SAN BERNARDINO; CITY OF) <br> HESPERIA; AND DOES 1 THROUGH 15, ) <br> INCLUSIVE,                       ) <br>                                  ) <br>           DEFENDANTS.   ) <br> _____) | CASE NO.: <br> 5:22-cv-1934-SSS(SPx) <br><br> VENUE: SBC |

DEPOSITION OF Andrew Nunez

TAKEN ON Thursday, February 15, 2024

REPORTED BY:  ALICE J. WILBUR, COURT REPORTER

CSR NO. 9538

1



**PLATINUM REPORTERS & INTERPRETERS**
**Certified Shorthand Reporters**
Post Office Box 6070 - San Pedro, California 90734-6070 - (310) 241-1450

```
 1   towards my brother because I was going to punch him
 2   because I got mad because he had shoved me because he
 3   normally doesn't act like that.
 4           And it pissed me off and so I turned around
 5   and I was going to punch my brother and when I did
 6   that he got his hand and just kind of like pushed me
 7   by my chest a little bit.  And I just kind of fell a
 8   little bit against the wall, because I was like real
 9   close to the wall right there so --
10      Q   Okay.  And then what happened?
11      A   Examine then my wife she's never seen him
12   ever do that so it kind of scared her so she said
13   that's it I'm calling the police and my brother said
14   no don't call the police and he went to his room and
15   she had called the police.
16      Q   Okay.  When your brother was pushing you did
17   he have a chain in his hand?
18      A   I didn't see a chain in his hand in the
19   beginning, because I think he was holding it in his
20   hand, but it was like a dog leash that we used to tie
21   up the dogs when we clean up the kennel and he had
22   it.  And when he pushed me the second time I went
23   towards my brother again like I was going to hit him,
24   so he tried to scare me and he got the chain and he
25   hit the floor with it.
```



```
 1    room.  I was behind her walking into my room so she
 2    probably, it's a possibility that she thought he hit
 3    me because I fell on her.  I got pushed from my back.
 4    BY MS. PRESCOTT:
 5        Q   Okay.
 6                (911 call played.)
 7        Q   Okay.  And she just said, did you hear that?
 8        A   No.
 9        Q   Do you know why they're fighting and your
10    wife responded because he's on drugs?
11            MS. BOUBION:  I'm going to object to the
12    extent that it misstates the record.  And go ahead.
13            MS. PRESCOTT:  Did your wife think that
14    Anthony was on drugs, if you know?
15            MS. BOUBION:  Objection.  Lacks foundation
16    and calls for speculation.  If you know, Andrew, you
17    can answer.
18            THE WITNESS:  Well, the only reason she would
19    suspect it was because I suspected it.  And of course
20    I talked to my wife about things.  She's my wife.
21    BY MS. PRESCOTT:
22        Q   Had you talked about your suspicions about
23    him being on drugs prior to her calling 911?
24        A   I --
25            MS. BOUBION:  I'm just going to object.  It's
```



```
 1      Q   Okay.  And when you were at the, near your
 2   bedroom window did you talk to them about getting
 3   your daughters out of the -- your other daughters out
 4   of the house?
 5          MS. BOUBION:  Objection.  Assumes facts not
 6   in evidence.
 7          THE WITNESS:  I don't remember.
 8   BY MS. PRESCOTT:
 9      Q   Did you ever draw a map for the officers at
10   the scene before you went to the police department?
11      A   One of the officers, an older officer that
12   looked like he was in charge asked me to draw a map
13   of the house to show them all the bedrooms.  And
14   that's what I had asked him, you're not going to hurt
15   my brother, are you?  And they said no, we're going
16   to get him out as peacefully as possible.
17      Q   When you drew the map for the officer, for
18   the older officer did you show him where Brenda and
19   Alina were on that map?
20      A   I showed him all the rooms.  That they were
21   already out.
22      Q   Okay.  When they moved you to the other
23   location were you able to see what was going on at
24   your house?
25          MS. BOUBION:  Objection.  Vague as to time
```



```
 1   says Taser, so now your recollection is it was a gun?
 2       A   It was a yellow shotgun looking when we were
 3   walking away from my window which looked like those
 4   beanbag guns or those rubber bullet guns.
 5       Q   So you saw the officer pointing a yellow
 6   shotgun looking gun toward where Anthony was?
 7       A   Yes.
 8       Q   Could you see Anthony when they were pointing
 9   that gun?
10       A   No.
11       Q   Okay.  So going to the next page Andrew,
12   Benitez, Martin, Brenda and Alina were directed to
13   wait north the residence.  They stood there for over
14   an hour before they heard an update.  So when you
15   were standing at the area north of the residence is
16   that the place that's a couple of houses down?
17       A   Yes.
18           MS. BOUBION:  Objection to the extent it
19   misstates the record.  Lacks foundation.  Calls for
20   speculation.  Vague and ambiguous.  Overbroad.
21           THE WITNESS:  Yes.
22           MS. PRESCOTT:  All right.  Andrew believed
23   that the deputies were still attempting to speak with
24   Anthony.  Why did you think they were still
25   attempting to speak with Anthony?
```



```
 1              MS. BOUBION:  Objection to the extent that it
 2   misstates the record and assumes facts not in
 3   evidence.
 4              THE WITNESS:  That's what they were doing
 5   when I left.
 6   BY MS. PRESCOTT:
 7       Q   Okay.  Could you hear them from the location
 8   where you were?
 9       A   Not really.
10       Q   Did you hear them at all?
11              MS. BOUBION:  Objection.  Vague and ambiguous
12   and overbroad.
13              THE WITNESS:  Not from when I was standing
14   three, three houses down, no.
15   BY MS. PRESCOTT:
16       Q   Okay.  And could you hear Anthony at all?
17       A   No.
18       Q   Andrew saw a fire truck and an ambulance park
19   at the end the street and firemen walked over to
20   speak to their kids.  After approximately 30 minutes
21   to an hour Andrew heard several what he described as
22   pops, but did not know if they were gunshots or
23   beanbag rounds; is that correct?
24              MS. BOUBION:  Objection.  The question is
25   compound, vague and ambiguous, overbroad.  And to
```



```
 1    extent that it misstates the record.  Assumes facts
 2    not in evidence.
 3           THE WITNESS:  I heard pops and I knew that
 4    there was gunshot fire, but I was hoping that it was
 5    beanbags.
 6    BY MS. PRESCOTT:
 7        Q   Okay.  Andrew believed they were possibly
 8    beanbag rounds because deputies carried a long yellow
 9    shotgun which he believed was a beanbag shotgun; is
10    that why you were hoping they were?
11        A   Hoping, I was hoping.
12           MS. BOUBION:  Objection.
13           THE WITNESS:  I'm sorry.
14           MS. BOUBION:  That's all right.  Let me just
15    make an objection.  It's vague and ambiguous,
16    overbroad, compound, but you can answer.
17           THE WITNESS:  I was hoping, yeah.
18    BY MS. PRESCOTT:
19        Q   Okay.  How many pops did you hear?
20        A   Oh, when I finally, when I heard it and I
21    paid attention I would say maybe about four maybe.
22        Q   Okay.
23        A   Maybe it could have been -- it was quick.  It
24    was three to five and when I heard that that's what I
25    just felt.  That's when I knew my brother was gone,
```



```
 1   but I just hoped that it was beanbags, but I felt in
 2   my heart that it wasn't.
 3          MS. BOUBION:  Andrew, as you're getting
 4   emotional are you okay to continue?
 5          THE WITNESS:  I think I need a minute.
 6          MS. BOUBION:  Okay.
 7          MS. PRESCOTT:  Okay.  Want to do five?
 8          MS. BOUBION:  Sure.
 9          THE WITNESS:  Okay.
10          THE VIDEOGRAPHER:  All right.  It's 2:43 and
11   we're going off the record.
12                    (Break taken.)
13          THE VIDEOGRAPHER:  All right.  It's 2:48 and
14   we're back on record.
15   BY MS. PRESCOTT:
16      Q   Okay.  Mr. Nunez, you're still under oath do
17   you understand?
18      A   Yes.
19      Q   All right.  During the recorded interview
20   with the officers do you remember talking about
21   moving, the discussion about the gun that was in the
22   house?
23      A   Well --
24          MS. BOUBION:  Objection.
25          THE WITNESS:  Go ahead.
```

