Exhibit  10





















