# Exhibit 11

175 South Lena Road
San Bernardino, CA 92415-0037
(909) 387-2978
Fax (909) 387-2989



Brian Hutchins, M.D.
Chief Forensic Pathologist

_____Scott Luzi_____, M.D.
Forensic Pathologist

# San Bernardino County Sheriff's Department
## Coroner Division

## Autopsy Protocol

**Coroner's Case Number:** 702203317    **Autopsy Number:** A-0803-22

| | | | |
|---|---|---|---|
| **Name:** | Anthony Martin Nunez | **Age:** 42 | **Sex:** Male |
| **Time of Death:** | 1324 hours, March 29, 2022 | | **Race:** Hispanic |
| **Time of Autopsy:** | 0903 hours, April 5, 2022 | | |
| **Place of Autopsy:** | San Bernardino County Coroner's Facility | | **Deputy:** Van Norman |

**HISTORY OF DEATH**: The following information is obtained from the deputy coroner investigative report. This 42-year old man, Anthony Martin Nunez, was threatening his family and Sheriff Deputies. After the use of less than lethal munitions he charged one deputy with a chain and three gunshots were fired at him.

Also refer to Coroner's Investigative Report 702203317.

**GENERAL EXAMINATION**: The decedent is identified by tag on the right foot. The body is that of a meso-morphic, medium dark-color skin, middle age adult male. The body weighs 87.7 kilograms (193 pounds) and measures 180.3 centimeters (71 inches) in length.

**Clothing**: The following clothing items or personal effects are present with the body at the time of autopsy: a pair of multi-colored shoes, black pants, gray boxer briefs, a pair of white socks, and a red-white-and-blue scarf wrapped around the waist.

**Evidence of Medical Intervention**: Medical intervention present on the body at the time of autopsy includes: oral-pharyngeal airway and an intra-osseous catheter in the right leg.

**Evidence of Postmortem Change**: Lividity is fixed on the posterior surfaces of the body. Rigor is fully developed. The body temperature is cold to touch. Decomposition changes consist of skin slippage over the torso and extremities.

**Evidence Collected at Autopsy**: Deformed jacketed bullet, left hip; deformed jacketed bullet, left chest cavity; deformed jacketed bullet, left hemi-diaphragm.

**Tattoos**: Tattoos are on the lateral right torso (dragon pattern with kanji), lower back ("Nunez"), and posterior left calf (faces pattern).

**Radiographs**: A complete set of postmortem radiographs is obtained.

**External Examination**:

HEAD AND NECK
The head is symmetric, and the face is unremarkable. The scalp is shaved. Facial hair consists of a goatee. The irides are brown, the corneae are clear, the conjunctivae are pale, and the

NUNEZ AUTOPSY CONTINUED
PAGE 2
A-0803-22

sclerae are white. The external auditory canals are clear. The ears are unremarkable. The nares are clear. The nose and facial skeleton are palpably stable. The lips are unremarkable. The oral cavity contains no debris, and the oral mucosa is unremarkable. The teeth are natural and in good condition. The neck is symmetric with no lesions.

## TORSO
The chest is symmetric. The abdomen is flat and soft. The genitalia are those of an apparently uncircumcised adult male. The testes are descended. The back is symmetric. The buttocks and anus are unremarkable.

## EXTREMITIES
The upper and lower extremities are symmetric. The fingernails are intact. There is mild edema around the ankles, right greater than left.

## IDENTIFYING MARKS
There are scars on the forehead, right calf, and left foot.

### Description of Injuries:

I. Multiple gunshot wounds
A. Gunshot wound of the right arm
   A gunshot entrance wound is on the posterior right arm, 20 cm below the top of the shoulder and 1 cm lateral of the posterior midline of the right upper extremity. The circular wound measures 0.6 cm in diameter with an eccentric marginal abrasion measuring up to 0.9 cm on the 6 o'clock border. Soot and stippling are not present around the entrance wound. The wound path involves skin, subcutaneous tissue, muscle, subcutaneous tissue, and skin. A 2.5 x 1.5 cm lacerated exit wound is on the lateral right axilla, 15 cm below the top of the shoulder and 7.5 cm medial of the anterior midline of the right upper extremity. No bullet or fragments are recovered from the wound path. The wound path is directed back to front, right to left, and upward. Associated with the wound path is hemorrhage within the wound track.

B. Gunshot wound of the right chest (#1)
   A gunshot entrance wound is on the medial axilla, 39 cm below the top of the head and 22 cm right of the anterior midline. The irregular wound measures 1.5 x 0.5 cm. Soot and stippling are not present around the entrance wound. The wound path involves skin, subcutaneous tissue, muscle, the anterior-lateral aspect of the right third rib, the upper lobe of the right lung, the roots of the aorta and pulmonary artery, and the left pleural cavity. A deformed jacketed bullet is recovered from the left pleural cavity; the bullet is secured by the attending technician. There is no associated exit wound. The wound path is directed back to front and right to left. Associated with the wound path is hemorrhage within the wound track, a right hemothorax (550 ml of blood), a hemopericardium (50 ml), and a left hemothorax (1350 ml).

C. Gunshot wound of the right chest (#2)
   A gunshot entrance wound is on the lateral right torso, 55 cm below the top of the head and 30 cm right of the anterior midline. The circular wound measures 0.9 cm in diameter with a 0.1 cm concentric marginal abrasion. Soot and stippling are not present around the entrance wound. The wound path involves skin, subcutaneous tissue, muscle, the lateral aspect of the right tenth rib, the lower lobe of the right lung, the right hemi-diaphragm, the dome of the right lobe of the liver, the body of the first lumbar vertebra, and the left hemi-diaphragm. A deformed jacketed bullet is recovered from the left hemi-diaphragm; the bullet is secured by the attending technician. There is no associated exit wound. The wound path is directed right to left. Associated with the wound path is hemorrhage within the wound track, a right hemothorax (550

NUNEZ AUTOPSY CONTINUED
PAGE 3
A-0803-22

ml of blood), and epidural hemorrhage around the lower spinal cord.

D. Gunshot wound of the abdomen

A gunshot entrance wound is on the right lower quadrant of the abdomen, 76 cm below the top of the head and 1 cm right of the anterior midline. The circular wound measures 0.9 cm in diameter with an eccentric marginal abrasion measuring up to 0.3 cm on the 9 to 10 o'clock border. Soot and stippling are not present around the entrance wound. The wound path involves skin, subcutaneous tissue, and muscle. A deformed jacketed bullet is recovered from the soft tissues over the left hip; the bullet is secured by the attending technician. There is no associated exit wound. The wound path is directed front to back, right to left, and downward. Associated with the wound path is hemorrhage within the wound track.

II. Other injuries
A. Ballistic injuries

On the medial lower left chest is a 5 x 0.5 cm crescent-shaped abrasion, 60 cm below the top of the head and 7 cm left of the anterior midline. A 5.5 x 0.5 cm crescent-shaped abrasion is on the lateral lower left chest, 57 cm below the top of the head and 11 cm left of the anterior midline. A 3.5 x 0.5 cm crescent-shaped abrasion is on the lateral left torso, 69 cm below the top of the head and 21.5 cm left of the anterior midline.

A 4 x 1.5 cm elliptical-shaped abrasion is on the lateral right shoulder, 7 cm below the top of the shoulder and 17 cm lateral of the anterior midline of the right upper extremity. A 2 x 1 cm contusion with a 0.9 x 0.3 cm crescent-shaped abrasion on the lateral margin is on the anterior left arm, 27 cm below the top of the shoulder and 3 cm lateral of the anterior midline of the left upper extremity.

B. Blunt force injuries

A 2 x 1 cm abrasion is on the left side of the forehead. A 1 cm abrasion is on the occiput. A 2.5 x 1.5 cm contusion is on the upper right chest. On the lateral right chest are two parallel crescent-shaped abrasions measuring 1.5 x 0.3 cm (medially) and 3 x 0.3 cm (laterally). A 12 x 9 cm contusion is on the lower left chest. A 4 x 2 cm abrasion is on the upper left back.

A 5 x 2 cm contusion with a 1.5 x 0.3 cm abrasion on the distal aspect extends from the anterior right arm to the shoulder. On the right elbow are two abrasions, both measuring 1.5 x 0.5 cm.

### INTERNAL EXAMINATION:

HEAD: The galeal and subgaleal soft tissues of the scalp are unremarkable. The calvarium and base of the skull are unremarkable. The dura mater is intact with no evidence of hemorrhage, venous sinus thrombosis, or tumor. The leptomeninges are thin and transparent overlying clear cerebrospinal fluid. The brain weighs 1383 gm and has unremarkable gyri and sulci with no associated evidence of herniation. The cerebral hemispheres are symmetric. The cranial nerves are unremarkable. The arterial circulation is intact and has no evidence of plaque or aneurysm formation. Coronal sections demonstrate sharp demarcation between white and gray matter, without hemorrhages, degenerative changes, or masses. The ventricles are symmetric and unremarkable. The basal ganglia and thalamus are unremarkable. The cerebellum has its usual foliated appearance with unremarkable vermis and dentate nuclei. The structures of the brainstem are unremarkable. The atlanto-occipital joint is stable.

NECK: Modified layer-wise dissection of the anterior contents of the neck reveals strap muscles that are homogenous and red-brown, without hemorrhage. The thyroid cartilage and hyoid are intact. The larynx is lined by intact white mucosa. The major vessels of the neck are intact. The tongue is free of bite marks, hemorrhage, or other injuries.

NUNEZ AUTOPSY CONTINUED
PAGE 6
A-0803-22

**CAUSE OF DEATH**: Multiple gunshot wounds, seconds

**Manner of Death**: Homicide

Autopsy Completed 1030 hours, April 5, 2022

*Scott Luzi*
Scott Luzi, M.D.
Forensic Pathologist

Date: 6/7/2022

SL