LUIS A. CARRILLO (SBN 70398)
MICHAEL S. CARRILLO (SBN 258878)
DOMINIQUE L. BOUBION (SBN 336915)
**CARRILLO LAW FIRM, LLP**
1499 Huntington Drive, Suite 402
South Pasadena, California 91030
Tel: (626) 799-9375
Fax: (626) 799-9380

**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Benjamin S. Levine (SBN 342060)
blevine@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California, 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

Attorneys for Plaintiffs
ROSA NUÑEZ, ANTHONY NUÑEZ, JR., and ANDREW NUÑEZ

**UNITED STATES DISTRICT COURT FOR THE**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROSA NUÑEZ, individually; ANTHONY NUÑEZ, JR., individually and as successor-in-interest to Decedent, Anthony Nuñez; and ANDREW NUÑEZ, individually,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN BERNARDINO; CITY OF HESPERIA; MICHAEL MARTINEZ; SABRINA CERVANTES; JEREMY DEBERG; JONATHAN CAMPOS; and DOES 5 through 15, inclusive,<br><br>Defendants. | Case No. 5:22-cv-01934-SSS-SP<br><br>*Honorable Sunshine S. Sykes*<br>*Hon. Mag. Judge Sheri Pym*<br><br>**STIPULATION AND JOINT REQUEST FOR ORDER MODIFYING SCHEDULING ORDER TO CONTINUE DEADLINE TO CONDUCT SETTLEMENT CONFERENCE ONLY**<br><br>Action Filed: November 1, 2022<br><br>*[Proposed Order filed concurrently herewith]* |

**TO THE HONORABLE COURT:**

IT IS HEREBY STIPULATED BY AND BETWEEN Plaintiffs, Rosa Nuñez, Anthony Nuñez, Jr., and Andrew Nuñez (collectively, "Plaintiffs"), and Defendants County of San Bernardino, City of Hesperia, Michael Martinez, Sabrina Cervantes, and Jeremy Deberg (collectively, "Defendants"[1]) — the parties to this action — for the purpose of jointly requesting that the honorable Court enter an order, pursuant to Fed. R. Civ. P. 16(b)(4) and any applicable Orders of the Court, modifying the existing scheduling order in this case, as follows:

**GOOD CAUSE STATEMENT.**

1. WHEREAS, this is a wrongful death civil rights case involving the San Bernardino County Sheriff's Department. The original Complaint was filed against the County of San Bernardino, the City of Hesperia, and Doe defendants on November 1, 2022. [Dkt. 1.] After the Complaint was filed, a First Amended Complaint was filed on February 10, 2023. [Dkt. 27.]

2. The Court issued a Civil Trial Order, setting pretrial and trial dates and deadlines in this action, on August 16, 2023. [Dkt. 39.] Those include a July 12, 2024, deadline to complete a settlement conference/mediation. [*Id.*]

3. Pursuant to a stipulation by the parties, a Second Amended Complaint was filed on September 15, 2023, adding individual defendants to the case. [Dkt. 45.] All defendants answered the Second Amended Complaint on October 6, 2023. [Dkt. 48.]

4. The parties have diligently pursued and completed fact and expert discovery in this case, and a Motion for Summary Judgment filed by Defendants is currently pending before the Court, with oral argument set for May 31, 2024. [Dkt. 63.]

---

[1] Although listed in the case caption, Jonathan Campos has since been dismissed as a Defendant in this case. [Dkt. 71.]

-1-   Case No. 5:22-cv-01934-SSS-SP
STIPULATION AND JOINT REQUEST FOR ORDER MODIFYING SCHEDULING ORDER TO CONTINUE DEADLINE TO CONDUCT SETTLEMENT CONFERENCE ONLY

5. The parties have agreed to a mediation with panel mediator Richard Copeland. [Dkt. 41, 42.] The parties contacted Mr. Copeland for his availability months ahead of the July 12, 2024, mediation deadline set by the Court. The parties learned that Mr. Copeland's only availability before that deadline was July 3, 2024, a date when not all of the parties and their counsel were available. The parties have now reserved a date for mediation with Mr. Copeland for August 29, 2024, which is the next earliest date the mediator had available where the parties and their counsel were also available. This falls after the current mediation cutoff of July 12, 2024.

6. In order to complete a mediation before this case proceeds to trial, subject to the outcome of the pending Motion for Summary Judgment, and in accordance with the Court's order that the parties engage in mediation in this case before the current trial date of September 23, 2024, the parties are informed and believe that there is good cause for a continuance of the deadline to complete mediation in this case.

7. This is the first request by the parties for a continuance of the Court's scheduling order deadlines in this matter.

**STIPULATION RE CONTINUANCE OF SCHEDULING ORDER DEADLINE.**

8. Accordingly, in light of the foregoing Good Cause, the parties hereby stipulate and request a modification of the Court's scheduling order and case management deadline to complete mediation only, along the following lines:

| EVENT | CURRENT DEADLINE | REQUESTED DEADLINE |
|---|---|---|
| **Deadline to Conduct Settlement Conference** | 07/12/2024 | 09/02/2024 |

9. The parties are not currently requesting a continuance of any other dates or deadlines set by the Court in this case, in the Court's prior scheduling order [Dkt. 39] or otherwise, and the parties understand that all other dates and deadlines shall remain unchanged and unaffected by the parties' stipulation and by the Order requested by the parties.

**IT IS SO STIPULATED**.

DATED: May 23, 2024                LAW OFFICES OF DALE K. GALIPO

                                   By  */s/ Benjamin S. Levine*
                                   Dale K. Galipo
                                   Benjamin S. Levine[2]
                                   Attorneys for Plaintiffs

DATED: May 23, 2024                WESIERSKI & ZUREK LLP

                                   By  */s/ Michelle R. Prescott*
                                   CHRISTOPHER P. WESIERSKI
                                   MICHELLE R. PRESCOTT
                                   Attorneys for Defendants, COUNTY OF SAN BERNARDINO, CITY OF HESPERIA, MICHAEL MARTINEZ, SABRINA CERVANTES and JEREMY DEBERG

---

[2] Pursuant to C.D. Cal. Local Rule 5-4.3.4(a)(2)(i), I, Benjamin S. Levine, hereby certify that the content of this document is acceptable to all parties listed above, by and through their counsel of record, and that I have obtained authorization from each party's counsel to affix their electronic signatures to this document.