# EXHIBIT "A"

I2092683-1 PERS-0662

Christopher P. Wesierski [Bar No. 086736]
  cwesierski@wzllp.com
Michelle R. Prescott [Bar No. 262638]
  mprescott@wzllp.com
Brett A. Smith [Bar No. 322707]
  bsmith@wzllp.com
WESIERSKI & ZUREK LLP
29 Orchard Road
Lake Forest, California 92630
Telephone: (949) 975-1000
Facsimile: (949) 756-0517

Attorneys for Defendants, COUNTY OF SAN BERNARDINO, CITY OF HESPERIA MICHAEL MARTINEZ, SABRINA CERVANTES and JEREMY DEBERG

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ROSA NUNEZ, individually and as successor-in-interest to Decedent, Anthony Nunez; ANTHONY NUNEZ, JR., individually and as successor-in-interest to Decedent, Anthony Nunez; and, ANDREW NUNEZ, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SAN BERNARDINO; CITY OF HESPERIA; MICHAEL MARTINEZ; SABRINA CERVANTES; JEREMY DEBERG; JONATHAN CAMPOS; and DOES 5 through 15, inclusive,<br><br>Defendants. | Case No. 5:22-cv-1934-SSS(SPx)<br><br>**DECLARATION OF MAHADHI CORZANO**<br><br>Trial Date:        09/23/2024 |

## DECLARATION OF MAHADHI CORZANO

1. I am an attorney at law licensed to practice before all the courts of the State of California and am a Partner with Fuji Law Group, LLP, counsel of record for Defendant Jonathan Campos who has since been dismissed from this action. This Declaration is made in support of Defendants' Motion for Leave to File Successive Motion for Summary Judgment ("MSJ"). The following facts are within my own personal knowledge. If called as a witness, I could and would competently testify to these facts.

2. On March 20, 2024, a telephone conference was scheduled between the parties to meet and confer, pursuant to Local Rule 7–3, to discuss and potentially resolve issues in anticipation of filing motions for summary judgment.

3. On March 22, 2024, I attended the meet and confer telephone conference. Present to the conference were Benjamin S. Levine for Plaintiffs, and Joshua A. Nuzzo for the County of San Bernardino, Sabrina Cervantes, and Jeremy Deberg. The telephone conference lasted approximately 27 minutes. During the telephone conference, I presented several reasons to Mr. Levine as to why Jonathan Campos should be dismissed from the case. Mr. Levine responded and disagreed with my reasoning.

4. While I do not recall the exact substance of the discussion between Mr. Levine and Mr. Nuzzo, I do recall that Mr. Nuzzo presented his reasons to Mr. Levine as to why his clients should be dismissed from the case. I also recalled Mr. Levine disagreeing with Mr. Nuzzo's reasoning.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 12, 2024, at Irvine, California.

_____
Mahadhi Corzano

2

DECLARATION OF MAHADHI CORZANO