LUIS A. CARRILLO, SBN 70398
MICHAEL S. CARRILLO, SBN 258878
DOMINIQUE L. BOUBION, SBN 336915
**CARRILLO LAW FIRM, LLP**
1499 Huntington Drive, Suite 402
South Pasadena, California 91030
Tel: (626) 799-9375
Fax: (626) 799-9380

**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Benjamin S. Levine (SBN 342060)
blevine@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333
Fax: (818) 347-4118

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROSA NUÑEZ,** individually and as successor-in-interest to Decedent, Anthony Nuñez; **ANTHONY NUÑEZ, JR.**, individually and as successor-in-interest to Decedent, Anthony Nuñez; and, **ANDREW NUÑEZ**, individually,<br><br>Plaintiffs,<br><br>v.<br><br>**COUNTY OF SAN BERNARDINO; CITY OF HESPERIA**; and **DOES 1 through 15**, inclusive.<br><br>Defendants. | Case No.: 5:22-cv-01934-SSS-SPx<br><br>*[Assigned to the Honorable District Judge Sunshine Suzanne Sykes Magistrate Judge, Sheri Pym]*<br><br>**DECLARATION OF DOMINIQUE L. BOUBION, ESQ. IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR LEAVE TO FILE SUCCESSIVE MOTION FOR SUMMARY JUDGMENT** |

**DECLARATION OF DOMINIQUE L. BOUBION**

I, DOMINIQUE L. BOUBION, hereby declare:

1. I am an attorney duly licensed to practice law in the State of California.

2. I am an attorney with the law firm of CARRILLO LAW FIRM, LLP, co-counsel for Plaintiffs **ROSA NUÑEZ, ANTHONY NUÑEZ, JR.,** and **ANDREW NUÑEZ**, ("Plaintiffs"), in the above-entitled matter. I am personally aware of the facts of this case and the contents of this Declaration and, if called upon, could and would competently testify as to its contents.

3. Plaintiffs oppose the motion ("Motion") by Defendants County of San Bernardino, City of Hesperia, Michael Martinez, Sabrina Cervantes, and Jeremy Deberg (collectively, "County Defendants") for Leave to Refile Successive Motion for Summary Judgment.

4. County Defendants sent a letter requesting to meet and confer ahead of filing a Motion for Summary Judgment in order to comply with Local Rule 7-3. The letter did not include any reference to the County Defendants' substantive arguments or specific issues that Defendants wished to discuss.

5. On March 22, 2024, at 12:00 p.m., I attended a conference call joined by the following attorneys: **Benjamin Levine**, co-counsel for Plaintiffs; **Joshua Nuzzo**, counsel for Defendants County of San Bernardino, City of Hesperia, Michael Martinez, Sabrina Cervantes, and Jeremy Deberg (collectively, "County Defendants"); and, **Mahadi Corzano**, counsel for Defendant Jonathan Campos.

6. The March 22, 2024 meet and confer was 21 minutes and 41 seconds. I recall the following from that conference call:

   a. Mr. Levine started the conversation by inviting counsel for Defendants to begin. Mr. Nuzzo stated that the Plaintiffs claims do not have merit and so the County Defendants would be moving for summary judgment. Mr. Levine requested that Mr. Nuzzo provide more information regarding the specific issues that would be raised as to each

claim. Mr. Nuzzo stated that he did not have the file in front of him and suggested Mr. Levine could ask questions. Mr. Levine reminded Mr. Nuzzo, "This is your meet and confer." There was not any substantive discussion regarding the merits of Plaintiffs' claims against the County Defendants.

  b. Next, Mr. Levine, on behalf of the Plaintiffs, proposed the parties enter a stipulation wherein Plaintiffs agree to voluntarily dismiss certain claims and the Defendants agree not to file a Motion for Summary Judgment. Mr. Nuzzo intimated that a compromise was unlikely but stated that he would inform his clients of Plaintiffs' proposal. Again, there was not any substantive discussion regarding the merits of Plaintiffs claims against the County Defendants.

  c. The majority of the 21-minute conference call was between Mr. Levine and Mr. Corzano and the Plaintiffs claims against Defendant Jonathan Campos. I clearly recall that Mr. Corzano was open to Mr. Levine's proposal to compromise, so there was a fruitful discussion between Mr. Levine and Mr. Corzano regarding the terms of the stipulation. Mr. Levine and Mr. Corzano had a detailed and substantive discussion regarding the merits of Plaintiffs claims against Defendant Jonathan Camps and, in particular, Plaintiff Andrew Nunez's claim for Negligent Infliction of Emotional Distress against Defendant Jonathan Campos.

7. County Defendants and its counsel did not attempt to contact me or my office to arrange a follow-up meet and confer regarding the substantive issues it raised in its Motion for Summary Judgement at any point prior to filing.

/ / /

/ / /

1  I declare under penalty of perjury, under the laws of the State of California
2  that the foregoing is true and correct and if called upon to testify, I could and
3  would competently do so.
4  Executed on this 28th day of June, 2024, at South Pasadena, California.

7           /s/ Dominique L. Boubion
8  DOMINIQUE L. BOUBION