Christopher P. Wesierski [Bar No. 086736]
  cwesierski@wzllp.com
Michelle R. Prescott [Bar No. 262638]
  mprescott@wzllp.com
Brett A. Smith [Bar No. 322707]
  bsmith@wzllp.com
WESIERSKI & ZUREK LLP
29 Orchard Road
Lake Forest, California 92630
Telephone: (949) 975-1000
Facsimile: (949) 756-0517

Attorneys for Defendants, COUNTY OF SAN BERNARDINO, CITY OF HESPERIA MICHAEL MARTINEZ, SABRINA CERVANTES and JEREMY DEBERG

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ROSA NUNEZ, individually and as successor-in-interest to Decedent, Anthony Nunez; ANTHONY NUNEZ, JR., individually and as successor-in-interest to Decedent, Anthony Nunez; and, ANDREW NUNEZ, individually, <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF SAN BERNARDINO; CITY OF HESPERIA; MICHAEL MARTINEZ; SABRINA CERVANTES; JEREMY DEBERG; JONATHAN CAMPOS; and DOES 5 through 15, inclusive, <br><br> Defendants. | Case No. 5:22-cv-1934-SSS(SPx) <br><br> **DECLARATION OF JOSHUA A. NUZZO IN SUPPORT OF REPLY TO OPPOSITION TO MOTION FOR LEAVE TO RE-FILE MOTION FOR SUMMARY JUDGMENT** <br><br> Trial Date:    09/23/2024 |

# DECLARATION OF JOSHUA A. NUZZO

1. I am an attorney at law licensed to practice before all the courts of the State of California and am an associate with Wesierski & Zurek, LLP, counsel of record for Defendants COUNTY OF SAN BERNARDINO, CITY OF HESPERIA, DEPUTY MICHAEL MARTINEZ, DEPUTY JEREMY DEBERG, and DEPUTY SABRINA CERVANTES.

2. The following facts are within my own personal knowledge. If called as a witness, I could and would competently testify to these facts.

3. This Declaration is made in support of Defendants' Reply to Plaintiffs' Opposition to Defendants' Motion for Leave to File Successive Motion for Summary Judgment ("MSJ".)

4. Defendants timely filed their underlying MSJ on April 9, 2024 and had it set for hearing on May 31, 2024 well in advance of the June 21, 2024 motion hearing cutoff.

5. During the previous March 22, 2024 meet and confer, Defendants informed Plaintiffs that they would be relying on the doctrine of qualified immunity to challenge all of Plaintiffs' causes of action, not just the Bane Act cause of action. Defendants thereafter did the same in the MSJ and relied heavily on the doctrine of qualified immunity in their moving papers. Defendants are not required to outline every detail of the MSJ in a telephonic meet and confer conference, and it was clear to Defendants that the parties would not reach an agreement as soon as the doctrine of qualified immunity was mentioned. Rather than beat a dead horse and lay out the same argument for each cause of action, Defendants expressed their intent to generally rely on the doctrine of qualified immunity.

6. Defendants made their request to have the MSJ deemed re-filed because (1) the Court seemed to consider the same based on the language of the June 5, 2024 order, (2) there have been no new factual developments since the filing of the MSJ and opposing papers because the events at issue took place years before

2

I2154186-1 SBD-0015

DECLARATION OF JOSHUA A. NUZZO IN SUPPORT OF REPLY TO OPPOSITION TO MOTION FOR LEAVE TO RE-FILE MOTION FOR SUMMARY JUDGMENT

the MSJ was filed and (3) because that would be the least disruptive method of balancing the strong public policy supporting the hearing of MSJs on the merits with the minimal amount of disruption to the briefing schedule put in place by the Court. Should Plaintiffs instead prefer the parties have the opportunity to modify the MSJ and opposition papers as indicated in their Opposition, Defendants would be more than amenable to the same.

 I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

 Executed on July 5, 2024, at Lake Forest, California.

_/s/ Josh Nuzzo_
Joshua A. Nuzzo