# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA NUNEZ, et al.<br><br>Plaintiff(s),<br><br>v.<br><br>COUNTY OF SAN BERNARDINO, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>5:22–cv–01934–SSS–SP<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:   __7/5/2024__

Document No.: __82__

Title of Document:   __Reply to Opposition__

**ERROR(S) WITH DOCUMENT:**

The document is missing a signature

Other:

**Note:**   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: _July 5, 2024_     By: _/s/ Trina DeBose  714–338–4568_
                                   Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–112A(06/24) NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENTS