UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:22-cv-01934-SSS-SPx | Date | July 19, 2024 |
| Title | Rosa Nunez, et al. v. County of San Bernardino, et al. | | |

| | |
|---|---|
| Present: The Honorable | SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE |
| Irene Vazquez | RS-CS-2 (7-19-24) |
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):
Benjamin Stamler Levine
Dominique Leah Boubion
Michael S. Carrillo

Attorney(s) Present for Defendant(s):
Joshua Aaron Nuzzo

**Proceedings: ZOOM HEARING RE: MOTION FOR LEAVE TO REFILE MOTION FOR SUMMARY JUDGMENT [Dkt. 79]**

Counsel state their appearances. The Court confers with counsel and hears oral argument. For the reasons stated on the record, the Court **DENIES** the motion.

**IT IS SO ORDERED.**

Time: 00:06
Initials of Preparer: iv