# EXHIBIT 4

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

```
ROSA NUNEZ, INDIVIDUALLY AND AS   )  CASE NO.:
SUCCESSOR IN INTEREST TO DECEDENT)   5:22-cv-1934-SSS(SPx)
ANTHONY NUNEZ; ANTHONY NUNEZ,     )
JR., INDIVIDUALLY AND AS          )
SUCCESSOR IN INTEREST TO          )  VENUE: SBC
DECEDENT, ANTHONY NUNEZ; AND      )
ANDREW NUNEZ, INDIVIDUALLY,       )
                                  )
               PLAINTIFFS,        )
                                  )
         VS.                      )
                                  )
COUNTY OF SAN BERNARDINO; CITY OF )
HESPERIA; AND DOES 1 THROUGH 15,  )
INCLUSIVE,                        )
                                  )
               DEFENDANTS.        )
_____)
```

DEPOSITION OF Andrew Nunez

TAKEN ON Thursday, February 15, 2024

REPORTED BY:  ALICE J. WILBUR, COURT REPORTER

CSR NO. 9538



**PLATINUM REPORTERS & INTERPRETERS**
Certified Shorthand Reporters
Post Office Box 6070 - San Pedro, California 90734-6070 - (310) 241-1450

1

```
 1      Q    Okay.  And then how about Subway?  Do you
 2  know when he was working for Subway approximately?
 3      A    Well --
 4           MS. BOUBION:  Objection on the basis of
 5  relevance and calls for speculation, but you can
 6  answer it, if you know, Andrew, if you understand.
 7           THE WITNESS:  I don't know the timeframe when
 8  he worked there, but I just remember that he did have
 9  the job.
10  BY MS. PRESCOTT:
11      Q    Okay.  To your knowledge did your brother
12  Anthony have any health issues?
13      A    No, he didn't have any.
14           MS. BOUBION:  Objection.  Calls for
15  speculation.
16           THE WITNESS:  I'm sorry.
17           MS. BOUBION:  It's all right.
18  BY MS. PRESCOTT:
19      Q    I heard something about kidney stones.  Do
20  you have any way of knowing whether or not your
21  brother had kidney stones?
22      A    I remember him going to the doctors, because
23  he was having a problem with kidney stones.  Yes, I
24  do remember that.  I don't know the details on it or
25  anything, but I remember it being said.
```



```
 1       Q    Okay.  Do you know if he had any mental
 2  health issues?
 3       A    He did not have.
 4            MS. BOUBION:  Objection.  Calls for
 5  speculation.  Go ahead, Andy.
 6            THE WITNESS:  He did not have any mental
 7  health issues.  My brother was a great guy.
 8  Everybody loved him, all his friends, all my friends,
 9  everybody.  He was, Anthony was an outstanding
10  person.
11  BY MS. PRESCOTT:
12       Q    Was he having problems?
13       A    He was -- I'm sorry.
14       Q    Go ahead.
15       A    I'm sorry.  I would say he would go out of
16  his way for you.  He was that type of person.
17       Q    Was he having any problems with drug abuse?
18       A    Well --
19            MS. BOUBION:  Hold on.  Objection.  Lacks
20  foundation.  Calls for speculation.  You can answer.
21            THE WITNESS:  Oh, like drugs as in can you
22  explain what you mean by drugs?
23  BY MS. PRESCOTT:
24       Q    Sure.  Well, drugs could be a large variety
25  of things, so it could be anything from alcohol,
```



DEPOSITION OF ANDREW NUNEZ

State of California    )
County of Los Angeles )

    The undersigned Certified Shorthand Reporter CSR 9538, a court reporter in and for the State of California, does hereby certify:

    That any witness(s) named in the foregoing proceeding was(were), before and/or during the commencement of proceeding, duly sworn or affirmed to testify the truth, the whole truth, and nothing but the truth;

    That said proceeding was stenographically (or otherwise) reported by me and thereafter transcribed into typewriting under my direction.

    The undersigned Certified Shorthand Reporter further certifies to be neither counsel for nor related to any party to said action nor in any way interested in the outcome thereof.

    IN WITNESS WHEREOF, I have hereunto subscribed my name February 21, 2024.

*Alice Joanne Wilbur*
_____
Certified Shorthand Reporter