# EXHIBIT 5

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

```
ROSA NUNEZ, individually and as      ) Case No.: 5:22-cv-1934-SSS
successor-in-interest to             )          (SPx)
Decedent, Anthony Nunez; Anthony     )
NUNEZ, JR. individually and as       )
successor-in-interest to             )
Decedent, Anthony Nunez; and         )
ANDREW NUNEZ, individually,          )
                                     )
           Plaintiff,                )
                                     )
     vs.                             )
                                     )
COUNTY OF SAN BERNARDINO; CITY       )
of Hesperia; and DOES 1 through      )
15, inclusive,                       )
                                     )
           Defendant.                )
_____)
```

REMOTE DEPOSITION OF ROSA NUNEZ

TAKEN ON TUESDAY, FEBRUARY 6, 2024

Reported By:
Kristiaan Ruiz
CSR No. 13984

1



**PLATINUM REPORTERS & INTERPRETERS**
Certified Shorthand Reporters
Post Office Box 6070 - San Pedro, California 90734-6070 - (310) 241-1450

DEPOSITION OF ROSA NUNEZ

```
 1   trade?
 2       A    Yes.
 3       Q    Okay.  And how frequently did he do yard work?
 4       A    From spring through summer, part of fall.
 5       Q    How was your son's health?  And I'm sorry, I'm
 6   referring to Anthony.
 7       A    He had good health.
 8       Q    Good health.  How was his mental health?
 9       A    Perfect.
10       Q    Did he ever see a doctor for any kind of mental
11   health issues?
12       A    No.
13            MR. LEVINE:  Objection, may call for speculation.
14   You can answer.
15            THE WITNESS:  No.
16   BY MS. PRESCOTT:
17       Q    Did you ever suspect he had any mental health
18   issues?
19       A    No.
20       Q    Did he have a primary care physician?
21       A    Yes.
22       Q    And who was that?
23       A    I don't know his name.
24       Q    How do you know he had one then?
25       A    When he would get sick, he would go see his
```



DEPOSITION OF ROSA NUNEZ

State of California    )
County of Los Angeles )

The undersigned Certified Shorthand Reporter CSR 13984, a court reporter in and for the State of California, does hereby certify:

That any witness(s) named in the foregoing proceeding was(were), before and/or during the commencement of proceeding, duly sworn or affirmed to testify the truth, the whole truth, and nothing but the truth;

That said proceeding was stenographically (or otherwise) reported by me and thereafter transcribed into typewriting under my direction.

The undersigned Certified Shorthand Reporter further certifies to be neither counsel for nor related to any party to said action nor in any way interested in the outcome thereof.

IN WITNESS WHEREOF, I have hereunto subscribed my name February 22, 2024.

_____
Certified Shorthand Reporter