**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Benjamin S. Levine (SBN 342060)
blevine@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California, 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

**CARRILLO LAW FIRM, LLP**
Luis A. Carrillo (SBN 70398)
Michael S. Carrillo (SBN 258878)
Dominique L. Boubion (SBN 336915)
1499 Huntington Drive, Suite 402
South Pasadena, California 91030
Tel: (626) 799-9375
Fax: (626) 799-9380

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT FOR THE
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA NUÑEZ, individually; ANTHONY NUÑEZ, JR., individually and as successor-in-interest to Decedent, Anthony Nuñez; and ANDREW NUÑEZ, individually, <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF SAN BERNARDINO; CITY OF HESPERIA; MICHAEL MARTINEZ; SABRINA CERVANTES; JEREMY DEBERG; JONATHAN CAMPOS; and DOES 5 through 15, inclusive, <br><br> Defendants. | Case No. 5:22-cv-01934-SSS-SP <br><br> **DECLARATION OF BENJAMIN S. LEVINE IN SUPPORT OF PLAINTIFFS' MOTION *IN LIMINE* TO EXCLUDE INFORMATION UNKNOWN TO DEPUTIES AT TIME OF USE OF FORCE** <br><br> *[Filed concurrently with Plaintiffs' Memorandum of Points and Authorities]* <br><br> Hearing: August 30, 2024 <br> Time: 2:00 p.m. <br> Dept.: Courtroom 2 <br><br> FPTC: September 6, 2024 <br> Trial: September 23, 2024 |

# DECLARATION OF BENJAMIN S. LEVINE

I, Benjamin S. Levine, declare as follows:

1. I am an attorney duly licensed to practice law in the State of California, and the Central District of California. I make this declaration in support of Plaintiffs' Motion *in Limine* to Exclude Information Unknown to Deputies at Time of Use of Force. I have personal knowledge of the facts contained herein and could testify competently thereto if called.

2. Attached hereto as "**Exhibit 1**" is a true and correct copy of the relevant portions of the transcript of the February 12, 2024, Deposition of Michael Martinez.

3. Attached hereto as "**Exhibit 2**" is a true and correct copy of the relevant portions of the transcript of the February 21, 2024, Deposition of Jeremy Deberg.

4. Attached hereto as "**Exhibit 3**" is a true and correct copy of the relevant portions of the transcript of the February 22, 2024, Deposition of Sabrina Cervantes.

5. Attached hereto as "**Exhibit 4**" is a true and correct copy of the relevant portions of the transcript of the March 18, 2024, Deposition of Jonathan Campos.

6. Attached hereto as "**Exhibit 5**" is a true and correct copy of the relevant portions of the transcript of the February 26, 2024, Deposition of Brenda Lopez.

I declare under penalty of perjury of the laws of the United States of America, that the foregoing is true and correct. Executed on July 26, 2024, at Woodland Hills, California.

　　　　　　　　　　/s/ *Benjamin S. Levine*
　　　　　　　　　　　Benjamin S. Levine