# Exhibit 2

ROSA NUNEZ, ET AL. vs COUNTY OF SAN BERNARDINO, ET AL.
Jeremy Deberg on 02/21/2024

```
 1              UNITED STATES DISTRICT COURT

 2              CENTRAL DISTRICT OF CALIFORNIA

 3

 4   ROSA NUNEZ, individually, ANTHONY    )
     NUNEZ, JR., individually and as      )
 5   successor-in-interest to Decedent,   )
     Anthony Nunez and ANDREW NUNEZ,      )
 6   individually,                        )
                                          )
 7                  Plaintiffs,           )
                                          )
 8              vs.                       ) Case No.
                                          ) 5:22-CV-01934-SSS-SPx
 9   COUNTY OF SAN BERNARDINO, CITY OF    )
     HESPERIA, MICHAEL MARTINEZ, SABRINA  )
10   CERVANTES, JEREMY DEBERG, JONATHAN   )
     CAMPOS, and DOES 5-15, inclusive,    )
11                                        )
                    Defendants.           )
12   _____)

13

14           REMOTE VIDEOCONFERENCE DEPOSITION OF

15                      JEREMY DEBERG

16              WEDNESDAY, FEBRUARY 21, 2024

17

18

19

20

21

22   Reported Stenographically By:

23   Jinna Grace Kim, CSR No. 14151

24   Job No.:  47727

25
```

Page 106

1  A.  I believe when he was still inside the residence
2  before he exited, he said he was going to kill someone.
3      But I don't know who directly he was speaking to.
4      That's when Deputy Campos and Deputy Martinez were
5  engaged with him.
6  Q.  At any point after Anthony exited the house, did you
7  hear him make verbal threats that appeared to be directed
8  toward a specific deputy?
9  A.  Not that I recall.
10 Q.  Okay.  At any point at the time Deputy Martinez
11 fired his shots, did you have any specific information about
12 any criminal history that Anthony had?
13 A.  No.  At that time I did not even know his name.
14 Q.  Okay.  At the time that Deputy Martinez fired any of
15 his shots, did you have any information that Anthony had
16 injured anybody that day?
17     MR. SMITH:  I'll object to the form of the question.
18     But go ahead, Deputy.
19     THE WITNESS:  I don't recall.
20 BY MR. LEVINE:
21 Q.  At the time that Deputy Martinez fired any of his
22 shots, did you have any specific information that Anthony had
23 used any drugs that day or was on drugs at the time of the
24 incident?
25 A.  Did I have specific knowledge like someone told me

Page 107

1  he had used drugs or that I heard from him?

2     Q.   Anything like that.

3     A.   Based on his behavior and the -- what I heard him
4  say inside the residence, I believe there was a high
5  probability he was under the influence of a controlled
6  substance.

7     Q.   What were the things that he said from inside the
8  residence that made you believe he might be under the
9  influence?

10    A.   I remember him calling someone a devil, he's going
11 to make us kill him.  I mean, all very irrational thoughts
12 which I've seen numerous times with paranoia due to drug
13 use.

14    Q.   Did you ever hear him say that he had used drugs?

15    A.   No.  But at the same time very few people that used
16 drugs will openly admit they used drugs or under the
17 influence of drugs based on my training and experience.

18    Q.   When -- I think you mentioned a moment ago that you
19 heard him make a statement while he was inside about devils
20 and things like that.

21         Did I hear you correctly?

22    A.   Yes.

23    Q.   Did you consider that when you heard that, that it
24 may be an indication that Anthony was experiencing some kind
25 of mental health crisis?