# Exhibit 3

ROSA NUNEZ, ET AL. vs COUNTY OF SAN BERNARDINO, ET AL.
Sabrina Cervantes on 02/22/2024

```
 1                UNITED STATES DISTRICT COURT

 2                CENTRAL DISTRICT OF CALIFORNIA

 3

 4   ROSA NUNEZ, individually, ANTHONY    )
     NUNEZ, JR., individually and as      )
 5   successor-in-interest to Decedent,   )
     Anthony Nunez and ANDREW NUNEZ,      )
 6   individually,                        )
                                          )
 7                  Plaintiffs,           )
                                          )
 8                  vs.                   ) Case No.
                                          ) 5:22-CV-01934-SSS-SPx
 9   COUNTY OF SAN BERNARDINO, CITY OF    )
     HESPERIA, MICHAEL MARTINEZ, SABRINA  )
10   CERVANTES, JEREMY DEBERG, JONATHAN   )
     CAMPOS, and DOES 5-15, inclusive,    )
11                                        )
                    Defendants.           )
12   _____)

13

14           REMOTE VIDEOCONFERENCE DEPOSITION OF

15                    SABRINA CERVANTES

16                THURSDAY, FEBRUARY 22, 2024

17

18

19

20

21

22   Reported Stenographically By:

23   Jinna Grace Kim, CSR No. 14151

24   Job No.:  49297

25
```

Page 25

1   Q.   And when he say two houses down, two houses down in
2   which direction?
3   A.   I believe it was north.
4   Q.   Do you now know the name of the suspect who deputies
5   were engaged with there to be Anthony Nunez?
6   A.   Yes, sir.
7   Q.   Prior to that day had you ever met or had any
8   interaction with Anthony Nunez?
9   A.   No, sir.
10  Q.   Prior to your arrival at the location, did you have
11  any information regarding Anthony Nunez having ever been
12  convicted of any crimes?
13  A.   No, sir.
14  Q.   Prior to arriving at the location, did you have any
15  specific information that Anthony Nunez had used any drugs at
16  any point?
17  A.   Yes, sir.
18  Q.   What specific information did you have regarding
19  that?
20  A.   I believe that the family said that he was under the
21  influence of a controlled substance.  I'm not too sure
22  exactly what substance he was on, but that he had not slept
23  in five days, four days.
24        The family became scared of him, and the day the
25  reason why we got called there to the date of the incident