# Exhibit 4

ROSA NUNEZ, ET AL. vs COUNTY OF SAN BERNARDINO, ET AL.
Jonathan Campos on 03/18/2024

```
 1                UNITED STATES DISTRICT COURT

 2                CENTRAL DISTRICT OF CALIFORNIA

 3

 4

 5   ROSA NUNEZ, individually;        )
     ANTHONY NUNEZ, JR.,              )
 6   individually and as              ) Case No.
     successor-in-interest to         ) 5:22-cv-01934-SSS-SPx
 7   Decedent, Anthony Nunez; and,    )
     ANDREW NUNEZ, individually,      )
 8                                    )
               Plaintiffs,            )
 9                                    )
         vs.                          )
10                                    )
     COUNTY OF SAN BERNARDINO;        )
11   CITY OF HESPERIA; MICHAEL        )
     MARTINEZ; SABRINA CERVANTES;     )
12   JEREMY DEBERG; JONATHAN          )
     CAMPOS; and DOES 5 through       )
13   15, inclusive,                   )
                                      )
14             Defendants.            )
                                      )
15

16

17         REMOTE DEPOSITION OF JONATHAN CAMPOS

18                OAK HILLS, CALIFORNIA

19               MONDAY, MARCH 18, 2024

20

21

22

23   STENOGRAPHICALLY REPORTED BY:

24   Patricia L. Davis, RPR
     CSR No. 11521
25
```

1                        -o0o-

2              FURTHER EXAMINATION BY MR. LEVINE

3        Q    There was a question a moment ago about any
4   drug paraphernalia that was found at the scene or on
5   Anthony's person.  Do you recall that?
6        A    Yes.
7        Q    And I think you testified that you believe you
8   may have found some type of drug paraphernalia on
9   Anthony's person?
10       A    Yes.
11       Q    Did you find any drug paraphernalia at the
12  location, including on Anthony's person, at any time
13  prior to the use of deadly force during the incident?
14       A    No.
15       Q    And I think there was a question about whether
16  Anthony had any white substance on his tongue or around
17  his mouth.  Do you recall that?
18       A    Yes.
19       Q    What specifically did you observe in that
20  regard?
21       A    The white coating around his mouth.
22       Q    When did you observe that?
23       A    While speaking with him in the doorway.
24       Q    And I think you testified that, you know, among
25  the reasons why you thought Anthony might be under the