# Exhibit 5

```
                UNITED STATES DISTRICT COURT

         CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION



    ROSA NUNEZ, individually and    )
    as successor-in-interest to     )
    Decedent, Anthony Nunez;        )
    ANTHONY NUNEZ, JR.,             )
    individually and as             ) Case No.
    successor-in-interest to        ) 5:22-cv-1934-SSS(
    Decedent, Anthony Nunez; and,   ) SPx)
    ANDREW NUNEZ, individually,     )
                                    )
               Plaintiffs,          )
                                    )
    V.                              )
                                    )
                                    )
    COUNTY OF SAN BERNARDINO; CITY  )
    OF HESPERIA; MICHAEL MARTINEZ;  )
    SABRINA CERVANTES; JEREMY       )
    DEBERG; JONATHAN CAMPOS; and    )
    DOES 5 through 15, inclusive,   )
                                    )
               Defendants.          )
    _____)




              REMOTE VIDEO DEPOSITION OF:

                     BRENDA LOPEZ

              Monday, February 26, 2024



    STENOGRAPHICALLY REPORTED BY:

    SUSAN KIM, CSR No. 14494

    JOB NO.: 95716-B
```

BRENDA LOPEZ
February 26, 2024

```
 1          THE WITNESS:  Yes.
 2  BY MS. PRESCOTT:
 3      Q. And did you ever tell Andrew that Anthony had a
 4  crush on you and you weren't talking to him?
 5          MS. BOUBION:  I'm going to object that it
 6  assumes facts not in evidence.  Misstates testimony.
 7          THE WITNESS:  Yes, I did.
 8  BY MS. PRESCOTT:
 9      Q. Okay.  And when did you tell him this?
10      A. I don't remember.
11      Q. Was it near the time when you stopped talking
12  to him?
13      A. No.
14      Q. But what's your estimate of how long after you
15  stopped talking to him that you brought this to the
16  attention of either your mother or Andrew?
17      A. I don't remember exactly.
18      Q. Would it be more than a year after you stopped
19  talking to him?
20      A. No.
21      Q. Okay.  And what made you think that Anthony had
22  a crush on you?
23      A. Just because he called me cute, but I didn't
24  know if it was like in a crush way or in an uncle way.
25      Q. Did you ask for clarification?
```

| | |
|---|---|
| 1 | A. No, I did not. |
| 2 | Q. How many times did he call you cute? |
| 3 | A. Just one time. |
| 4 | Q. So he called you cute one time, and then you |
| 5 | didn't speak to him for five years? |
| 6 | A. Yes. |
| 7 | Q. Okay.  Has anyone else ever called you cute? |
| 8 | A. Just two guys I talk to. |
| 9 | Q. Okay.  Has your mother ever called you cute? |
| 10 | A. Yes. |
| 11 | Q. And you continued to talk to her? |
| 12 | A. Yes. |
| 13 | Q. What was different about Andrew -- or Anthony |
| 14 | calling you cute that caused you to not talk to him |
| 15 | anymore? |
| 16 | A. I don't know. |
| 17 | Q. If Anthony -- while you were living together in |
| 18 | the same household -- if Anthony was in the main living |
| 19 | area -- the living room -- would you feel comfortable to |
| 20 | sit in there, or would you just go to your own room? |
| 21 | A. I would just go to my room. |
| 22 | Q. Okay.  So you tried to stay out of the same |
| 23 | room that he was in? |
| 24 | MS. BOUBION: Objection.  Misstates testimony. |
| 25 | Argumentative. |