**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Benjamin S. Levine (SBN 342060)
blevine@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California, 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

**CARRILLO LAW FIRM, LLP**
Luis A. Carrillo (SBN 70398)
Michael S. Carrillo (SBN 258878)
Dominique L. Boubion (SBN 336915)
1499 Huntington Drive, Suite 402
South Pasadena, California 91030
Tel: (626) 799-9375
Fax: (626) 799-9380

*Attorneys for Plaintiffs*

Christopher P. Wesierski [Bar No. 086736]
  cwesierski@wzllp.com
Michelle R. Prescott [Bar No. 262638]
  mprescott@wzllp.com
Brett A. Smith [Bar No. 322707]
  bsmith@wzllp.com
WESIERSKI & ZUREK LLP
29 Orchard Road
Lake Forest, California 92630
Telephone: (949) 975-1000
Facsimile: (949) 756-0517

Attorneys for Defendants, COUNTY OF SAN BERNARDINO, CITY OF HESPERIA MICHAEL MARTINEZ, SABRINA CERVANTES and JEREMY DEBERG

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA NUÑEZ, individually; ANTHONY NUÑEZ, JR., individually and as successor-in-interest to Decedent, Anthony Nuñez; and ANDREW NUÑEZ, individually,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN BERNARDINO; CITY OF HESPERIA; MICHAEL MARTINEZ; SABRINA CERVANTES; JEREMY DEBERG; JONATHAN CAMPOS; and DOES 5 through 15, inclusive,<br><br>Defendants. | Case No. 5:22-cv-01934-SSS-SP<br><br>*Honorable Sunshine S. Sykes*<br>*Hon. Mag. Judge Sheri Pym*<br><br>**JOINT PRETRIAL STIPULATION**<br><br>FPTC: September 6, 2024<br>Trial: September 23, 2024<br><br>*[Proposed Order filed concurrently herewith]* |

**TO THE HONORABLE COURT:**

After meet-and-confer discussions regarding motions *in limine* to be filed in this action and other pretrial matters, Plaintiffs ROSA NUÑEZ, individually; ANTHONY NUÑEZ JR., individually and as successor-in-interest to Decedent, Anthony Nuñez; and ANDREW NUÑEZ, individually ("Plaintiffs"), and Defendants MICHAEL MARTINEZ, SABRINA CERVANTES, JEREMY DEBERG (the "individual Defendants"), COUNTY OF SAN BERNARDINO, and CITY OF HESPERIA ("Defendants") (collectively, "the Parties"), through their respective counsel of record, hereby stipulate as follows, with regard to the trial of the above-referenced matter:

1. Plaintiffs' police practices expert, Scott A. DeFoe, and Defendants' police practices expert, Edward T. Flosi, shall be precluded from discussing the law and from making legal conclusions or credibility determinations during their testimony.

2. No party shall attempt to introduce evidence or make argument regarding any prosecutorial decision/declination to criminally prosecute any deputy based on that deputy's actions/conduct during the subject incident unless such evidence becomes relevant to Plaintiffs' *Monell* claims during trial.

3. Defendants shall not attempt to introduce evidence regarding or depicting any tattoos on Decedent's body. Defendants shall not attempt to introduce evidence regarding or depicting any tattoos on Plaintiff Andrew Nuñez's body, unless the door has been opened as to such evidence.

/ / /
/ / /
/ / /
/ / /
/ / /

4.  Defendants shall not attempt to introduce evidence regarding Decedent's criminal history prior to March 29, 2022, including concerning a prior incident in which, according to Rosa, Anthony Nunez was arrested many years earlier for driving a car he had just purchased but had not yet registered in his name, unless the door has been opened as to such evidence. This paragraph does not apply to testimony regarding a prior incident in which Decedent allegedly locked Decedent's brother, Marty Nuñez, outside of the Nuñez family home, which resulted in an arrest for an alleged assault on an officer which is the subject of a separate motion *in limine* by Plaintiffs.

5.  Defendants shall not attempt to introduce testimony by Melissa Carpenter pertaining to alleged drug use by Decedent, unless Plaintiffs open the door.

6.  Plaintiffs shall not attempt to introduce evidence regarding any firing or criminal prosecution of Jonathan Campos as a result of events that occurred after the subject incident, unless door is opened. This paragraph does not apply to evidence of any resulting conviction if for a crime evincing dishonesty or moral turpitude, if such a conviction has occurred by the time of trial.

/ / /

/ / /

/ / /

/ / /

/ / /

**IT IS SO STIPULATED**.

DATED: July 26, 2024　　　LAW OFFICES OF DALE K. GALIPO

By _/s/ Benjamin Levine_
Dale K. Galipo
Benjamin S. Levine[1]
*Attorneys for Plaintiffs*

DATED: July 26, 2024　　　WESIERSKI & ZUREK LLP

By _/s/ Michelle Prescott_
CHRISTOPHER P. WESIERSKI
MICHELLE R. PRESCOTT
Attorneys for Defendants, COUNTY OF SAN BERNARDINO, CITY OF HESPERIA, MICHAEL MARTINEZ, SABRINA CERVANTES and JEREMY DEBERG

---

[1] Pursuant to Local Rule 5-4.3.4, as the filer of this document, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.