**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Benjamin S. Levine (SBN 342060)
blevine@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California, 91367
Tel: (818) 347-3333 / Fax: (818) 347-4118

LUIS A. CARRILLO (SBN 70398)
MICHAEL S. CARRILLO (SBN 258878)
DOMINIQUE L. BOUBION (SBN 336915)
**CARRILLO LAW FIRM, LLP**
1499 Huntington Drive, Suite 402
South Pasadena, California 91030
Tel: (626) 799-9375/ Fax: (626) 799-9380

Attorneys for Plaintiffs
ROSA NUÑEZ, ANTHONY NUÑEZ, JR., and ANDREW NUÑEZ

# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA NUÑEZ, individually; ANTHONY NUÑEZ, JR., individually and as successor-in-interest to Decedent, Anthony Nuñez; and ANDREW NUÑEZ, individually, <br><br> Plaintiffs, <br> v. <br><br> COUNTY OF SAN BERNARDINO; CITY OF HESPERIA; MICHAEL MARTINEZ; SABRINA CERVANTES; JEREMY DEBERG; JONATHAN CAMPOS; and DOES 5 through 15, inclusive, <br> Defendants. | Case No. 5:22-cv-01934-SSS-SP <br><br> **NOTICE OF ERRATA** |

**TO THE HONORABLE COURT:**

On July 26, 2024, Plaintiffs filed two Motions *in Limine* to exclude certain evidence at the trial of this matter. [Dkt. 93, 94.] However, the proposed orders required under this Court's rules were inadvertently omitted from those filings. Accordingly, Plaintiffs respectfully submit this Notice of Errata to provide the Court with the attached proposed orders for Plaintiffs' Motions *in Limine* and to apologize for the inadvertent error in failing to provide them initially.

DATED:  July 29, 2024                LAW OFFICES OF DALE K. GALIPO

By_____*/s/ Benjamin S. Levine*_____
                    Dale K. Galipo
                    Benjamin S. Levine
                    Attorneys for Plaintiffs