1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA NUÑEZ, individually; ANTHONY NUÑEZ, JR., individually and as successor-in-interest to Decedent, Anthony Nuñez; and ANDREW NUÑEZ, individually,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN BERNARDINO; CITY OF HESPERIA; MICHAEL MARTINEZ; SABRINA CERVANTES; JEREMY DEBERG; JONATHAN CAMPOS; and DOES 5 through 15, inclusive,<br><br>Defendants. | Case No. 5:22-cv-01934-SSS-SP<br><br>*Honorable Sunshine S. Sykes*<br>*Hon. Mag. Judge Sheri Pym*<br><br>**[PROPOSED] ORDER RE: PLAINTIFS' MOTION *IN LIMINE* NO. 2 TO EXCLUDE ANY FINDINGS BY ANY AGENCY** |

**[PROPOSED] ORDER**

Having reviewed Plaintiffs' Motion *in Limine* No. 2 to Exclude Any Findings by Any Agency, and GOOD CAUSE appearing therein, Plaintiffs' Motion is hereby GRANTED. Evidence, testimony, argument, or reference to/regarding the following shall be excluded at the trial of the above-entitled matter:

1. Any findings by the County of San Bernardino that Defendants Martinez, Deberg, and/or Cervantes's use of force against Decedent was reasonable, justified, and/or within County of San Bernardino policy, including any reference (wither implicit or explicit) to the fact that the County of San Bernardino reviewed the incident.

2. Any findings with respect to this incident by any other agency.

The basis for this Order is that these details are irrelevant; these details will unduly prejudice Plaintiffs, unduly consume Court time, and confuse the issues; certain of this evidence constitutes improper hearsay; and the relevant evidence was not produced during discovery. Fed. R. Evid., Rules 401, 402, 403, 801, 802; Fed. R. Civ. P. 37.

**IT IS SO ORDERED**.

DATED: _____, 2024

_____
HONORABLE SUNSHINE S. SYKES
UNITED STATES DISTRICT JUDGE