**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Benjamin S. Levine (SBN 342060)
blevine@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California, 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

**CARRILLO LAW FIRM, LLP**
Luis A. Carrillo (SBN 70398)
Michael S. Carrillo (SBN 258878)
Dominique L. Boubion (SBN 336915)
1499 Huntington Drive, Suite 402
South Pasadena, California 91030
Tel: (626) 799-9375
Fax: (626) 799-9380

*Attorneys for Plaintiffs*

Christopher P. Wesierski [Bar No. 086736]
 cwesierski@wzllp.com
Michelle R. Prescott [Bar No. 262638]
 mprescott@wzllp.com
Brett A. Smith [Bar No. 322707]
 bsmith@wzllp.com
WESIERSKI & ZUREK LLP
29 Orchard Road
Lake Forest, California 92630
Telephone: (949) 975-1000
Facsimile: (949) 756-0517

*Attorneys for Defendants COUNTY OF SAN BERNARDINO, CITY OF HESPERIA, MICHAEL MARTINEZ, SABRINA CERVANTES, and JEREMY DEBERG*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA NUÑEZ, individually and as successor-in-interest to Decedent, Anthony Nuñez; ANTHONY NUÑEZ, JR., individually and as successor-in-interest to Decedent, Anthony Nuñez; and, ANDREW NUÑEZ, individually, <br><br>Plaintiffs, <br><br>v. <br><br>COUNTY OF SAN BERNARDINO; CITY OF HESPERIA; MICHAEL MARTINEZ, SABRINA CERVANTES, JEREMY DEBERG; and DOES 5 through 15, inclusive. <br><br>Defendants. | Case No.: 5:22-cv-01934-SSS-SPx <br><br>*Honorable Sunshine Suzanne Sykes Magistrate Judge, Sheri Pym* <br><br>**JOINT STATUS REPORT REGARDING SETTLEMENT** |

1

**TO THE HONORABLE COURT:**

Pursuant to this Court's Civil Trial Order [Dkt. 39], the Parties, through their counsel, respectfully submit the following Joint Status Report Regarding Settlement.

The Parties are currently scheduled to attend a mediation of this case with the Court's assigned panel mediator, Richard T. Copeland, on August 29, 2024. Due to limited availability and scheduling conflicts of the parties, counsel, and Mr. Copeland, it was necessary to continue the Parties' deadline to complete a settlement conference or mediation [*see* Dkt. 75], and the current deadline to do so is September 6, 2024. [Dkt. 76.]

At the upcoming mediation, the Parties intend to pursue the possibility of settlement in good faith and to resolve this case if an agreement can be reached. If no agreement is reached at the mediation but the Parties nevertheless believe the possibility of settlement has not been exhausted, the Parties will continue settlement discussions, with Mr. Copeland's further assistance if necessary, to exhaust the possibility of settling this case ahead of the September 23, 2024 trial.

DATED: August 9, 2024            LAW OFFICES OF DALE K. GALIPO

                                 By:    */s/ Dale K. Galipo*
                                        DALE K. GALIPO
                                        BENJAMIN S. LEVINE
                                        *Attorneys for Plaintiffs*


DATED: August 9, 2024            WESIERSKI & ZUREK

                                 By:    */s/Michelle R. Prescott*
                                        CHRISTOPHER P. WESIERSKI
                                        MICHELLE R. PRESCOTT
                                        BRETT A. SMITH
                                        *Attorneys for Defendants*