1 | **LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Benjamin S. Levine (SBN 342060)
blevine@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333
Fax: (818) 347-4118

LUIS A. CARRILLO, SBN 70398
MICHAEL S. CARRILLO, SBN 258878
DOMINIQUE L. BOUBION, SBN 336915
**CARRILLO LAW FIRM, LLP**
1499 Huntington Drive, Suite 402
South Pasadena, California 91030
Tel: (626) 799-9375
Fax: (626) 799-9380

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA NUÑEZ, individually and as successor-in-interest to Decedent, Anthony Nuñez; ANTHONY NUÑEZ, JR., individually and as successor-in-interest to Decedent, Anthony Nuñez; and, ANDREW NUÑEZ, individually,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN BERNARDINO; CITY OF HESPERIA; MICHAEL MARTINEZ, SABRINA CERVANTES, JEREMY DEBERG; and DOES 5 through 15, inclusive.<br><br>Defendants. | Case No.: 5:22-cv-01934-SSS-SPx<br><br>*Honorable Sunshine Suzanne Sykes*<br>*Magistrate Judge, Sheri Pym*<br><br>**PLAINTIFFS' PROPOSED WITNESS LIST** |

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiffs Rosa Nuñez, Andrew Nuñez, and Anthony Nuñez, Jr., by and through their attorneys of record, hereby serve the following list of witnesses which they may call during trial. Plaintiffs reserve the right to supplement and/or amend this list.

DATED: August 9, 2024          LAW OFFICES OF DALE K. GALIPO

                                By:   /s/ Dale K. Galipo
                                      DALE K. GALIPO
                                      BENJAMIN S. LEVINE
                                      *Attorneys for Plaintiffs*

DATED: August 9, 2024          CARRILLO LAW FIRM, LLP

                                By:   /s/ Dominique L. Boubion
                                      MICHAEL S. CARRILLO
                                      DOMINIQUE L. BOUBION
                                      *Attorneys for Plaintiffs*

| Witness's Name, Phone Number, Address | Summary of Testimony / Why Testimony Unique | Time for Direct Exam (Hours) | Time for Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| Michael Martinez | Michael Martinez is a named defendant and was a San Bernardino County Sheriff's Department ("SBCSD") deputy that used lethal force against decedent. Defendant Martinez fired his service weapon. He will testify as to: his observations and involvement in the incident, including the force he used against decedent; information known to him at the time he used force; SBCSD policies, customs, and practices; and his SBCSD training. | 1.5 hours | 4.00 hours | |
| Jeremy Deberg | Jeremy Deberg is a named defendant and was one of the SBCSD deputies that used less-lethal force against decedent. Defendant Deberg fired a 40mm round launcher. He will testify as to: his observations and involvement in the incident, including the force he used against decedent; information known to him at the time he used force; SBCSD policies, customs, and practices; and his SBCSD training. | 0.75 hours | 3.00 hours | |
| Sabrina Cervantes | Sabrina Cervantes is a named defendant and was a SBCSD deputy that used less-lethal force against decedent. Defendant Cervantes fired bean bag rounds. She will testify as to: her observations and involvement in the incident, including the force she used against decedent; information known to her at the time she used force; SBCSD policies, customs, and practices; and her SBCSD training. | 0.75 hours | 3.00 hours | |
| Jonathan Campos | Jonathan Campos was a SBCSD deputy that used less-lethal force against decedent. He was on scene during the incident and deployed his taser. He will testify as to: his observations and involvement in the incident, including the force he used | 0.75 hours | 2.00 hours | |

| | | | | |
|---|---|---|---|---|
| | against decedent; information known to him at the time he used force; SBCSD policies, customs, and practices; and his SBCSD training. | | | |
| Rosa Nuñez | Rosa Nuñez is a Plaintiff in this matter, and will testify about her claims against Defendants as well as her alleged injuries. | 0.5 hours | 4.00 hours | |
| Andrew Nuñez | Andrew Nuñez is a Plaintiff in this matter, and will testify about his observations of the incident, his claims against Defendants, and his alleged injuries. | 0.5-0.75 hours | 4.00 hours | |
| Anthony Nuñez Jr. | Anthony Nuñez Jr. is a Plaintiff in this matter this matter, and will testify about his claims against Defendants as well as his alleged injuries. | 0.5-0.75 hours | 2.00 hours | |
| Lucy Ramos<br><br>8970 9th Ave, Hesperia, CA 92345 | Lucy Ramos is a percipient witness (next door neighbor) and will testify about her perception of the events that occurred. | 0.5-0.75 hours | 2.00 hours | |
| Scott DeFoe | Mr. DeFoe is Plaintiffs' police practices expert and will testify regarding his opinions, contained in the FRCP 26 report. Additionally, Mr. DeFoe will offer testimony in his areas of expertise in policing, including, but not limited to: police use of force; pursuits; de-escalation; training; police operations; criminal investigations; civil rights violations and investigations; internal/administrative investigations; police discipline; and police policies and procedures. | 1-1.25 hours | 2.00 hours | |
| Scott Luzi, M.D.<br><br>175 South Lena Road, San Bernardino, CA 92415-0037<br><br>(909) 387-2978 | Dr. Luzi is a forensic pathologist with the San Bernardino County Coroner's Office and performed the autopsy of decedent. Dr. Luzi is expected to testify as to: the nature of the injuries decedent sustained during the incident; the pain and suffering decedent may have experienced prior to death; the cause and manner of decedent's death; the findings and conclusions stated in the Autopsy Report for decedent. | 0.5-0.75 hours | .50 hours | |
| /// | /// | /// | /// | |

| | | | | |
|---|---|---|---|---|
| *Jorge Arreola<br><br>8331 Caliente Road, Hesperia, CA 92345<br><br>(626) 844-4523 | Jorge Arreola is a San Bernardino County Fire Department ("SBCFD") firefighter paramedic that rendered emergency medical care to the decedent at the scene of the incident. He will testify about his perception of the decedent and the treatment the decedent received, including life-saving efforts; his observations upon arrival at the scene; decedent's presentation, level of consciousness, injuries, and triage. | 0.3 hours | 50 hours | |
| *Ruben Carlos | Ruben Carlos is SBCFD firefighter paramedic that rendered emergency medical care to the decedent at the scene of the incident. He will testify about his perception of the decedent and the treatment the decedent received, including life-saving efforts; his observations upon arrival at the scene; decedent's presentation, level of consciousness, injuries, and triage. | 0.3 hours | .25 hours | |
| *Maria Osuna<br><br>Victorville, CA<br><br>(951) 255-5756 | Maria Osuna is a damages witness. Decedent worked for Maria Osuna and can testify as to his employment. | 0.25 hours | .50 hours | |
| *Stephen Higgins<br><br>17760 Alder Street, Hesperia, CA<br><br>(760) 646-3528; | Stephen Higgins is a damages witness. Decedent worked for Stephen Higgins and can testify as to his employment. | 0.25 hours | .50 hours | |
| *Vern Higgins<br><br>17760 Alder Street, Hesperia, CA<br><br>(760) 646-3528 | Vern Higgins is a damages witness. Decedent worked for Stephen Higgins and can testify as to his employment. | 0.25 hours | .50 hours | |

/ / /

/ / /

Dated: _____   _____
SUNSHINE S. SYKES
United States District Judge