Christopher P. Wesierski [Bar No. 086736]
 cwesierski@wzllp.com
Michelle R. Prescott [Bar No. 262638]
 mprescott@wzllp.com
Brett A. Smith [Bar No. 322707]
 bsmith@wzllp.com
WESIERSKI & ZUREK LLP
29 Orchard Road
Lake Forest, California 92630
Telephone: (949) 975-1000
Facsimile: (949) 756-0517

Attorneys for Defendants, COUNTY OF SAN BERNARDINO, CITY OF HESPERIA MICHAEL MARTINEZ, SABRINA CERVANTES and JEREMY DEBERG

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ROSA NUNEZ, individually and as successor-in-interest to Decedent, Anthony Nunez; ANTHONY NUNEZ, JR., individually and as successor-in-interest to Decedent, Anthony Nunez; and, ANDREW NUNEZ, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SAN BERNARDINO; CITY OF HESPERIA; MICHAEL MARTINEZ; SABRINA CERVANTES; JEREMY DEBERG; JONATHAN CAMPOS; and DOES 5 through 15, inclusive,<br><br>Defendants. | Case No. 5:22-cv-1934-SSS(SPx)<br><br>*Honorable Sunshine Suzanne Sykes*<br>*Magistrate Judge, Sheri Pym*<br><br>**DEFENDANTS' PROPOSED WITNESS LIST**<br><br>Trial Date:          09/23/2024 |

/ / /
/ / /
/ / /
/ / /

1

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Defendants County of San Bernardino, City of Hesperia, Michael Martinez, Sabrina Cervantes and Jeremy Deberg, hereby serve the following list of witnesses which they may call during trial. Defendants reserve the right to supplement and/or amend this list

DATED: August 9, 2024         WESIERSKI & ZUREK LLP

By: *Christopher P. Wesierski*

CHRISTOPHER P. WESIERSKI
Attorneys for Defendants, COUNTY OF SAN BERNARDINO, CITY OF HESPERIA MICHAEL MARTINEZ, SABRINA CERVANTES and JEREMY DEBERG

| Witness's Name, Phone Number, Address | Summary of Testimony / Why Testimony Unique | Time for Direct Exam (Hours) | Time for Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| Rosa Nunez 8990 Ninth Ave., Hesperia, CA | Plaintiff. Will testify what she saw observed on 3/29/22, and her damages. Unique in that she is one of the plaintiffs. She also made statements to police during the incident and following the incident. | | 4 hours | |
| Andrew Nunez 8990 Ninth Ave., Hesperia, CA | Plaintiff. Will testify what he saw and observed on 3/29/2022, his damages, his knowledge of the decedent. Unique in that he is a witness to the events surrounding the calling of police and the incidents that occurred after the arrival of police and he is a plaintiff. He also made statements to the police during the incident and following the incident. | | 4 hours | |
| Anthony Nunez, Jr. Address Unknown | Plaintiff. Will testify regarding his relationship with his father. Unique because he is a plaintiff with his own damages to be proven. | | 2 hours | |
| Noelia Benitez 8990 Ninth Ave., Hesperia, CA | Will testify about the Decedent's conduct, her 9-1-1 call, and what occurred following the call.<br><br>Unique because she is an eye witness to the conduct that precipitated the 9-1-1 call, she saw the officer's initial responses, she was evacuated out of the house through a window. She also made statements to the police during the incident and following the incident. | | 2 hours | |
| Brenda Lopez 16774 Arrow Blvd., Fontana | Will testify about the Decedent's conduct on the day of the incident, the police responses, her evacuation from the home. Unique because she is an eye witness to the incident. She also provided statements to the police after the incident. | | 1 hour | |

WESIERSKI & ZUREK LLP
LAWYERS
29 ORCHARD ROAD
LAKE FOREST, CALIFORNIA 92630
(949) 975-1000

I2172205-1 SBD-0015                    DEFENDANTS' PROPOSED WITNESS LIST

| | | | |
|---|---|---|---|
| Michael Martinez 15840 Smoke Tree St. Hesperia, CA 92345 (760) 947-1500 | Defendant – Will testify regarding his response to the 9-1-1 call, his observations of the Decedent, his perceptions about the Decedent's actions and reasons for the actions he took in response. Unique because he is a Defendant in this matter and best to give his account of his perception and reaction to the incident as it unfolded. | 4 hours | |
| Jeremy Deberg 15840 Smoke Tree St. Hesperia, CA 92345 (760) 947-1500 | Defendant – Will testify regarding his response to the 9-1-1 call, his observations of the Decedent, his perceptions about the Decedent's actions and reasons for the actions he took in response. Unique because he is a Defendant in this matter and best to give his account of his perception and reaction to the incident as it unfolded. | 3 hours | |
| Sabrina Cervantes 15840 Smoke Tree St. Hesperia, CA 92345 (760) 947-1500 | Defendant – Will testify regarding her response to the 9-1-1 call, her observations of the Decedent, her perceptions about the Decedent's actions and reasons for the actions she took in response. Unique because she is a Defendant in this matter and best to give her account of her perception and reaction to the incident as it unfolded. | 3 hours | |
| Jonathan Campos Unknown | Responding Deputy and dismissed defendant. Will testify regarding his response to the 9-1-1 call, his observations of the Decedent, his perceptions about the Decedent's actions and reasons for the actions he took in response. Unique because he is a Defendant in this matter and best to give his account of his perception and reaction to the incident as it unfolded. | 2 hours | |
| Corey LaFever 15840 Smoke Tree St. Hesperia, CA 92345 (760) 947-1500 | Sgt. at the incident scene. Eye witness to the interactions with the Decedent. Evacuated the family from the home. Engaged with family members as the incident unfolded. | 4 hours | |

WESIERSKI & ZUREK LLP
LAWYERS
29 ORCHARD ROAD
LAKE FOREST, CALIFORNIA 92630
(949) 975-1000

| # | Name/Address | Description | Time | | |
|---|---|---|---|---|---|
| | | Unique because he was communicating with family about the incident and the Decedent. | | | |
| | Greg Breiner* 8331 Caliente Rd., Hesperia CA 92345 (760) 947-2674 | Captain Fire Dept. Responded to the call for possible medical aid made while Decedent was still barricaded in the home. Unique because he knows when medical units were called and when arrived. | | | |
| | Landon Markegard 8331 Caliente Rd., Hesperia CA 92345 (760) 947-2674 | Firefighter/EMT will testify regarding on scene response and attempt to administer lifesaving aid. Unique because he knows what lifesaving aid was given and when. | 30 minutes | | |
| | Jorge Arreola 8331 Caliente Rd., Hesperia CA 92345 (760) 947-2674 | Firefighter/EMT will testify regarding on scene response and attempt to administer lifesaving aid. Unique because he knows what lifesaving aid was given and when. | 30 minutes | | |
| | Carlos Ruben 8331 Caliente Rd., Hesperia CA 92345 (760) 947-2674 | Firefighter/EMT will testify regarding on scene response and attempt to administer lifesaving aid. Unique because he knows what lifesaving aid was given and when. | 15 minutes | | |
| | Joseph Tambe 8331 Caliente Rd., Hesperia CA 92345 (760) 947-2674 | Firefighter/EMT will testify regarding on scene response and attempt to administer lifesaving aid. Unique because he knows what lifesaving aid was given and when. | 15 minutes | | |
| | Mario Marroquin 8331 Caliente Rd., Hesperia CA 92345 (760) 947-2674 | EMT will testify regarding on scene response and attempt to administer lifesaving aid. Unique because he knows what lifesaving aid was given and when. | 15 minutes | | |
| | Brandon Montate | Paramedic will testify regarding on scene response and attempt to administer lifesaving aid. Unique because he knows what lifesaving aid was given and when. | 15 minutes | | |
| | Ed Flosi M.S., Justitia Consulting, Inc. 1519 E. Chapman Ave., #34, Fullerton, CA 92831 (408) 315-0520 | Defense Expert re: Police Practices. Will testify regarding his opinions about whether the Defendants' conduct in responding to the incident was within policy and rebut Plaintiff's police practices expert opinions. | 4 hours | | |

WESIERSKI & ZUREK LLP
LAWYERS
29 ORCHARD ROAD
LAKE FOREST, CALIFORNIA 92630
(949) 975-1000

| Name/Address | Description | Time | | |
|---|---|---|---|---|
| | Unique because he has special skills, experience and education regarding police practices. | | | |
| Erica J. Ochoa* 303 E. Vanderbilt Way, San Bernardino CA 92415-0026 | Defense non-retained expert Chief Compliance Officer/Privacy Officer Department Behavioral Health Will testify regarding Department of Behavioral Health (DBH) Community Crisis Response Team (CCRT) and Triage, Engagement and Support Teams (TEST) response protocols. Unique because she has special skills, experience and education regarding responding to calls for mental health crisis. | 2 hours | | |
| Justin Carty 15840 Smoke Tree St. Hesperia, CA 92345 (760) 947-1500 | Detective – Will testify regarding crime scene investigation and documenting the incident scene, lay foundation for pictures taken. Unique because he personally documented the incident scene. | 30 Minutes | | |
| Dave Van Norman 175 south Lena Rd., San Bernadino, CA 909-387-2978 | Deputy Coroner Instigator will testify regarding his examination of the Decedent. Unique because he examined the Decedent and documented the wounds to the body. | 15 Minutes | | |
| Scott Luzi M.D. 175 south Lena Rd., San Bernadino, CA 909-387-2978 | Non-retained expert. Forensic Pathologist will testify regarding the autopsy of the Decedent and cause of death. Unique because he examined the Decedent's body and determined cause of death and collected blood and vitreous fluid from the body of the Decedent. | 30 Minutes | | |
| Kristopher W. Graf 200 Welsh Road, Horsham, PA 19044 | NMS Labs Certifying Specialist – will testify regarding the toxicology results of the blood and vitreous fluid taken from Decedent's body. Unique because he can lay a foundation for the results. | 30 Minutes | | |
| Jonathan Ramstad 15840 Smoke Tree St. Hesperia, CA 92345 (760) 947- | Detective. Will testify regarding the voluntary statement of Plaintiff Andrew Nunez, Noelia Benitez, and Brenda Lopez taken at the | 1 hour | | |

WESIERSKI & ZUREK LLP
LAWYERS
29 ORCHARD ROAD
LAKE FOREST, CALIFORNIA 92630
(949) 975-1000

6

| | | | | |
|---|---|---|---|---|
| | 1500 | Hesperia Sheriff's Station. Unique because he can lay a foundation for the recorded interviews of Andrew Nunez and Noelia Benitez, and Brenda Lopez | | |
| Malcolm Page* 15840 Smoke Tree St. Hesperia, CA 92345 (760) 947-1500 | Detective. Will testify regarding the voluntary statement of Plaintiff Andrew Nunez, and Noelia Benitez taken at the Hesperia Sheriff's Station. Unique because he can lay a foundation for the recorded interviews of Andrew Nunez, and Noelia Benitez. | 1 hour | | |
| | | | | |

*Indicate with an asterisk (*) any witness(es) that will be called only if the need arises.*

Dated _____     _____
                                                SUNSHINE S. SYKES
                                          United States District Judge

WESIERSKI & ZUREK LLP
LAWYERS
29 ORCHARD ROAD
LAKE FOREST, CALIFORNIA 92630
(949) 975-1000