Christopher P. Wesierski [Bar No. 086736]
  cwesierski@wzllp.com
Michelle R. Prescott [Bar No. 262638]
  mprescott@wzllp.com
Brett A. Smith [Bar No. 322707]
  bsmith@wzllp.com
WESIERSKI & ZUREK LLP
29 Orchard Road
Lake Forest, California 92630
Telephone: (949) 975-1000
Facsimile: (949) 756-0517

Attorneys for Defendants, COUNTY OF SAN BERNARDINO, CITY OF HESPERIA MICHAEL MARTINEZ, SABRINA CERVANTES and JEREMY DEBERG

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ROSA NUNEZ, individually and as successor-in-interest to Decedent, Anthony Nunez; ANTHONY NUNEZ, JR., individually and as successor-in-interest to Decedent, Anthony Nunez; and, ANDREW NUNEZ, individually, <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF SAN BERNARDINO; CITY OF HESPERIA; MICHAEL MARTINEZ; SABRINA CERVANTES; JEREMY DEBERG; JONATHAN CAMPOS; and DOES 5 through 15, inclusive, <br><br> Defendants. | Case No. 5:22-cv-1934-SSS(SPx) <br><br> **DEFENDANTS' NON-OPPOSITION TO PLAINTIFFS' MOTION IN LIMINE NO. 2** <br><br> Trial Date:    09/23/2024 |

1   Defendants COUNTY OF SAN BERNARDINO, CITY OF HESPERIA,
2   MICHAEL MARTINEZ, SABRINA CERVANTES, and JEREMY DEBERG
3   ("Defendants") hereby submit their Non-Opposition to Plaintiffs ROSA NUNEZ,
4   ANTHONY NUNEZ, JR. and ANDREW NUNEZ's ("Plaintiffs") Motion in Limine
5   No. 1 "to exclude information unknown to deputies at the time of use of force" (the
6   "Motion"). Defendant JONATHAN CAMPOS ("Campos") was previously dismissed
7   by Plaintiff. As such, Campos will not be not joining in this Non-Opposition.

8   Defendants do not oppose the Motion unless evidence and findings of other
9   investigations are relevant where Plaintiffs or their experts testify about or rely on
10  such evidence, or where Plaintiffs or their experts attempt to argue that no
11  investigation was conducted or to argue that any investigation conducted was
12  inadequate. Further, plaintiffs should not comment on defendants' statutory right to
13  counsel during said administrative investigations.

15  DATED: August 9, 2024         WESIERSKI & ZUREK LLP

                                   By: *Christopher P. Wesierski*
                                   _____
                                   CHRISTOPHER P. WESIERKSI
                                   MICHELLE R. PRESCOTT
                                   Attorneys for Defendants, COUNTY OF
                                   SAN BERNARDINO, CITY OF
                                   HESPERIA MICHAEL MARTINEZ,
                                   SABRINA CERVANTES and JEREMY
                                   DEBERG

WESIERSKI & ZUREK LLP
LAWYERS
29 ORCHARD ROAD
LAKE FOREST, CALIFORNIA 92630
(949) 975-1000

I2177012-1 SBD-0015

2
DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION IN LIMINE NO. 2