LUIS A. CARRILLO (SBN 70398)
MICHAEL S. CARRILLO (SBN 258878)
DOMINIQUE L. BOUBION (SBN 336915)
**CARRILLO LAW FIRM, LLP**
1499 Huntington Drive, Suite 402
South Pasadena, California 91030
Tel: (626) 799-9375
Fax: (626) 799-9380

**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Benjamin S. Levine (SBN 342060)
blevine@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California, 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA NUÑEZ, individually; ANTHONY NUÑEZ, JR., individually and as successor-in-interest to Decedent, Anthony Nuñez; and ANDREW NUÑEZ, individually, <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF SAN BERNARDINO; CITY OF HESPERIA; MICHAEL MARTINEZ; SABRINA CERVANTES; JEREMY DEBERG; JONATHAN CAMPOS; and DOES 5 through 15, inclusive, <br><br> Defendants. | Case No. 5:22-cv-01934-SSS-SP <br><br> **DECLARATION OF BENJAMIN S. LEVINE IN SUPPORT OF PLAINTIFFS' CONSOLIDATED OPPOSITION TO DEFENDANTS' MOTIONS IN LIMINE NO. 1 & 2** <br><br> *[Filed concurrently with Plaintiffs' Memorandum of Points and Authorities in Opposition to Defendants' Motions in Limine No. 1 & 2]* <br><br> Hearing:     August 30, 2024 <br> Time:         2:00 p.m. <br> Courtroom: 2 |

**DECLARATION OF BENJAMIN S. LEVINE**

I, Benjamin S. Levine, declare as follows:

1. I am an attorney duly licensed to practice law in the State of California, and the Central District of California. I make this declaration in support of Plaintiffs' Consolidated Opposition to Defendants' Motions *in Limine* No. 1 & 2. I have personal knowledge of the facts contained herein and could testify competently thereto if called.

2. Attached hereto as "**Exhibit A**" is a true and correct copy of the relevant portions of the transcript of the March 18, 2024, Deposition of Jonathan Campos.

3. Attached hereto as "**Exhibit B**" is a true and correct copy of the relevant portions of the transcript of the February 21, 2024, Deposition of Jeremy Deberg.

4. Attached hereto as "**Exhibit C**" is a true and correct copy of the relevant portions of the transcript of the February 22, 2024, Deposition of Sabrina Cervantes.

5. Attached hereto as "**Exhibit D**" is a true and correct copy of the relevant portions of the transcript of an audio recording of the incident from Michael Martinez's belt recording device.

6. Attached hereto as "**Exhibit E**" is a true and correct copy of the relevant portions of the transcript of the February 12, 2024, Deposition of Michael Martinez.

7. Attached hereto as "**Exhibit F**" is a true and correct copy of the CV of Plaintiffs' police practices expert, Scott A. DeFoe, included as part of Mr. DeFoe's initial expert report.

8. Attached hereto as "**Exhibit G**" is a true and correct copy of the relevant portions of the Initial Expert Report authored by Defendants' expert, Edward T. Flosi.

/ / /

/ / /

/ / /

/ / /

1  I declare under penalty of perjury of the laws of the United States of
2  America, that the foregoing is true and correct.  Executed on August 9, 2024, at
3  Woodland Hills, California.
4
5
6           /s/ *Benjamin S. Levine*
7                Benjamin S. Levine