# Exhibit A

ROSA NUNEZ, ET AL. vs COUNTY OF SAN BERNARDINO, ET AL.
Jonathan Campos on 03/18/2024

```
 1                  UNITED STATES DISTRICT COURT

 2                 CENTRAL DISTRICT OF CALIFORNIA

 3

 4

 5    ROSA NUNEZ, individually;        )
      ANTHONY NUNEZ, JR.,              )
 6    individually and as              ) Case No.
      successor-in-interest to         ) 5:22-cv-01934-SSS-SPx
 7    Decedent, Anthony Nunez; and,    )
      ANDREW NUNEZ, individually,      )
 8                                     )
                Plaintiffs,            )
 9                                     )
          vs.                          )
10                                     )
      COUNTY OF SAN BERNARDINO;        )
11    CITY OF HESPERIA; MICHAEL        )
      MARTINEZ; SABRINA CERVANTES;     )
12    JEREMY DEBERG; JONATHAN          )
      CAMPOS; and DOES 5 through       )
13    15, inclusive,                   )
                                       )
14              Defendants.            )
                                       )
15

16

17        REMOTE DEPOSITION OF JONATHAN CAMPOS

18                OAK HILLS, CALIFORNIA

19              MONDAY, MARCH 18, 2024

20

21

22

23   STENOGRAPHICALLY REPORTED BY:

24   Patricia L. Davis, RPR
     CSR No. 11521
25
```

Page 39

1    A    No.

2    Q    Did you ever learn that Anthony had a gun on
3    his person?

4    A    I searched him out after the incident concluded
5    and I didn't find a gun on him.

6    Q    Did you and Deputy Martinez begin speaking with
7    Anthony at the front door while he stood toward the end
8    of the hallway there?

9    A    Yes.

10   Q    Upon seeing him standing in the hallway holding
11   the chain, did you draw a weapon of any kind?

12   A    Yes.

13   Q    What weapon did you draw?

14   A    My taser.

15   Q    At that time did Deputy Martinez draw a weapon?

16   A    Yes.

17   Q    What weapon did he draw?

18   A    His duty weapon.  I don't know if he has a
19   Glock 21 or 19, but he drew his weapon.

20   Q    Was there any discussion between you and Deputy
21   Martinez who would be the lethal officer and who would
22   have less lethal?

23   A    No, it just kind of happened instinctively.

24   Q    And while you were holding your taser and
25   Deputy Martinez was holding his duty weapon, did you

Page 44

1  Anthony that he was the watch commander, he was in
2  charge, so to speak.  And I think LaFever asked him if
3  there was anything we could do for him to, you know,
4  drop the chain and come out peacefully.
5            From what I can recall, Anthony liked LaFever
6  and they kind of had, like, a positive, I guess,
7  conversation, but then it kind of turned where Anthony
8  went hot and cold and just told LaFever that he didn't
9  like him at the end.
10           And LaFever ended up kind of stopped talking to
11  him and I -- I was right behind LaFever and I ended up
12  swapping spots with LaFever and I took the position
13  right next to Michael again and Michael and myself just
14  continued to talk to Anthony.
15      Q    At some point during the conversation you and
16  Deputy Martinez were having with Anthony, did Anthony
17  exit the house through the front door?
18      A    Yes.
19      Q    Approximately how long after you first
20  encountered Anthony at the front door did he come
21  outside?
22      A    Well over an hour.  I'd say maybe an hour, 15
23  to -- an hour and 15 minutes.
24      Q    I think you mentioned a moment ago that during
25  your conversation with Anthony, Anthony was hot and

Page 45

```
 1   cold?  Was that the term that you used?
 2       A   Yes.
 3       Q   I think you might have said up and down as
 4   well?
 5       A   Yes.
 6       Q   Could you describe what you mean by that?
 7       A   Well, there were moments we felt like we were
 8   connecting with him so that he was kind of, you know,
 9   agreeing with us and he was no longer screaming or he
10   kind of stopped taking that bladed stance.  And he was,
11   you know, not angry, so to speak.
12               And so we were listening to him tell us his
13   story about wanting to fix the country, he wanted to run
14   for president, and all the things wrong with the
15   country.
16               And then out of nowhere, he'd kind of just turn
17   and say, you know, F you, or whatever, yell at us, and
18   he'd be angry again.
19               So he was very unpredictable.  His behavior was
20   up and down, angry and nice, angry and nice.
21       Q   Prior to exiting the house, did Anthony ever
22   make any reference to being king or maybe that he would
23   in the future be a king?
24       A   Yes.
25       Q   Prior to him exiting the house, did Anthony
```

Page 46

```
 1   ever discuss any religious subjects with you and Deputy
 2   Martinez?
 3        A    Yes.
 4        Q    Could you give an example of what religious
 5   subjects he was discussing with you?
 6        A    I believe he prayed.  He said a prayer to God
 7   and said that he was going to fight till death.
 8             And I think he said something to the effect of,
 9   Please, God, accept my soul because I'm going to make
10   these men kill me, something like that.
11        Q    Prior to Anthony exiting the house, did you
12   ever consider that Anthony might be having some kind of
13   mental health episode or mental health crisis?
14        A    No, it didn't cross my mind.
15        Q    When you were at the police academy, did you
16   receive any kind of training identifying subjects who
17   may be experiencing mental health crises?
18             MR. SMITH:  I'll object to the form of the
19   question really quick, Jonathan.
20             Go ahead and answer.
21             THE WITNESS:  Yes, I received a 32-hour crisis
22   intervention team course.
23   BY MR. LEVINE:
24        Q    When Anthony came outside of the house
25   approximately an hour and 15 minutes after you first
```

Page 126

```
 1      A    Well, he displayed symptomology of being under
 2   the influence of a controlled substance such as his
 3   nonsensical statements, his pupils being very dilated,
 4   his eyelid flutter, things like that.
 5      Q    Any other physical indications that you
 6   observed that, let's say, kind of dovetailed with those
 7   observations?
 8           (Simultaneous speaking.)
 9           (Reporter clarification.)
10           MR. LEVINE:  I'll just quickly object that it
11   calls for speculation.
12           But you can answer.
13           THE WITNESS:  He was very agitated.  His being
14   angry one moment, being happy and cool with us the next.
15   Kind of sidestepped a lot.  Couldn't stay still.
16   Wouldn't remain still.  He was very unpredictable.
17   BY MR. SMITH:
18      Q    Very unpredictable.  Okay.
19           Did you see him with any other physical
20   indications, like instruments of drug use on his person,
21   at any time?
22      A    I don't recall if I found any paraphernalia in
23   his pocket, but I want to say we might have found some
24   paraphernalia in his pocket.
25      Q    Okay.  Did you observe a white coating on his
```

ROSA NUNEZ, ET AL. vs COUNTY OF SAN BERNARDINO, ET AL.
Jonathan Campos on 03/18/2024

Page 129

1                       -oOo-

2            FURTHER EXAMINATION BY MR. LEVINE

3       Q    There was a question a moment ago about any
4  drug paraphernalia that was found at the scene or on
5  Anthony's person.  Do you recall that?
6       A    Yes.
7       Q    And I think you testified that you believe you
8  may have found some type of drug paraphernalia on
9  Anthony's person?
10      A    Yes.
11      Q    Did you find any drug paraphernalia at the
12 location, including on Anthony's person, at any time
13 prior to the use of deadly force during the incident?
14      A    No.
15      Q    And I think there was a question about whether
16 Anthony had any white substance on his tongue or around
17 his mouth.  Do you recall that?
18      A    Yes.
19      Q    What specifically did you observe in that
20 regard?
21      A    The white coating around his mouth.
22      Q    When did you observe that?
23      A    While speaking with him in the doorway.
24      Q    And I think you testified that, you know, among
25 the reasons why you thought Anthony might be under the

Page 130

1  influence was that he was agitated and erratic and sort
2  of up and down.  Do I have that correctly?
3       A   Yes.
4       Q   Based on your training, are those also
5  potential symptoms or indicators of somebody
6  indicating -- excuse me, of somebody experiencing a
7  mental health crisis or episode?
8       A   Yes.
9       Q   Did you at any point during this incident
10 consider that Anthony may be experiencing some type of
11 meant health crisis?
12      A   No.
13          MR. LEVINE:  Those are all my questions.
14          Thank you.
15          MR. SMITH:  So barring you needing orders for
16 transcripts, I think we can go off the record.
17          THE REPORTER:  Let me ask on the record first,
18 Mr. Corzano, would you like to order a certified copy of
19 this transcript?
20          MR. CORZANO:  Yes, please.
21          THE REPORTER:  Electronic okay?
22          MR. CORZANO:  Yes.
23          THE REPORTER:  And, Mr. Smith, same question?
24          MR. SMITH:  Yeah, and I believe expedited as
25 well.