Exhibit C

```
 1                  UNITED STATES DISTRICT COURT

 2                  CENTRAL DISTRICT OF CALIFORNIA

 3

 4   ROSA NUNEZ, individually, ANTHONY    )
     NUNEZ, JR., individually and as      )
 5   successor-in-interest to Decedent,   )
     Anthony Nunez and ANDREW NUNEZ,      )
 6   individually,                        )
                                          )
 7             Plaintiffs,                )
                                          )
 8             vs.                        ) Case No.
                                          ) 5:22-CV-01934-SSS-SPx
 9   COUNTY OF SAN BERNARDINO, CITY OF    )
     HESPERIA, MICHAEL MARTINEZ, SABRINA  )
10   CERVANTES, JEREMY DEBERG, JONATHAN   )
     CAMPOS, and DOES 5-15, inclusive,    )
11                                        )
               Defendants.                )
12   _____)

13

14        REMOTE VIDEOCONFERENCE DEPOSITION OF

15                  SABRINA CERVANTES

16             THURSDAY, FEBRUARY 22, 2024

17

18

19

20

21

22   Reported Stenographically By:

23   Jinna Grace Kim, CSR No. 14151

24   Job No.:  49297

25
```

**ROSA NUNEZ, ET AL. vs COUNTY OF SAN BERNARDINO, ET AL.**
**Sabrina Cervantes on 02/22/2024**

Page 33

1    Q.   How many rounds can be loaded into a less-lethal

2    shotgun at a time?

3    A.   One set of time.

4    Q.   What is the maximum rounds that a less-lethal can

5    carry when it's fully loaded?

6    A.   I believe four.  Well, you have the one in the

7    chamber.  So I believe you have four or five.

8    Q.   And how many rounds did you load the less-lethal

9    shotgun with on the date of the incident?

10   A.   I believe there was four.  I don't recall.

11   Q.   And when you approached the residence, I think you

12   mentioned that the two deputies, and that would be Deputy

13   Martinez and Deputy Campos were standing sort of outside of

14   the front door area; is that correct?

15   A.   Yes.

16   Q.   And what did they appear to be doing at that time?

17   A.   They were trying to basically de-escalate the

18   situation.  They were trying to have a conversation with

19   Anthony.  They were basically trying to have a conversation

20   with him trying to calm him down.

21        I didn't see Anthony, but I heard his voice, and he

22   was very hostile.

23   Q.   Could you clearly hear everything that the two

24   deputies and Anthony were saying during that conversation?

25   A.   I could clearly hear the deputies.

**ROSA NUNEZ, ET AL. vs COUNTY OF SAN BERNARDINO, ET AL.**
**Sabrina Cervantes on 02/22/2024**

Page 34

1          Anthony, I did not hear exactly verbatim what words

2   he was saying.

3       Q.   And then when you arrived at the house, did you also

4   walk over to the porch to join the two deputies?

5       A.   No, sir.

6       Q.   Where did you go?

7       A.   I stayed behind that wall that I explained

8   earlier.

9       Q.   Approximately how far away from the two deputies

10  were you in that position behind the wall?

11      A.   I believe four, five feet.

12      Q.   At the time that you arrived, did you have

13  information who was inside the residence besides Anthony?

14      A.   Yes, sir.

15      Q.   And what information did you have at that time?

16      A.   That a family was inside.  So I believe it was

17  Anthony's brother, his brother's wife which is Anthony's

18  sister-in-law and two nieces.

19      Q.   And how did you receive that information?

20      A.   It was -- I believe it was dispatch that aired it

21  because I don't remember exactly who -- what family member

22  called dispatch initially.

23          I think it was the brother and the sister-in-law.

24          That's how we knew that there was family members

25  inside the house.