Exhibit D

**DR# 192202324**
**H# 2022-033**

| | | | |
|---|---|---|---|
| 1 | | | going to tell you this. The world is coming to an |
| 2 | | | end, my boys. |
| 3 | | | |
| 4 | MARTINEZ: | 03:00 | Okay. |
| 5 | | | |
| 6 | ANTHONY: | 03:01 | Okay. |
| 7 | | | |
| 8 | MARTINEZ: | 03:02 | Do you understand why we're asking you to put the |
| 9 | | | chain down brother? |
| 10 | | | |
| 11 | ANTHONY: | 03:04 | Because you're scared, and I'm scared too. |
| 12 | | | |
| 13 | MARTINEZ: | 03:05 | Yeah, bro we're not, we're not here to hurt you, |
| 14 | | | bro. I'm here to help you. |
| 15 | | | |
| 16 | ANTHONY: | 03:07 | No, you're going to try to take me away. |
| 17 | | | |
| 18 | MARTINEZ: | 03:08 | No, I'm not. |
| 19 | | | |
| 20 | ANTHONY: | 03:09 | I'm not going to lie. |
| 21 | | | |
| 22 | MARTINEZ: | 03:10 | I can guarantee you that. |
| 23 | | | |
| 24 | ANTHONY: | 03:11 | I guarantee you [inaudible] |
| 25 | | | |
| 26 | MARTINEZ: | 03:12 | No. |
| 27 | | | |
| 28 | | | |

6

**DR# 192202324**
**H# 2022-033**

| | | | |
|---|---|---|---|
| 1 | ANTHONY: | 03:13 | I'm not going to go to a |
| 2 | | | |
| 3 | MARTINEZ: | 03:13 | We're here to make sure you're right, bro. |
| 4 | | | |
| 5 | ANTHONY: | 03:14 | I love you and I want you to love me. |
| 6 | | | |
| 7 | CAMPOS: | 03:15 | Okay. I appreciate it. |
| 8 | | | |
| 9 | ANTHONY: | 03:16 | I want this to be a conversation. |
| 10 | | | |
| 11 | CAMPOS: | 03:17 | Hey, do you need any medical attention at all, bro? |
| 12 | | | |
| 13 | ANTHONY: | 03:18 | No, I just want this to be a conversation. |
| 14 | | | |
| 15 | MARTINEZ: | 03:19 | We are but I need you to put the chain down for us |
| 16 | | | to conversate, bro. For us to trust you I want. |
| 17 | | | |
| 18 | ANDREW: | 03:23 | Anthony, you are making it worse for yourself. |
| 19 | | | |
| 20 | MARTINEZ: | 03:26 | Please. |
| 21 | | | |
| 22 | CAMPOS: | 03:27 | 19 Paul 24 |
| 23 | | | |
| 24 | ANTHONY: | 03:28 | [inaudible] love you guys. |
| 25 | | | |
| 26 | ANDREW: | 03:29 | Put the chain down. |
| 27 | | | |
| 28 | | | |

7

**DR# 192202324**
**H# 2022-033**

| | | | |
|---|---|---|---|
| 1 | ANTHONY: | 03:56 | Do it. |
| 2 | | | |
| 3 | CAMPOS: | 03:57 | Like off your leg dude. Why you wrap it along your |
| 4 | | | leg for? |
| 5 | | | |
| 6 | MARTINEZ: | 03:58 | Yeah… |
| 7 | | | |
| 8 | ANTHONY: | 03:59 | Because I'm pretty fucking awesome and it makes |
| 9 | | | my [inaudible]. |
| 10 | | | |
| 11 | CAMPOS: | 04:01 | Okay, alright well that, that makes me more you |
| 12 | | | know uneasy. |
| 13 | | | |
| 14 | ANTHONY: | 04:04 | Me too, you guys got training. |
| 15 | | | |
| 16 | CAMPOS: | 04:05 | Right. |
| 17 | | | |
| 18 | ANTHONY: | 04:06 | [inaudible] easily fucking still fucking [inaudible]. |
| 19 | | | |
| 20 | CAMPOS: | 04:07 | Where? Where at? |
| 21 | | | |
| 22 | CAMPOS: | 04:09 | It's still wrapped around you; you can keep it up |
| 23 | | | barely. |
| 24 | | | |
| 25 | ANTHONY: | 04:09 | Go like this, forgot. Okay, I wanna tell you guys a |
| 26 | | | story and you're awesome. You guys do a lot help |
| 27 | | | the world, you try your best, but the devil works in |
| 28 | | | |

10

DR# 192202324
H# 2022-033

| | | | |
|---|---|---|---|
| 1 | | | mysterious ways and the story is greater than us. |
| 2 | | | |
| 3 | MARTINEZ: | 04:24 | Okay. |
| 4 | | | |
| 5 | ANTHONY: | 04:25 | I want to start like this, the world is coming to an |
| 6 | | | end and it's come from the point from, from where |
| 7 | | | it's at past the point of half ways, right? And we're |
| 8 | | | like still far into – |
| 9 | | | |
| 10 | MARTINEZ: | 04:33 | Okay. |
| 11 | | | |
| 12 | ANTHONY: | 04:34 | -- to till it's the end, right? |
| 13 | | | |
| 14 | CAMPOS: | 04:36 | This [inaudible]. |
| 15 | | | |
| 16 | MARTINEZ: | 04:37 | Bro, can you tell we're not, can you tell that we're |
| 17 | | | not here to hurt you right now, bro? |
| 18 | | | |
| 19 | ANTHONY: | 04:40 | Yeah, I and I'm I want to calm down. I'm talking |
| 20 | | | calm [inaudible]. |
| 21 | | | |
| 22 | MARTINEZ: | 04:42 | I appreciate that, but you still have the chain right |
| 23 | | | there and it makes me nervous, bro. |
| 24 | | | |
| 25 | ANTHONY: | 04:46 | Come on man you already going to fucking disarm |
| 26 | | | me and you're fucking scared of me. |
| 27 | MARTINEZ: | 04:48 | I'm not doing nothing, bro. |
| 28 | | | |

11

DR# 192202324
H# 2022-033

| | | | |
|---|---|---|---|
| 1 | | | |
| 2 | ANTHONY: | 04:49 | I'm dirty, I'm tired of you dirty fucking bottom of the |
| 3 | | | fucking barrel position of power. Thinking you can |
| 4 | | | fucking do shit, God see's and he's ready to |
| 5 | | | fucking [inaudible]. |
| 6 | | | |
| 7 | CAMPOS: | 04:55 | Hey, Anthony, we're, we're not here for that, bro. |
| 8 | | | |
| 9 | CAMPOS: | 04:58 | Hey, no I don't want any [inaudible]… |
| 10 | | | |
| 11 | ANTHONY: | 04:59 | It ain't gonna be shit. |
| 12 | | | |
| 13 | CAMPOS: | 05:00 | I just want to talk you man to man. |
| 14 | | | |
| 15 | ANTHONY: | 05:01 | You ain't talking, put your fucking thing away. I |
| 16 | | | fucking I told you, I run this shit. You ain't fucking |
| 17 | | | shit. |
| 18 | | | |
| 19 | MARTINEZ: | 05:05 | Okay, if he does it are you going to put it down |
| 20 | | | again? |
| 21 | | | |
| 22 | ANTHONY: | 05:07 | No. I'm talking step back now cause I'm fucking |
| 23 | | | |
| 24 | CAMPOS: | 05:09 | I'm sitting right here, I won't move again, I won't |
| 25 | | | move again. |
| 26 | | | |
| 27 | ANTHONY: | 05:10 | You fucking have no authority over a god, |
| 28 | | | |

12

**DR# 192202324**
**H# 2022-033**

| | | |
|---|---|---|
| 1 | | mothafucking king, mothafucking president, like |
| 2 | | okay [inaudible], you ain't shit. You need to listen. |
| 3 | | |
| 4 | CAMPOS: 05:18 | I'm listening, keep, keep talking. |
| 5 | | |
| 6 | ANTHONY: 05:20 | I'm tired you fucking trying to fucking think you run |
| 7 | | shit. Telling people what's, what. |
| 8 | | |
| 9 | CAMPOS: 05:24 | Is that your dad? [inaudible] |
| 10 | | |
| 11 | ANTHONY: 05:25 | I know it gets in the ways, it sucks huh. |
| 12 | | |
| 13 | MARTINEZ: 05:26 | 21, next unit goes 97 is going to get their less lethal |
| 14 | | please. |
| 15 | | |
| 16 | CAMPOS: 05:29 | Please. |
| 17 | | |
| 18 | CAMPOS: 05:30 | Just end this, Anthony, Anthony we just want to talk |
| 19 | | to you, dude. |
| 20 | | |
| 21 | ANTHONY: 05:32 | What the name is? |
| 22 | | |
| 23 | CAMPOS: 05:33 | I, I will listen, keep going, keep going. |
| 24 | | |
| 25 | ANTHONY: 05:35 | I just want to tell my story and then I'll go fucking |
| 26 | | out there and talk to you guys. |
| 27 | CAMPOS: 05:38 | Alright. |
| 28 | | |

13

**DR# 192202324**
**H# 2022-033**

| | | | |
|---|---|---|---|
| 1 | | | |
| 2 | MARTINEZ: | 05:39 | Bro, at the end of the day we're here to help you, |
| 3 | | | my man. |
| 4 | | | |
| 5 | ANTHONY: | 05:41 | Okay, look it, congress. man, why you getting |
| 6 | | | annoyed? |
| 7 | | | |
| 8 | MARTINEZ: | 05:49 | I'm not getting, bro. I'm sitting here chilling, talking |
| 9 | | | to you, I'm not getting annoyed. |
| 10 | | | |
| 11 | ANTHONY: | 05:55 | You guys don't know. |
| 12 | | | |
| 13 | MARTINEZ: | 05:56 | So, here's the issue bro, we're asking you as law |
| 14 | | | enforcement officers to put the chain down, bro |
| 15 | | | because |
| 16 | | | |
| 17 | ANTHONY: | 06:01 | I did. |
| 18 | | | |
| 19 | MARTINEZ: | 06:02 | Okay. |
| 20 | | | |
| 21 | ANTHONY: | 06:03 | But then what did, did he put that away though? He |
| 22 | | | didn't. |
| 23 | | | |
| 24 | MARTINEZ: | 06:04 | You, you wrapped it around your, you wrapped it |
| 25 | | | around your leg. You didn't put it… |
| 26 | | | |
| 27 | CAMPOS: | 06:05 | You dropped it… |
| 28 | | | |

14

**DR# 192202324**
**H# 2022-033**

| 1 | ANTHONY: | 06:26 | [inaudible] let God know a man was a sinner |
| 2 | | | |
| 3 | MARTINEZ: | 06:31 | Can you please come out so we can talk to you |
| 4 | | | now, bro? Please? |
| 5 | | | |
| 6 | CAMPOS: | 06:32 | We just want to talk [inaudible]… |
| 7 | | | |
| 8 | ANTHONY: | 06:33 | [inaudible] is a sinner within, within this world. Ask |
| 9 | | | judgement upon me my father god. [inaudible]… |
| 10 | | | |
| 11 | MARTINEZ: | 06:39 | Sir, are you okay in there? |
| 12 | | | |
| 13 | ANDREW: | 06:41 | Yeah. |
| 14 | | | |
| 15 | MARTINEZ: | 06:42 | What's your name? |
| 16 | | | |
| 17 | ANTHONY: | 06:42 | [inaudible] |
| 18 | | | |
| 19 | ANDREW: | 06:42 | My name is Andrew. |
| 20 | | | |
| 21 | MARTINEZ: | 06:43 | Andrew, are you okay? |
| 22 | | | |
| 23 | ANDREW: | 06:44 | Yeah. |
| 24 | | | |
| 25 | ANTHONY: | 06:45 | [inaudible] |
| 26 | | | |
| 27 | MARTINEZ: | 06:46 | Andrew, do we just go wait inside of your room with |
| 28 | | | |

16

**DR# 192202324**
**H# 2022-033**

| | | | |
|---|---|---|---|
| 1 | ANTHONY: | 07:45 | I, I know you're comfortable in this. get too close to |
| 2 | | | me and fucking think you can do me dirty like |
| 3 | | | fucking bottom of the barrel. And then you want to |
| 4 | | | becoming fucking FBI and think. |
| 5 | | | |
| 6 | UNKNOWN: | 07:52 | No. |
| 7 | | | |
| 8 | MARTINEZ: | 07:53 | Am I not, am I acting like that to you, bro? |
| 9 | | | |
| 10 | ANTHONY: | 07:54 | No. |
| 11 | | | |
| 12 | MARTINEZ: | 07:55 | I'm not at all, not even a little bit, brother. |
| 13 | | | |
| 14 | ANTHONY: | 07:56 | Calm your fucking partner down. |
| 15 | | | |
| 16 | MARTINEZ: | 07:59 | Okay. Talk to me then, talk to me. |
| 17 | | | |
| 18 | CAMPOS: | 08:00 | If you want, I'll leave. You want me to leave? I'll |
| 19 | | | leave. |
| 20 | | | |
| 21 | ANTHONY: | 08:02 | It's, it's just step back, just step back. |
| 22 | | | |
| 23 | CAMPOS: | 08:03 | I'll step back, I'll step back. |
| 24 | | | |
| 25 | ANTHONY: | 08:04 | I want to see you, I want to see you cause I want |
| 26 | | | you to hear me. |
| 27 | | | |
| 28 | | | |

20

DR# 192202324
H# 2022-033

| | | | |
|---|---|---|---|
| 1 | | | |
| 2 | MARTINEZ: | 08:22 | I'm not taking you to prison. |
| 3 | | | |
| 4 | ANTHONY: | 08:23 | I'm going to the fucking White House. |
| 5 | | | |
| 6 | MARTINEZ: | 08:24 | I'm not taking you to none of those places, bro. |
| 7 | | | |
| 8 | ANTHONY: | 08:25 | You ain't taking me no fucking where. |
| 9 | | | |
| 10 | MARTINEZ: | 08:27 | I just told you that. |
| 11 | | | |
| 12 | ANTHONY: | 08:28 | I know. |
| 13 | | | |
| 14 | MARTINEZ: | 08:28 | Okay. |
| 15 | | | |
| 16 | ANTHONY: | 08:29 | And now you're over here fucking little girl, fucking |
| 17 | | | companion. |
| 18 | | | |
| 19 | UNKNOWN: | 08:31 | Okay. |
| 20 | | | |
| 21 | ANTHONY: | 08:34 | Now. |
| 22 | | | |
| 23 | MARTINEZ: | 08:35 | Come on dude. |
| 24 | | | |
| 25 | ANTHONY: | 08:36 | [inaudible] |
| 26 | | | |
| 27 | MARTINEZ: | 08:36 | I'm not being, I'm not being mean to you, bro. |
| 28 | | | |

22

DR# 192202324
H# 2022-033

| | | | |
|---|---|---|---|
| 1 | | | |
| 2 | ANTHONY: | 08:38 | You're awesome. |
| 3 | | | |
| 4 | MARTINEZ: | 08:39 | I'm, I'm being. |
| 5 | | | |
| 6 | ANTHONY: | 08:39 | I wanna, I wanna say sorry. |
| 7 | | | |
| 8 | MARTINEZ: | 08:41 | I'm being respectful to you. I'm not being an |
| 9 | | | asshole. |
| 10 | | | |
| 11 | ANTHONY: | 08:42 | I want to say sorry to you. |
| 12 | | | |
| 13 | MARTINEZ: | 08:43 | Okay. |
| 14 | | | |
| 15 | ANTHONY: | 08:44 | I'm sorry. |
| 16 | | | |
| 17 | MARTINEZ: | 08:45 | Please. |
| 18 | | | |
| 19 | ANTHONY: | 08:45 | [inaudible] |
| 20 | | | |
| 21 | MARTINEZ: | 08:46 | So, can you come outside and sit on the chair so |
| 22 | | | we can talk? |
| 23 | | | |
| 24 | ANTHONY: | 08:47 | I don't want to. |
| 25 | | | |
| 26 | MARTINEZ: | 08:48 | Please. I'll scoot back, come inside and sit on the |
| 27 | | | chair so we can talk. |
| 28 | | | |

23

**DR# 192202324**
**H# 2022-033**

| 1 | | | |
|---|---|---|---|
| 2 | ANTHONY: | 09:28 | I don't care. You keep cutting me off. |
| 3 | | | |
| 4 | MARTINEZ: | 09:30 | But I'm trying. I'm trying to explain to you then I'm |
| 5 | | | going to let you talk. |
| 6 | | | |
| 7 | ANTHONY: | 09:31 | I'm gonna talk calm and [inaudible]. |
| 8 | | | |
| 9 | MARTINEZ: | 09:33 | Thank you. I appreciate that. |
| 10 | | | |
| 11 | ANTHONY: | 09:35 | And I'm just, let me tell you a story, God's story. It's |
| 12 | | | irritating when a person's got a God story and you, |
| 13 | | | you're cutting my shit off, you guys. |
| 14 | | | |
| 15 | UNKNOWN: | 09:45 | Okay. |
| 16 | | | |
| 17 | ANTHONY: | 09:47 | Let me tell you what's wrong with the world real |
| 18 | | | quick and [inaudible]. You're being so cool and |
| 19 | | | awesome fucking making more cops come |
| 20 | | | [inaudible]. You know this [inaudible] and I end up |
| 21 | | | fucking you up but there the ones that you call, |
| 22 | | | their lives are in danger. |
| 23 | | | |
| 24 | MARTINEZ: | 10:01 | Okay. |
| 25 | | | |
| 26 | ANTHONY: | 10:02 | And then because of them you're gonna fucking go |
| 27 | | | to hell for it when I fucking start [inaudible]. |
| 28 | | | |

26

DR# 192202324
H# 2022-033

| | | | |
|---|---|---|---|
| 1 | | | |
| 2 | MARTINEZ: | 10:05 | I hope not. I'm just here to try to help you right now, |
| 3 | | | brother. |
| 4 | | | |
| 5 | ANTHONY: | 10:07 | You're not helping. You're, you're putting more |
| 6 | | | lives in danger and you're going to be held |
| 7 | | | accountable and you're going to go to hell. You're |
| 8 | | | going to go to hell for them. |
| 9 | | | |
| 10 | MARTINEZ: | 10:15 | All I want just to come out here and talk to me and |
| 11 | | | we be on your way, bro. |
| 12 | | | |
| 13 | ANTHONY: | 10:18 | I'm sitting there's no being on my way. |
| 14 | | | |
| 15 | MARTINEZ: | 10:20 | I said we'll be on our way. |
| 16 | | | |
| 17 | ANTHONY: | 10:25 | Deadass fucking mixed martial arts fucking science |
| 18 | | | fucking… |
| 19 | | | |
| 20 | MARTINEZ: | 10:29 | Whoa, whoa, whoa. |
| 21 | | | |
| 22 | ANTHONY: | 10:30 | Fucking [inaudible]. |
| 23 | | | |
| 24 | MARTINEZ: | 10:31 | There's no need for that, I don't know how to do |
| 25 | | | none of that, brother. |
| 26 | ANTHONY: | 10:32 | Well I'm not [inaudible] you know how to do fucking |
| 27 | | | [inaudible] a fucking gay shit. |
| 28 | | | |

27

**DR# 192202324**
**H# 2022-033**

| | | | |
|---|---|---|---|
| 1 | CAMPOS: | 10:58 | No one wants to rush you dude. We just want to |
| 2 | | | talk. |
| 3 | | | |
| 4 | ANTHONY: | 11:01 | Calm your fucking asses down cause I, would you |
| 5 | | | talk to the president like this if he told you to |
| 6 | | | fucking back the fuck down. If I, if Biden told you to |
| 7 | | | stand the fuck back, what the fuck are you guys |
| 8 | | | gonna do? And then fuck congress told you? |
| 9 | | | |
| 10 | | | |
| 11 | ANTHONY: | 11:13 | United States currency. United States congress, |
| 12 | | | because I got these ass wipes right here fucking |
| 13 | | | with, can I please get a pardon for a moment and |
| 14 | | | let these fucks know that they're the bottom of the |
| 15 | | | barrel position of power, fucking [inaudible] power. |
| 16 | | | |
| 17 | MARTINEZ: | 11:22 | That's okay. |
| 18 | | | |
| 19 | CAMPOS: | 11:23 | [inaudible] still talking to him [inaudible]. |
| 20 | | | |
| 21 | ANTHONY: | 11:26 | I want to explain my presidential story. |
| 22 | | | |
| 23 | MARTINEZ: | 11:27 | Okay. |
| 24 | | | |
| 25 | ANTHONY: | 11:28 | Let them know that I have a greater purpose and a |
| 26 | | | higher fucking job in the future that is a great |
| 27 | | | success, premeditated and it's a success and what |
| 28 | | | |

29

**DR# 192202324**
**H# 2022-033**

| | | | |
|---|---|---|---|
| 1 | | | my position is in the future whether I'm in office or |
| 2 | | | not I can give a fuck I'm alive and living with a plan |
| 3 | | | with [inaudible] down here in the bottom of the |
| 4 | | | fucking [inaudible] barrel. |
| 5 | | | |
| 6 | MARTINEZ: | 11:44 | Yeah. |
| 7 | | | |
| 8 | ANTHONY: | 11:45 | Then shut the fuck up when I talk. |
| 9 | | | |
| 10 | MARTINEZ: | 11:47 | I haven't talk bro, I'm letting you talk. |
| 11 | | | |
| 12 | ANTHONY: | 11:48 | Here it goes. |
| 13 | | | |
| 14 | ANTHONY: | 11:49 | Here's the beginning of the world and we come like |
| 15 | | | half ways my dude. And we're about this far into. |
| 16 | | | |
| 17 | MARTINEZ: | 11:55 | Okay. |
| 18 | | | |
| 19 | ANTHONY: | 11:56 | Okay. That means that, the columns are out of |
| 20 | | | control in congress. |
| 21 | | | |
| 22 | | | |
| 23 | ANTHONY: | 12:02 | In the nation, the people in congress need help. |
| 24 | | | Right? You're falling behind in problems every day, |
| 25 | | | okay? Let's say they solve 300 problems a day, I |
| 26 | | | like to do them in like 500 problems a day. |
| 27 | | | |
| 28 | | | |

30

DR# 192202324
H# 2022-033

| | | | |
|---|---|---|---|
| 1 | CAMPOS: | 12:14 | Right. |
| 2 | | | |
| 3 | ANTHONY: | 12:15 | Okay, what ends up happening is they're solving |
| 4 | | | 300, what ends up happening is now tomorrow the |
| 5 | | | next day they would like to go back to the day of |
| 6 | | | yesterday to solve the last 200 problems. |
| 7 | | | |
| 8 | CAMPOS: | 12:23 | Right. |
| 9 | | | |
| 10 | ANTHONY: | 12:24 | But they can't because they now have to do |
| 11 | | | tomorrow forward with the next 500 problems. |
| 12 | | | |
| 13 | MARTINEZ: | 12:28 | Okay. |
| 14 | | | |
| 15 | ANTHONY: | 12:29 | [inaudible] and then, and then they do 300 and |
| 16 | | | then, the next. Cause what we're dealing with is a |
| 17 | | | great intricate route system of problems that have |
| 18 | | | been happening from way back when. |
| 19 | | | |
| 20 | MARTINEZ: | 12:38 | I agree with that. |
| 21 | | | |
| 22 | ANTHONY: | 12:40 | When swords slaved men and [inaudible]. Now |
| 23 | | | each problem creates five new problems each one |
| 24 | | | of these problems created five more problems. |
| 25 | | | |
| 26 | MARTINEZ: | 12:47 | Yeah. |
| 27 | | | |
| 28 | | | |

31

DR# 192202324
H# 2022-033

| | | | |
|---|---|---|---|
| 1 | ANTHONY: | 12:48 | And each of those problems creates five more |
| 2 | | | problems and so forth and so on. |
| 3 | | | |
| 4 | MARTINEZ: | 12:52 | It keeps going right? |
| 5 | | | |
| 6 | ANTHONY: | 12: 54 | It's state and route system. |
| 7 | | | |
| 8 | MARTINEZ: | 12:55 | Yeah. |
| 9 | | | |
| 10 | ANTHONY: | 12:55 | Big, it's [inaudible] and as you can imagine the |
| 11 | | | greatest grandest tree in the world. Right? It's like |
| 12 | | | the biggest tree. |
| 13 | | | |
| 14 | MARTINEZ: | 13:02 | Right. |
| 15 | | | |
| 16 | ANTHONY: | 13:02 | It's just problems and problems all over the nation. |
| 17 | | | The people in the nations are pulling fucking weeds |
| 18 | | | but if you can imagine [inaudible] and they're |
| 19 | | | spending money effortlessly not knowing how to do |
| 20 | | | it as presidents. I'm going to be the best fucking |
| 21 | | | president there's ever fucking been. |
| 22 | | | |
| 23 | MARTINEZ: | 13:22 | Yeah. |
| 24 | | | |
| 25 | ANTHONY: | 13:23 | I'm trying to tell you something my brother. |
| 26 | | | |
| 27 | MARTINEZ: | 13:24 | Okay. I'm listening, we're all listening. |
| 28 | | | |

32

**DR# 192202324**
**H# 2022-033**

| | | | |
|---|---|---|---|
| 1 | ANTHONY: | 13:48 | Okay. This is wisdom, listen. That means shut the |
| 2 | | | fuck up cause anything and everything is dog shit. |
| 3 | | | |
| 4 | MARTINEZ: | 13:53 | I'm not talking to you like that, though. |
| 5 | | | |
| 6 | ANTHONY: | 13:54 | I know you're not, but you are talking while I'm |
| 7 | | | talking that's fucking rude when the king is talking. |
| 8 | | | Get it, a king. |
| 9 | | | |
| 10 | MARTINEZ: | 14:00 | Yeah. |
| 11 | | | |
| 12 | ANTHONY: | 14:01 | A fucking king. When a king is talking that's fucking |
| 13 | | | rude bro. |
| 14 | | | |
| 15 | UNKNOWN: | 14:03 | Okay. |
| 16 | | | |
| 17 | ANTHONY: | 14:04 | I don't give a fuck if I'm in officer or not. I'm |
| 18 | | | [inaudible] admitting with a fucking [inaudible] king. |
| 19 | | | |
| 20 | MARTINEZ: | 14:08 | Okay. |
| 21 | | | |
| 22 | ANTHONY: | 14:09 | Working on this shit for the future premeditated |
| 23 | | | state. |
| 24 | | | |
| 25 | MARTINEZ: | 14:10 | Yeah. |
| 26 | | | |
| 27 | ANTHONY: | 14:11 | Become your fucking future king and I will have |
| 28 | | | |

34

**DR# 192202324**
**H# 2022-033**

| | | | |
|---|---|---|---|
| 1 | MARTINEZ: | 15:06 | Trying. |
| 2 | | | |
| 3 | ANTHONY: | 15:07 | I know that's all we can do. |
| 4 | | | |
| 5 | ANDREW: | 15:08 | I do have one dog named [inaudible] |
| 6 | | | |
| 7 | ANTHONY: | 15:08 | There's so many problems in the world of today |
| 8 | | | and nobody knows what to do. |
| 9 | | | |
| 10 | ANDREW: | 15:13 | [inaudible] I don't think he's mean [inaudible]. |
| 11 | | | |
| 12 | ANTHONY: | 15:13 | You know, and nobody knows what to do. And so, |
| 13 | | | what's happening like I said when the time when |
| 14 | | | sword slave ended [inaudible] to it fucking went |
| 15 | | | kings, kingdoms were forced taken from real kings |
| 16 | | | |
| 17 | ANTHONY: | 15:21 | Or when other kings would do their thing and then I |
| 18 | | | went. Regions and territory calculated at a threated |
| 19 | | | and through the adaptions of chemical warfare and |
| 20 | | | destructions from the people that feel like secret |
| 21 | | | societies they haven't picked wars, destroyed the |
| 22 | | | land. Pollute the animals |
| 23 | | | |
| 24 | MARTINEZ: | 15:41 | Okay. |
| 25 | | | |
| 26 | ANTHONY: | 15:42 | The water supply and man. Right? And then, and |
| 27 | | | then they think they run shit [inaudible] I got to go |
| 28 | | | |

36

DR# 192202324
H# 2022-033

1    against all these fucking illuminati [inaudible] you

2    guys. And then you guys ain't shit to them so, so

3    please bear with me and fucking know who I'm

4    fucking crazy fucking motherfucker right now. Hey,

5    I've had it up to here with everything in the world

6    and definitely ain't going to let no fucking bottom of

7    the barrel fucking me this time, I'll fuck him up

8    before I step [inaudible]. Cause why? Because

9    Satan is going to try so hard. I already know, I see

10   or foresee the future. I'm a psychic [inaudible]

11   psychic meaning I'm sky walking there's a

12   [inaudible] back. Okay? And I know if I was to go

13   with you guys, let you guys take me and I

14   [inaudible]

15

16   MARTINEZ:   16:16   We're not trying to take you in though.

17

18   ANTHONY:    16:17   I know, I know I just want to tell you [inaudible]. If I

19   was to let you guys take me in, I can be cruel all

20   the way awake to prior to getting out and

21   somebody would run up trying to start a fight with

22   me, right? And then all of a sudden, I move to the

23   side, he trips, he falls, he stabs himself and now

24   I'm fucking stuck doing life.

25

26   MARTINEZ:   16:31   Yeah, [inaudible].

27

28

37

**DR# 192202324**
**H# 2022-033**

| | | | |
|---|---|---|---|
| 1 | | | the fuck out of my shit. I'm willing to die for the |
| 2 | | | people – |
| 3 | | | |
| 4 | | | |
| 5 | ANTHONY: | 17:11 | you mothafuckers ain't shit. Look, this is where |
| 6 | | | they got me last time. I got broken legs and shit, |
| 7 | | | fuckers were shit with your [inaudible] ripped out |
| 8 | | | fucking scars and shit. |
| 9 | | | |
| 10 | CAMPOS: | 17:19 | How long did that happen? |
| 11 | | | |
| 12 | ANTHONY: | 17:21 | You've seen Jesus' movies, past lives, leaving birth |
| 13 | | | marks. |
| 14 | | | |
| 15 | CAMPOS: | 17:25 | Right on. |
| 16 | | | |
| 17 | ANTHONY: | 17:26 | The awakenings, remember coming and getting |
| 18 | | | fucked over, over, over every time to those closest |
| 19 | | | to me. |
| 20 | | | |
| 21 | CAMPOS: | 17:34 | Hey, I'll be right back, alright? [inaudible] |
| 22 | | | |
| 23 | ANTHONY: | 17:36 | I know it's crazy, don't do nothing. |
| 24 | | | |
| 25 | MARTINEZ: | 17:39 | Um, we're [inaudible] just here to try to help you, |
| 26 | | | my man. |
| 27 | | | |
| 28 | | | |

39

**DR# 192202324**
**H# 2022-033**

| | | | |
|---|---|---|---|
| ANTHONY: | 18:39 | | But, now I want to talk about how money was devised with print by our system but great will be [inaudible] back in the day calculating regions and territories and land from the low class, living, middle class and high class living and it's been calculating with houses [inaudible] land which [inaudible] houses [inaudible] pay for gas that you get for food and what you get for all the things. |
| MARTINEZ: | 19:09 | | Yeah. |
| ANTHONY: | 19:09 | | It costs them work. And then, and then to keep you coming back to work needing money [inaudible]… |
| MARTINEZ: | 19:13 | | Right. |
| ANTHONY: | 19:15 | | The reason why is because they thought this would be a good idea for constant work, constant progress, for better work tomorrow [inaudible] today. |
| MARTINEZ: | 19:21 | | Right, I agree. |
| ANTHONY: | 19:22 | | Yes. |
| MARTINEZ: | 19:23 | | I agree with you. |

41

**DR# 192202324**
**H# 2022-033**

| | | | |
|---|---|---|---|
| 1 | | | |
| 2 | ANTHONY: | 19:23 | Yeah, and then that's the first part of what, of, of |
| 3 | | | okay. Now the second part of it I don't agree on is |
| 4 | | | the amount of which people get paid, which I'm |
| 5 | | | going to fix money later. |
| 6 | | | |
| 7 | MARTINEZ: | 19:32 | Right. |
| 8 | | | |
| 9 | ANTHONY: | 19:32 | Okay, now this, this part the only best way I can |
| 10 | | | explain it is people. Imagine people when they |
| 11 | | | leave money, right? And if they created, mentioned |
| 12 | | | an idea and they wanted to pay somebody. |
| 13 | | | |
| 14 | MARTINEZ: | 19:41 | Mm hm. |
| 15 | | | |
| 16 | ANTHONY: | 19:41 | [inaudible] idea to them. Do they pay them a little |
| 17 | | | bit of money or a shitload? A shitload, now what |
| 18 | | | comes with a shitload of money? Peace of mind, |
| 19 | | | relaxation. |
| 20 | | | |
| 21 | ANTHONY: | 19:50 | Bills paid. Bills paid and they're able to uh get, get |
| 22 | | | creative and innovative and bring forth the |
| 23 | | | integration that should've been paid for. The great |
| 24 | | | creations. |
| 25 | | | |
| 26 | MARTINEZ: | 19:59 | Yeah. |
| 27 | | | |
| 28 | | | |

42

**DR# 192202324**
**H# 2022-033**

| | | | |
|---|---|---|---|
| 1 | ANTHONY: | 20:00 | The grand [inaudible] great fucking creations. |
| 2 | | | |
| 3 | MARTINEZ: | 20:02 | Yeah. |
| 4 | | | |
| 5 | ANTHONY: | 20:03 | Right? Which is greater with uh hey [inaudible] – |
| 6 | | | |
| 7 | UNKNOWN: | 20:07 | Right. |
| 8 | | | |
| 9 | ANTHONY: | 20:07 | Thousand greater fucking technology for the future. |
| 10 | | | I haven't talked about the real reasons because |
| 11 | | | they [inaudible]. I have to talk about the real |
| 12 | | | leaders again about uh a different subject that we |
| 13 | | | are right now. |
| 14 | | | |
| 15 | MARTINEZ: | 20:16 | Right, okay. |
| 16 | | | |
| 17 | ANTHONY: | 20:17 | Okay now I'm going to get into a deeper root |
| 18 | | | system of the problem and the problem is borders. |
| 19 | | | Why is there borders cause people are afraid of |
| 20 | | | getting diseases from other nations, from the |
| 21 | | | destruction of land. |
| 22 | | | |
| 23 | MARTINEZ: | 20:28 | Right. |
| 24 | | | |
| 25 | ANTHONY: | 20:28 | And this [inaudible] a man. I have to, I have to |
| 26 | | | come in and help all nations or I'm gonna be the |
| 27 | | | best president this, the Unites States has ever had. |
| 28 | | | |

43

**DR# 192202324**
**H# 2022-033**

| | | | |
|---|---|---|---|
| 1 | | | himself. |
| 2 | | | |
| 3 | CAMPOS: | 21:06 | Hey, hey my watch commander is here. If you want |
| 4 | | | to talk to the watch commander? |
| 5 | | | |
| 6 | ANTHONY: | 21:07 | Nah, I just want you all to fucking reveal |
| 7 | | | yourselves. |
| 8 | | | |
| 9 | CAMPOS: | 21:08 | He's right here. |
| 10 | | | |
| 11 | CAMPOS: | 21:08 | He's right here |
| 12 | | | |
| 13 | CAMPOS: | 21:10 | It's just us three right here. |
| 14 | | | |
| 15 | ANTHONY: | 21:12 | Oh well, I don't like fucking hiding and. |
| 16 | | | |
| 17 | CAMPOS: | 21:13 | Anthony, it's just us three. |
| 18 | | | |
| 19 | ANTHONY: | 21:14 | [inaudible] brother. |
| 20 | | | |
| 21 | LAFEVER: | 21:14 | Anthony, can you come forward a little bit? |
| 22 | | | |
| 23 | ANTHONY: | 21:16 | Fuck no. |
| 24 | | | |
| 25 | LAFEVER: | 21:16 | And here, here's the problem -- |
| 26 | | | |
| 27 | ANTHONY: | 21:18 | I love you guys. |
| 28 | | | |

45

**DR# 192202324**
**H# 2022-033**

| | | | |
|---|---|---|---|
| 1 | LAFEVER: | 21:38 | Talk to us out here. |
| 3 | ANTHONY: | 21:38 | No. |
| 5 | LAFEVER: | 21:39 | Okay. |
| 7 | ANTHONY: | 21:39 | President's got to be protected. |
| 9 | LAFEVER: | 21:40 | Okay. |
| 11 | ANTHONY: | 21:42 | Right? |
| 13 | LAFEVER: | 21:42 | Yeah, but the problem is we need to figure out what's happening here, okay? |
| 16 | ANTHONY: | 21:46 | What's happening here is you need to fucking listen. To be the future fucking king of the United States of America. |
| 20 | LAFEVER: | 21:52 | Okay. |
| 22 | ANTHONY: | 21:52 | I'm going to be the last fucking president of the United States, I'm gonna change this whole fucking world and restore this motherfucker. Shit beyond your motherfucking capabilities. And when I put forth [inaudible] of righteousness it's a great deal. And, and you guys ain't shit. |

47

**DR# 192202324**
**H# 2022-033**

| | | | |
|---|---|---|---|
| 1 | | | |
| 2 | LAFEVER: | 22:34 | Could you please? |
| 3 | | | |
| 4 | ANTHONY: | 22:35 | Fuck no. |
| 5 | | | |
| 6 | LAFEVER: | 22:36 | Why? |
| 7 | | | |
| 8 | ANTHONY: | 22:37 | Because I love you and I don't trust you. |
| 9 | | | |
| 10 | LAFEVER: | 22:39 | Okay. |
| 11 | | | |
| 12 | ANTHONY: | 22:40 | I know the dirty dog deeds of cops. I'm not even a |
| 13 | | | cop, let me tell you, let me tell you the story of cops |
| 14 | | | since you don't fucking listen our president's story. |
| 15 | | | |
| 16 | LAFEVER: | 22:46 | Okay. |
| 17 | | | |
| 18 | ANTHONY: | 22:47 | Pussy fucking rookies, or fucking rookies they get |
| 19 | | | taught by fucking chief's police, right? |
| 20 | | | Motherfuckers that do shit, they're fucking looking |
| 21 | | | up and you guys are doing things, doing things - |
| 22 | | | |
| 23 | LAFEVER: | 22:56 | Uh huh. |
| 24 | | | |
| 25 | ANTHONY | 22:57 | - one day they do something dirty, and you could |
| 26 | | | see them killing somebody and that's you – the |
| 27 | | | rookie wants to fucking do something and he's |
| 28 | | | |

50