Christopher P. Wesierski [Bar No. 086736]
  *cwesierski@wzllp.com*
Michelle R. Prescott [Bar No. 262638]
  *mprescott@wzllp.com*
Brett A. Smith [Bar No. 322707]
  *bsmith@wzllp.com*
WESIERSKI & ZUREK LLP
29 Orchard Road
Lake Forest, California 92630
Telephone: (949) 975-1000
Facsimile: (949) 756-0517

Attorneys for Defendants, COUNTY OF SAN BERNARDINO, CITY OF HESPERIA MICHAEL MARTINEZ, SABRINA CERVANTES and JEREMY DEBERG

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ROSA NUNEZ, individually and as successor-in-interest to Decedent, Anthony Nunez; ANTHONY NUNEZ, JR., individually and as successor-in-interest to Decedent, Anthony Nunez; and, ANDREW NUNEZ, individually, <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF SAN BERNARDINO; CITY OF HESPERIA; MICHAEL MARTINEZ; SABRINA CERVANTES; JEREMY DEBERG; JONATHAN CAMPOS; and DOES 5 through 15, inclusive, <br><br> Defendants. | Case No. 5:22-cv-1934-SSS(SPx) <br><br> **DEFENDANTS' AMENDED NON-OPPOSITION TO PLAINTIFFS' MOTION IN LIMINE NO. 2 TO EXCLUDE ANY FINDINGS BY ANY AGENCY** <br><br> Trial Date: 09/23/2024 |

Defendants COUNTY OF SAN BERNARDINO, CITY OF HESPERIA, MICHAEL MARTINEZ, SABRINA CERVANTES, and JEREMY DEBERG ("Defendants") hereby submit their Non-Opposition to Plaintiffs ROSA NUNEZ, ANTHONY NUNEZ, JR. and ANDREW NUNEZ's ("Plaintiffs") Motion in Limine No. 2 "to exclude any findings by any agency". As such, Campos will not be not joining in this Non-Opposition.

Defendants do not oppose the Motion unless evidence and findings of other investigations are relevant where Plaintiffs or their experts testify about or rely on such evidence, or where Plaintiffs or their experts attempt to argue that no investigation was conducted or to argue that any investigation conducted was inadequate. Further, plaintiffs should not comment on defendants' statutory right to counsel during said administrative investigations.

DATED:  August 9, 2024            WESIERSKI & ZUREK LLP

By:    /s/Michelle R. Prescott
CHRISTOPHER P. WESIERKSI
MICHELLE R. PRESCOTT
Attorneys for Defendants, COUNTY OF SAN BERNARDINO, CITY OF HESPERIA MICHAEL MARTINEZ, SABRINA CERVANTES and JEREMY DEBERG