**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Benjamin S. Levine (SBN 342060)
blevine@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California, 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

**CARRILLO LAW FIRM, LLP**
Luis A. Carrillo (SBN 70398)
Michael S. Carrillo (SBN 258878)
Dominique L. Boubion (SBN 336915)
1499 Huntington Drive, Suite 402
South Pasadena, California 91030
Tel: (626) 799-9375
Fax: (626) 799-9380

*Attorneys for Plaintiffs*

Christopher P. Wesierski [Bar No. 086736]
  cwesierski@wzllp.com
Michelle R. Prescott [Bar No. 262638]
  mprescott@wzllp.com
Brett A. Smith [Bar No. 322707]
  bsmith@wzllp.com
WESIERSKI & ZUREK LLP
29 Orchard Road
Lake Forest, California 92630
Telephone: (949) 975-1000
Facsimile: (949) 756-0517

Attorneys for Defendants, COUNTY OF SAN BERNARDINO, CITY OF HESPERIA MICHAEL MARTINEZ, SABRINA CERVANTES and JEREMY DEBERG

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

ROSA NUÑEZ, individually; ANTHONY NUÑEZ, JR., individually and as successor-in-interest to Decedent, Anthony Nuñez; and ANDREW NUÑEZ, individually,

            Plaintiffs,

      v.

COUNTY OF SAN BERNARDINO; CITY OF HESPERIA; MICHAEL MARTINEZ; SABRINA CERVANTES; JEREMY DEBERG; JONATHAN CAMPOS; and DOES 5 through 15, inclusive,

            Defendants.

Case No. 5:22-cv-01934-SSS-SP

*Honorable Sunshine S. Sykes*
*Hon. Mag. Judge Sheri Pym*

**JOINT EXHIBIT LIST**

FPTC: September 6, 2024
Trial: September 23, 2024

| Ex. # | Description | Date Identified | Date Admitted | Objections to Authenticity and/or Admissibility & Reason for the Objection |
|---|---|---|---|---|
| | | **Plaintiffs' Exhibits** | | |
| **1.** | Photographs of the Scene | | | Lacks Foundation. Hearsay. FRE 602, 801, 802. |
| **2.** | Diagrams of the Scene | | | Lacks Foundation. Hearsay. FRE 602, 801, 802. |
| **3.** | Leash (to be brought to trial)<br>a. Photos of leash | | | Lacks Foundation. Hearsay. FRE 602, 801, 802. |
| **4.** | Audio from Deputy Michael Martinez Belt-Recording Device | | | |
| **5.** | Interview of Deputy Michael Martinez<br>a. Audio<br>b. Transcript for Identification Only | | | Lacks Foundation. Hearsay. FRE 602, 801, 802. |
| **6.** | Interview of Deputy Jeremy Deberg<br>a. Audio<br>b. Transcript for Identification Only | | | Lacks Foundation. Hearsay. FRE 602, 801, 802. |
| **7.** | Interview of Deputy Sabrina Cervantes<br>a. Audio<br>b. Transcript for Identification Only | | | Lacks Foundation. Hearsay. FRE 602, 801, 802. |
| **8.** | Interview of Jonathan Campos<br>a. Audio<br>b. Transcript for Identification Only | | | Relevance. Lacks Foundation. Hearsay. FRE 401, 602, 801, 802. |
| **9.** | Relevant Portions of Autopsy Report (Identification Only) | | | Relevance. Lacks Foundation. Hearsay. FRE 401, 602, 801, 802 Prejudicial FRE 403 |
| **10.** | Photographs of Plaintiffs with Decedent | | | Relevance. Lacks Foundation. FRE 401 |
| **11.** | Photographs of Decedent | | | Relevance. Lacks Foundation. FRE 401 |
| **12.** | Paramedic/SBCFD Run Sheets (Identification Only) | | | Relevance. Lacks Foundation. Hearsay. FRE 401, 602, 801, 802 |
| **13.** | Incident Recall (CAD Summary) (Identification Only) | | | Relevance. Lacks Foundation. Hearsay. FRE 401, 602, 801, 802 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| Ex. # | Description | Date Identified | Date Admitted | Objections to Authenticity and/or Admissibility & Reason for the Objection |
|---|---|---|---|---|
|  | | **Defendants' Exhibits** | | |
| 200. | 3/30/2022 Crime Report/DOJ Reporting Form NUNEZ/SBD-000006-000019 | | | Hearsay (FRE 801, 802); Not relevant (FRE 401); Probative value outweighed by prejudicial effect (FRE 403) |
| 201. | Death in Custody Reporting Form NUNEZ/SBD-000022-000022 | | | Plaintiffs' MIL No. 2; Hearsay (FRE 801, 802); Not relevant (FRE 401); Probative value outweighed by prejudicial effect (FRE 403) |
| 202. | 4/1/2022 Station Reports: Officer Corral NUNEZ/SBD-000024 | | | Plaintiffs' MIL No. 1; Hearsay (FRE 801, 802); FRE 401, 403 |
| 203. | 4/1/2022 Station Reports: Officer Stanley NUNEZ/SBD-000025 | | | Plaintiffs' MIL No. 1; Hearsay (FRE 801, 802); FRE 401, 403 |
| 204. | 4/1/2022 Station Reports: Officer McCarthy NUNEZ/SBD-000026 | | | Plaintiffs' MIL No. 1; Hearsay (FRE 801, 802); FRE 401, 403 |
| 205. | 4/14/2022 Station Reports: Officer Avila NUNEZ/SBD-000027-28 | | | Plaintiffs' MIL No. 1; Hearsay (FRE 801, 802); FRE 401, 403 |
| 206. | 4/15/2022 Station Reports: Officer Haas NUNEZ/SBD-000029-30 | | | Plaintiffs' MIL No. 1; Hearsay (FRE 801, 802); FRE 401, 403 |
| 207. | 4/18/2022 Station Reports: Officer Mondragon NUNEZ/SBD-000024 | | | Plaintiffs' MIL No. 1; Hearsay (FRE 801, 802); FRE 401, 403 |
| 208. | 4/20/2022 Station Reports: Officer Adams NUNEZ/SBD-000032-33 | | | Hearsay (FRE 801, 802); FRE 401, 403 |
| 209. | 3/29/2022 Call History NUNEZ/SBD-000035-43 | | | Hearsay (FRE 801, 802); FRE 403 |
| 210. | 3/30/2022 Notifications – Det. Ramstad NUNEZ/SBD-000045 | | | Plaintiffs' MIL No. 1; Hearsay (FRE 801, 802); FRE 401, 403 |
| 211. | 3/30/2022 Notifications – Det. Carty NUNEZ/SBD-000047 | | | Plaintiffs' MIL No. 1; Hearsay (FRE 801, 802); FRE 401, 403 |
| 212. | 3/30/2022 Notifications – Det. Sprague NUNEZ/SBD-000049 | | | Plaintiffs' MIL No. 1; Hearsay (FRE 801, 802); FRE 401, 403 |
| 213. | 3/30/2022 Notifications – Det. Cavender NUNEZ/SBD-000051 | | | Plaintiffs' MIL No. 1; Hearsay (FRE 801, 802); FRE 401, 403 |
| 214. | 3/30/2022 Notifications – Det. Page NUNEZ/SBD-000053 | | | Plaintiffs' MIL No. 1; Hearsay (FRE 801, 802); FRE 401, 403 |

| 215. | 7/11/2022 Notifications – Deputy. Sims NUNEZ/SBD-000055 | | | Plaintiffs' MIL No. 1; Hearsay (FRE 801, 802); FRE 401, 403 |
|---|---|---|---|---|
| 216. | 4/5/2022/2022 Notifications – Det. Thurman NUNEZ/SBD-000057 | | | Plaintiffs' MIL No. 1; Hearsay (FRE 801, 802); FRE 401, 403 |
| 217. | 4/27/2022 -Briefing NUNEZ/SBD-000059-60 | | | Hearsay (FRE 801, 802); FRE 401, 403 |
| 218. | 3/29/2022 - Scene Walkthrough NUNEZ/SBD-000064 | | | Hearsay (FRE 801, 802); FRE 401. 403 |
| 219. | 3/29/2022 Crime Scene Log NUNEZ/SBD-000062 | | | Hearsay (FRE 801, 802) |
| 220. | 4/5/2022 Crime Scene Report NUNEZ/SBD-000066-88 | | | Trial Stipulation No. 3 [Dkt. 97] (if not redacted); Plaintiffs' MIL No. 1; Hearsay (FRE 801, 802); Not relevant (FRE 401); Probative value outweighed by prejudicial effect (FRE 403) |
| 221. | 3/30/2022 Placard Measurement Log NUNEZ/SBD-000089 | | | Hearsay (FRE 801, 802); FRE 403 |
| 222. | Evidence Log | | | Hearsay (FRE 801, 802); FRE 403 |
| 223. | 4/5/2022 Lab Reports Re: Glock Pistol  NUNEZ/SBD-000091-92 | | | Hearsay (FRE 801, 802) |
| 224. | 4/5/2022 Lab Reports: Re: Photography of Scene NUNEZ/SBD-000093-98 | | | Hearsay (FRE 801, 802) |
| 225. | 4/5/2022 Lab Reports : Re: Crime Scene Evidence Processing NUNEZ/SBD-000099-101 | | | Hearsay (FRE 801, 802) |
| 226. | 3/30/2022 Suspect Information: Anthony Nunez NUNEZ/SBD-000103-107 | | | Trial Stipulation No. 3 [Dkt. 97] (if not redacted); Plaintiffs' MIL No. 1; Hearsay (FRE 801, 802); Not relevant (FRE 401); Probative value outweighed by prejudicial effect (FRE 403) |
| 227. | 4/4/2022 Coroner Response NUNEZ/SBD-000109-110 | | | Trial Stipulation No. 3 [Dkt. 97] (if not redacted); Hearsay (FRE 801, 802); FRE 401, 403 |
| 228. | 4/27/2022 Autopsy Report NUNEZ/SBD-000112-115 | | | Trial Stipulation No. 3 [Dkt. 97] (if not redacted); Hearsay (FRE 801, 802); FRE 401, 403 |
| 229. | 4/29/2022 Coroner Investigation NUNEZ/SBD-000117-123 | | | Trial Stipulation No. 3 [Dkt. 97] (if not redacted); Plaintiffs' MIL No. 1; Hearsay (FRE 801, 802); Not relevant (FRE 401); |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Probative value outweighed by prejudicial effect (FRE 403) |
| **230.** | 4/5/2022 Autopsy Protocol – NUNEZ/SBD-000125-132 | | | | Trial Stipulation No. 3 [Dkt. 97] (if not redacted); Plaintiffs' MIL No. 1; Hearsay (FRE 801, 802); Probative value outweighed by prejudicial effect (FRE 403) |
| **231.** | 4/25/2022 Toxicology Report NUNEZ/SBD-000133-135 | | | | Plaintiffs' MIL No. 1; Hearsay (FRE 801, 802); FRE 401, 403; Lacks Foundation (FRE 602) |
| **232.** | American Medical Response Interviews | | | | Hearsay (FRE 801, 802); FRE 403 |
| **233.** | 5/18/2022 Report re: Witness Interview – Joseph Tambe – Firefighter NUNEZ/SBD-000137-138 | | | | Hearsay (FRE 801, 802); FRE 403 |
| **234.** | 5/18/2022 Report re: Witness Interview – Landon Markegard – Firefighter NUNEZ/SBD-000140-141 | | | | Hearsay (FRE 801, 802); FRE 403 |
| **235.** | 5/18/2022 Report re: Witness Interview - Carlos Ruben - Paramedic NUNEZ/SBD-000143-145 | | | | Hearsay (FRE 801, 802); FRE 403 |
| **236.** | 5/18/2022 Report re: Witness Interview - Jorge Arreola - Paramedic NUNEZ/SBD-000147-148 | | | | Hearsay (FRE 801, 802); FRE 403 |
| **237.** | 5/18/2022 Report re: Witness Interview - Joshua Pullen – fire Battalion Chief NUNEZ/SBD-000150-151 | | | | Hearsay (FRE 801, 802); FRE 403 |
| **238.** | 5/18/2022 Report re: Witness Interview - Mario Marroquin - EMT NUNEZ/SBD-000153-154 | | | | Hearsay (FRE 801, 802); FRE 403 |
| **239.** | 3/29/2022 – Witness Interview Report: Manuel Lopez Jr. NUNEZ/SBD-000156-159 | | | | Hearsay (FRE 801, 802); FRE 403 |
| **240.** | 3/29/2022 Neighborhood Check Report – NUNEZ/SBD-000161-164 | | | | Hearsay (FRE 801, 802); FRE 403 |
| **241.** | 8/31/2022 CHP Aviation Report: NUNEZ/SBD-000166-167 | | | | Hearsay (FRE 801, 802); FRE 401 |
| **242.** | 3/29/2022 Video by CHP | | | | Lacks Foundation, Authenticity (FRE 901); Irrelevant (401) |
| **243.** | 3/29/2022 Witness Interview Report: Andrew Nunez NUNEZ/SBD-000169 | | | | Hearsay (FRE 801, 802); FRE 403 |

| 244. | 3/29/2022 Witness Interview Report: Andrew Nunez NUNEZ/SBD-000170-172 | | | Trial Stipulation No. 3 [Dkt. 97] (if not redacted); Hearsay (FRE 801, 802); FRE 403 |
|---|---|---|---|---|
| 245. | 3/29/2022 Witness Interview Report: Andrew Nunez NUNEZ/SBD-000174-178 | | | Trial Stipulation No. 5 [Dkt. 97]; Plaintiffs' MIL No. 1; Hearsay (FRE 801, 802); FRE 403 |
| 246. | Drawing of House Layout BY Andrew Nunez NUNEZ/SBD-000179 | | | Hearsay (FRE 801, 802); FRE 403 |
| 247. | 3/29/2022 Recording of Interview with Andrew Nunez | | | Trial Stipulation Nos. 3 (if not redacted) & 5 [Dkt. 97]; Plaintiffs' MIL No. 1; Hearsay (FRE 801, 802); FRE 403 |
| 248. | 3/29/2022 Witness Interview Report: Noelia Benitez NUNEZ/SBD-000181-189 | | | Plaintiffs' MIL No. 1; Hearsay (FRE 801, 802); FRE 403 |
| 249. | 3/29/2022 Recording of Interview of Noelia Benitez | | | Plaintiffs' MIL No. 1; Hearsay (FRE 801, 802); FRE 403 |
| 250. | 3/29/2022 Witness Interview Report: Brenda Lopez NUNEZ/SBD-000191-193 | | | Plaintiffs' MIL No. 1; Hearsay (FRE 801, 802); FRE 403 |
| 251. | 3/29/2022 Recording of Interview of Brenda Lopez | | | Plaintiffs' MIL No. 1; Hearsay (FRE 801, 802); FRE 403 |
| 252. | 3/31/2022 Equipment/Uniform Inventory for Deputy Martinez NUNEZ/SBD-000195-200 | | | Hearsay (FRE 801, 802) |
| 253. | 4/20/2022 Property Release NUNEZ/SBD-000202 | | | FRE 401, 403 |
| 254. | 3/29/2022 Verbatim Belt Recording Transcript – Michael Martinez NUNEZ/SBD-000204-384 | | | Hearsay (FRE 801, 802) |
| 255. | 4/20/2022 Witness Interview Transcript: Michael Martinez NUNEZ/SBD-000386-481 | | | Hearsay (FRE 801, 802) |
| 256. | 4/20/2022 Photograph from Witness Interview Transcript: Michael Martinez NUNEZ/SBD-000482 | | | FRE 401. 403 |
| 257. | 4/20/2022 Audio Recording of Michael Martinez | | | Hearsay if not offered by party opponent (FRE 801, 802); 403 |
| 258. | 3/30/2022 Equipment/Uniform Inventory of Deputy Sabrina Cervantes – NUNEZ/SBD-000487-490 | | | Hearsay (FRE 801, 802); |
| 259. | 4/19/2022 Witness Interview Transcript: Sabrina Cervantes NUNEZ/SBD-000491-608 | | | Hearsay (FRE 801, 802) |

| | | | | |
|---|---|---|---|---|
| **260.** | 4/19/2022 Photographs from Witness Interview Transcript: Sabrina Cervantes NUNEZ/SBD-000609-610 | | | FRE 401. 403 |
| **261.** | 4/19/2022 Audio Recording of Sabrina Cervantes | | | Hearsay if not offered by part opponent (FRE 801, 802); 403 |
| **262.** | 3/30/2022 Equipment/Uniform Inventory of Deputy Jonathan Campos– NUNEZ/SBD-000612-615 | | | Hearsay (FRE 801, 802); FRE 401 |
| **263.** | 4/19/2022 Witness Interview Transcript: Jonathan Campos NUNEZ/SBD-000617-706 | | | Hearsay (FRE 801, 802) |
| **264.** | 3/29/2022 Taser Evidence Sync. NUNEZ/SBD-000708-709 | | | Hearsay (FRE 801, 802); FRE 401 |
| **265.** | 4/19/2022 Photograph from Witness Interview Transcript: Jonathan Campos NUNEZ/SBD-000710 | | | |
| **266.** | 4/19/2022 Audio Recording of Interview of Jonathan Campos | | | Hearsay (FRE 801, 802); FRE 403 |
| **267.** | 3/30/2022 Equipment/Uniform Inventory – Deputy Jeremy Deberg NUNEZ/SBD-000712-715 | | | Hearsay (FRE 801, 802); FRE 401 |
| **268.** | 4/28/2022 Witness Interview Transcript Jeremy Deberg NUNEZ/SBD-000717-796 | | | Hearsay (FRE 801, 802); FRE 403 |
| **269.** | 4/28/2022 Photographs from Witness Interview Transcript Jeremy Deberg NUNEZ/SBD-00797-798 | | | FRE 401. 403 |
| **270.** | 4/28/2022 Audio Recording of Jeremy Deberg | | | Hearsay if not offered by party opponent (FRE 801, 802); 403 |
| **271.** | 3/30/2022 Equipment/Uniform Inventory – Corporal Col Raynolds NUNEZ/SBD-000800-802 | | | Hearsay (FRE 801, 802), FRE 401 |
| **272.** | 4/19/2022 Witness Interview Report re: Corporal Col Raynolds NUNEZ/SBD-00803-803 | | | Hearsay (FRE 801, 802); FRE 401, 403 |
| **273.** | 4/19/2022 Audio Recording of Corporal Col Raynolds | | | Hearsay (FRE 801, 802); FRE 401, 403 |
| **274.** | 5/20/2022 Witness Interview Report of Deputy Derek Zane NUNEZ/SBD-000808-812 | | | Hearsay (FRE 801, 802); FRE 401, 403 |
| **275.** | 5/20/2022 Photograph from Witness Interview Report of Deputy Derek Zane NUNEZ/SBD-000813 | | | FRE 401. 403 |

| | | | | |
|---|---|---|---|---|
| **276.** | 5/20/2022 Audio Recording of Derek Zane Interview | | | Hearsay (FRE 801, 802); FRE 401, 403 |
| **277.** | 4/20/2022 Witness Interview Report of Det. Jason Schroeder Interview; NUNEZ/SBD-000815-818 | | | Hearsay (FRE 801, 802); FRE 401, 403 |
| **278.** | 4/20/2022 Audio Recording of Jason Schroeder Interview | | | Hearsay (FRE 801, 802); FRE 401, 403 |
| **279.** | 4/20/2022 Witness Interview Report of Sgt. Corey LaFever NUNEZ/SBD-000820-827 | | | Plaintiffs' MIL No. 1; Hearsay (FRE 801, 802); FRE 401, 403 |
| **280.** | 4/20/2022 Photographs from Witness Interview of Corey LaFever NUNEZ/SBD-000828-830 | | | FRE 401, 403. |
| **281.** | 4/20/2022 Audio Recording of Corey LaFever Interview | | | Hearsay (FRE 801, 802); FRE 401, 403 |
| **282.** | 3/29/2022 Press Release Incident NUNEZ/SBD-000832 | | | Hearsay (FRE 801, 802); FRE 401, 403; |
| **283.** | 3/30/2022 Evidence/Property Report – NUNEZ/SBD-00834-836 | | | Plaintiffs' MIL No. 1; Hearsay (FRE 801, 802); FRE 401, 403 |
| **284.** | 4/4/2022 Evidence/Property Report – NUNEZ/SBD-00837 | | | Hearsay (FRE 801, 802); FRE 401 |
| **285.** | 4/7/2022 Evidence/Property Report NUNEZ/SBD-000838-840 | | | Hearsay (FRE 801, 802); FRE 401 |
| **286.** | Laboratory Reports SBCSD Scientific Investigations Division NUNEZ/SBD-000841 | | | Hearsay (FRE 801, 802); FRE 401 |
| **287.** | 6/7/2023 Evidence/Property Report NUNEZ/SBD-000842 | | | Hearsay (FRE 801, 802); FRE 401 |
| **288.** | Search Warrant and Affidavit NUNEZ/SBD-000843-865 | | | Trial Stipulation No. 4 [Dkt. 97]; Plaintiffs' MIL No. 1; Hearsay (FRE 801, 802); Not relevant (FRE 401); Probative value outweighed by prejudicial effect (FRE 403) |
| **289.** | Photographs of Incident Scene NUNEZ/SBD-000866-903 | | | Trial Stipulation No. 3 [Dkt. 97] (if not redacted); Hearsay (FRE 801, 802); Not relevant (FRE 401); Probative value outweighed by prejudicial effect (FRE 403) |
| **290.** | Photographs of Andrew Nunez NUNEZ/SBD-000904-909 | | | Trial Stipulation No. 3 [Dkt. 97] (if not redacted); Hearsay (FRE 801, 802); Not relevant (FRE 401); Probative value outweighed by prejudicial effect (FRE 403) |
| **291.** | Photographs of Gun Recovered from Incident Scene NUNEZ/SBD-000910-913 | | | Hearsay (FRE 801, 802); Not relevant (FRE 401); Probative value outweighed |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | by prejudicial effect (FRE 403) |
| | **292.** | Photographs of Vehicle at Incident Scene NUNEZ/SBD-000914-919 | | | Hearsay (FRE 801, 802); Not relevant (FRE 401); Probative value outweighed by prejudicial effect (FRE 403) |
| | **293.** | Photographs of Deputies NUNEZ/SBD-00920-940 | | | Not relevant (FRE 401); Probative value outweighed by prejudicial effect (FRE 403) |
| | **294.** | Photographs of Deputy Cervantes NUNEZ/SBD-000941-962 | | | Not relevant (FRE 401); Probative value outweighed by prejudicial effect (FRE 403) |
| | **295.** | Photographs of Less Lethal – NUNEZ/SBD-000963-975 | | | Not relevant (FRE 401); Probative value outweighed by prejudicial effect (FRE 403) |
| | **296.** | Photographs of Deputy NUNEZ/SBD-000976-995 | | | Not relevant (FRE 401); Probative value outweighed by prejudicial effect (FRE 403) |
| | **297.** | Photographs of Less Lethal NUNEZ/SBD-000996-1008 | | | Not relevant (FRE 401); Probative value outweighed by prejudicial effect (FRE 403) |
| | **298.** | Photographs of Deputy Campos NUNEZ/SBD-001009-1030 | | | Not relevant (FRE 401); Probative value outweighed by prejudicial effect (FRE 403) |
| | **299.** | Photographs of Taser NUNEZ/SBD-001031-1037 | | | Not relevant (FRE 401); Probative value outweighed by prejudicial effect (FRE 403) |
| | **300.** | Photographs of Deputy Martinez NUNEZ/SBD-001036-1058 | | | Not relevant (FRE 401); Probative value outweighed by prejudicial effect (FRE 403) |
| | **301.** | Photographs of Service Weapon NUNEZ/SBD-001059-1080 | | | Not relevant (FRE 401); Probative value outweighed by prejudicial effect (FRE 403) |
| | **302.** | Photographs of Incident Location – Exterior and Garage NUNEZ/SBD-001081-1218, 1355-1495, 1502-1568, 1629-1631, 1634-1636, 1643-1646, 1657-1658 | | | Plaintiffs' MIL No. 1; Not relevant (FRE 401); Probative value outweighed by prejudicial effect (FRE 403) |
| | **303.** | Photographs of Incident Location – Interior NUNEZ/SBD-001219-1354 | | | Plaintiffs' MIL No. 1; Not relevant (FRE 401); Probative value outweighed by prejudicial effect (FRE 403) |

| 304. | Photographs of the Chain NUNEZ/SBD-001497-1501, 1647-1656 | | | |
|---|---|---|---|---|
| 305. | Photographs of the Decedent NUNEZ/SBD-001569-1622, 1632-1633, 1637-1642 | | | Trial Stipulation No. 3 [Dkt. 97] (if not redacted); Probative value outweighed by prejudicial effect (FRE 403) |
| 306. | Photographs of the Decedent's Belongings NUNEZ/SBD-001523-1628 | | | Plaintiffs' MIL No. 1; Not relevant (FRE 401); Probative value outweighed by prejudicial effect (FRE 403) |
| 307. | 3/29/2022 - 9-1-1 Call Audio Recording NUNEZ/SBD-001659 | | | Plaintiffs' MIL No. 1; Hearsay (FRE 801, 802); FRE 403 |
| 308. | 3/29/2022 – Radio Traffic Audio – NUNEZ/SBD-001660 | | | Hearsay (FRE 801, 802); FRE 403 |
| 309. | 3/29/2022 – Audio Family contact at Scene – NUNEZ/SBD-001661 | | | Hearsay (FRE 801, 802); FRE 403 |
| 310. | 3/29/2022 – Initial Family Contact – NUNEZ/SBD-00162 | | | Hearsay (FRE 801, 802); FRE 403 |
| 311. | 3/29/2022 – Family Contact – Audio NUNEZ/SBD-001663 | | | Hearsay (FRE 801, 802); FRE 403 |
| 312. | 3/29/2022 – Witness Interview – Audio – Fernando Guzman NUNEZ/SBD-001664 | | | Hearsay (FRE 801, 802); FRE 403 |
| 313. | 3/29/2024 – Witness Interview – audio – Alejandra Guzman NUNEZ/SBD-001665 | | | Hearsay (FRE 801, 802); FRE 403 |
| 314. | 3/29/2022 – Witness Interview – Julio Romero – NUNEZ/SBD-01666 | | | Hearsay (FRE 801, 802); FRE 403 |
| 315. | 3/29/2022 – Witness Interview – Christine Silva – NUNEZ/SBD-001667 | | | Hearsay (FRE 801, 802); FRE 403 |
| 316. | 3/29/2022 – Witness Interview – Mary Zamudio – NUNEZ/SBD-001668 | | | Hearsay (FRE 801, 802); FRE 403 |
| 317. | 3/29/2022 – Witness Interview – Audio – Noelia Benetiz – NUNEZ/SBD-001669-1670 | | | Hearsay (FRE 801, 802); FRE 403 |
| 318. | 3/29/2022 – Captain Breiner Interview – Audio – NUNEZ/SBD-001671 | | | Hearsay (FRE 801, 802); FRE 403 |
| 319. | 3/29/2022 – Deputy Campos Audio Interview – NUNEZ/SBD-001672-1673 | | | Hearsay (FRE 801, 802); FRE 403 |
| 320. | 3/29/2022 – Witness Interview – Audio – Ruben Carlos NUNEZ/SBD-001674 | | | Hearsay (FRE 801, 802); FRE 403 |

| | | | | |
|---|---|---|---|---|
| **321.** | 3/29/2022 – Witness Interview – Audio – Sabrina Cervantes – NUNEZ/SBD-001676 | | | Hearsay if not offered by party-opponent (FRE 801, 802); FRE 403 |
| **322.** | 3/29/2022 – Witness Interview – Jeremy Deberg Audio – NUNEZ/SBD-001678 | | | Hearsay if not offered by party-opponent (FRE 801, 802); FRE 403 |
| **323.** | 3/29/2022 – Witness Interview – Sgt. Corey LeFever – Audio – NUNEZ/SBD-001679-1680 | | | Hearsay (FRE 801, 802); FRE 403 |
| **324.** | 3/29/2022 – Witness Interview – Brenda Lopez NUNEZ/SBD-001681 | | | Hearsay (FRE 801, 802); FRE 403 |
| **325.** | 3/29/2022 – Witness interview – Audio – Marriquin – NUNEZ/SBD-001682 | | | Hearsay (FRE 801, 802); FRE 403 |
| **326.** | 3/29/2022 – Witness Interview – Michael Martinez – Audio – NUNEZ/SBD-001683 | | | Hearsay (FRE 801, 802); FRE 403 |
| **327.** | 3/29/2024 Witness Interview – Audio – Andrew Nunez NUNEZ/SBD-001684-1685 | | | Hearsay (FRE 801, 802); FRE 403 |
| **328.** | 3/29/2022 – witness Interview – Audio – Battalion Chief Pullen NUNEZ/SBD-001686 | | | Hearsay (FRE 801, 802); FRE 403 |
| **329.** | 3/29/2022 Witness Interview – Audio – Cole Raynolds NUNEZ/SBD-001687 | | | Hearsay (FRE 801, 802); FRE 403 |
| **330.** | 3/29/2024 – Witness Interview – Audio – Jason Schroeder NUNEZ/SBD-001688-1689 | | | Hearsay (FRE 801, 802); FRE 403 |
| **331.** | 3/29/2024 – Witness Interview – Audio Derek Zan – NUNEZ/SBD-001693 | | | Hearsay (FRE 801, 802); FRE 403 |
| **332.** | 3/29/2022 – Audio from Deputy Device – NUNEZ/SBD-001693-1694 | | | Hearsay (FRE 801, 802); FRE 403 |
| **333.** | 3/29/2022 – Audio from Deputy Device – NUNEZ/SBD-001695 | | | Hearsay (FRE 801, 802); FRE 403 |
| **334.** | 3/29/2022 – Audio from Deputy Device NUNEZ/SBD-001696 | | | Hearsay (FRE 801, 802); FRE 403 |
| **335.** | 3/29/2022 – Audio from Deputy Device – NUNEZ/SBD-001698 | | | Hearsay (FRE 801, 802); FRE 403 |
| **336.** | 3/29/2022 – Audio from Deputy Device – NUNEZ/SBD-001699 | | | Hearsay (FRE 801, 802); FRE 403 |
| **337.** | 3/29/2022 – Audio from Deputy Device – NUNEZ/SBD-01700 | | | Hearsay (FRE 801, 802); FRE 403 |
| **338.** | 3/29/2022 – Audio from Deputy Device – NUNEZ/SBD-001701 | | | Hearsay (FRE 801, 802); FRE 403 |
| **339.** | 3/29/2022 – Audio from Deputy Device – Transport to Hesperia NUNEZ/SBD-001702 | | | Hearsay (FRE 801, 802); FRE 403 |

| | | | | |
|---|---|---|---|---|
| 340. | 3/29/2022 – Audio from Deputy Device – Transport from Hesperia NUNEZ/SBD-001703 | | | Hearsay (FRE 801, 802); FRE 403 |
| 341. | 3/29/2022 – Aerial Footage from CHP NUNEZ/SBD-001704 | | | Lacks Foundation, Authenticity (FRE 901); Irrelevant (401) |
| 342. | Autopsy Photos – NUNEZ/SBD-001705-1852 | | | Trial Stipulation No. 3 [Dkt. 97] (if not redacted) |
| 343. | Faro.Zip Folder – NUNEZ/SBD-002037 | | | Lacks Foundation, Authenticity (FRE 901); Irrelevant (401) |
| 344. | Policy Manual – NUNEZ/SBD-002038-2091 | | | Hearsay (FRE 801, 802); FRE 401 |
| 345. | Responses to Request for Admission, Set One from Andrew Nunez signed 12/5/23 | | | Hearsay (FRE 801, 802); FRE 403 |
| 346. | Responses to Request for Admission, Set One Anthony Nunez, Jr. signed 12/5/23 | | | Hearsay (FRE 801, 802); FRE 403 |
| 347. | Responses to Request for Admission, Set One Rosa Nunez signed 12/5/23 | | | Hearsay (FRE 801, 802); FRE 403 |
| 348. | Responses to Interrogatories, Set One Anthony Nunez, Jr. signed 12/5/23 | | | Hearsay (FRE 801, 802); FRE 403 |
| 349. | Responses to Interrogatories, Set One Rosa Nunez signed 12/5/23 | | | Hearsay (FRE 801, 802); FRE 403 |
| 350. | Responses to Interrogatories, Set One Andrew Nunez signed 12/5/23 | | | Hearsay (FRE 801, 802); FRE 403 |
| 351. | Supplemental Responses to Requests for Admission, Set One Anthony Nunez Jr. signed 1/25/24 | | | Hearsay (FRE 801, 802); FRE 403 |
| 352. | Supplemental Responses to Interrogatories, Set One Anthony Nunez Jr. signed 1/25/24 | | | Hearsay (FRE 801, 802); FRE 403 |
| 353. | Responses to Interrogatories, Set Two Anthony Nunez, Jr. signed 2/12/24 | | | Hearsay (FRE 801, 802); FRE 403 |
| 354. | Responses to Interrogatories, Set Two Andrew Nunez signed 2/12/24 | | | Hearsay (FRE 801, 802); FRE 403 |
| 355. | Responses to Requests for Admission, Set Two Andrew Nunez signed 2/12/14 | | | Hearsay (FRE 801, 802); FRE 403 |
| 356. | Responses to Request for Admission, Set Two Anthony Nunez Jr. signed 2/12/24 | | | Hearsay (FRE 801, 802); FRE 403 |

| | | | | | |
|---|---|---|---|---|---|
| **357.** | Responses to Request for Admission, Set Two Rosa Nunez signed 2/12/24 | | | Hearsay (FRE 801, 802); FRE 403 |
| **358.** | Exhibit 1 to the 2/6/24 Deposition Transcript of Rosa Nunez – Second Amended Complaint | | | Hearsay (FRE 801, 802) |
| **359.** | Exhibit 2 to the 2/6/24 Deposition Transcript of Rosa Nunez – Responses to Interrogatories, Set One | | | Hearsay (FRE 801, 802) |
| **360.** | Exhibit 1 to the 2/12/24 Deposition Transcript of Michael Martinez – Photograph 1649 | | | |
| **361.** | Exhibit 2 to the 2/12/24 Deposition Transcript of Michael Martinez – Photograph 1656 | | | |
| **362.** | Exhibit 3 to the 2/12/24 Deposition Transcript of Michael Martinez – Photograph 1136 | | | |
| **363.** | Exhibit 4 to the 2/12/24 Deposition Transcript of Michael Martinez – Photograph Affixed with Circle | | | Hearsay (FRE 801, 802) |
| **364.** | Exhibit 5 to the 2/12/24 Deposition Transcript of Michael Martinez Photograph 1139 | | | |
| **365.** | Exhibit 6 to the 2/12/24 Deposition Transcript of Michael Martinez – Photograph 1143 | | | |
| **366.** | Exhibit 7 to the 2/12/24 Deposition Transcript of Michael Martinez – Photograph 1219 | | | |
| **367.** | Exhibit 8 to the 2/12/24 Deposition Transcript of Michael Martinez – Photograph 1155 | | | |
| **368.** | Exhibit 9 to the 2/12/24 Deposition Transcript of Michael Martinez – Photograph Affixed with Circles and Arrows | | | |
| **369.** | Exhibit 10 to the 2/12/24 Deposition Transcript of Michael Martinez – Photograph 1161 | | | |
| **370.** | Exhibit 11 to the 2/12/24 Deposition Transcript of | | | Hearsay (FRE 801, 802) |

| | | | | | |
|---|---|---|---|---|---|
| | | Michael Martinez – Photograph Affixed with Circles | | | |
| | 371. | Exhibit 12 to the 2/12/24 Deposition Transcript of Michael Martinez – Photograph 1218 | | | |
| | 372. | Exhibit 13 to the 2/12/24 Deposition Transcript of Michael Martinez – Photograph 1419 | | | |
| | 373. | Exhibit 14 to the 2/12/24 Deposition Transcript of Michael Martinez – Photograph 1507 | | | FRE 403 |
| | 374. | Exhibit 15 to the 2/12/24 Deposition Transcript of Michael Martinez – Photograph 1572 | | | Trial Stipulation Nos. 3 (if not redacted) |
| | 375. | Exhibit 1 to the 2/12/24 Deposition Transcript of Corey LaFever – Photograph 1161 | | | |
| | 376. | Exhibit 2 to the 2/12/24 Deposition Transcript of Corey LaFever – Photograph with Markings | | | Hearsay (FRE 801, 802) |
| | 377. | Exhibit 3 to the 2/12/24 Deposition Transcript of Corey LaFever – Photograph 1218 | | | |
| | 378. | Exhibit 4 to the 2/12/24 Deposition Transcript of Corey LaFever – Photograph with Markings | | | Hearsay (FRE 801, 802) |
| | 379. | Exhibit 1 to the 2/14/24 Deposition Transcript of Anthony Nunez Jr. – Responses to Interrogatories, Set One | | | Hearsay (FRE 801, 802); FRE 401, 403. |
| | 380. | Exhibit 2 to the 2/14/24 Deposition Transcript of Anthony Nunez Jr. – Video | | | Hearsay (FRE 801, 802); FRE 401, 403. |
| | 381. | Exhibit 3 to the 2/14/24 Deposition Transcript of Anthony Nunez Jr. – Video | | | |
| | 382. | Exhibit 4 to the 2/14/24 Deposition Transcript of Anthony Nunez Jr. – Photograph | | | |
| | 383. | Exhibit 1 to the 2/22/24 Deposition Transcript of Sabrina Cervantes – Photograph 1218 | | | |
| | 384. | Exhibit 2 to the 2/22/24 Deposition Transcript of Sabrina Cervantes – Photograph 1146 | | | |
| | 385. | Exhibit 1 to the 2/27/24 Deposition Transcript of Luz | | | Hearsay (FRE 801, 802); |

| | | | | | |
|---|---|---|---|---|---|
| | | Elena Ramos – Notice of Deposition | | | Not relevant (FRE 401); Probative value outweighed by prejudicial effect, cumulative (FRE 403) |
| | 386. | Exhibit 2 to the 2/27/24 Deposition Transcript of Luz Elena Ramos – Color Copy of Photo | | | Lacks Foundation; Authenticity (FRE 901); |
| | 387. | Exhibit 3 to the 2/27/24 Deposition Transcript of Luz Elena Ramos - Color Copy of Photo | | | Lacks Foundation; Authenticity (FRE 901); Not relevant (FRE 401); Confuse issues and/or mislead jury (FRE 403 |
| | 388. | Exhibit 4 to the 2/27/24 Deposition Transcript of Luz Elena Ramos - Color Copy of Photo | | | Lacks Foundation; Authenticity (FRE 901); Not relevant (FRE 401); Confuse issues and mislead jury (FRE 403 |
| | 389. | Exhibit 5 to the 2/27/24 Deposition Transcript of Luz Elena Ramos - Color Copy of Photo | | | Lacks Foundation; Authenticity (FRE 901); Not relevant (FRE 401); Confuse issues and mislead jury (FRE 403 |
| | 390. | Exhibit 6 to the 2/27/24 Deposition Transcript of Luz Elena Ramos - Color Copy of Photo | | | Lacks Foundation; Authenticity (FRE 901); Not relevant (FRE 401); Confuse issues and mislead jury (FRE 403 |
| | 391. | Exhibit 7 to the 2/27/24 Deposition Transcript of Luz Elena Ramos - Color Copy of Photo | | | |
| | 392. | Exhibit 8 to the 2/27/24 Deposition Transcript of Luz Elena Ramos - Color Copy of Photo | | | Lacks Foundation; Authenticity (FRE 901); Not relevant (FRE 401); Confuse issues and mislead jury (FRE 403 |
| | 393. | Exhibit 9 to the 2/27/24 Deposition Transcript of Luz Elena Ramos - Color Copy of Photo | | | |
| | 394. | Exhibit 1 to the 2/27/24 Deposition Transcript of Melissa Carpenter – Audio Recording Clip (marked Confidential) | | | Hearsay (FRE 801, 802); FRE 401, 403. |
| | 395. | Exhibit A to the 3/18/2024 Deposition Transcript of Jonathan Campos – Photograph Bates NUNEZ/SBD-001218 | | | |
| | 396. | Exhibit B to the 3/18/2024 Deposition Transcript of Jonathan Campos – Photograph Bates NUNEZ/SBD-001143 | | | |

| | | | | | |
|---|---|---|---|---|---|
| **397.** | Exhibit C to the 3/18/2024 Deposition Transcript of Jonathan Campos – Photograph Bates NUNEZ/SBD-001146 | | | | |
| **398.** | Exhibit D to the 3/18/2024 Deposition Transcript of Jonathan Campos – Photograph w/alteration Bates NUNEZ/SBD-001146 | | | | Hearsay (FRE 801, 802) |
| **399.** | Exhibit E to the 3/18/2024 Deposition Transcript of Jonathan Campos – Photograph Bates NUNEZ/SBD-001151 | | | | |
| **400.** | Exhibit F to the 3/18/2024 Deposition Transcript of Jonathan Campos – Photograph w/ alteration Bates NUNEZ/SBD-001151 | | | | Hearsay (FRE 801, 802) |
| **401.** | Exhibit G to the 3/18/2024 Deposition Transcript of Jonathan Campos – Photograph w/ alteration Bates NUNEZ/SBD-001218 | | | | |
| **402.** | Exhibit 1 to the Deposition Transcript of Scott Defoe – Notice of Deposition | | | | Hearsay (FRE 801, 802); Not relevant (FRE 401) |
| **403.** | Exhibit 2 to the Deposition Transcript of Scott Defoe – Curriculum Vitae | | | | Hearsay (FRE 801, 802) |
| **404.** | Exhibit 3 to the Deposition Transcript of Scott Defoe – 2024 Fee Schedule | | | | Hearsay (FRE 801, 802) |
| **405.** | Exhibit 4 to the Deposition Transcript of Scott Defoe – Rule 26 Disclosure | | | | Hearsay (FRE 801, 802) |
| **406.** | Exhibit 5 to the Deposition Transcript of Scott Defoe – Report | | | | Hearsay (FRE 801, 802) |
| **407.** | Exhibit 6 to the Deposition Transcript of Scott Defoe – Report | | | | Hearsay (FRE 801, 802) |
| **408.** | Exhibit 8 to the Deposition Transcript of Scott Defoe – LA Times Article | | | | Hearsay (FRE 801, 802); Irrelevant (401, 403); Lacks Foundation, including authenticity (FRE 901) |
| **409.** | Exhibit 1 to the 2/26/24 Deposition Transcript of Noelia Benitez – Deposition Notice | | | | Hearsay (FRE 801, 802) |
| **410.** | Exhibit 2 to the 2/26/24 Deposition Transcript of Noelia Benitez – SBD-00175 | | | | Hearsay (FRE 801, 802); FRE 401, 403. |
| **411.** | Exhibit 3 to the 2/26/24 Deposition Transcript of Noelia | | | | Hearsay (FRE 801, 802); FRE 401, 403. |

| | | | | | |
|---|---|---|---|---|---|
| | | Benitez – Response to Interrogatories | | | |
| | 412. | Exhibit 4 to the 2/26/24 Deposition Transcript of Noelia Benitez – Drawing | | | FRE 401, 403 |
| | 413. | Exhibit 5 to the 2/26/24 Deposition Transcript of Noelia Benitez – Photo | | | FRE 401, 403 |
| | 414. | Exhibit 6 to the 2/26/24 Deposition Transcript of Noelia Benitez – Audio Clip | | | Hearsay (FRE 801, 802); FRE 401, 403. |
| | 415. | Exhibit 7 to the 2/26/24 Deposition Transcript of Noelia Benitez – Complaint | | | Hearsay (FRE 801, 802); FRE 401, 403. |
| | 416. | Exhibit 8 to the 2/26/24 Deposition Transcript of Noelia Benitez – Interview | | | Hearsay (FRE 801, 802); FRE 401, 403. |
| | 417. | Exhibit 1 to the 2/26/24 Deposition Transcript of Brenda Lopez – Interview Audio | | | Hearsay (FRE 801, 802); FRE 401, 403. |
| | 418. | Exhibit 2 to the 2/26/24 Deposition Transcript of Brenda Lopez – Interview Summary | | | Hearsay (FRE 801, 802); FRE 401, 403. |
| | 419. | Exhibit 3 to the 2/26/24 Deposition Transcript of Brenda Lopez – Map of House | | | Hearsay (FRE 801, 802); FRE 401, 403. |
| | 420. | Exhibit 4 to the 2/26/24 Deposition Transcript of Brenda Lopez – Photo (house) | | | FRE 401, 403. |
| | 421. | Exhibit 5 to the 2/26/24 Deposition Transcript of Brenda Lopez – Photo (window) | | | FRE 401, 403 |
| | 422. | Exhibit 6 to the 2/26/24 Deposition Transcript of Brenda Lopez – Photo (door) | | | FRE 401, 403. |
| | 423. | Exhibit 7 to the 2/26/24 Deposition Transcript of Brenda Lopez – Photos (bedroom) | | | FRE 401, 403. |
| | 424. | Exhibit 1 to the 2/21/24 Deposition Transcript of Jeremy Deberg – Photograph 1136 | | | |
| | 425. | Exhibit 2 to the 2/21/24 Deposition Transcript of Jeremy Deberg – Photograph 1218 | | | |
| | 426. | Exhibit 3 to the 2/21/24 Deposition Transcript of Jeremy Deberg – Photograph 1146 | | | |
| | 427. | Exhibit 4 to the 2/21/24 Deposition Transcript of Jeremy Deberg – Photograph 1151 | | | |
| | 428. | Exhibit 5 to the 2/21/24 Deposition Transcript of Jeremy Deberg – Photograph 1161 | | | |

| | | | | | |
|---|---|---|---|---|---|
| **429.** | Exhibit 1 to the 2/15/24 Deposition Transcript of Andrew Nunez – Summary | | | | Hearsay (FRE 801, 802); FRE 401, 403. |
| **430.** | Exhibit 2 to the 2/15/24 Deposition Transcript of Andrew Nunez – Photo | | | | Hearsay (FRE 801, 802); FRE 401, 403. |
| **431.** | Exhibit 3 to the 2/15/24 Deposition Transcript of Andrew Nunez – Photo | | | | FRE 401, 403. |
| **432.** | Exhibit 4 to the 2/15/24 Deposition Transcript of Andrew Nunez – 911 Recording | | | | Hearsay (FRE 801, 802); FRE 401, 403. |
| **433.** | Exhibit 5 to the 2/15/24 Deposition Transcript of Andrew Nunez – Recording | | | | Hearsay (FRE 801, 802); FRE 401, 403. |
| **434.** | Exhibit 6 to the 2/15/24 Deposition Transcript of Andrew Nunez – Complaint | | | | Hearsay (FRE 801, 802); FRE 401, 403. |

DATED:  August 9, 2024          LAW OFFICES OF DALE K. GALIPO


By_____/s/ Dale K. Galipo_____
      Dale K. Galipo
      Benjamin S. Levine
      *Attorneys for Plaintiffs*


DATED:  August 9, 2024          WESIERSKI & ZUREK LLP


By_____/s/ Michelle R. Prescott_____
      CHRISTOPHER P. WESIERSKI
      MICHELLE R. PRESCOTT
      Attorneys for Defendants, COUNTY OF
      SAN BERNARDINO, CITY OF
      HESPERIA, MICHAEL MARTINEZ,
      SABRINA CERVANTES and JEREMY
      DEBERG

     **IT IS SO ORDERED.**

 Dated:

                    SUNSHINE S. SYKES
                    United States District Judge