UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ROSA NUNEZ, individually and as successor-in-interest to Decedent, Anthony Nunez; ANTHONY NUNEZ, JR., individually and as successor-in-interest to Decedent, Anthony Nunez; and, ANDREW NUNEZ, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SAN BERNARDINO; CITY OF HESPERIA; MICHAEL MARTINEZ; SABRINA CERVANTES; JEREMY DEBERG; JONATHAN CAMPOS; and DOES 5 through 15, inclusive,<br><br>Defendants. | Case No. 5:22-cv-1934-SSS(SPx)<br><br>**[PROPOSED] ORDER ON DEFENDANTS' MOTION IN LIMINE NO. 1 TO EXCLUDE SPECULATIVE EVIDENCE OF THE DECEDENT'S ALLEGED MENTAL ILLNESS**<br><br>Trial Date:          09/23/2024 |

## [PROPOSED] ORDER

Having reviewed Defendants' Motion in Limine No. 1 To Exclude Speculative Evidence of the Decedent's Alleged Mental Illness, and GOOD CAUSE appearing therein, Defendants' Motion is hereby GRANTED. Evidence, testimony, argument, or reference to/regarding the following shall be excluded at the trial of the above-

WESIERSKI & ZUREK LLP
LAWYERS
29 ORCHARD ROAD
LAKE FOREST, CALIFORNIA 92630
(949) 975-1000

entitled matter:

Any evidence that Anthony Nunez ("Decedent") was mentally ill; and

Any evidence that the Decedent was experiencing a mental health crisis.

The basis for this Order is that the evidence is not supported by any admissible evidence therefore irrelevant to the issues to be tried and such evidence would only serve to unduly prejudice Defendants, waste time, confuse the issues, and mislead the jury.. Fed. R. Evid., Rules 401, 402, 403, 801, 802.

IT IS SO ORDERED:

DATED:_____, 2024        _____

                   Honorable Sunshine S. Sykes

                   U.S. District Judge

WESIERSKI & ZUREK LLP
LAWYERS
29 ORCHARD ROAD
LAKE FOREST, CALIFORNIA 92630
(949) 975-1000

2
I2178782-1 SBD-0015   [PROPOSED] ORDER ON DEFENDANTS' MOTION IN LIMINE NO. 1