WESIERSKI & ZUREK LLP
LAWYERS
29 ORCHARD ROAD
LAKE FOREST, CALIFORNIA 92630
(949) 975·1000

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ROSA NUNEZ, individually and as successor-in-interest to Decedent, Anthony Nunez; ANTHONY NUNEZ, JR., individually and as successor-in-interest to Decedent, Anthony Nunez; and, ANDREW NUNEZ, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SAN BERNARDINO; CITY OF HESPERIA; MICHAEL MARTINEZ; SABRINA CERVANTES; JEREMY DEBERG; JONATHAN CAMPOS; and DOES 5 through 15, inclusive,<br><br>Defendants. | Case No. 5:22-cv-1934-SSS(SPx)<br><br>**[PROPOSED] ORDER ON DEFENDANTS' MOTION IN LIMINE NO. 2 TO EXCLUDE OPINIONS OF PLAINTIFF'S EXPERT SCOTT DEFOE REGARDING THE MENTAL HEALTH OF THE DECEDENT AND OPINIONS BASED ON THE CLAIM THE DECEDENT WAS MENTALLY ILL OR EXPERIENCING A MENTAL HEALTH CRISIS**<br><br>Trial Date:        09/23/2024 |

### [PROPOSED] ORDER

Having reviewed Defendants' Motion in Limine No. 2 to Exclude Opinions Of Plaintiff's Expert Scott Defoe Regarding The Mental Health Of The Decedent And Opinions Based On The Claim The Decedent Was Mentally Ill Or Experiencing A Mental Health Crisis, and GOOD CAUSE appearing therein, Defendants' Motion is

hereby GRANTED. Evidence, testimony, argument, or reference to/regarding the following shall be excluded at the trial of the above-entitled matter:

> Opinions by plaintiff's expert Scott Defoe regarding Anthony Nunez ("Decedent") alleged mental illness or mental health crisis and how deputies should respond to mentally ill suspects on the grounds that there is no evidence that the Decedent was mentally ill or experiencing a mental health crisis.

The basis for this Order is that Mr. Defoe is not qualified to diagnose or give opinions about the Decedent's mental health, and that his opinions regarding the how deputies should have responded to a suspect with mental illness and/or experiencing a mental health crisis are irrelevant and such evidence would only serve to unduly prejudice Defendants, waste time, confuse the issues, and mislead the jury Fed. R. Evid., Rules 401, 402, 403, 702, 801, 802.

IT IS SO ORDERED:

DATED:_____, 2024        _____

                                  Honorable Sunshine S. Sykes

                                  U.S. District Judge

WESIERSKI & ZUREK LLP
LAWYERS
29 ORCHARD ROAD
LAKE FOREST, CALIFORNIA 92630
(949) 975-1000

I2178783-1 SBD-0015        [PROPOSED] ORDER ON DEFENDANTS' MOTION IN LIMINE NO. 2