**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Benjamin S. Levine (SBN 342060)
blevine@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California, 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

**CARRILLO LAW FIRM, LLP**
Luis A. Carrillo (SBN 70398)
Michael S. Carrillo (SBN 258878)
Dominique L. Boubion (SBN 336915)
1499 Huntington Drive, Suite 402
South Pasadena, California 91030
Tel: (626) 799-9375
Fax: (626) 799-9380

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT COURT OF CALIFORNIA

| | |
|---|---|
| ROSA NUÑEZ, individually; ANTHONY NUÑEZ, JR., individually and as successor-in-interest to Decedent, Anthony Nuñez; and, ANDREW NUÑEZ, individually,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN BERNARDINO; CITY OF HESPERIA; MICHAEL MARTINEZ; SABRINA CERVANTES; JEREMY DEBERG; JONATHAN CAMPOS; and DOES 5 through 15, inclusive,<br><br>Defendants. | Case No.: 5:22-cv-01934-SSS-SP<br><br>*Honorable Sunshine S. Sykes*<br>*Hon. Mag. Judge Sheri Pym*<br><br>**PLAINTIFFS' PROPOSED VOIR DIRE**<br><br>FPTC:  September 6, 2024<br>Trial:    September 23, 2024 |

**TO THE HONORABLE COURT AND TO ALL PARTIES HEREIN:**

    **PLEASE TAKE NOTICE** that Plaintiffs hereby submit their [Proposed] Voir Dire Questions.

Respectfully submitted,

DATED: August 23, 2024    LAW OFFICES OF DALE K. GALIPO

By:   */s/ Dale K. Galipo*
       Dale K. Galipo
       Benjamin S. Levine
       Attorneys for Plaintiffs

**PLAINTIFFS' PROPOSED VOIR DIRE QUESTIONS**

Plaintiffs hereby respectfully request the Court to ask the jury panel the following proposed voir dire questions as set forth below:

**Questions re: Drug Bias**

1. Do you have any feelings, thoughts, or preconceptions about people who use drugs?
2. Do you think it would be difficult to be fair to both sides if you heard evidence that one of the parties had used drugs?
3. Do you have any particular knowledge or information regarding the effects of drugs on a person?
4. If you heard evidence that one of the parties had used drugs, do you think that you could still find that the officers' conduct was unreasonable if that is shown by the evidence?
5. Do you have any feelings, one way or another, about whether a person who uses drugs deserves the same protection from excessive force by police officers as everyone else?
6. Do you have any feelings, one way or another, about whether a person who uses drugs has the same right to bring a claim in court for violations of their rights as everyone else does?
7. Could you put aside whatever knowledge, information or preconceptions you may have about methamphetamine and listen to the evidence?
8. Do you have any feelings, one way or the other, about whether a person who used methamphetamine has the right to bring a claim in court for a violation of his right to be free from excessive force?

///
///
///
///

9. Do you know anyone who has used methamphetamine or other drugs? If so, please explain:
   a. That person's relationship to you;
   b. Whether they live with you or have ever lived with you; and
   c. Whether the fact that they have used methamphetamine or other drugs causes you to view them differently.
      i. If this causes you to view them differently, in what way do you view them differently?
      ii. If the person is a family member, do you love or care for them any less because of this?

**Questions re: Criminal History**

*Plaintiffs request that this Court voir dire the jury on criminal history only in the event that the Court denies Plaintiffs' motion* in limine *addressing that issue (No. 1).*

10. Do you know anyone who has ever been arrested or gone to jail? If so, please explain:
    a. That person's relationship to you;
    b. Whether they live with you or have ever lived with you; and
    c. Whether the fact that they have been arrested or gone to jail causes you to view them differently.
       i. If this causes you to view them differently, in what way do you view them differently?
       ii. If the person is a family member, do you love or care for them any less because of this?

11. Do you have any feelings, thoughts, or preconceptions about people who have been arrested or been to jail?

/ / /
/ / /

**Questions re: Police Officer/Sheriff's Deputy Bias**

12. Would you be more likely to believe the testimony of a police officer or sheriff's deputy over the testimony of somebody who is not a police officer or sheriff's deputy?
13. Do you think a police officer or sheriff's deputy who is a defendant in a civil case is capable of testifying falsely under oath?
14. Do you think that a police officer or sheriff's deputy is capable of testifying falsely under oath to support a fellow officer or deputy?
15. Are you or any of your family members or close friends current or former government employees, police officers, or sheriff's deputies?
    a. If yes, what agency and what type of job?
16. Are you or any of your family members or close friends current or former service members in any division or branch of our military? If yes, what division or branch and what type of job?
17. Are you or is anyone you know a current or former police officer or sheriff's deputy? If yes, who, what agency do (or did) they work for, and for how long?
18. Have you or has anyone you know attended or applied to attend any law enforcement academy or basic training?
19. Have you applied to or are you a member of any branch of the armed forces?
20. Have you or anyone you know worked as or applied to work as a firefighter, paramedic, or other type of emergency response personnel?
21. Does anyone feel that police officers or sheriff's deputies have been unfairly portrayed in the media with respect to the use of force?

/ / /

/ / /

/ / /

/ / /

/ / /

PLAINTIFFS' PROPOSED VOIR DIRE

**Questions re: Juror Connection to Defendants**

22. Have you, a family member, or any of your close friends had any contact or association with the San Bernardino County Sheriff's Department, or any of their employees? If so, please describe the circumstances of the contact or association.
    a. If so, would you view the evidence in this case differently because of your past experience with the San Bernardino County Sheriffs' Department, or any of their employees?

23. Are you or is anyone you know a current or former employee of the San Bernardino County Sheriff's Department? If so:
    a. Who do you know?
    b. What is or was their job?
    c. How long were they employed?
    d. Would you view the evidence in this case differently because of your relationship with that person (or those people)?

24. Are you or is anyone you know a current or former employee of the County of San Bernardino or any of its agencies? If so:
    a. Who do you know?
    b. What is or was their job?
    c. How long were they employed?
    d. Would you view the evidence in this case differently because of your relationship with that person (or those people)?

**Questions re: Justiciability of Police Officer/Sheriff's Deputy Conduct**

25. Do you think that our society should hold police officers and sheriff's deputies liable in court when they violate an individual's constitutional rights?

26. Do you agree that police officers and sheriff's deputies, or the entity they work for, should pay money damages when they violate an individual's constitutional rights?

27. Do you think that police officers and sheriff's deputies should be able to use as much force as they want when arresting someone?

28. Do you think that our society should restrict the amount of force that police officers and sheriff's deputies can use?

**Questions re: General Juror Bias & Bias Against Actions for Money Damages**

29. Do you think that because the defendants are denying responsibility for this incident, they are probably not responsible?

30. Is there anybody that would hold it against the plaintiffs simply because they have pursued this case to trial?