Christopher P. Wesierski [Bar No. 086736]
  *cwesierski@wzllp.com*
Michelle R. Prescott [Bar No. 262638]
  *mprescott@wzllp.com*
Brett A. Smith [Bar No. 322707]
  *bsmith@wzllp.com*
WESIERSKI & ZUREK LLP
29 Orchard Road
Lake Forest, California 92630
Telephone: (949) 975-1000
Facsimile: (949) 756-0517

Attorneys for Defendants, COUNTY OF
SAN BERNARDINO, CITY OF
HESPERIA MICHAEL MARTINEZ,
SABRINA CERVANTES and JEREMY
DEBERG

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ROSA NUNEZ, individually and as successor-in-interest to Decedent, Anthony Nunez; ANTHONY NUNEZ, JR., individually and as successor-in-interest to Decedent, Anthony Nunez; and, ANDREW NUNEZ, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SAN BERNARDINO; CITY OF HESPERIA; MICHAEL MARTINEZ; SABRINA CERVANTES; JEREMY DEBERG; JONATHAN CAMPOS; and DOES 5 through 15, inclusive,<br><br>Defendants. | Case No. 5:22-cv-1934-SSS(SPx)<br><br>**DEFENDANTS' PROPOSED VOIR DIRE**<br><br>Trial Date:          09/23/2024 |

TO THE HONORABLE COURT AND TO ALL PARTIES THEREIN:

PLEASE TAKE NOTICE THAT Defendants hereby submit their [Proposed]

Voir Dire Questions.

1

WESIERSKI & ZUREK LLP
LAWYERS
29 ORCHARD ROAD
LAKE FOREST, CALIFORNIA 92630
(949) 975-1000

1  DATED: August 23, 2024          WESIERSKI & ZUREK LLP

2

3

4                                  By:     /s/Michelle R. Prescott

5                                          MICHELLE R. PRESCOTT
                                           Attorneys for Defendants, COUNTY OF
6                                          SAN BERNARDINO, CITY OF
                                           HESPERIA MICHAEL MARTINEZ,
7                                          SABRINA CERVANTES and JEREMY
                                           DEBERG
8
/ / /
9
/ / /
10
/ / /
11
/ / /
12
/ / /
13
/ / /
14
/ / /
15
/ / /
16
/ / /
17
/ / /
18
/ / /
19
/ / /
20
/ / /
21
/ / /
22
/ / /
23
/ / /
24
/ / /
25
/ / /
26
/ / /
27
/ / /
28

WESIERSKI & ZUREK LLP
LAWYERS
29 ORCHARD ROAD
LAKE FOREST, CALIFORNIA 92630
(949) 975-1000

I2186800-1 SBD-0015                                    DEFENDANTS' PROPOSED VOIR DIRE

**DEFENDANTS' PROPOSED VOIR DIRE QUESTIONS**:

Defendants respectfully request the Court to ask the jury panel the following proposed voir dire questions as set forth below:

*__Background for Each Prospective Juror__*

1.    Have you or anyone close to you worked for the military?

2.    Have you or anyone close to you worked for any federal, state, or local governmental agency?

3.    Have you, any of your family members, or anyone close to you been arrested or convicted of a crime?  If yes, please explain.

*__Court and Jury Experience__*

4.    Have you, any of your family members, or anyone close to you filed a claim against a government body for an injury?  If yes, please explain.

5.    Have you ever been involved in a legal proceeding as a witness or in any capacity?  If yes, please explain.

6.    Are you close friends with any lawyers or judges?  If so, who?

*__Conflict and Bias__*

7.    Would you be more willing to believe the testimony of a law enforcement officer than another witness who is not a law enforcement officer?

8.    Have you, or any close friends or relatives, ever been employed by San Bernardino County?

9.    Do you currently have, or have you in the past, had friends, family or loved ones affiliated with San Bernardino County?

WESIERSKI & ZUREK LLP
LAWYERS
29 ORCHARD ROAD
LAKE FOREST, CALIFORNIA 92630
(949) 975-1000

I2186800-1 SBD-0015                                      DEFENDANTS' PROPOSED VOIR DIRE

a.  If yes, please explain.

10.  Have you, an immediate family member, a close friend, or someone you care about ever been employed as a police officer, sheriff's deputy, or for any law enforcement agency?

a.  If yes, please explain.

11.  Have you considered working for law enforcement?

12.  Have you ever had regular contact with anyone in any law enforcement agency through your work, in your neighborhood, or in your social life?

a.  If yes, please explain.

13.  Have you, any of your family members, or anyone close to you had a negative experience with a police officer or other law enforcement officer that might influence your opinion in this case or the witnesses?

a.  If yes, please explain.

14.  Have you, any of your family members, or anyone close to you had a positive experience with a police officer or other law enforcement officer that might influence your opinion in this case or the witness?

a.  If yes, please explain.

15.  Do you have an opinion about the San Bernardino Sheriff's Department?

a.  If yes, what is that opinion?

16.  Do you or anyone close to you have any experience or association with the County of San Bernardino?

WESIERSKI & ZUREK LLP
LAWYERS
29 ORCHARD ROAD
LAKE FOREST, CALIFORNIA 92630
(949) 975-1000

WESIERSKI & ZUREK LLP
LAWYERS
29 ORCHARD ROAD
LAKE FOREST, CALIFORNIA 92630
(949) 975-1000

a.  If yes, please explain the association.

17.  Have you or anyone close to you ever had a negative experience with the County of San Bernardino?

a.  If yes, please explain.

18.  Do you have any personal feelings about whether police, in general, should be defunded?

a.  If yes, what is your understanding of what it means to "defund" the police?

b.  If yes, how would such feelings about "defunding" the police affect your ability to be an objective juror in a case seeking money damages from a police officer?

19.  You will be asked during this trial to make a determination about whether law enforcement actions in this case were reasonable.  Does anyone have a problem with making that kind of determination?

20.  Do you know any reason why you would not be able to reach a verdict in favor of the defendants if the plaintiffs did not meet his burden of proof in this case?  Please explain.

21.  This is a case where a sheriff's deputies are being sued.  Do you think that will make it difficult to be fair?

22.  How, if at all, would the fact that this case involves death and injuries during an encounter with police affect your ability to be a fair and impartial juror?

I2186800-1 SBD-0015                                    DEFENDANTS' PROPOSED VOIR DIRE

23.    Do you think there are too many lawsuits? Why? Give an example, please.

### *Hardship*

24.    Are there any circumstances in your life that would prevent you from giving your full attention to this matter during the course of the trial?

   a.  If yes, why would your attention be compromised?

25.    Is there any issue that has not already been discussed that would affect your ability to be a fair and impartial juror?

   a.  If yes, what is it that has not already been discussed?

WESIERSKI & ZUREK LLP
LAWYERS
29 ORCHARD ROAD
LAKE FOREST, CALIFORNIA 92630
(949) 975-1000

I2186800-1 SBD-0015

DEFENDANTS' PROPOSED VOIR DIRE