**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Benjamin S. Levine (SBN 342060)
blevine@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California, 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

**CARRILLO LAW FIRM, LLP**
Luis A. Carrillo (SBN 70398)
Michael S. Carrillo (SBN 258878)
Dominique L. Boubion (SBN 336915)
1499 Huntington Drive, Suite 402
South Pasadena, California 91030
Tel: (626) 799-9375
Fax: (626) 799-9380

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT COURT OF CALIFORNIA

| | |
|---|---|
| ROSA NUÑEZ, individually; ANTHONY NUÑEZ, JR., individually and as successor-in-interest to Decedent, Anthony Nuñez; and, ANDREW NUÑEZ, individually,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN BERNARDINO; CITY OF HESPERIA; MICHAEL MARTINEZ; SABRINA CERVANTES; JEREMY DEBERG; JONATHAN CAMPOS; and DOES 5 through 15, inclusive,<br><br>Defendants. | Case No.: 5:22-cv-01934-SSS-SP<br><br>*Honorable Sunshine S. Sykes*<br>*Hon. Mag. Judge Sheri Pym*<br><br>**JOINT STATEMENT OF THE CASE**<br><br>FPTC: September 6, 2024<br>Trial: September 23, 2024 |

**1**

JOINT STATEMENT OF THE CASE

**PLEASE TAKE NOTICE** that the Parties hereby submit the Joint Statement of the Case for the Trial of this matter.

Respectfully submitted,

DATED: August 23, 2024            LAW OFFICES OF DALE K. GALIPO

By:   */s/ Benjamin S. Levine*
      Dale K. Galipo
      Benjamin S. Levine[1]
      Attorneys for Plaintiffs

DATED: August 23, 2024            WESIERSKI & ZUREK LLP

By      */s/ Michelle R. Prescott*
      CHRISTOPHER P. WESIERSKI
      MICHELLE R. PRESCOTT
      Attorneys for Defendants, COUNTY OF SAN BERNARDINO, CITY OF HESPERIA, MICHAEL MARTINEZ, SABRINA CERVANTES and JEREMY DEBERG

---

[1] Pursuant to Local Rule 5-4.3.4, as the filer of this document, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

## STATEMENT OF THE CASE

This case arises out of the fatal shooting of Anthony Nuñez that took place in the City of Hesperia on March 29, 2022, when deputies responded to a 9-1-1 call.

The Plaintiffs are Anthony Nuñez, Jr., who is the son of Anthony Nuñez, the decedent; Rosa Nuñez, who is the mother of the decedent; and Andrew Nuñez, who is the brother of the decedent. Plaintiffs claim that Michael Martinez used excessive and unreasonable force against Anthony Nuñez and was negligent when he shot Anthony Nuñez. Plaintiffs also claim that Jeremy Deberg and Sabrina Cervantes used excessive and unreasonable force against Anthony Nuñez and were negligent when they shot him with less-lethal rounds. Plaintiffs seek damages as permitted by law.

The defendants are Michael Martinez, Jeremy Deberg, Sabrina Cervantes, and the County of San Bernardino. The defendants deny Plaintiffs' claims and contend that the use of force against decedent Anthony Nuñez was reasonable under the totality of the circumstances.