| | | |
|---|---|---|
| 1 | **LAW OFFICES OF DALE K. GALIPO** | Christopher P. Wesierski [Bar No. 086736] |
| 2 | Dale K. Galipo (SBN 144074) | cwesierski@wzllp.com |
| | dalekgalipo@yahoo.com | Michelle R. Prescott [Bar No. 262638] |
| 3 | Benjamin S. Levine (SBN 342060) | mprescott@wzllp.com |
| 4 | blevine@galipolaw.com | WESIERSKI & ZUREK LLP |
| | 21800 Burbank Boulevard, Suite 310 | 29 Orchard Road |
| 5 | Woodland Hills, California, 91367 | Lake Forest, California 92630 |
| | Telephone: (818) 347-3333 | Telephone: (949) 975-1000 |
| 6 | Facsimile: (818) 347-4118 | Facsimile: (949) 756-0517 |

**CARRILLO LAW FIRM, LLP**
Luis A. Carrillo (SBN 70398)
Michael S. Carrillo (SBN 258878)
Dominique L. Boubion (SBN 336915)
1499 Huntington Drive, Suite 402
South Pasadena, California 91030
Tel: (626) 799-9375
Fax: (626) 799-9380

Attorneys for Defendants, COUNTY OF SAN BERNARDINO, CITY OF HESPERIA MICHAEL MARTINEZ, SABRINA CERVANTES and JEREMY DEBERG

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA NUÑEZ, individually; ANTHONY NUÑEZ, JR., individually and as successor-in-interest to Decedent, Anthony Nuñez; and ANDREW NUÑEZ, individually, <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF SAN BERNARDINO; CITY OF HESPERIA; MICHAEL MARTINEZ; SABRINA CERVANTES; JEREMY DEBERG; JONATHAN CAMPOS; and DOES 5 through 15, inclusive, <br><br> Defendants. | Case No. 5:22-cv-01934-SSS-SP <br><br> *Honorable Sunshine S. Sykes* <br> *Hon. Mag. Judge Sheri Pym* <br><br> **NOTICE OF LODGING OF [PROPOSED] FINAL PRETRIAL CONFERENCE ORDER** <br><br> FPTC: September 6, 2024 <br> Trial: September 23, 2024 |

**TO THE HONORABLE COURT:**

PLEASE TAKE NOTICE that the Parties hereby lodge the following [Proposed] Final Pretrial Conference Order.

DATED: August 23, 2024            LAW OFFICES OF DALE K. GALIPO

                                                    By           */s/ Benjamin S. Levine*
                                                    Dale K. Galipo
                                                    Benjamin S. Levine[1]
                                                    *Attorneys for Plaintiffs*

DATED: August 23, 2024            WESIERSKI & ZUREK LLP

                                                    By           */s/ Michelle R. Prescott*
                                                    CHRISTOPHER P. WESIERSKI
                                                    MICHELLE R. PRESCOTT
                                                    Attorneys for Defendants, COUNTY OF SAN BERNARDINO, CITY OF HESPERIA, MICHAEL MARTINEZ, SABRINA CERVANTES and JEREMY DEBERG

---

[1] Pursuant to Local Rule 5-4.3.4, as the filer of this document, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.