**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Benjamin S. Levine (SBN 342060)
blevine@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California, 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

LUIS A. CARRILLO (SBN 70398)
MICHAEL S. CARRILLO (SBN 258878)
DOMINIQUE L. BOUBION (SBN 336915)
**CARRILLO LAW FIRM, LLP**
1499 Huntington Drive, Suite 402
South Pasadena, California 91030
Tel: (626) 799-9375
Fax: (626) 799-9380

Attorneys for Plaintiffs
ROSA NUÑEZ, ANTHONY NUÑEZ, JR., and ANDREW NUÑEZ

# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA NUÑEZ, individually; ANTHONY NUÑEZ, JR., individually and as successor-in-interest to Decedent, Anthony Nuñez; and ANDREW NUÑEZ, individually,<br><br>  Plaintiffs,<br><br>  v.<br><br>COUNTY OF SAN BERNARDINO; CITY OF HESPERIA; MICHAEL MARTINEZ; SABRINA CERVANTES; JEREMY DEBERG; JONATHAN CAMPOS; and DOES 5 through 15, inclusive,<br><br>  Defendants. | Case No. 5:22-cv-01934-SSS-SP<br><br>*Honorable Sunshine S. Sykes*<br><br>**STIPULATION AND REQUEST TO ALLOW REMOTE APPEARANCE AT FINAL PRETRIAL CONFER- ENCE OR, ALTERNATIVELY, TO ALLOW APPEARANCE OF NON-LEAD-TRIAL COUNSEL; AND TO CONTINUE CONFERENCE BY ONE HOUR**<br><br>FPTC: September 6, 2024<br>Trial: September 23, 2024<br><br>*[(Proposed) Order and Declaration of Dale K. Galipo filed concurrently herewith]* |

**TO THE HONORABLE COURT:**

IT IS HEREBY STIPULATED BY AND BETWEEN Plaintiffs, Rosa Nuñez, Anthony Nuñez, Jr., and Andrew Nuñez (collectively, "Plaintiffs"), and Defendants County of San Bernardino, City of Hesperia, Michael Martinez, Sabrina Cervantes, and Jeremy Deberg (collectively, "Defendants"[1]) — the parties to this action — for the purpose of requesting that the honorable Court enter an order excusing Plaintiffs' counsel from one of the Court's general rules regarding Final Pretrial Conference appearances, as follows:

**GOOD CAUSE STATEMENT.**

1. WHEREAS, this is a wrongful death civil rights case involving the San Bernardino County Sheriff's Department. The original Complaint was filed on November 1, 2022. [Dkt. 1.]

2. WHEREAS, the parties attended a mediation on August 29, 2024, with panel mediator Richard Copeland. The mediation resulted in the submission of a mediator's proposal, which is scheduled to be considered by the San Bernardino County Board of Supervisors on September 10, 2024, and which would result in the settlement of all claims in this action if approved.

3. WHEREAS, the Court has set a Final Pretrial Conference in this action for September 6, 2024, at 1:00 p.m. [Dkt. 39.] The Court has also continued a hearing on the parties' motions *in limine* from August 30, 2024, at 2:00 p.m., to September 6, 2024, at 2:00 p.m. [*Id.*; Dkt. 120.]

4. WHEREAS, the Court's webpage states that "[h]earings on Motions in Limine" and "Final Pretrial Conferences . . . shall be heard in person,"[2] and

---

[1] Although listed in the case caption, Jonathan Campos has since been dismissed as a Defendant in this case. [Dkt. 71.]

[2] https://www.cacd.uscourts.gov/honorable-sunshine-s-sykes.

the Court's Civil Trial Order states that "[e]ach party . . . must be represented at the FPTC by lead trial counsel." [Dkt 39 at 5.]

5. WHEREAS, Plaintiffs' lead trial counsel, Dale K. Galipo, is required to attend a Final Pretrial Conference in another action, *Anyka Harris, et al. v. City of Tulare, et al.*, No. VCU299232, on September 6, 2024, at 8:00 a.m., in Visalia, California. The *Harris* matter is pending in Tulare County Superior Court before Hon. Judge Bret D. Hillman and is scheduled to begin a jury trial on the morning of September 9, 2024.

6. WHEREAS, the *Harris* Final Pretrial Conference is anticipated last more than an hour, with the exact length uncertain. Additionally, the Visalia courthouse is approximately a four-hour drive from this Court's courthouse in Riverside, California.[3] Accordingly, it likely will not be possible for Mr. Galipo to travel to Riverside following the *Harris* Final Pretrial Conference in time to appear in person for the Final Pretrial Conference or Motion *in Limine* hearing in this case as they are currently scheduled. However, Mr. Galipo would very much like to participate in the Final Pretrial Conference if possible.

7. WHEREAS, when the conflict became apparent, Mr. Galipo submitted a request to the Tulare County Superior Court for leave to appear remotely for the *Harris* Final Pretrial Conference. A response to that request was not received until the late afternoon of Thursday, August 29, 2024, at which time the request was denied.

---

[3] https://www.google.com/maps/dir/Tulare+County+Superior+Court-Visalia+Courthouse,+221+S+Mooney+Blvd+%23+201,+Visalia,+CA+93291/US+District+Court,+12th+Street,+Riverside,+CA/@35.1481886,-119.6753532,8z/data=!3m1!4b1!4m14!4m13!1m5!1m1!1s0x80952f57709c4483:0x6944203ed779d5f7!2m2!1d-119.3153264!2d36.3287061!1m5!1m1!1s0x80dcb1e8bbf43b2d:0xe773838c08870e8e!2m2!1d-117.3743952!2d33.9765082!3e0?entry=ttu&g_ep=EgoyMDI0MDgyOC4wIKXMDSoASAFQAw%3D%3D.

8. WHEREAS, Plaintiffs' counsel has inquired with this Court to determine whether it would be possible to advance the Final Pretrial Conference and Motion *in Limine* hearing in this case by one day to September 5, 2024 (a day on which Defendants' counsel advised they were available), but was advised that the Court has an ongoing jury trial that is expected to extend into the week of September 9, 2024.

9. WHEREAS, counsel have conferred to determine whether counsel would be available later in the afternoon on September 6, 2024, in the event that the Final Pretrial Conference and Motion *in Limine* hearing could be pushed back by approximately one hour, and Defendants' counsel are available to do so.

10. WHEREAS, in sum, Plaintiffs' lead trial counsel will be unable to attend the Final Pretrial Conference and Motion *in Limine* hearing in this action in person as these events are currently scheduled, and these events cannot be advanced to a date earlier in the week.

11. WHEREAS, Plaintiffs' counsel has worked diligently to attempt resolve this conflict since learning of it, as addressed above.

**STIPULATION RE EXEMPTION FROM RULES GOVERNING FPTC.**

12. Accordingly, in light of the foregoing Good Cause, the parties hereby stipulate and request an exception from the Court's orders and ordinary rules, along the following lines:

    a. That Plaintiffs' lead trial counsel, Dale K. Galipo, be allowed to appear via Zoom or telephonically at the Final Pretrial Conference and Motion *in Limine* hearing in this action, as those events are currently scheduled, with Plaintiffs' additional counsel appearing in person;

    b. That Plaintiffs' counsel, Michael S. Carillo, who will be participating as trial counsel at trial, be allowed to represent Plaintiffs at the Final Pretrial Conference in lieu of lead trial counsel; and/or

c. That the Final Pretrial Conference be continued by one (1) hour on September 6, 2024, to begin at 2:00 p.m., with the hearing on the Motions *in Limine* to proceed directly thereafter.

13. The parties are not currently requesting a continuance of any other dates or deadlines set by the Court in this case, and the parties understand that all other dates and deadlines shall remain unchanged and unaffected by the parties' stipulation and by the Order requested by the parties.

**IT IS SO STIPULATED**.

DATED: September 3, 2024         LAW OFFICES OF DALE K. GALIPO

By  */s/ Dale K. Galipo*
Dale K. Galipo[4]
Benjamin S. Levine
Attorneys for Plaintiffs

DATED: September 3, 2024         WESIERSKI & ZUREK LLP

By  */s/ Christopher Wesierski*
CHRISTOPHER P. WESIERSKI
MICHELLE R. PRESCOTT
Attorneys for Defendants, COUNTY OF SAN BERNARDINO, CITY OF HESPERIA, MICHAEL MARTINEZ, SABRINA CERVANTES and JEREMY DEBERG

---

[4] Pursuant to Local Rule 5-4.3.4, as the filer of this document, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.