**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Benjamin S. Levine (SBN 342060)
blevine@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California, 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

LUIS A. CARRILLO (SBN 70398)
MICHAEL S. CARRILLO (SBN 258878)
DOMINIQUE L. BOUBION (SBN 336915)
**CARRILLO LAW FIRM, LLP**
1499 Huntington Drive, Suite 402
South Pasadena, California 91030
Tel: (626) 799-9375
Fax: (626) 799-9380

Attorneys for Plaintiffs
ROSA NUÑEZ, ANTHONY NUÑEZ, JR., and ANDREW NUÑEZ

# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA NUÑEZ, individually; ANTHONY NUÑEZ, JR., individually and as successor-in-interest to Decedent, Anthony Nuñez; and ANDREW NUÑEZ, individually,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN BERNARDINO; CITY OF HESPERIA; MICHAEL MARTINEZ; SABRINA CERVANTES; JEREMY DEBERG; JONATHAN CAMPOS; and DOES 5 through 15, inclusive,<br><br>Defendants. | Case No. 5:22-cv-01934-SSS-SP<br><br>*Honorable Sunshine S. Sykes*<br><br>**DECLARATION OF DALE K. GALIPO IN SUPPORT OF STIPULATION AND REQUEST TO ALLOW REMOTE APPEARANCE AT FINAL PRETRIAL CONFERENCE OR, ALTERNATIVELY, TO ALLOW APPEARANCE OF NON-LEAD-TRIAL COUNSEL; AND TO CONTINUE CONFERENCE BY ONE HOUR**<br><br>FPTC: September 6, 2024<br>Trial: September 23, 2024 |

# DECLARATION OF DALE K. GALIPO

I, Dale K. Galipo, declare as follows:

1. I am an attorney duly licensed to practice law in the State of California, and the Central District of California. I make this declaration in support of the parties' Stipulation and Request to Allow Remote Appearance at Final Pretrial Conference or, Alternatively, to Allow Appearance of Non-Lead-Trial Counsel. I have personal knowledge of the facts contained herein and could testify competently thereto if called.

2. My firm represents the plaintiffs in another action, *Anyka Harris, et al. v. City of Tulare, et al.*, No. VCU299232, which is set for a Final Pretrial Conference on September 6, 2024, at 8:00 a.m., in Visalia, California. That matter is pending in Tulare County Superior Court before Hon. Judge Bret D. Hillman and is scheduled to begin a jury trial on the morning of September 9, 2024.

3. When I became aware that the *Harris* Final Pretrial Conference was scheduled for the same day as the Final Pretrial Conference in this action, I soon determined that it would not be possible attend both in person as currently scheduled, after my staff concluded that it would take approximately four hours to drive from Visalia to Riverside and that there were no available flight options that would provide an alternative means of timely traveling to Riverside. I have asked my staff to contact the Tulare County Superior Court to attempt to learn how long the *Harris* Final Pretrial Conference is expected to last but my office has not yet received this information.

4. Upon determining that I likely could not attend both conferences in person, my office submitted to the Tulare County Superior Court a request that I be allowed to appear for the *Harris* Final Pretrial Conference via Zoom. The request explained to that Court the fact that I am required to attend a Final Pretrial Conference in person in federal court in Riverside, California, five hours after the *Harris* Final

Pretrial Conference is scheduled to begin, and that attending both in person would not be possible as currently scheduled. On August 29, 2024, in the afternoon, the Tulare County Superior Court notified my office that that request was denied.

5. Upon learning of this denial, I asked my associate, Benjamin S. Levine, to contact this Court to determine whether the Court had other availability on the week of September 6, 2024, or would be in trial. Mr. Levine has informed me that he was advised by the Courtroom Deputy that the Court was currently holding a trial that was expected to continue into the week of September 9, 2024.

6. Based on the distance between Visalia and Riverside and the start times of the Final Pretrial Conferences scheduled that day, I do not believe I will be able to make it to Riverside by 1:00 p.m. to attend this Final Pretrial Conference in person and am respectfully requesting that the time of the Conference be moved to 2:00 p.m. or, preferably, to allow me to appear by Zoom or telephonically.

I declare under penalty of perjury of the laws of the United States of America, that the foregoing is true and correct. Executed on September 3, 2024, at Woodland Hills, California.

                */s/ Dale K. Galipo*
                Dale K. Galipo