**UNITED STATES DISTRICT COURT FOR THE**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROSA NUÑEZ, individually; ANTHONY NUÑEZ, JR., individually and as successor-in-interest to Decedent, Anthony Nuñez; and ANDREW NUÑEZ, individually,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN BERNARDINO; CITY OF HESPERIA; MICHAEL MARTINEZ; SABRINA CERVANTES; JEREMY DEBERG; JONATHAN CAMPOS; and DOES 5 through 15, inclusive,<br><br>Defendants. | Case No. 5:22-cv-01934-SSS-SP<br><br>*Honorable Sunshine S. Sykes*<br>*Hon. Mag. Judge Sheri Pym*<br><br>**[PROPOSED] ORDER RE: STIPULATION AND REQUEST TO ALLOW REMOTE APPEARANCE AT FINAL PRETRIAL CONFERENCE OR, ALTERNATIVELY, TO ALLOW APPEARANCE OF NON-LEAD-TRIAL COUNSEL; AND TO CONTINUE CONFERENCE BY ONE HOUR** |

# [PROPOSED] ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, and Good Cause appearing therefor, IT IS HEREBY ORDERED that:

1. The following relief is GRANTED with respect to the September 6, 2024, Final Pretrial Conference in this action:

   [ ] Plaintiffs' lead trial counsel, Dale K. Galipo, may appear via Zoom, with Plaintiffs' other counsel appearing in person.

   [ ] Plaintiffs' counsel, Michael S. Carrillo, may appear in lieu of lead trial counsel.

   [ ] The Final Pretrial Conference is CONTINUED by one (1) hour on September 6, 2024, to begin at 2:00 p.m., with the hearing on the Motions *in Limine* to proceed directly thereafter.

   [ ] *(Other relief to be determined by the Court:)*
   _____
   _____
   _____

2. Except as specified herein above, all dates and deadlines, and all other Court rules and requirements, shall remain unchanged and unaffected by the parties' stipulation and by this Order.

**IT IS SO ORDERED**.


DATED: _____, 2024


_____
HONORABLE SUNSHINE S. SYKES
UNITED STATES DISTRICT JUDGE