UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:22-cv-01934-SSS-SPx | Date | September 6, 2024 |
| Title | *Rosa Nunez, et al. v. County of San Bernardino, et al.* | | |

Present: The Honorable **SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE**

| Irene Vazquez | Myra Ponce |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):
Benjamin Stamler Levine
Dominique Leah Boubion
Michael S. Carrillo

Attorney(s) Present for Defendant(s):
Michelle R. Prescott
Christopher P. Wesierski

**Proceedings:   ZOOM STATUS CONFERENCE**

Counsel state their appearances. The Court confers with counsel regarding new final pretrial conference and trial dates. For the reasons stated on the record, the parties are **DIRECTED** to meet and confer. A joint report shall be filed by noon on Tuesday, September 10, 2024. Upon receipt of the joint report, the parties will be notified as to the Court's decision on the new dates either by minute order or email communication, or both.

**IT IS SO ORDERED.**

Time:  00:14
Initials of Preparer: iv