| | |
|---|---|
| **LAW OFFICES OF DALE K. GALIPO**<br>Dale K. Galipo (SBN 144074)<br>dalekgalipo@yahoo.com<br>Benjamin S. Levine (SBN 342060)<br>blevine@galipolaw.com<br>21800 Burbank Boulevard, Suite 310<br>Woodland Hills, California, 91367<br>Telephone: (818) 347-3333<br>Facsimile: (818) 347-4118<br><br>**CARRILLO LAW FIRM, LLP**<br>Luis A. Carrillo (SBN 70398)<br>Michael S. Carrillo (SBN 258878)<br>Dominique L. Boubion (SBN 336915)<br>1499 Huntington Drive, Suite 402<br>South Pasadena, California 91030<br>Tel: (626) 799-9375<br>Fax: (626) 799-9380<br><br>*Attorneys for Plaintiffs* | Christopher P. Wesierski [Bar No. 086736]<br>   *cwesierski@wzllp.com*<br>Michelle R. Prescott [Bar No. 262638]<br>   *mprescott@wzllp.com*<br>WESIERSKI & ZUREK LLP<br>29 Orchard Road<br>Lake Forest, California 92630<br>Telephone: (949) 975-1000<br>Facsimile: (949) 756-0517<br><br>Attorneys for Defendants, COUNTY OF SAN BERNARDINO, CITY OF HESPERIA, MICHAEL MARTINEZ, SABRINA CERVANTES, and JEREMY DEBERG |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA NUÑEZ, individually; ANTHONY NUÑEZ, JR., individually and as successor-in-interest to Decedent, Anthony Nuñez; and ANDREW NUÑEZ, individually,<br><br>         Plaintiffs,<br><br>    v.<br><br>COUNTY OF SAN BERNARDINO; CITY OF HESPERIA; MICHAEL MARTINEZ; SABRINA CERVANTES; JEREMY DEBERG; JONATHAN CAMPOS; and DOES 5 through 15, inclusive,<br><br>         Defendants. | Case No. 5:22-cv-01934-SSS-SP<br><br>*Honorable Sunshine S. Sykes*<br>*Hon. Mag. Judge Sheri Pym*<br><br>**JOINT STATUS REPORT**<br><br>Trial (Current): September 23, 2024 |

**TO THE HONORABLE COURT:**

Following the Status Conference held on September 6, 2024, at 1:00 p.m., and pursuant to the Court's direction provided therein [Dkt. 125], the parties hereby provide the following status report regarding their availability to begin trial, for a Final Pretrial Conference, and for a hearing on the pending Motions *in Limine*:

Plaintiffs remain available to begin trial as currently scheduled on September 23, 2024.

Defendants are not available to begin trial on September 23, 2024, having been unable to recall certain witnesses who were released ahead of the Status Conference, and due to delays in an ongoing trial in an unrelated matter resulting from an unexpected emergency by the presiding judge.

The parties are also available on the dates provided to the Court during the Status Conference:

- Final Pretrial Conference and Hearing on Motions *in Limine*: March 21, 2025; April 4, 2025.
- Jury Trial Start: April 22, 2025.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: September 10, 2024 | LAW OFFICES OF DALE K. GALIPO |
| 3 | | |
| 4 | | By /s/ Dale K. Galipo |
| | | Dale K. Galipo |
| 5 | | Benjamin S. Levine |
| | | *Attorneys for Plaintiffs* |
| 6 | | |
| 7 | | |
| 8 | DATED: September 10, 2024 | WESIERSKI & ZUREK LLP |
| 9 | | |
| 10 | | By /s/Michelle Prescott |
| 11 | | CHRISTOPHER P. WESIERSKI |
| | | MICHELLE R. PRESCOTT |
| 12 | | Attorneys for Defendants, COUNTY OF SAN BERNARDINO, CITY OF |
| 13 | | HESPERIA, MICHAEL MARTINEZ, |
| 14 | | SABRINA CERVANTES and JEREMY DEBERG |