UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:22-cv-01934-SSS-SPx | Date | September 11, 2024 |
| Title | *Rosa Nuñez, et al. v. County of San Bernardino, et al.* | | |

Present: The Honorable   SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:   (IN CHAMBERS) ORDER MODIFYING TRIAL DATES [DKT. 126]**

The Court is in receipt of the Joint status Report filed on September 10, 2024. [Dkt. 126]. Based on the lack of availability of Defendant's witnesses for September 23, 2024, the Court hereby modifies the trial schedule as follows:

- Hearing on Motions *in Limine* – March 21, 2025, at 2:00 p.m.
- Final Pretrial Conference – April 4, 2025, at 1:00 p.m.
- Jury Trial – April 21, 2025, at 9:00 a.m.

All previous dates for these hearings are hereby vacated.

**IT IS SO ORDERED.**