| | |
|---|---|
| **LAW OFFICES OF DALE K. GALIPO** <br> Dale K. Galipo (SBN 144074) <br> dalekgalipo@yahoo.com <br> Benjamin S. Levine (SBN 342060) <br> blevine@galipolaw.com <br> 21800 Burbank Boulevard, Suite 310 <br> Woodland Hills, California, 91367 <br> Telephone: (818) 347-3333 <br> Facsimile: (818) 347-4118 <br><br> **CARRILLO LAW FIRM, LLP** <br> Luis A. Carrillo (SBN 70398) <br> Michael S. Carrillo (SBN 258878) <br> Dominique L. Boubion (SBN 336915) <br> 1499 Huntington Drive, Suite 402 <br> South Pasadena, California 91030 <br> Tel: (626) 799-9375 <br> Fax: (626) 799-9380 <br><br> *Attorneys for Plaintiffs* | **WESIERSKI & ZUREK LLP** <br> Christopher P. Wesierski (SBN 86736) <br>  cwesierski@wzllp.com <br> Abe G. Salen (SBN 182366) <br>  asalen@wzllp.com <br> 29 Orchard Road <br> Lake Forest, California 92630 <br> Telephone: (949) 975-1000 <br> Facsimile: (949) 756-0517 <br><br> *Attorneys for Defendants* |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA NUÑEZ, individually; ANTHONY NUÑEZ, JR., individually and as successor-in-interest to Decedent, Anthony Nuñez; and ANDREW NUÑEZ, individually, <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF SAN BERNARDINO; CITY OF HESPERIA; MICHAEL MARTINEZ; SABRINA CERVANTES; JEREMY DEBERG; JONATHAN CAMPOS; and DOES 5 through 15, inclusive, <br><br> Defendants. | Case No. 5:22-cv-01934-SSS-SP <br><br> *Honorable Sunshine S. Sykes* <br> *Hon. Mag. Judge Sheri Pym* <br><br> **JOINT STIPULATION AND REQUEST TO CONTINUE HEARING ON MOTIONS *IN LIMINE*** <br><br> MIL Hearing: March 21, 2025, 2:00 p.m. <br> FPTC:         April 4, 2025, 1:00 p.m. <br> Trial:        April 21, 2025 <br><br> *[(Proposed) Order filed concurrently herewith]* |

**TO THE HONORABLE COURT:**

IT IS HEREBY STIPULATED BY AND BETWEEN Plaintiffs, Rosa Nuñez, Anthony Nuñez, Jr., and Andrew Nuñez (collectively, "Plaintiffs"), and Defendants, County of San Bernardino, City of Hesperia, Michael Martinez, Sabrina Cervantes, and Jeremy Deberg (collectively, "Defendants"[1])—the parties to this action—for the purpose of requesting that the honorable Court enter an order continuing the date for the Hearing on Motions *in Limine* in this action to be held on the same afternoon as the Final Pretrial Conference, as follows:

1. WHEREAS, this is a wrongful death civil rights case involving the San Bernardino County Sheriff's Department. The original Complaint was filed on November 1, 2022. [Dkt. 1.] Plaintiffs' operative complaint, the Second Amended Complaint, was filed on September 15, 2023. [Dkt. 45.]
2. WHEREAS, a Hearing on Motions *in Limine* in this case was previously scheduled for August 30, 2024, at 2:00 p.m., to be followed by a Final Pretrial Conference on September 6, 2024, at 1:00 p.m., and a Jury Trial to begin on September 23, 2024. [Dkt. 39.] On the Court's own motion, the Hearing on Motions *in Limine* was continued to September 6, 2024, at 2:00 p.m., the same afternoon as the Final Pretrial Conference. [Dkt. 120.]
3. WHEREAS, on September 11, 2024, due to a conflict in the Court's calendar between the trial in this case and a criminal trial, and following the Court's consideration of a status report submitted by the parties, the Court issued an order vacating the foregoing dates and resetting the Hearing on Motions *in Limine* for March 21, 2025, at 2:00 p.m., the Final Pretrial Conference for April 4, 2025, at 1:00 p.m., and the Jury Trial for April 21, 2025. [Dkt. 127.]

---

[1] Although listed in the case caption, Jonathan Campos has since been dismissed as a Defendant in this case. [Dkt. 71.]

4. WHEREAS, Plaintiff's lead trial counsel, Dale K. Galipo, is beginning a trial in another matter in Fresno on March 11, 2025, that is estimated to last one to two weeks. Although Mr. Galipo anticipates this trial may conclude in time to return to Southern California and attend the Hearing on Motions *in Limine* on March 21, it is uncertain whether the jury in the Fresno trial will have rendered a verdict in time for this to occur, such that Mr. Galipo may be unable to attend the Hearing on Motions *in Limine* as currently scheduled.

5. WHEREAS, in light of the foregoing, counsel for the Parties have agreed that, should the Court be able and willing to conduct the Hearing on Motions *in Limine* and Final Pretrial Conference on April 4, 2025, this would be in the Parties' best interests. Counsel hope that such a request will not inconvenience the Court, given the Court's prior willingness to hold the Hearing on Motions *in Limine* and the Final Pretrial Conference in this matter on the same date. [*See* Dkt. 120.]

6. ACCORDINGLY, in light of the foregoing, the parties hereby stipulate and request that the Court issue an order continuing the Hearing on Motions *in Limine* in this matter from March 21, 2025, at 2:00 p.m., to April 4, 2025, at 2:00 p.m., or such other time on the afternoon of April 4, 2025, as is convenient for the Court.

7. The parties are not currently requesting a continuance of any other dates or deadlines set by the Court in this case, and the parties understand that all other dates and deadlines shall remain unchanged and unaffected by the parties' stipulation and by the Order requested by the parties.

/ / /

/ / /

1  **IT IS SO STIPULATED.**

3  DATED: March 10, 2025                LAW OFFICES OF DALE K. GALIPO

5                                       By_____*/s/ Benjamin S. Levine*_____
                                            Dale K. Galipo
                                            Benjamin S. Levine

7                                       CARRILLO LAW FIRM, LLP
                                            Luis A. Carrillo
                                            Michael S. Carrillo
                                            Dominique L. Boubion

                                        *Attorneys for Plaintiffs*

12  DATED: March 10, 2025               WESIERSKI & ZUREK LLP

                                        By_____
                                            CHRISTOPHER P. WESIERSKI
                                            ABE A. SALEN
                                            *Attorneys for Defendants*