1
2
3
4
5
6
7
8

9          **UNITED STATES DISTRICT COURT FOR THE**
10            **CENTRAL DISTRICT OF CALIFORNIA**

11

12   ROSA NUÑEZ, individually;           Case No. 5:22-cv-01934-SSS-SP
     ANTHONY NUÑEZ, JR., individually
13   and as successor-in-interest to Decedent,   *Honorable Sunshine S. Sykes*
     Anthony Nuñez; and ANDREW            *Hon. Mag. Judge Sheri Pym*
14   NUÑEZ, individually,
                                          **[PROPOSED] ORDER RE: JOINT**
15              Plaintiffs,              **STIPULATION AND REQUEST TO**
                                          **CONTINUE HEARING ON**
16         v.                            **MOTIONS *IN LIMINE***

17

18   COUNTY OF SAN BERNARDINO;
     CITY OF HESPERIA; MICHAEL
19   MARTINEZ; SABRINA CERVANTES;
     JEREMY DEBERG; JONATHAN
20   CAMPOS; and DOES 5 through 15,
     inclusive,
21

22              Defendants.

23

24
25
26
27
28

[PROPOSED] ORDER RE: JOINT STIPULATION AND REQUEST TO CONTINUE HEARING ON MOTIONS *IN LIMINE*

## [PROPOSED] ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, and Good Cause appearing therefor, IT IS HEREBY ORDERED that the Hearing on Motions *in Limine* in this action is CONTINUED to April 4, 2025, at 2:00 p.m.

Except as specified herein above, all dates and deadlines shall remain unchanged and unaffected by the parties' stipulation and by this Order.

**IT IS SO ORDERED**.


DATED:  March _____, 2025


_____
HONORABLE SUNSHINE S. SYKES
UNITED STATES DISTRICT JUDGE