**UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROSA NUÑEZ, individually; ANTHONY NUÑEZ, JR., individually and as successor-in-interest to Decedent, Anthony Nuñez; and ANDREW NUÑEZ, individually,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN BERNARDINO; CITY OF HESPERIA; MICHAEL MARTINEZ; SABRINA CERVANTES; JEREMY DEBERG; JONATHAN CAMPOS; and DOES 5 through 15, inclusive,<br><br>Defendants. | Case No. 5:22-cv-01934-SSS-SPx<br><br>*Honorable Sunshine S. Sykes*<br>*Hon. Mag. Judge Sheri Pym*<br><br>**ORDER RE: JOINT STIPULATION AND REQUEST TO CONTINUE HEARING ON MOTIONS *IN LIMINE***<br><br>**NOTE CHANGE MADE BY COURT** |

| | |
|---|---|
| 1 | **ORDER** |
| 2 | PURSUANT TO THE STIPULATION OF THE PARTIES, and Good Cause |
| 3 | appearing therefor, IT IS HEREBY ORDERED that the Hearing on Motions *in* |
| 4 | *Limine* in this action is CONTINUED to April 4, 2025, at **1:00 p.m.**, in Courtroom 2 |
| 5 | (in-person hearing). |
| 6 | Except as specified herein above, all dates and deadlines shall remain |
| 7 | unchanged and unaffected by the parties' stipulation and by this Order. |
| 8 | |
| 9 | **IT IS SO ORDERED**. |

DATED:  March 12, 2025

_____
HONORABLE SUNSHINE S. SYKES
UNITED STATES DISTRICT JUDGE