Christopher P. Wesierski [Bar No. 086736]
  cwesierski@wzllp.com
Abe G. Salen [Bar No. 182366]
  asalen@wzllp.com
WESIERSKI & ZUREK LLP
29 Orchard Road
Lake Forest, California 92630
Telephone: (949) 975-1000
Facsimile: (949) 756-0517

Attorneys for Defendants,
COUNTY OF SAN BERNARDINO,
CITY OF HESPERIA, MICHAEL
MARTINEZ, SABRINA CERVANTES
and JEREMY DEBERG

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| ROSA NUNEZ, individually and as successor-in-interest to Decedent, Anthony Nunez; ANTHONY NUNEZ, JR., individually and as successor-in-interest to Decedent, Anthony Nunez; and, ANDREW NUNEZ, individually, <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF SAN BERNARDINO; CITY OF HESPERIA; MICHAEL MARTINEZ; SABRINA CERVANTES; JEREMY DEBERG; JONATHAN CAMPOS; and DOES 5 through 15, inclusive, <br><br> Defendants. | Case No. 5:22-cv-1934-SSS(SPx) <br><br> **DECLARATION OF CHRISTOPHER P. WESIERSKI RE: PRE-TRIAL CONFERENCE APPEARANCE** <br><br> Trial Date:   04/21/2025 |

TO THE HONORABLE SUNSHINE SYKES AND TO ALL COUNSEL:

///

///

///

# DECLARATION OF CHRISTOPHER P. WESIERSKI

I, Christopher P. Wesierski, declare:

1. I am an attorney at law licensed to practice before all the courts of the State of California and am a partner with Wesierski & Zurek LLP, counsel of record for COUNTY OF SAN BERNARDINO.

2. The following facts are within my own personal knowledge, except as to those matters stated to be on information and belief, which I believe to be true. If called as a witness, I could and would competently testify to these facts.

3. The Court has just issued an Order regarding the Joint Stipulation and request to continue the hearing on motions in limine scheduling the motions in limine for April 4, 2025 at 1:00 p.m. in Courtroom 2. The Court has ordered that this be an in-person hearing.

4. I have informed counsel for the Plaintiff, that I will be unavailable as I will be in Australia and New Zealand for an extended period of time at an American Board of Trial Advocates International Conference which is a trip that has been scheduled for many months. Plaintiff's counsel has no objection to my not attending the Pre-Trial Conference.

5. However, Abe Salen who is a lawyer with over 28 years of experience will be the second chair for this trial and he will be available for the April 4, 2025 hearing at 1:00 p.m. in Courtroom 2, in person.

6. The undersigned will be available as lead attorney for the trial but believes this will be a good opportunity for Mr. Salen to conduct the Pre-Trial Conference hearing.

7. I would request permission for Abe Salen to attend the Pre-Trial Conference without my presence.

8. We attach a Court Order for the Court to sign if this request is acceptable to the Court.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on this 13th day of March, 2025, at Lake Forest, California.

*Christopher P. Wesierski*

Christopher P. Wesierski