

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| ROSA NUNEZ, individually and as successor-in-interest to Decedent, Anthony Nunez; ANTHONY NUNEZ, JR., individually and as successor-in-interest to Decedent, Anthony Nunez; and, ANDREW NUNEZ, individually, <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF SAN BERNARDINO; CITY OF HESPERIA; MICHAEL MARTINEZ; SABRINA CERVANTES; JEREMY DEBERG; JONATHAN CAMPOS; and DOES 5 through 15, inclusive, <br><br> Defendants. | Case No. 5:22-cv-1934-SSS(SPx) <br><br><br> **[PROPOSED] ORDER** <br><br><br><br><br> Trial Date:          04/21/2025 |

/ / /

/ / /

/ / /

/ / /

1

WESIERSKI & ZUREK LLP
LAWYERS
29 ORCHARD ROAD
LAKE FOREST, CALIFORNIA 92630
(949) 975-1000

**IT IS HEREBY ORDERED:**

1.    Abe Salen may appear at the Pre-Trial Conference on April 4, 2025 at 1:00PM on behalf of Defendants without Christopher Wesierski's presence.

**IT IS SO ORDERED.**

DATED:

_____
HONORABLE SUNSHINE S. SYKES
UNITED STATES DISTRICT JUDGE

WESIERSKI & ZUREK LLP
LAWYERS
29 ORCHARD ROAD
LAKE FOREST, CALIFORNIA 92630
(949) 975 1000

2

4939-0514-9736.1 SBD-00015

[PROPOSED] ORDER