UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| ROSA NUNEZ, individually and as successor-in-interest to Decedent, Anthony Nunez; ANTHONY NUNEZ, JR., individually and as successor-in-interest to Decedent, Anthony Nunez; and, ANDREW NUNEZ, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SAN BERNARDINO; CITY OF HESPERIA; MICHAEL MARTINEZ; SABRINA CERVANTES; JEREMY DEBERG; JONATHAN CAMPOS; and DOES 5 through 15, inclusive,<br><br>Defendants. | Case No. 5:22-cv-1934-SSS(SPx)<br><br>**ORDER**<br><br><br>Trial Date:   04/21/2025 |

/ / /

/ / /

/ / /

/ / /

**IT IS HEREBY ORDERED:**

1. Abe Salen may appear at the Pre-Trial Conference on April 4, 2025 at 1:00PM on behalf of Defendants without Christopher Wesierski's presence.

**IT IS SO ORDERED.**

DATED: March 17, 2025

_____
HONORABLE SUNSHINE S. SYKES
UNITED STATES DISTRICT JUDGE