UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES -
GENERAL

| Case No. | 5:22-cv-01934-SSS-SPx | Date | April 4, 2025 |
| --- | --- | --- | --- |
| Title | *Rosa Nunez et al v. County of San Bernardino et al* | | |

| Present: The Honorable | SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE |
| --- | --- |
| Irene Vazquez | RS-CS-2 |
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| --- | --- |
| Dale K. Galipo | Abe Gordon Salen |
| Benjamin Stamler Levine | |

**Proceedings:**   **PLAINTIFFS' MOTION *IN LIMINE* #1 [93]; PLAINTIFFS'
MOTION *IN LIMINE* #2 [94]; DEFENDANTS' MOTION *IN
LIMINE* #1 [89]; DEFENDANTS' MOTION *IN LIMINE* #2
[91]; AND FINAL PRETRIAL CONFERENCE**

Counsel state their appearances.  The Court confers with counsel regarding
motions in limine, the parties' pretrial documents, the trial schedule, and logistics.
For the reasons stated on the record, the Court **ORDERS** as follows:

1. Plaintiffs' motions *in limine* #1 and #2 (Dkt. 93, 94) are **GRANTED**.  A
separate order will also be issued.

2. The Court addresses Defendants' motions *in limine* #1 and #2 (Dkt. 89, 91).
The parties are **DIRECTED** to meet and confer regarding a proposed order
for those motions and shall lodge the proposed orders on or before April 11,
2025.  A Word version of the proposed orders shall also be provided to the
Court by email at SSS_Chambers@cacd.uscourts.gov on the same date the
proposed orders are lodged.

Time:  01:10
Initials of Preparer: iv

3.  Each party will be afforded 14 hours to present its case.  The time that a party spends conducting opening/closing statements and examining a witness (whether by direct examination, cross-examination, re-direct, or otherwise), as well as any sidebar discussions[1], will count against that party's 14 hours.

4.  The parties are **DIRECTED** to meet and confer regarding updated pretrial documents which shall be due by noon on April 16, 2025.  A Word version of the documents shall also be provided to the Court by email at SSS_Chambers@cacd.uscourts.gov on the same date the documents are filed.

5.  PowerPoint presentations are not allowed during opening statements, unless previously stipulated to by the parties.  The parties are **DIRECTED** to exchange presentations prior to conducting their opening statements.  The parties are permitted to use PowerPoint presentations for closing statements.

6.  The Jury Trial is **CONFIRMED** for Monday, April 21, 2025, at 9:00 a.m. Counsel are **DIRECTED** to be present by 8:00 a.m., in Courtroom 2 of the George E. Brown, Jr. Federal Building and United States Courthouse, located at 3470 12th St., Riverside, CA 92501.

**IT IS SO ORDERED.**

---

[1] The time will count against the losing party.

Time:  01:10
Initials of Preparer: iv