AO 436 (Rev. 04/13)
*Read Instructions.*

ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS
# AUDIO RECORDING ORDER

| 1. NAME Christopher Wesierski | 2. PHONE NUMBER (949) 975-1000 | 3. EMAIL ADDRESS cwesierski@wzllp.com |
|---|---|---|
| 4. MAILING ADDRESS 29 Orchard Road | 5. CITY Lake Forest | 6. STATE CA  7. ZIP CODE 92630 |
| 8. CASE NUMBER 5:22-cv-1934-SSS(SPx) | 9. CASE NAME Rosa Nunez v. County of Sa | DATES OF PROCEEDINGS 10. FROM 4/4/2025  11. TO 4/4/2025 |
| 12. PRESIDING JUDGE Sunshine Sykes | | LOCATION OF PROCEEDINGS 13. CITY Riverside  14. STATE CA |

### 15. ORDER FOR
- ☐ APPEAL
- ☐ NON-APPEAL
- ☐ CRIMINAL
- ☒ CIVIL
- ☐ CRIMINAL JUSTICE ACT
- ☐ IN FORMA PAUPERIS
- ☐ BANKRUPTCY
- ☐ OTHER *(Specify)*

### 16. AUDIO RECORDING REQUESTED *(Specify portion(s) and date(s) of proceeding(s) for which duplicate recordings are requested.)*

| PORTION(S) | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY *(Specify Witness)* | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☒ PRE-TRIAL PROCEEDING *(Specify)* Pre-Trial Conference | 4/4/2025 |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | ☐ OTHER *(Specify)* | |
| ☐ JURY INSTRUCTIONS | | | |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

### 17. ORDER

| | NO. OF COPIES REQUESTED | COSTS |
|---|---|---|
| ☐ DUPLICATE TAPE(S) FOR PLAYBACK ON A STANDARD CASSETTE RECORDER | | |
| ☐ RECORDABLE COMPACT DISC - CD | | |
| ☒ ELECTRONIC FILE *(via email, digital download, or other Judicial Conference Approved Media)* | 1 | 34.00 |
| | ESTIMATE TOTAL | 34.00 |

CERTIFICATION (18. & 19.) By signing below, I certify that I will pay all charges (deposit plus additional) upon completion of the order.

18. SIGNATURE *Christopher P. Wesierski*
19. DATE 4-10-25

| PROCESSED BY | | | PHONE NUMBER | |
|---|---|---|---|---|
| ORDER RECEIVED | DATE | BY | DEPOSIT PAID | |
| DEPOSIT PAID | | | TOTAL CHARGES | 34.00 |
| TAPE / CD DUPLICATED *(if applicable)* | | | LESS DEPOSIT | 34.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TAPE/CD *(if applicable)* | | | TOTAL REFUNDED | |
| PARTY RECEIVED AUDIO RECORDING | | | TOTAL DUE | 34.00 |

DISTRIBUTION:    COURT COPY    ORDER RECEIPT    ORDER COPY