Christopher P. Wesierski [Bar No. 086736]
  cwesierski@wzllp.com
Abe G. Salen [Bar No. 182366]
  asalen@wzllp.com
WESIERSKI & ZUREK LLP
29 Orchard Road
Lake Forest, California 92630
Telephone: (949) 975-1000
Facsimile: (949) 756-0517

Attorneys for Defendants,
COUNTY OF SAN BERNARDINO,
CITY OF HESPERIA, MICHAEL
MARTINEZ, SABRINA CERVANTES
and JEREMY DEBERG

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ROSA NUNEZ, individually and as successor-in-interest to Decedent, Anthony Nunez; ANTHONY NUNEZ, JR., individually and as successor-in-interest to Decedent, Anthony Nunez; and, ANDREW NUNEZ, individually, <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF SAN BERNARDINO; CITY OF HESPERIA; MICHAEL MARTINEZ; SABRINA CERVANTES; JEREMY DEBERG; JONATHAN CAMPOS; and DOES 5 through 15, inclusive, <br><br> Defendants. | Case No. 5:22-cv-1934-SSS(SPx) <br><br> **NOTICE OF LODGING OF [PROPOSED] ORDER ON DEFENDANTS' MOTION IN LIMINE NO. 1 TO EXCLUDE EVIDENCE OF THE DECEDENT'S ALLEGED MENTAL ILLNESS** <br><br> Trial Date:   09/23/2024 |

**TO THE HONORABLE COURT:**

PLEASE TAKE NOTICE that after meeting and conferring the Parties hereby lodge the following [Proposed] Order On Defendants' Motion In Limine No. 1 To Exclude Evidence of the Decedent's Alleged Mental Illness.

DATED: April 11, 2025          WESIERSKI & ZUREK LLP

By: /s/ *[signature]*
CHRISTOPHER P. WESIERSKI
ABE G. SALEN
Attorneys for Defendants, COUNTY OF SAN BERNARDINO, CITY OF HESPERIA, MICHAEL MARTINEZ, SABRINA CERVANTES and JEREMY DEBERG

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ROSA NUNEZ, individually and as successor-in-interest to Decedent, Anthony Nunez; ANTHONY NUNEZ, JR., individually and as successor-in-interest to Decedent, Anthony Nunez; and, ANDREW NUNEZ, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SAN BERNARDINO; CITY OF HESPERIA; MICHAEL MARTINEZ; SABRINA CERVANTES; JEREMY DEBERG; JONATHAN CAMPOS; and DOES 5 through 15, inclusive,<br><br>Defendants. | Case No. 5:22-cv-1934-SSS(SPx)<br><br>**[PROPOSED] ORDER ON DEFENDANTS' MOTION IN LIMINE NO. 1 TO EXCLUDE SPECULATIVE EVIDENCE OF THE DECEDENT'S ALLEGED MENTAL ILLNESS**<br><br>Trial Date:      April 21, 2025 |

**[PROPOSED] ORDER**

Having reviewed Defendants' Motion in Limine No. 1 To Exclude Speculative Evidence of the Decedent's Alleged Mental Illness, and GOOD CAUSE appearing therein, Defendants' Motion is hereby GRANTED IN PART. Evidence, testimony, argument, or reference to/regarding the following shall be excluded at the trial of the

1

above-entitled matter:

Any evidence that Anthony Nuñez ("Decedent") was actually mentally ill; and

Any evidence that the Decedent was actually experiencing a mental health crisis.

This Order does not preclude deputies and expert witnesses from testifying, or argument being made, as to (1) whether, as a result of the responding deputies' observations made at the time of the incident, training, and standard police training, the Decedent exhibited signs and symptoms that may have been indicative of a mental health crisis or mental illness during the incident, and/or (2) how the deputies' training guided or should have guided their response during the incident, based on the signs and symptoms they observed.

The basis for this Order is that the excluded evidence is not supported by any admissible evidence to the issues to be tried.

IT IS SO ORDERED:

DATED:_____, 2025        _____
                                  Honorable Sunshine S. Sykes
                                  U.S. District Judge

WESIERSKI & ZUREK LLP
LAWYERS
29 ORCHARD ROAD
LAKE FOREST, CALIFORNIA 92630
(949) 975-1000

2
4911-1390-3157.1 SBD-00015        [PROPOSED] ORDER ON DEFENDANTS' MOTION IN LIMINE NO. 1