# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ROSA NUNEZ, individually and as successor-in-interest to Decedent, Anthony Nunez; ANTHONY NUNEZ, JR., individually and as successor-in-interest to Decedent, Anthony Nunez; and, ANDREW NUNEZ, individually, <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF SAN BERNARDINO; CITY OF HESPERIA; MICHAEL MARTINEZ; SABRINA CERVANTES; JEREMY DEBERG; JONATHAN CAMPOS; and DOES 5 through 15, inclusive, <br><br> Defendants. | Case No. 5:22-cv-1934-SSS(SPx) <br><br> **[PROPOSED] ORDER ON DEFENDANTS' MOTION IN LIMINE NO. 1 TO EXCLUDE SPECULATIVE EVIDENCE OF THE DECEDENT'S ALLEGED MENTAL ILLNESS** <br><br> Trial Date: April 21, 2025 |

## [PROPOSED] ORDER

Having reviewed Defendants' Motion in Limine No. 1 To Exclude Speculative Evidence of the Decedent's Alleged Mental Illness, and GOOD CAUSE appearing therein, Defendants' Motion is hereby GRANTED IN PART. Evidence, testimony, argument, or reference to/regarding the following shall be excluded at the trial of the

above-entitled matter:

Any evidence that Anthony Nuñez ("Decedent") was actually mentally ill; and

Any evidence that the Decedent was actually experiencing a mental health crisis.

This Order does not preclude deputies and expert witnesses from testifying, or argument being made, as to (1) whether, as a result of the responding deputies' observations made at the time of the incident, training, and standard police training, the Decedent exhibited signs and symptoms that may have been indicative of a mental health crisis or mental illness during the incident, and/or (2) how the deputies' training guided or should have guided their response during the incident, based on the signs and symptoms they observed.

The basis for this Order is that the excluded evidence is not supported by any admissible evidence to the issues to be tried.

IT IS SO ORDERED:

DATED:_____, 2025        _____

                                                Honorable Sunshine S. Sykes
                                                U.S. District Judge