Christopher P. Wesierski [Bar No. 086736]
  cwesierski@wzllp.com
Abe G. Salen [Bar No. 182366]
  asalen@wzllp.com
WESIERSKI & ZUREK LLP
29 Orchard Road
Lake Forest, California 92630
Telephone: (949) 975-1000
Facsimile: (949) 756-0517

Attorneys for Defendants,
COUNTY OF SAN BERNARDINO,
CITY OF HESPERIA, MICHAEL
MARTINEZ, SABRINA CERVANTES
and JEREMY DEBERG

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ROSA NUNEZ, individually and as successor-in-interest to Decedent, Anthony Nunez; ANTHONY NUNEZ, JR., individually and as successor-in-interest to Decedent, Anthony Nunez; and, ANDREW NUNEZ, individually, <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF SAN BERNARDINO; CITY OF HESPERIA; MICHAEL MARTINEZ; SABRINA CERVANTES; JEREMY DEBERG; JONATHAN CAMPOS; and DOES 5 through 15, inclusive, <br><br> Defendants. | Case No. 5:22-cv-1934-SSS(SPx) <br><br> **NOTICE OF LODGING OF [PROPOSED] ORDER ON DEFENDANTS' MOTION IN LIMINE NO. 2 TO EXCLUDE OPINIONS OF PLAINTIFF'S EXPERT SCOTT DEFOE REGARDING THE MENTAL HEALTH OF THE DECEDENT AND OPINIONS BASED ON THE CLAIM THE DECEDENT WAS MENTALLY ILL OR EXPERIENCING A MENTAL HEALTH CRISIS** <br><br> Trial Date: 09/23/2024 |

**TO THE HONORABLE COURT:**

PLEASE TAKE NOTICE that after meeting and conferring the Parties hereby lodge the following [Proposed] Order On Defendants' Motion In Limine No. 1 To Exclude Opinions of Plaintiff's Expert Scott Defoe Regarding the Mental Health of the Decedent and Opinions Based on the Claim the Decedent was Mentally Ill or Experiencing a Mental Health Crisis.

DATED: April 11, 2025   WESIERSKI & ZUREK LLP

By: _____
CHRISTOPHER P. WESIERSKI
ABE G. SALEN
Attorneys for Defendants, COUNTY OF SAN BERNARDINO, CITY OF HESPERIA, MICHAEL MARTINEZ, SABRINA CERVANTES and JEREMY DEBERG