**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Benjamin S. Levine (SBN 342060)
blevine@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333
Fax: (818) 347-4118

**CARRILLO LAW FIRM, LLP**
Luis A. Carrillo (SBN 70398)
Michael S. Carrillo (SBN 258878)
Dominique L. Boubion (SBN 336915)
1499 Huntington Drive, Suite 402
South Pasadena, California 91030
Tel: (626) 799-9375
Fax: (626) 799-9380

Attorneys for Plaintiffs

Christopher P. Wesierski [Bar No. 086736]
  cwesierski@wzllp.com
Abe G. Salen [Bar No. 182366]
  asalen@wzllp.com
WESIERSKI & ZUREK LLP
29 Orchard Road
Lake Forest, California 92630
Telephone: (949) 975-1000
Facsimile: (949) 756-0517

Attorneys for Defendants, COUNTY OF SAN BERNARDINO, CITY OF HESPERIA MICHAEL MARTINEZ, SABRINA CERVANTES and JEREMY DEBERG

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

ROSA NUÑEZ, individually and as successor-in-interest to Decedent, Anthony Nuñez; ANTHONY NUÑEZ, JR., individually and as successor-in-interest to Decedent, Anthony Nuñez; and, ANDREW NUÑEZ, individually,

Plaintiffs,

v.

COUNTY OF SAN BERNARDINO; CITY OF HESPERIA; MICHAEL MARTINEZ, SABRINA CERVANTES, JEREMY DEBERG; and DOES 5 through 15, inclusive,

Defendants.

Case No.: 5:22-cv-01934-SSS-SPx

*Honorable Sunshine Suzanne Sykes Magistrate Judge, Sheri Pym*

**JOINT WITNESS LIST**

1    **TO THE HONORABLE COURT:**

2         The parties, by and through their attorneys of record, hereby serve the

3    following list of witnesses which they may call during trial. The parties reserve the

4    right to supplement and/or amend this list.

5

6    DATED:  April 16, 2025          LAW OFFICES OF DALE K. GALIPO

7

8                                    By: _____*/s/ Benjamin S. Levine*_____

9                                         DALE K. GALIPO
                                         BENJAMIN S. LEVINE[1]
10                                        *Attorneys for Plaintiffs*

11

12   DATED:  April 16, 2025          WESIERSKI & ZUREK LLP

13

14                                   By _____*/s/ Abe G. Salen*_____

15                                        CHRISTOPHER P. WESIERSKI
                                         ABE G. SALEN
16                                        Attorneys for Defendants, COUNTY OF
                                         SAN BERNARDINO, CITY OF
17                                        HESPERIA, MICHAEL MARTINEZ,
                                         SABRINA CERVANTES and JEREMY
18                                        DEBERG

19

20

21

22

23

24

25   _____

26        [1] Pursuant to Local Rule 5-4.3.4, as the filer of this document, I attest that all
27   other signatories listed, and on whose behalf the filing is submitted, concur in the
     filing's content and have authorized the filing.

28

| Witness's Name, Phone Number, Address | Summary of Testimony / Why Testimony Unique | Party Calling | Dates of Testimony |
|---|---|---|---|
| Michael Martinez | Michael Martinez is a named defendant and was a San Bernardino County Sheriff's Department ("SBCSD") deputy that used lethal force against decedent. Defendant Martinez fired his service weapon. He will testify as to: his observations and involvement in the incident, including the force he used against decedent; information known to him at the time he used force; SBCSD policies, customs, and practices; and his SBCSD training. | P, D | |
| Jeremy Deberg | Jeremy Deberg is a named defendant and was one of the SBCSD deputies that used less-lethal force against decedent. Defendant Deberg fired a 40mm round launcher. He will testify as to: his observations and involvement in the incident, including the force he used against decedent; information known to him at the time he used force; SBCSD policies, customs, and practices; and his SBCSD training. | P, D | |
| Sabrina Cervantes | Sabrina Cervantes is a named defendant and was a SBCSD deputy that used less-lethal force against decedent. Defendant Cervantes fired bean bag rounds. She will testify as to: her observations and involvement in the incident, including the force she used against decedent; information known to her at the time she used force; SBCSD policies, customs, and practices; and her SBCSD training. | P, D | |
| Jonathan Campos | Jonathan Campos was a SBCSD deputy that used less-lethal force against decedent. He was on scene during the incident and deployed his taser. He will testify as to: his observations and involvement in the incident, including the force he used against decedent; information known to him at the time he used force; SBCSD policies, customs, and practices; and his SBCSD training. | P, D | |
| Rosa Nuñez | Rosa Nuñez is a Plaintiff in this matter, and will testify about her claims against Defendants as well as her alleged injuries. | P, D | |

| | | | |
|---|---|---|---|
| Andrew Nuñez | Andrew Nuñez is a Plaintiff in this matter, and will testify about his observations of the incident, his claims against Defendants, and his alleged injuries. | P, D | |
| Anthony Nuñez Jr. | Anthony Nuñez Jr. is a Plaintiff in this matter this matter, and will testify about his claims against Defendants as well as his alleged injuries. | P, D | |
| Lucy Ramos<br><br>8970 9th Ave, Hesperia, CA 92345 | Lucy Ramos is a percipient witness (next door neighbor) and will testify about her perception of the events that occurred. | P | |
| Scott DeFoe | Mr. DeFoe is Plaintiffs' police practices expert and will testify regarding his opinions, contained in the FRCP 26 report. Additionally, Mr. DeFoe will offer testimony in his areas of expertise in policing, including, but not limited to: police use of force; pursuits; de-escalation; training; police operations; criminal investigations; civil rights violations and investigations; internal/administrative investigations; police discipline; and police policies and procedures. | P | |
| Scott Luzi, M.D.<br><br>175 South Lena Road, San Bernardino, CA 92415-0037<br><br>(909) 387-2978 | Dr. Luzi is a forensic pathologist with the San Bernardino County Coroner's Office and performed the autopsy of decedent. Dr. Luzi is expected to testify as to: the nature of the injuries decedent sustained during the incident; the pain and suffering decedent may have experienced prior to death; the cause and manner of decedent's death; the findings and conclusions stated in the Autopsy Report for decedent. | P, D | |
| *Jorge Arreola<br><br>8331 Caliente Road, Hesperia, CA 92345<br><br>(626) 844-4523 | Jorge Arreola is a San Bernardino County Fire Department ("SBCFD") firefighter paramedic that rendered emergency medical care to the decedent at the scene of the incident. He will testify about his perception of the decedent and the treatment the decedent received, including life-saving efforts; his observations upon arrival at the scene; decedent's presentation, level of consciousness, injuries, and triage. | P, D | |
| *Carlos Ruben | Carlos Ruben is SBCFD firefighter paramedic that rendered emergency medical | P, D | |

JOINT WITNESS LIST

| | | | | |
|---|---|---|---|---|
| | | care to the decedent at the scene of the incident. He will testify about his perception of the decedent and the treatment the decedent received, including life-saving efforts; his observations upon arrival at the scene; decedent's presentation, level of consciousness, injuries, and triage. | | |
| | *Maria Osuna<br><br>Victorville, CA<br><br>(951) 255-5756 | Maria Osuna is a damages witness. Decedent worked for Maria Osuna and can testify as to his employment. | P | |
| | *Stephen Higgins<br><br>17760 Alder Street, Hesperia, CA<br><br>(760) 646-3528; | Stephen Higgins is a damages witness. Decedent worked for Stephen Higgins and can testify as to his employment. | P | |
| | *Vern Higgins<br><br>17760 Alder Street, Hesperia, CA<br><br>(760) 646-3528 | Vern Higgins is a damages witness. Decedent worked for Stephen Higgins and can testify as to his employment. | P | |
| | Noelia Benitez 8990 Ninth Ave., Hesperia, CA | Will testify about the Decedent's conduct, her 9-1-1 call, and what occurred following the call.<br><br>Unique because she is an eye witness to the conduct that precipitated the 9-1-1 call, she saw the officer's initial responses, she was evacuated out of the house through a window. She also made statements to the police during the incident and following the incident. | D | |
| | Brenda Lopez 16774 Arrow Blvd., Fontana | Will testify about the Decedent's conduct on the day of the incident, the police responses, her evacuation from the home. Unique because she is an eye witness to the incident. She also provided statements to the police after the incident. | D | |
| | Corey LaFever 15840 Smoke Tree St. Hesperia, CA | Sgt. at the incident scene. Eye witness to the interactions with the Decedent. Evacuated the family from the home. Engaged with | D | |

| | | | |
|---|---|---|---|
| 92345(760) 947-1500 | family members as the incident unfolded. Unique because he was communicating with family about the incident and the Decedent. | | |
| Greg Breiner* 8331 Caliente Rd., Hesperia CA 92345 (760) 947-2674 | Captain Fire Dept. Responded to the call for possible medical aid made while Decedent was still barricaded in the home. Unique because he knows when medical units were called and when arrived. | D | |
| Landon Markegard 8331 Caliente Rd., Hesperia CA 92345 (760) 947-2674 | Firefighter/EMT will testify regarding on scene response and attempt to administer lifesaving aid. Unique because he knows what lifesaving aid was given and when. | D | |
| Joseph Tambe 8331 Caliente Rd., Hesperia CA 92345 (760) 947-2674 | Firefighter/EMT will testify regarding on scene response and attempt to administer lifesaving aid. Unique because he knows what lifesaving aid was given and when. | D | |
| Mario Marroquin 8331 Caliente Rd., Hesperia CA 92345 (760) 947-2674 | EMT will testify regarding on scene response and attempt to administer lifesaving aid. Unique because he knows what lifesaving aid was given and when. | D | |
| Brandon Montate | Paramedic will testify regarding on scene response and attempt to administer lifesaving aid. Unique because he knows what lifesaving aid was given and when. | D | |
| Ed Flosi M.S., Justitia Consulting, Inc. 1519 E. Chapman Ave., #34, Fullerton, CA 92831 (408) 315-0520 | Defense Expert re: Police Practices. Will testify regarding his opinions about whether the Defendants' conduct in responding to the incident was within policy and rebut Plaintiff's police practices expert opinions. Unique because he has special skills, experience and education regarding police practices. | D | |
| Erica J. Ochoa* 303 E. Vanderbilt Way, San Bernardino CA 92415-0026 | Defense non-retained expert Chief Compliance Officer/Privacy Officer Department Behavioral Health Will testify regarding Department of Behavioral Health (DBH) Community Crisis Response Team (CCRT) and Triage, Engagement and Support Teams (TEST) response protocols. Unique because she has special skills, experience and education regarding responding to calls for mental health crisis. | D | |

JOINT WITNESS LIST

| | | | | |
|---|---|---|---|---|
| Justin Carty 15840 Smoke Tree St. Hesperia, CA 92345(760) 947-1500 | Detective – Will testify regarding crime scene investigation and documenting the incident scene, lay foundation for pictures taken. Unique because he personally documented the incident scene. | D | | |
| Dave Van Norman 175 south Lena Rd., San Bernadino, CA 909-387-2978 | Deputy Coroner Instigator will testify regarding his examination of the Decedent. Unique because he examined the Decedent and documented the wounds to the body. | D | | |
| Kristopher W. Graf 200 Welsh Road, Horsham, PA 19044 | NMS Labs Certifying Specialist – will testify regarding the toxicology results of the blood and vitreous fluid taken from Decedent's body. Unique because he can lay a foundation for the results. | D | | |
| Jonathan Ramstad 15840 Smoke Tree St. Hesperia, CA 92345(760) 947-1500 | Detective. Will testify regarding the voluntary statement of Plaintiff Andrew Nunez, Noelia Benitez, and Brenda Lopez taken at the Hesperia Sheriff's Station. Unique because he can lay a foundation for the recorded interviews of Andrew Nunez and Noelia Benitez, and Brenda Lopez | D | | |
| Malcolm Page* 15840 Smoke Tree St. Hesperia, CA 92345(760) 947-1500 | Detective. Will testify regarding the voluntary statement of Plaintiff Andrew Nunez, and Noelia Benitez taken at the Hesperia Sheriff's Station. Unique because he can lay a foundation for the recorded interviews of Andrew Nunez, and Noelia Benitez. | D | | |

*Indicate with an asterisk (*) any witness(es) that will be called only if the need arises.*

Dated: _____          _____

SUNSHINE S. SYKES
United States District Judge