**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Benjamin S. Levine (SBN 342060)
blevine@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California, 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

**CARRILLO LAW FIRM, LLP**
Luis A. Carrillo (SBN 70398)
Michael S. Carrillo (SBN 258878)
Dominique L. Boubion (SBN 336915)
1499 Huntington Drive, Suite 402
South Pasadena, California 91030
Tel: (626) 799-9375
Fax: (626) 799-9380

*Attorneys for Plaintiffs*

Christopher P. Wesierski [Bar No. 086736]
 cwesierski@wzllp.com
Abe G. Salen [Bar No. 182366]
 asalen@wzllp.com
WESIERSKI & ZUREK LLP
29 Orchard Road
Lake Forest, California 92630
Telephone: (949) 975-1000
Facsimile: (949) 756-0517

Attorneys for Defendants, COUNTY OF SAN BERNARDINO, CITY OF HESPERIA MICHAEL MARTINEZ, SABRINA CERVANTES and JEREMY DEBERG

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT COURT OF CALIFORNIA

| | |
|---|---|
| ROSA NUÑEZ, individually; ANTHONY NUÑEZ, JR., individually and as successor-in-interest to Decedent, Anthony Nuñez; and, ANDREW NUÑEZ, individually,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN BERNARDINO; CITY OF HESPERIA; MICHAEL MARTINEZ; SABRINA CERVANTES; JEREMY DEBERG; JONATHAN CAMPOS; and DOES 5 through 15, inclusive,<br><br>Defendants. | Case No.: 5:22-cv-01934-SSS-SP<br><br>*Honorable Sunshine S. Sykes*<br>*Hon. Mag. Judge Sheri Pym*<br><br>**COMPETING PROPOSED VERDICT FORMS**<br><br>FPTC: September 6, 2024<br>Trial:  September 23, 2024 |

**1**

PROPOSED VERDICT FORM

**PLEASE TAKE NOTICE** that the Parties hereby submit the their [Proposed] Competing Verdict Forms for the Trial of this matter. The parties reserve their right to amend their [Proposed] Verdict Forms to the extent permitted by this Honorable Court.

Plaintiffs object to the entirety of Defendants' Proposed Verdict Form, on the grounds detailed herein and within Plaintiffs' Memorandum of Contentions of Fact and Law, Plaintiffs' portions of the [Proposed] Final Pretrial Conference Order, and Plaintiffs' positions stated in the Disputed Jury Instructions. Plaintiffs reserve their right to assert further objections. Plaintiffs submit that their Proposed Verdict Form accurately and objectively tracks the required legal elements for their claims.

Defendants object to the indicated portions of Plaintiffs' Proposed Verdict Form and/or seek added or altered language as specified herein, and as set forth in Defendants' portions of the [Proposed] Final Pretrial Conference Order, and Defendants' positions stated in the Disputed Jury Instructions (Redline). Defendants reserve their right to assert further objections based on the Court's pretrial rulings and any arguments made during the pretrial conference in this matter. It is Defendants' position that their requested Proposed Verdict Form more accurately reflects the applicable law, more closely tracks the Ninth Circuit Model Jury Instructions, and will better guide the jury in reaching a verdict.

Respectfully submitted,

DATED: April 16, 2025          LAW OFFICES OF DALE K. GALIPO

By:    /s/ Benjamin S. Levine
       Dale K. Galipo
       Benjamin S. Levine[1]
       Attorneys for Plaintiffs

DATED: April 16, 2025          WESIERSKI & ZUREK LLP

By     /s/ Abe G. Salen
       CHRISTOPHER P. WESIERSKI
       ABE G. SALEN
       Attorneys for Defendants, COUNTY OF SAN BERNARDINO, CITY OF HESPERIA, MICHAEL MARTINEZ, SABRINA CERVANTES and JEREMY DEBERG

---

[1] Pursuant to Local Rule 5-4.3.4, as the filer of this document, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

# PLAINTIFFS' PROPOSED SPECIAL VERDICT FORM

We the jury in the above-entitled case find as follows:

## EXCESSIVE FORCE AND BATTERY CLAIM

**QUESTION 1:** Did any of the deputy defendants use excessive or unreasonable force against Anthony Nuñez?

| | | |
|---|---|---|
| Michael Martinez | _____ YES | _____ NO |
| Jeremy Deberg | _____ YES | _____ NO |
| Sabrina Cervantes | _____ YES | _____ NO |

*If you gave any "Yes" answers to Question 1, please answer Question 2.*

*If you did not give any "Yes" answers to Question 1, please proceed to Question 3.*

**QUESTION 2:** Was the use of excessive or unreasonable force by any of the following deputy defendants a cause of harm, damage, injury, loss, or death to Anthony Nuñez?

| | | |
|---|---|---|
| Michael Martinez | _____ YES | _____ NO |
| Jeremy Deberg | _____ YES | _____ NO |
| Sabrina Cervantes | _____ YES | _____ NO |

*Please proceed to the next Question.*

## NEGLIGENCE CLAIM

**QUESTION 3:** Were any of the deputy defendants negligent toward Anthony Nuñez?

    Michael Martinez     _____ YES     _____ NO

    Jeremy Deberg     _____ YES     _____ NO

    Sabrina Cervantes     _____ YES     _____ NO

*If you gave any "Yes" answers to Question 3, please proceed to Question 4.*

*If you did not give any "Yes" answers to Question 3, please proceed to Question 5.*

**QUESTION 4:** Was the negligence of any of the deputy defendants a cause of harm, damage, injury, loss, or death to Anthony Nuñez?

    Michael Martinez     _____ YES     _____ NO

    Jeremy Deberg     _____ YES     _____ NO

    Sabrina Cervantes     _____ YES     _____ NO

*Please proceed to Question 5.*

/ / /

/ / /

**QUESTION 5:** Was Anthony Nuñez negligent?

_____ YES        _____ NO

*If you answered "Yes" to Question 5, please answer Question 6.*

*If you answered "No" to Question 5, please proceed to Question 8.*

**QUESTION 6:** Was Anthony Nuñez's negligence a cause of his injury and/or death?

_____ YES        _____ NO

*Please proceed to Question 7.*

/ / /

/ / /

/ / /

**QUESTION 7:** What percentage of negligence that was a cause of Anthony Nuñez's injury and/or death do you assign to the deputy defendants, and what percentage of negligence that was a cause of Anthony Nuñez's injury and/or death do you assign to Anthony Nuñez, if any? (Your total should equal 100%).

| | |
|---|---|
| Michael Martinez | _____ % |
| Jeremy Deberg | _____ % |
| Sabrina Cervantes | _____ % |
| Anthony Nuñez | _____ % |

*Please proceed to the next Question.*

**QUESTION 8:** Did any deputy defendant negligently inflict severe emotional distress on Plaintiff Andrew Nuñez?

| | | |
|---|---|---|
| Michael Martinez | _____ YES | _____ NO |
| Jeremy Deberg | _____ YES | _____ NO |
| Sabrina Cervantes | _____ YES | _____ NO |

*Please proceed to the next Question.*

## BANE ACT CLAIM

**QUESTION 9:** Did any deputy defendant violate the Bane Act by using force against Anthony Nuñez?

| | | |
|---|---|---|
| Michael Martinez | _____ YES | _____ NO |
| Jeremy Deberg | _____ YES | _____ NO |
| Sabrina Cervantes | _____ YES | _____ NO |

*Please proceed to the next Question.*

## FOURTEENTH AMENDMENT CLAIM

**QUESTION 10:** Did any of the deputy defendants interfere with Plaintiffs' familial relationship with the decedent, Anthony Nuñez?

| | | |
|---|---|---|
| Michael Martinez | _____ YES | _____ NO |
| Jeremy Deberg | _____ YES | _____ NO |
| Sabrina Cervantes | _____ YES | _____ NO |

*Answer Question 11 only if you answered "Yes" to Questions 2, 4, and/or 13.*

/ / /

/ / /

# DAMAGES

**QUESTION 11:** What are Anthony Nuñez's damages for his pre-death pain and suffering?

$_____

*Answer Question 12 only if you answered "Yes" to Question 2.*

**QUESTION 12:** What are Anthony Nuñez's damages for his loss of life?

$_____

*Answer Question 13 only if you answered "Yes" to Questions 2, 4, and/or 8.*

**QUESTION 13:** What are Plaintiff Anthony Nuñez, Jr.'s wrongful death damages for the loss of his father, Anthony Nuñez?

  Past wrongful death damages  $_____

  Future wrongful death damages  $_____

*Answer Question 14 only if you answered "Yes" to Question 10.*

**QUESTION 14:** What are Rosa Nuñez's wrongful death damages for the loss of her son, Anthony Nuñez?

    Past wrongful death damages  $_____

    Future wrongful death damages  $_____

*Answer Question 15 only if you answered "Yes" to Question 9.*

**QUESTION 15:** What are Plaintiff Andrew Nuñez's damages for his emotional distress suffered as a result of his contemporaneous awareness of Anthony Nuñez's injuries and/or death?

    Andrew Nuñez's past emotional distress  $_____

    Andrew Nuñez's future emotional distress  $_____

*Please sign and return this verdict form.*

Signed: _____ Dated: _____
    Jury Foreperson

# DEFENDANTS' PROPOSED SPECIAL VERDICT FORM

We the jury in the above-entitled case find as follows:

## EXCESSIVE FORCE AND BATTERY CLAIM

**QUESTION 1:** Did plaintiffs prove that any of the deputy defendants used excessive or unreasonable force against Anthony Nuñez?

| | | |
|---|---|---|
| Michael Martinez | _____ YES | _____ NO |
| Jeremy Deberg | _____ YES | _____ NO |
| Sabrina Cervantes | _____ YES | _____ NO |

If you answered "YES" to Question 1 for any deputy defendant above, for that deputy defendant, please proceed to Question 2.

If you answered "NO" to Question 1 for any defendant above, for that deputy defendant, please proceed to Question 3.

**QUESTION 2:** Was the use of excessive or unreasonable force against Anthony Nunez by the deputy defendant(s), a cause of harm, damage, injury, loss, or death to Anthony Nuñez?

| | | |
|---|---|---|
| Michael Martinez | _____ YES | _____ NO |
| Jeremy Deberg | _____ YES | _____ NO |
| Sabrina Cervantes | _____ YES | _____ NO |

*Please proceed to the next question.*

# NEGLIGENCE CLAIM

**QUESTION 3:** Did plaintiffs prove that any of the deputy defendants were negligent toward Anthony Nunez?

| | | |
|---|---|---|
| Michael Martinez | _____ YES | _____ NO |
| Jeremy Deberg | _____ YES | _____ NO |
| Sabrina Cervantes | _____ YES | _____ NO |

If you answered "YES" to Question 3 for any deputy defendant above, for that deputy defendant, please proceed to Question 4.

If you answered "NO" to Question 3 for any defendant above, for that deputy defendant, please proceed to Question 5.

**QUESTION 4:** Was the negligence of the deputy defendant(s) a substantial factor in causing injury and/or death to Anthony Nuñez?

| | | |
|---|---|---|
| Michael Martinez | _____ YES | _____ NO |
| Jeremy Deberg | _____ YES | _____ NO |
| Sabrina Cervantes | _____ YES | _____ NO |

If you answered "YES" to Question 4 as to any of the deputy defendants, proceed to Question 5.

If you answered "NO" to Question 4 as to all of the deputy defendants, proceed to Question 10.

**QUESTION 5:** Was Anthony Nuñez negligent?

_____ YES      _____ NO

*If you answered "Yes" to question 5, proceed to Question 6.*

*If you answered "No" to question 5, proceed to Question 7.*

**QUESTION 6:** Was Anthony Nuñez's negligence a cause of his injury and/or death?

_____ YES      _____ NO

*Proceed to Question 7.*

**QUESTION 7:** What percentage of negligence that was a cause of Anthony Nuñez's injury and/or death do you assign to the deputy defendants, and what percentage of negligence that was a cause of Anthony Nuñez's injury and/or death do you assign to Anthony Nuñez, if any?  (Your total should equal 100%).

    Michael Martinez                    _____ %

    Jeremy Deberg                         _____ %

    Sabrina Cervantes                    _____ %

    Anthony Nuñez                         _____ %

*Please proceed to Question 8.*

# NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS CLAIM

**QUESTION 8:** Did Andrew Nunez suffer severe emotional distress due to the negligent conduct of any of the deputy defendants identified by you in Question 4?

_____ YES    _____ NO

*If you answered "Yes" to Question 8, please proceed to Question 9.*
*If you answered "No to Question 8, please proceed to Question 10.*

**QUESTION 9:** Was the conduct of the deputy defendants identified by you in Questions 8 a substantial factor in causing Andrew Nunez severe emotional distress?

_____ YES    _____ NO

*Proceed to Question 10.*

# BANE ACT CLAIM

**QUESTION 10:** Did plaintiffs prove that any of the deputy defendants violated the Bane Act by using threats, coercion, intimidation or violence against Anthony Nunez to prevent him from exercising his constitutional right to be free from unreasonable force?

| | | |
|---|---|---|
| Michael Martinez | _____ YES | _____ NO |
| Jeremy Deberg | _____ YES | _____ NO |
| Sabrina Cervantes | _____ YES | _____ NO |

*If you answered "YES" as to any deputy defendant, then proceed to Question 11 as to that deputy defendant.*
*If you answered "NO" as to any deputy defendant, proceed to Question 12 as to*

*that deputy defendant.*

**QUESTION 11:** Was the deputy defendants' conduct in violating the Bane Act a substantial factor in causing harm to Anthony Nunez?

| | | |
|---|---|---|
| Michael Martinez | _____ YES | _____ NO |
| Jeremy Deberg | _____ YES | _____ NO |
| Sabrina Cervantes | _____ YES | _____ NO |

*Please proceed to question 12.*

## FOURTEENTH AMENDMENT CLAIM

**QUESTION 12:** Did plaintiffs prove that any of the deputy defendants acted with deliberate indifference to plaintiffs' rights to a familial relationship with the decedent, Anthony Nuñez?

| | | |
|---|---|---|
| Michael Martinez | _____ YES | _____ NO |
| Jeremy Deberg | _____ YES | _____ NO |
| Sabrina Cervantes | _____ YES | _____ NO |

*Answer Question 13 only if you answered "YES" to Questions 2, 4 and/or 12.*

## DAMAGES

**QUESTION 13:** What are Anthony Nuñez's damages for his pre-death pain and suffering?

$_____

*Answer Question 14 only if you answered "YES" to Questions 2, 4 and/or 12.*

**QUESTION 14:** What are Anthony Nuñez's damages for his loss of life?

$_____

*Answer Question 15 only if you answered "YES" to Questions 2, 4 and/or 12.*

<u>**QUESTION 15:**</u> What are Plaintiff Anthony Nuñez, Jr.'s wrongful death damages for the loss of his father, Anthony Nuñez?

        Past wrongful death damages    $_____

        Future wrongful death damages    $_____

*Answer Question 16 only if you answered "YES" to Questions 2, 4 and/or 12.*

**QUESTION 16:** What are Rosa Nuñez's wrongful death damages for the loss of her son, Anthony Nuñez?

        Past wrongful death damages    $_____

        Future wrongful death damages    $_____

*Answer Question 17 only if you answered "YES" to Question 9.*

**QUESTION 17:** What are Plaintiff Andrew Nuñez's damages for his emotional

distress suffered as a result of his contemporaneous awareness of Anthony Nuñez's injuries and/or death?

        Andrew Nuñez's past emotional distress     $_____

        Andrew Nuñez's future emotional distress    $_____

*Please sign and return this verdict form.*

Signed: _____ Dated: _____

        Jury Foreperson