**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Benjamin S. Levine (SBN 342060)
blevine@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California, 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

**CARRILLO LAW FIRM, LLP**
Luis A. Carrillo (SBN 70398)
Michael S. Carrillo (SBN 258878)
Dominique L. Boubion (SBN 336915)
1499 Huntington Drive, Suite 402
South Pasadena, California 91030
Tel: (626) 799-9375
Fax: (626) 799-9380

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT COURT OF CALIFORNIA

| | |
|---|---|
| ROSA NUÑEZ, individually; ANTHONY NUÑEZ, JR., individually and as successor-in-interest to Decedent, Anthony Nuñez; and, ANDREW NUÑEZ, individually,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN BERNARDINO; CITY OF HESPERIA; MICHAEL MARTINEZ; SABRINA CERVANTES; JEREMY DEBERG; JONATHAN CAMPOS; and DOES 5 through 15, inclusive,<br><br>Defendants. | Case No.: 5:22-cv-01934-SSS-SP<br><br>*Honorable Sunshine S. Sykes*<br>*Hon. Mag. Judge Sheri Pym*<br><br>**PLAINTIFFS' AMENDED PROPOSED VOIR DIRE**<br><br>FPTC: April 4, 2025<br>Trial:  April 21, 2025 |

**1**

PLAINTIFFS' AMENDED PROPOSED VOIR DIRE

**TO THE HONORABLE COURT AND TO ALL PARTIES HEREIN:**

**PLEASE TAKE NOTICE** that Plaintiffs hereby submit their Amended [Proposed] Voir Dire Questions.

Respectfully submitted,

DATED: April 16, 2025　　　LAW OFFICES OF DALE K. GALIPO

By:　*/s/ Benjamin S. Levine*
　　　Dale K. Galipo
　　　Benjamin S. Levine
　　　Attorneys for Plaintiffs

**PLAINTIFFS' AMENDED PROPOSED VOIR DIRE QUESTIONS**

Plaintiffs hereby respectfully request the Court to ask the jury panel the following proposed amended voir dire questions as set forth below:

1. Does anyone have any family members or friends who work in law enforcement?
2. Does anyone believe police officers are more truthful or believable than other witnesses?
3. Does anyone consider themselves a strong supporter of the police or possibly have a bias in favor of the police?
4. Does anyone have such strong feelings about drugs that if there is a reference to drugs or a perception that someone was under the influence of drugs in this case, those facts alone would make it difficult for you to be fair?
5. Is there any reason why you would find it difficult to vote in favor of the Plaintiffs and against the involved officers and the County of San Bernardino?