1  Christopher P. Wesierski [Bar No. 086736]
       *cwesierski@wzllp.com*
2  Abe G. Salen [Bar No. 182366]
       asalen@wzllp.com
3  WESIERSKI & ZUREK LLP
   29 Orchard Road
4  Lake Forest, California 92630
   Telephone: (949) 975-1000
5  Facsimile: (949) 756-0517

6
   Attorneys for Defendants, COUNTY OF
7  SAN BERNARDINO, CITY OF
   HESPERIA MICHAEL MARTINEZ,
8  SABRINA CERVANTES and JEREMY
   DEBERG
9

10              UNITED STATES DISTRICT COURT

11      CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

12

| | |
|---|---|
| ROSA NUNEZ, individually and as successor-in-interest to Decedent, Anthony Nunez; ANTHONY NUNEZ, JR., individually and as successor-in-interest to Decedent, Anthony Nunez; and, ANDREW NUNEZ, individually, <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF SAN BERNARDINO; CITY OF HESPERIA; MICHAEL MARTINEZ; SABRINA CERVANTES; JEREMY DEBERG; JONATHAN CAMPOS; and DOES 5 through 15, inclusive, <br><br> Defendants. | Case No. 5:22-cv-1934-SSS(SPx) <br><br> **DEFENDANTS' PROPOSED VOIR DIRE** <br><br> Trial Date:          04/21/2025 |

24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

*Left margin:* WESIERSKI & ZUREK LLP — LAWYERS — 29 ORCHARD ROAD — LAKE FOREST, CALIFORNIA 92630 — (949) 975-1000

1

**TO THE HONORABLE COURT AND TO ALL PARTIES THEREIN:**

PLEASE TAKE NOTICE THAT Defendants hereby submit their [Proposed] Voir Dire Questions.

DATED:  April 16, 2025                    WESIERSKI & ZUREK LLP


By: _____
CHRISTOPHER P. WESIERSKI
ABE G. SALEN
Attorneys for Defendants, COUNTY OF
SAN BERNARDINO, CITY OF
HESPERIA MICHAEL MARTINEZ,
SABRINA CERVANTES and JEREMY
DEBERG

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

2

**WESIERSKI & ZUREK LLP**
LAWYERS
29 ORCHARD ROAD
LAKE FOREST, CALIFORNIA 92630
(949) 975-1000

**DEFENDANTS' PROPOSED VOIR DIRE QUESTIONS**:

Defendants respectfully request the Court to ask the jury panel the following proposed voir dire questions as set forth below:

1. Have you, any of your family members, or anyone close to you worked in the public sector for any federal, state, or local governmental agency, including the military, police, fire/rescue, or any other public-related agency, including with the County of San Bernardino?

2. Have you, any of your family members, or anyone close to you ever been involved in a civil or criminal legal proceeding, either as a party, a lawyer, a witness or in any capacity?

3. Have you, any of your family members, or anyone close to you had an experience with a police officer or other law enforcement officer that might influence your opinion in this case or the witnesses?

4. You will be asked during this trial to make a determination about whether law enforcement actions in this case were reasonable. Does anyone have a problem with making that kind of determination?

5. How, if at all, would the fact that this case involves death and injuries during an encounter with police affect your ability to be a fair and impartial juror?

4922-2282-6551.1 SBD-00015                                      DEFENDANTS' PROPOSED VOIR DIRE