**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Benjamin S. Levine (SBN 342060)
blevine@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California, 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

**CARRILLO LAW FIRM, LLP**
Luis A. Carrillo (SBN 70398)
Michael S. Carrillo (SBN 258878)
Dominique L. Boubion (SBN 336915)
1499 Huntington Drive, Suite 402
South Pasadena, California 91030
Tel: (626) 799-9375
Fax: (626) 799-9380

*Attorneys for Plaintiffs*

Christopher P. Wesierski [Bar No. 086736]
  *cwesierski@wzllp.com*
Abe G. Salen [Bar No. 182366]
  *asalen@wzllp.com*
WESIERSKI & ZUREK LLP
29 Orchard Road
Lake Forest, California 92630
Telephone: (949) 975-1000
Facsimile: (949) 756-0517

Attorneys for Defendants, COUNTY OF SAN BERNARDINO, CITY OF HESPERIA MICHAEL MARTINEZ, SABRINA CERVANTES and JEREMY DEBERG

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROSA NUÑEZ, individually; ANTHONY NUÑEZ, JR., individually and as successor-in-interest to Decedent, Anthony Nuñez; and ANDREW NUÑEZ, individually, <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF SAN BERNARDINO; CITY OF HESPERIA; MICHAEL MARTINEZ; SABRINA CERVANTES; JEREMY DEBERG; JONATHAN CAMPOS; and DOES 5 through 15, inclusive, <br><br> Defendants. | Case No. 5:22-cv-01934-SSS-SP <br><br> *Honorable Sunshine S. Sykes* <br> *Hon. Mag. Judge Sheri Pym* <br><br> **AMENDED JOINT EXHIBIT LIST** <br><br> FPTC: April 4, 2025 <br> Trial:  April 21, 2025 |

| Ex. # | Description | Date Identified | Date Admitted | Objections to Authenticity and/or Admissibility & Reason for the Objection |
|---|---|---|---|---|
| | | **Plaintiffs' Exhibits** | | |
| 1. | Photographs of the Scene (SBD 1134, 1135, 1139, 1142, 1143, 1146, 1151, 1152, 1154, 1155, 1156, 1164, 1165, 1166, 1168, 1170, 1171, 1214, 1218, 1402, 1405, 1417, 1459, 1462, 1467, 1472, 1506, 1507, 1517, 1525, 1527, 1528, 1529, 1532, 1534, 1538, 1540, 1546, 1547, 1549, 1554, 1556, 1559, 1560, 1564, 1565, 1566, 1643, 1644, 1645; PLT 52, 53, 54, 55, 150) | | | Lacks Foundation. Hearsay. FRE 602, 801, 802. |
| 2. | Diagrams of the Scene (SBD 482, 609, 710, 797) | | | Lacks Foundation. Hearsay. FRE 602, 801, 802. |
| 3. | Leash (to be brought to trial)<br>a.  Photos of leash (SBD 1496, 1497, 1498, 1499, 1501, 1648) | | | Lacks Foundation. Hearsay. FRE 602, 801, 802. |
| 4. | Audio from Deputy Michael Martinez Belt-Recording Device<br>a.  Audio<br>b.  Transcript for Identification Only | | | |
| 5. | Interview of Deputy Michael Martinez<br>a.  Audio<br>b.  Transcript for Identification Only | | | Lacks Foundation. Hearsay. FRE 602, 801, 802. |
| 6. | Interview of Deputy Jeremy Deberg<br>a.  Audio<br>b.  Transcript for Identification Only | | | Lacks Foundation. Hearsay. FRE 602, 801, 802. |
| 7. | Interview of Deputy Sabrina Cervantes<br>a.  Audio<br>b.  Transcript for Identification Only | | | Lacks Foundation. Hearsay. FRE 602, 801, 802. |
| 8. | Interview of Jonathan Campos<br>a.  Audio<br>b.  Transcript for Identification Only | | | Relevance. Lacks Foundation. Hearsay. FRE 401, 602, 801, 802. |
| 9. | Relevant Portions of Autopsy Report (Identification Only) | | | Relevance. Lacks Foundation. Hearsay. FRE 401, 602, 801, 802 Prejudicial FRE 403 |
| 10. | Photographs of Plaintiffs with Decedent (PLT 57, 60, 141) | | | Relevance. Lacks Foundation. FRE 401 |

| 11. | Photographs of Decedent (SBD 867, 871, 1478, 1483, 1485, 1488, 1490, 1494, 1569, 1573, 1577, 1580, 1582, 1583, 1590, 1591, 1593, 1601, 1602, 1605, 1611, 1619, 1629; PLT 62, 63, 125, 126, 127, 129, 130, 133, 135) | | | Relevance. Lacks Foundation. FRE 401 |
|---|---|---|---|---|
| 12. | Paramedic/SBCFD Run Sheets (Identification Only) | | | Relevance. Lacks Foundation. Hearsay. FRE 401, 602, 801, 802 |
| 13. | Incident Recall (CAD Summary) (Identification Only) | | | Relevance. Lacks Foundation. Hearsay. FRE 401, 602, 801, 802 |
| 14. | Photo of Andrew Nuñez after incident (SBD 904) | | | |
| 15. | Charting Photographs of Deputies (SBD 941, 963, 970, 976, 980, 997, 998, 1009, 1031, 1040, 1048, 1060) | | | |
| 16. | Placard Log (SBD 89) | | | |
| | | | | |

| Ex. # | Description | Date Identified | Date Admitted | Objections to Authenticity and/or Admissibility & Reason for the Objection |
|---|---|---|---|---|
| | | **Defendants' Exhibits** | | |
| 200. | 3/30/2022 Crime Report/DOJ Reporting Form NUNEZ/SBD-000006-000019 | | | Hearsay (FRE 801, 802); Not relevant (FRE 401); Probative value outweighed by prejudicial effect (FRE 403) |
| 201. | Death in Custody Reporting Form NUNEZ/SBD-000022-000022 | | | Plaintiffs' MIL No. 2; Hearsay (FRE 801, 802); Not relevant (FRE 401); Probative value outweighed by prejudicial effect (FRE 403) |
| 202. | 4/1/2022 Station Reports: Officer Corral NUNEZ/SBD-000024 | | | Plaintiffs' MIL No. 1; Hearsay (FRE 801, 802); FRE 401, 403 |
| 203. | 4/1/2022 Station Reports: Officer Stanley NUNEZ/SBD-000025 | | | Plaintiffs' MIL No. 1; Hearsay (FRE 801, 802); FRE 401, 403 |
| 204. | 4/1/2022 Station Reports: Officer McCarthy NUNEZ/SBD-000026 | | | Plaintiffs' MIL No. 1; Hearsay (FRE 801, 802); FRE 401, 403 |
| 205. | 4/14/2022 Station Reports: Officer Avila NUNEZ/SBD-000027-28 | | | Plaintiffs' MIL No. 1; Hearsay (FRE 801, 802); FRE 401, 403 |
| 206. | 4/15/2022 Station Reports: Officer Haas NUNEZ/SBD-000029-30 | | | Plaintiffs' MIL No. 1; Hearsay (FRE 801, 802); FRE 401, 403 |
| 207. | 4/18/2022 Station Reports: Officer Mondragon NUNEZ/SBD-000024 | | | Plaintiffs' MIL No. 1; Hearsay (FRE 801, 802); FRE 401, 403 |
| 208. | 4/20/2022 Station Reports: Officer Adams NUNEZ/SBD-000032-33 | | | Hearsay (FRE 801, 802); FRE 401, 403 |
| 209. | 3/29/2022 Call History NUNEZ/SBD-000035-43 | | | Hearsay (FRE 801, 802); FRE 403 |
| 210. | 3/30/2022 Notifications – Det. Ramstad NUNEZ/SBD-000045 | | | Plaintiffs' MIL No. 1; Hearsay (FRE 801, 802); FRE 401, 403 |
| 211. | 3/30/2022 Notifications – Det. Carty NUNEZ/SBD-000047 | | | Plaintiffs' MIL No. 1; Hearsay (FRE 801, 802); FRE 401, 403 |
| 212. | 3/30/2022 Notifications – Det. Sprague NUNEZ/SBD-000049 | | | Plaintiffs' MIL No. 1; Hearsay (FRE 801, 802); FRE 401, 403 |
| 213. | 3/30/2022 Notifications – Det. Cavender NUNEZ/SBD-000051 | | | Plaintiffs' MIL No. 1; Hearsay (FRE 801, 802); FRE 401, 403 |
| 214. | 3/30/2022 Notifications – Det. Page NUNEZ/SBD-000053 | | | Plaintiffs' MIL No. 1; Hearsay (FRE 801, 802); FRE 401, 403 |

| | | | | |
|---|---|---|---|---|
| **215.** | 7/11/2022 Notifications – Deputy. Sims NUNEZ/SBD-000055 | | | Plaintiffs' MIL No. 1; Hearsay (FRE 801, 802); FRE 401, 403 |
| **216.** | 4/5/2022/2022 Notifications – Det. Thurman NUNEZ/SBD-000057 | | | Plaintiffs' MIL No. 1; Hearsay (FRE 801, 802); FRE 401, 403 |
| **217.** | 4/27/2022 -Briefing NUNEZ/SBD-000059-60 | | | Hearsay (FRE 801, 802); FRE 401, 403 |
| **218.** | 3/29/2022 - Scene Walkthrough NUNEZ/SBD-000064 | | | Hearsay (FRE 801, 802); FRE 401. 403 |
| **219.** | 3/29/2022 Crime Scene Log NUNEZ/SBD-000062 | | | Hearsay (FRE 801, 802) |
| **220.** | 4/5/2022 Crime Scene Report NUNEZ/SBD-000066-88 | | | Trial Stipulation No. 3 [Dkt. 97] (if not redacted); Plaintiffs' MIL No. 1; Hearsay (FRE 801, 802); Not relevant (FRE 401); Probative value outweighed by prejudicial effect (FRE 403) |
| **221.** | 3/30/2022 Placard Measurement Log NUNEZ/SBD-000089 | | | |
| **222.** | Evidence Log | | | Hearsay (FRE 801, 802); FRE 403 |
| **223.** | 4/5/2022 Lab Reports Re: Glock Pistol  NUNEZ/SBD-000091-92 | | | Hearsay (FRE 801, 802) |
| **224.** | 4/5/2022 Lab Reports: Re: Photography of Scene NUNEZ/SBD-000093-98 | | | Hearsay (FRE 801, 802) |
| **225.** | 4/5/2022 Lab Reports : Re: Crime Scene Evidence Processing NUNEZ/SBD-000099-101 | | | Hearsay (FRE 801, 802) |
| **226.** | 3/30/2022 Suspect Information: Anthony Nunez NUNEZ/SBD-000103-107 | | | Trial Stipulation No. 3 [Dkt. 97] (if not redacted); Plaintiffs' MIL No. 1; Hearsay (FRE 801, 802); Not relevant (FRE 401); Probative value outweighed by prejudicial effect (FRE 403) |
| **227.** | 4/4/2022 Coroner Response NUNEZ/SBD-000109-110 | | | Trial Stipulation No. 3 [Dkt. 97] (if not redacted); Hearsay (FRE 801, 802); FRE 401, 403 |
| **228.** | 4/27/2022 Autopsy Report NUNEZ/SBD-000112-115 | | | Trial Stipulation No. 3 [Dkt. 97] (if not redacted); Hearsay (FRE 801, 802); FRE 401, 403 |
| **229.** | 4/29/2022 Coroner Investigation NUNEZ/SBD-000117-123 | | | Trial Stipulation No. 3 [Dkt. 97] (if not redacted); Plaintiffs' MIL No. 1; Hearsay (FRE 801, 802); Not relevant (FRE 401); |

| | | | | |
|---|---|---|---|---|
| | | | | Probative value outweighed by prejudicial effect (FRE 403) |
| **230.** | 4/5/2022 Autopsy Protocol – NUNEZ/SBD-000125-132 | | | Trial Stipulation No. 3 [Dkt. 97] (if not redacted); Plaintiffs' MIL No. 1; Hearsay (FRE 801, 802); Probative value outweighed by prejudicial effect (FRE 403) |
| **231.** | 4/25/2022 Toxicology Report NUNEZ/SBD-000133-135 | | | Plaintiffs' MIL No. 1; Hearsay (FRE 801, 802); FRE 401, 403; Lacks Foundation (FRE 602) |
| **232.** | American Medical Response Interviews | | | Hearsay (FRE 801, 802); FRE 403 |
| **233.** | 5/18/2022 Report re: Witness Interview – Joseph Tambe – Firefighter NUNEZ/SBD-000137-138 | | | Hearsay (FRE 801, 802); FRE 403 |
| **234.** | 5/18/2022 Report re: Witness Interview – Landon Markegard – Firefighter NUNEZ/SBD-000140-141 | | | Hearsay (FRE 801, 802); FRE 403 |
| **235.** | 5/18/2022 Report re: Witness Interview  - Carlos Ruben - Paramedic NUNEZ/SBD-000143-145 | | | Hearsay (FRE 801, 802); FRE 403 |
| **236.** | 5/18/2022 Report re: Witness Interview  - Jorge Arreola - Paramedic NUNEZ/SBD-000147-148 | | | Hearsay (FRE 801, 802); FRE 403 |
| **237.** | 5/18/2022 Report re: Witness Interview  - Joshua Pullen – fire Battalion Chief NUNEZ/SBD-000150-151 | | | Hearsay (FRE 801, 802); FRE 403 |
| **238.** | 5/18/2022 Report re: Witness Interview  - Mario Marroquin - EMT NUNEZ/SBD-000153-154 | | | Hearsay (FRE 801, 802); FRE 403 |
| **239.** | 3/29/2022 – Witness Interview Report: Manuel Lopez Jr. NUNEZ/SBD-000156-159 | | | Hearsay (FRE 801, 802); FRE 403 |
| **240.** | 3/29/2022 Neighborhood Check Report – NUNEZ/SBD-000161-164 | | | Hearsay (FRE 801, 802); FRE 403 |
| **241.** | 8/31/2022 CHP Aviation Report: NUNEZ/SBD-000166-167 | | | Hearsay (FRE 801, 802); FRE 401 |
| **242.** | 3/29/2022 Video by CHP | | | Lacks Foundation, Authenticity (FRE 901); Irrelevant (401) |
| **243.** | 3/29/2022 Witness Interview Report: Andrew Nunez NUNEZ/SBD-000169 | | | Hearsay (FRE 801, 802); FRE 403 |

| | | | |
|---|---|---|---|
| **244.** | 3/29/2022 Witness Interview Report: Andrew Nunez NUNEZ/SBD-000170-172 | | | Trial Stipulation No. 3 [Dkt. 97] (if not redacted); Hearsay (FRE 801, 802); FRE 403 |
| **245.** | 3/29/2022 Witness Interview Report: Andrew Nunez NUNEZ/SBD-000174-178 | | | Trial Stipulation No. 5 [Dkt. 97]; Plaintiffs' MIL No. 1; Hearsay (FRE 801, 802); FRE 403 |
| **246.** | Drawing of House Layout BY Andrew Nunez NUNEZ/SBD-000179 | | | Hearsay (FRE 801, 802); FRE 403 |
| **247.** | 3/29/2022 Recording of Interview with Andrew Nunez | | | Trial Stipulation Nos. 3 (if not redacted) & 5 [Dkt. 97]; Plaintiffs' MIL No. 1; Hearsay (FRE 801, 802); FRE 403 |
| **248.** | 3/29/2022 Witness Interview Report: Noelia Benitez NUNEZ/SBD-000181-189 | | | Plaintiffs' MIL No. 1; Hearsay (FRE 801, 802); FRE 403 |
| **249.** | 3/29/2022 Recording of Interview of Noelia Benitez | | | Plaintiffs' MIL No. 1; Hearsay (FRE 801, 802); FRE 403 |
| **250.** | 3/29/2022 Witness Interview Report: Brenda Lopez NUNEZ/SBD-000191-193 | | | Plaintiffs' MIL No. 1; Hearsay (FRE 801, 802); FRE 403 |
| **251.** | 3/29/2022 Recording of Interview of Brenda Lopez | | | Plaintiffs' MIL No. 1; Hearsay (FRE 801, 802); FRE 403 |
| **252.** | 3/31/2022 Equipment/Uniform Inventory for Deputy Martinez NUNEZ/SBD-000195-200 | | | Hearsay (FRE 801, 802) |
| **253.** | 4/20/2022 Property Release NUNEZ/SBD-000202 | | | FRE 401, 403 |
| **254.** | 3/29/2022 Verbatim Belt Recording Transcript – Michael Martinez NUNEZ/SBD-000204-384 | | | Hearsay (FRE 801, 802) |
| **255.** | 4/20/2022 Witness Interview Transcript: Michael Martinez NUNEZ/SBD-000386-481 | | | Hearsay (FRE 801, 802) |
| **256.** | 4/20/2022 Photograph from Witness Interview Transcript: Michael Martinez NUNEZ/SBD-000482 | | | |
| **257.** | 4/20/2022 Audio Recording of Michael Martinez | | | Hearsay if not offered by party opponent (FRE 801, 802); 403 |
| **258.** | 3/30/2022 Equipment/Uniform Inventory of Deputy Sabrina Cervantes – NUNEZ/SBD-000487-490 | | | Hearsay (FRE 801, 802); |
| **259.** | 4/19/2022 Witness Interview Transcript: Sabrina Cervantes NUNEZ/SBD-000491-608 | | | Hearsay (FRE 801, 802) |

| | | | | |
|---|---|---|---|---|
| **260.** | 4/19/2022 Photographs from Witness Interview Transcript: Sabrina Cervantes NUNEZ/SBD-000609-610 | | | As to SBD 610 only: FRE 401. 403 |
| **261.** | 4/19/2022 Audio Recording of Sabrina Cervantes | | | Hearsay if not offered by part opponent (FRE 801, 802); 403 |
| **262.** | 3/30/2022 Equipment/Uniform Inventory of Deputy Jonathan Campos– NUNEZ/SBD-000612-615 | | | Hearsay (FRE 801, 802); FRE 401 |
| **263.** | 4/19/2022 Witness Interview Transcript: Jonathan Campos NUNEZ/SBD-000617-706 | | | Hearsay (FRE 801, 802) |
| **264.** | 3/29/2022 Taser Evidence Sync. NUNEZ/SBD-000708-709 | | | Hearsay (FRE 801, 802); FRE 401 |
| **265.** | 4/19/2022 Photograph from Witness Interview Transcript: Jonathan Campos NUNEZ/SBD-000710 | | | |
| **266.** | 4/19/2022 Audio Recording of Interview of Jonathan Campos | | | Hearsay (FRE 801, 802); FRE 403 |
| **267.** | 3/30/2022 Equipment/Uniform Inventory – Deputy Jeremy Deberg NUNEZ/SBD-000712-715 | | | Hearsay (FRE 801, 802); FRE 401 |
| **268.** | 4/28/2022 Witness Interview Transcript Jeremy Deberg NUNEZ/SBD-000717-796 | | | Hearsay (FRE 801, 802); FRE 403 |
| **269.** | 4/28/2022 Photographs from Witness Interview Transcript Jeremy Deberg NUNEZ/SBD-00797-798 | | | As to SBD 798 only: FRE 401. 403 |
| **270.** | 4/28/2022 Audio Recording of Jeremy Deberg | | | Hearsay if not offered by party opponent (FRE 801, 802); 403 |
| **271.** | 3/30/2022 Equipment/Uniform Inventory – Corporal Col Raynolds NUNEZ/SBD-000800-802 | | | Hearsay (FRE 801, 802), FRE 401 |
| **272.** | 4/19/2022 Witness Interview Report re: Corporal Col Raynolds NUNEZ/SBD-00803-803 | | | Hearsay (FRE 801, 802); FRE 401, 403 |
| **273.** | 4/19/2022 Audio Recording of Corporal Col Raynolds | | | Hearsay (FRE 801, 802); FRE 401, 403 |
| **274.** | 5/20/2022 Witness Interview Report of Deputy Derek Zane NUNEZ/SBD-000808-812 | | | Hearsay (FRE 801, 802); FRE 401, 403 |
| **275.** | 5/20/2022 Photograph from Witness Interview Report of Deputy Derek Zane NUNEZ/SBD-000813 | | | FRE 401. 403 |

| | | | | |
|---|---|---|---|---|
| 276. | 5/20/2022 Audio Recording of Derek Zane Interview | | | Hearsay (FRE 801, 802); FRE 401, 403 |
| 277. | 4/20/2022 Witness Interview Report of Det. Jason Schroeder Interview; NUNEZ/SBD-000815-818 | | | Hearsay (FRE 801, 802); FRE 401, 403 |
| 278. | 4/20/2022 Audio Recording of Jason Schroeder Interview | | | Hearsay (FRE 801, 802); FRE 401, 403 |
| 279. | 4/20/2022 Witness Interview Report of Sgt. Corey LaFever NUNEZ/SBD-000820-827 | | | Plaintiffs' MIL No. 1; Hearsay (FRE 801, 802); FRE 401, 403 |
| 280. | 4/20/2022 Photographs from Witness Interview of Corey LaFever NUNEZ/SBD-000828-830 | | | FRE 401, 403. |
| 281. | 4/20/2022 Audio Recording of Corey LaFever Interview | | | Hearsay (FRE 801, 802); FRE 401, 403 |
| 282. | 3/29/2022 Press Release Incident NUNEZ/SBD-000832 | | | Hearsay (FRE 801, 802); FRE 401. 403; |
| 283. | 3/30/2022 Evidence/Property Report – NUNEZ/SBD-00834-836 | | | Plaintiffs' MIL No. 1; Hearsay (FRE 801, 802); FRE 401, 403 |
| 284. | 4/4/2022 Evidence/Property Report – NUNEZ/SBD-00837 | | | Hearsay (FRE 801, 802); FRE 401 |
| 285. | 4/7/2022 Evidence/Property Report NUNEZ/SBD-000838-840 | | | Hearsay (FRE 801, 802); FRE 401 |
| 286. | Laboratory Reports SBCSD Scientific Investigations Division NUNEZ/SBD-000841 | | | Hearsay (FRE 801, 802); FRE 401 |
| 287. | 6/7/2023 Evidence/Property Report NUNEZ/SBD-000842 | | | Hearsay (FRE 801, 802); FRE 401 |
| 288. | Search Warrant and Affidavit NUNEZ/SBD-000843-865 | | | Trial Stipulation No. 4 [Dkt. 97]; Plaintiffs' MIL No. 1; Hearsay (FRE 801, 802); Not relevant (FRE 401); Probative value outweighed by prejudicial effect (FRE 403) |
| 289. | Photographs of Incident Scene NUNEZ/SBD-000866-903 | | | Except as to SBD 867, 871: Trial Stipulation No. 3 [Dkt. 97] (if not redacted); Hearsay (FRE 801, 802); Not relevant (FRE 401); Probative value outweighed by prejudicial effect (FRE 403) |
| 290. | Photographs of Andrew Nunez NUNEZ/SBD-000904-909 | | | Except as to SBD 904: Trial Stipulation No. 3 [Dkt. 97] (if not redacted); Hearsay (FRE 801, 802); Not relevant (FRE 401); Probative value outweighed by prejudicial effect (FRE 403) |

| | | | | |
|---|---|---|---|---|
| **291.** | Photographs of Gun Recovered from Incident Scene NUNEZ/SBD-000910-913 | | | Hearsay (FRE 801, 802); Not relevant (FRE 401); Probative value outweighed by prejudicial effect (FRE 403) |
| **292.** | Photographs of Vehicle at Incident Scene NUNEZ/SBD-000914-919 | | | Hearsay (FRE 801, 802); Not relevant (FRE 401); Probative value outweighed by prejudicial effect (FRE 403) |
| **293.** | Photographs of Deputies NUNEZ/SBD-00920-940 | | | Not relevant (FRE 401); Probative value outweighed by prejudicial effect (FRE 403) |
| **294.** | Photographs of Deputy Cervantes NUNEZ/SBD-000941-962 | | | |
| **295.** | Photographs of Less Lethal – NUNEZ/SBD-000963-975 | | | |
| **296.** | Photographs of Deputy NUNEZ/SBD-000976-995 | | | As to SBD 985-990 only: Not relevant (FRE 401); Probative value outweighed by prejudicial effect (FRE 403) |
| **297.** | Photographs of Less Lethal NUNEZ/SBD-000996-1008 | | | |
| **298.** | Photographs of Deputy Campos NUNEZ/SBD-001009-1030 | | | |
| **299.** | Photographs of Taser NUNEZ/SBD-001031-1037 | | | |
| **300.** | Photographs of Deputy Martinez NUNEZ/SBD-001036-1058 | | | As to SBD 1050-1053 only: Not relevant (FRE 401); Probative value outweighed by prejudicial effect (FRE 403) |
| **301.** | Photographs of Service Weapon NUNEZ/SBD-001059-1080 | | | As to SBD 1067, 1070-1080 only: Not relevant (FRE 401); Probative value outweighed by prejudicial effect (FRE 403) |
| **302.** | Photographs of Incident Location – Exterior and Garage NUNEZ/SBD-001081-1218, 1355-1495, 1502-1568, 1629-1631, 1634-1636, 1643-1646, 1657-1658 | | | Except as identified in Plaintiffs' exhibits 1 & 11: Plaintiffs' MIL No. 1; Not relevant (FRE 401); Probative value outweighed by prejudicial effect (FRE 403) |
| **303.** | Photographs of Incident Location – Interior NUNEZ/SBD-001219-1354 | | | Plaintiffs' MIL No. 1; Not relevant (FRE 401); Probative value outweighed by prejudicial effect (FRE 403) |

Case No. 5:22-cv-01934-SSS-SP
AMENDED JOINT EXHIBIT LIST

| | | | | | |
|---|---|---|---|---|---|
| **304.** | Photographs of the Chain NUNEZ/SBD-001497-1501, 1647-1656 | | | | |
| **305.** | Photographs of the Decedent NUNEZ/SBD-001569-1622, 1632-1633, 1637-1642 | | | | Except as identified in Plaintiffs' exhibits 1 & 11: Trial Stipulation No. 3 [Dkt. 97] (if not redacted); Probative value outweighed by prejudicial effect (FRE 403) |
| **306.** | Photographs of the Decedent's Belongings NUNEZ/SBD-001523-1628 | | | | Except as identified in Plaintiffs' exhibits 1 & 11: Plaintiffs' MIL No. 1; Not relevant (FRE 401); Probative value outweighed by prejudicial effect (FRE 403) |
| **307.** | 3/29/2022 - 9-1-1 Call Audio Recording NUNEZ/SBD-001659 | | | | Plaintiffs' MIL No. 1; Hearsay (FRE 801, 802); FRE 403 |
| **308.** | 3/29/2022 – Radio Traffic Audio – NUNEZ/SBD-001660 | | | | Hearsay (FRE 801, 802); FRE 403 |
| **309.** | 3/29/2022 – Audio Family contact at Scene – NUNEZ/SBD-001661 | | | | Hearsay (FRE 801, 802); FRE 403 |
| **310.** | 3/29/2022 – Initial Family Contact – NUNEZ/SBD-00162 | | | | Hearsay (FRE 801, 802); FRE 403 |
| **311.** | 3/29/2022 – Family Contact – Audio NUNEZ/SBD-001663 | | | | Hearsay (FRE 801, 802); FRE 403 |
| **312.** | 3/29/2022 – Witness Interview – Audio – Fernando Guzman NUNEZ/SBD-001664 | | | | Hearsay (FRE 801, 802); FRE 403 |
| **313.** | 3/29/2024 – Witness Interview – audio – Alejandra Guzman NUNEZ/SBD-001665 | | | | Hearsay (FRE 801, 802); FRE 403 |
| **314.** | 3/29/2022 – Witness Interview – Julio Romero – NUNEZ/SBD-01666 | | | | Hearsay (FRE 801, 802); FRE 403 |
| **315.** | 3/29/2022 – Witness Interview – Christine Silva – NUNEZ/SBD-001667 | | | | Hearsay (FRE 801, 802); FRE 403 |
| **316.** | 3/29/2022 – Witness Interview – Mary Zamudio – NUNEZ/SBD-001668 | | | | Hearsay (FRE 801, 802); FRE 403 |
| **317.** | 3/29/2022 – Witness Interview – Audio – Noelia Benetiz – NUNEZ/SBD-001669-1670 | | | | Hearsay (FRE 801, 802); FRE 403 |
| **318.** | 3/29/2022 – Captain Breiner Interview – Audio – NUNEZ/SBD-001671 | | | | Hearsay (FRE 801, 802); FRE 403 |
| **319.** | 3/29/2022 – Deputy Campos Audio Interview – NUNEZ/SBD-001672-1673 | | | | Hearsay (FRE 801, 802); FRE 403 |

| | | | | |
|---|---|---|---|---|
| **320.** | 3/29/2022 – Witness Interview – Audio – Ruben Carlos NUNEZ/SBD-001674 | | | Hearsay (FRE 801, 802); FRE 403 |
| **321.** | 3/29/2022 – Witness Interview – Audio – Sabrina Cervantes – NUNEZ/SBD-001676 | | | Hearsay if not offered by party-opponent (FRE 801, 802); FRE 403 |
| **322.** | 3/29/2022 – Witness Interview – Jeremy Deberg Audio – NUNEZ/SBD-001678 | | | Hearsay if not offered by party-opponent (FRE 801, 802); FRE 403 |
| **323.** | 3/29/2022 – Witness Interview – Sgt. Corey LeFever – Audio – NUNEZ/SBD-001679-1680 | | | Hearsay (FRE 801, 802); FRE 403 |
| **324.** | 3/29/2022 – Witness Interview – Brenda Lopez NUNEZ/SBD-001681 | | | Hearsay (FRE 801, 802); FRE 403 |
| **325.** | 3/29/2022 – Witness interview – Audio – Marriquin – NUNEZ/SBD-001682 | | | Hearsay (FRE 801, 802); FRE 403 |
| **326.** | 3/29/2022 – Witness Interview – Michael Martinez – Audio – NUNEZ/SBD-001683 | | | Hearsay (FRE 801, 802); FRE 403 |
| **327.** | 3/29/2024 Witness Interview – Audio – Andrew Nunez NUNEZ/SBD-001684-1685 | | | Hearsay (FRE 801, 802); FRE 403 |
| **328.** | 3/29/2022 – witness Interview – Audio – Battalion Chief Pullen NUNEZ/SBD-001686 | | | Hearsay (FRE 801, 802); FRE 403 |
| **329.** | 3/29/2022 Witness Interview – Audio – Cole Raynolds NUNEZ/SBD-001687 | | | Hearsay (FRE 801, 802); FRE 403 |
| **330.** | 3/29/2024 – Witness Interview – Audio – Jason Schroeder NUNEZ/SBD-001688-1689 | | | Hearsay (FRE 801, 802); FRE 403 |
| **331.** | 3/29/2024 – Witness Interview – Audio Derek Zan – NUNEZ/SBD-001693 | | | Hearsay (FRE 801, 802); FRE 403 |
| **332.** | 3/29/2022 – Audio from Deputy Device – NUNEZ/SBD-001693-1694 | | | Hearsay (FRE 801, 802); FRE 403 |
| **333.** | 3/29/2022 – Audio from Deputy Device – NUNEZ/SBD-001695 | | | Hearsay (FRE 801, 802); FRE 403 |
| **334.** | 3/29/2022 – Audio from Deputy Device NUNEZ/SBD-001696 | | | Hearsay (FRE 801, 802); FRE 403 |
| **335.** | 3/29/2022 – Audio from Deputy Device – NUNEZ/SBD-001698 | | | Hearsay (FRE 801, 802); FRE 403 |
| **336.** | 3/29/2022 – Audio from Deputy Device – NUNEZ/SBD-001699 | | | Hearsay (FRE 801, 802); FRE 403 |
| **337.** | 3/29/2022 – Audio from Deputy Device – NUNEZ/SBD-01700 | | | Hearsay (FRE 801, 802); FRE 403 |
| **338.** | 3/29/2022 – Audio from Deputy Device – NUNEZ/SBD-001701 | | | Hearsay (FRE 801, 802); FRE 403 |

| | | | | |
|---|---|---|---|---|
| **339.** | 3/29/2022 – Audio from Deputy Device – Transport to Hesperia NUNEZ/SBD-001702 | | | Hearsay (FRE 801, 802); FRE 403 |
| **340.** | 3/29/2022 – Audio from Deputy Device – Transport from Hesperia NUNEZ/SBD-001703 | | | Hearsay (FRE 801, 802); FRE 403 |
| **341.** | 3/29/2022 – Aerial Footage from CHP NUNEZ/SBD-001704, and clips 341A, 341B, 341C, 341D, and 341E | | | Lacks Foundation, Authenticity (FRE 901); Irrelevant (401) |
| **342.** | Autopsy Photos – NUNEZ/SBD-001705-1852 | | | Trial Stipulation No. 3 [Dkt. 97] (if not redacted) |
| **343.** | Faro.Zip Folder – NUNEZ/SBD-002037 | | | Lacks Foundation, Authenticity (FRE 901); Irrelevant (401) |
| **344.** | Policy Manual – NUNEZ/SBD-002038-2091 | | | Hearsay (FRE 801, 802); FRE 401 |
| **345.** | Responses to Request for Admission, Set One from Andrew Nunez signed 12/5/23 | | | Hearsay (FRE 801, 802); FRE 403 |
| **346.** | Responses to Request for Admission, Set One Anthony Nunez, Jr. signed 12/5/23 | | | Hearsay (FRE 801, 802); FRE 403 |
| **347.** | Responses to Request for Admission, Set One Rosa Nunez signed 12/5/23 | | | Hearsay (FRE 801, 802); FRE 403 |
| **348.** | Responses to Interrogatories, Set One Anthony Nunez, Jr. signed 12/5/23 | | | Hearsay (FRE 801, 802); FRE 403 |
| **349.** | Responses to Interrogatories, Set One Rosa Nunez signed 12/5/23 | | | Hearsay (FRE 801, 802); FRE 403 |
| **350.** | Responses to Interrogatories, Set One Andrew Nunez signed 12/5/23 | | | Hearsay (FRE 801, 802); FRE 403 |
| **351.** | Supplemental Responses to Requests for Admission, Set One Anthony Nunez Jr. signed 1/25/24 | | | Hearsay (FRE 801, 802); FRE 403 |
| **352.** | Supplemental Responses to Interrogatories, Set One Anthony Nunez Jr. signed 1/25/24 | | | Hearsay (FRE 801, 802); FRE 403 |
| **353.** | Responses to Interrogatories, Set Two Anthony Nunez, Jr. signed 2/12/24 | | | Hearsay (FRE 801, 802); FRE 403 |
| **354.** | Responses to Interrogatories, Set Two Andrew Nunez signed 2/12/24 | | | Hearsay (FRE 801, 802); FRE 403 |
| **355.** | Responses to Requests for Admission, Set Two Andrew Nunez signed 2/12/14 | | | Hearsay (FRE 801, 802); FRE 403 |

| 356. | Responses to Request for Admission, Set Two Anthony Nunez Jr. signed 2/12/24 | | | Hearsay (FRE 801, 802); FRE 403 |
|---|---|---|---|---|
| 357. | Responses to Request for Admission, Set Two Rosa Nunez signed 2/12/24 | | | Hearsay (FRE 801, 802); FRE 403 |
| 358. | Exhibit 1 to the 2/6/24 Deposition Transcript of Rosa Nunez – Second Amended Complaint | | | Hearsay (FRE 801, 802) |
| 359. | Exhibit 2 to the 2/6/24 Deposition Transcript of Rosa Nunez – Responses to Interrogatories, Set One | | | Hearsay (FRE 801, 802) |
| 360. | Exhibit 1 to the 2/12/24 Deposition Transcript of Michael Martinez – Photograph 1649 | | | |
| 361. | Exhibit 2 to the 2/12/24 Deposition Transcript of Michael Martinez – Photograph 1656 | | | |
| 362. | Exhibit 3 to the 2/12/24 Deposition Transcript of Michael Martinez – Photograph 1136 | | | |
| 363. | Exhibit 4 to the 2/12/24 Deposition Transcript of Michael Martinez – Photograph Affixed with Circle | | | Hearsay (FRE 801, 802) |
| 364. | Exhibit 5 to the 2/12/24 Deposition Transcript of Michael Martinez Photograph 1139 | | | |
| 365. | Exhibit 6 to the 2/12/24 Deposition Transcript of Michael Martinez – Photograph 1143 | | | |
| 366. | Exhibit 7 to the 2/12/24 Deposition Transcript of Michael Martinez – Photograph 1219 | | | |
| 367. | Exhibit 8 to the 2/12/24 Deposition Transcript of Michael Martinez – Photograph 1155 | | | |
| 368. | Exhibit 9 to the 2/12/24 Deposition Transcript of Michael Martinez – Photograph Affixed with Circles and Arrows | | | |
| 369. | Exhibit 10 to the 2/12/24 Deposition Transcript of | | | |

| | | | | |
|---|---|---|---|---|
| | Michael Martinez – Photograph 1161 | | | |
| **370.** | Exhibit 11 to the 2/12/24 Deposition Transcript of Michael Martinez – Photograph Affixed with Circles | | | Hearsay (FRE 801, 802) |
| **371.** | Exhibit 12 to the 2/12/24 Deposition Transcript of Michael Martinez – Photograph 1218 | | | |
| **372.** | Exhibit 13 to the 2/12/24 Deposition Transcript of Michael Martinez – Photograph 1419 | | | |
| **373.** | Exhibit 14 to the 2/12/24 Deposition Transcript of Michael Martinez – Photograph 1507 | | | FRE 403 |
| **374.** | Exhibit 15 to the 2/12/24 Deposition Transcript of Michael Martinez – Photograph 1572 | | | Trial Stipulation Nos. 3 (if not redacted) |
| **375.** | Exhibit 1 to the 2/12/24 Deposition Transcript of Corey LaFever – Photograph 1161 | | | |
| **376.** | Exhibit 2 to the 2/12/24 Deposition Transcript of Corey LaFever – Photograph with Markings | | | Hearsay (FRE 801, 802) |
| **377.** | Exhibit 3 to the 2/12/24 Deposition Transcript of Corey LaFever – Photograph 1218 | | | |
| **378.** | Exhibit 4 to the 2/12/24 Deposition Transcript of Corey LaFever – Photograph with Markings | | | Hearsay (FRE 801, 802) |
| **379.** | Exhibit 1 to the 2/14/24 Deposition Transcript of Anthony Nunez Jr. – Responses to Interrogatories, Set One | | | Hearsay (FRE 801, 802); FRE 401, 403. |
| **380.** | Exhibit 2 to the 2/14/24 Deposition Transcript of Anthony Nunez Jr. – Video | | | Hearsay (FRE 801, 802); FRE 401, 403. |
| **381.** | Exhibit 3 to the 2/14/24 Deposition Transcript of Anthony Nunez Jr. – Video | | | |
| **382.** | Exhibit 4 to the 2/14/24 Deposition Transcript of Anthony Nunez Jr. – Photograph | | | |
| **383.** | Exhibit 1 to the 2/22/24 Deposition Transcript of Sabrina Cervantes – Photograph 1218 | | | |

| | | | | |
|---|---|---|---|---|
| **384.** | Exhibit 2 to the 2/22/24 Deposition Transcript of Sabrina Cervantes – Photograph 1146 | | | |
| **385.** | Exhibit 1 to the 2/27/24 Deposition Transcript of Luz Elena Ramos – Notice of Deposition | | | Hearsay (FRE 801, 802); Not relevant (FRE 401); Probative value outweighed by prejudicial effect, cumulative (FRE 403) |
| **386.** | Exhibit 2 to the 2/27/24 Deposition Transcript of Luz Elena Ramos – Color Copy of Photo | | | Lacks Foundation; Authenticity (FRE 901); |
| **387.** | Exhibit 3 to the 2/27/24 Deposition Transcript of Luz Elena Ramos - Color Copy of Photo | | | Lacks Foundation; Authenticity (FRE 901); Not relevant (FRE 401); Confuse issues and/or mislead jury (FRE 403 |
| **388.** | Exhibit 4 to the 2/27/24 Deposition Transcript of Luz Elena Ramos - Color Copy of Photo | | | Lacks Foundation; Authenticity (FRE 901); Not relevant (FRE 401); Confuse issues and mislead jury (FRE 403 |
| **389.** | Exhibit 5 to the 2/27/24 Deposition Transcript of Luz Elena Ramos - Color Copy of Photo | | | Lacks Foundation; Authenticity (FRE 901); Not relevant (FRE 401); Confuse issues and mislead jury (FRE 403 |
| **390.** | Exhibit 6 to the 2/27/24 Deposition Transcript of Luz Elena Ramos - Color Copy of Photo | | | Lacks Foundation; Authenticity (FRE 901); Not relevant (FRE 401); Confuse issues and mislead jury (FRE 403 |
| **391.** | Exhibit 7 to the 2/27/24 Deposition Transcript of Luz Elena Ramos - Color Copy of Photo | | | |
| **392.** | Exhibit 8 to the 2/27/24 Deposition Transcript of Luz Elena Ramos - Color Copy of Photo | | | Lacks Foundation; Authenticity (FRE 901); Not relevant (FRE 401); Confuse issues and mislead jury (FRE 403 |
| **393.** | Exhibit 9 to the 2/27/24 Deposition Transcript of Luz Elena Ramos - Color Copy of Photo | | | |
| **394.** | Exhibit 1 to the 2/27/24 Deposition Transcript of Melissa Carpenter – Audio Recording Clip (marked Confidential) | | | Hearsay (FRE 801, 802); FRE 401, 403. |
| **395.** | Exhibit A to the 3/18/2024 Deposition Transcript of Jonathan Campos – Photograph Bates NUNEZ/SBD-001218 | | | |

| | | | | | |
|---|---|---|---|---|---|
| 396. | Exhibit B to the 3/18/2024 Deposition Transcript of Jonathan Campos – Photograph Bates NUNEZ/SBD-001143 | | | | |
| 397. | Exhibit C to the 3/18/2024 Deposition Transcript of Jonathan Campos – Photograph Bates NUNEZ/SBD-001146 | | | | |
| 398. | Exhibit D to the 3/18/2024 Deposition Transcript of Jonathan Campos – Photograph w/alteration Bates NUNEZ/SBD-001146 | | | | Hearsay (FRE 801, 802) |
| 399. | Exhibit E to the 3/18/2024 Deposition Transcript of Jonathan Campos – Photograph Bates NUNEZ/SBD-001151 | | | | |
| 400. | Exhibit F to the 3/18/2024 Deposition Transcript of Jonathan Campos – Photograph w/ alteration Bates NUNEZ/SBD-001151 | | | | Hearsay (FRE 801, 802) |
| 401. | Exhibit G to the 3/18/2024 Deposition Transcript of Jonathan Campos – Photograph w/ alteration Bates NUNEZ/SBD-001218 | | | | |
| 402. | Exhibit 1 to the Deposition Transcript of Scott Defoe – Notice of Deposition | | | | Hearsay (FRE 801, 802); Not relevant (FRE 401) |
| 403. | Exhibit 2 to the Deposition Transcript of Scott Defoe – Curriculum Vitae | | | | Hearsay (FRE 801, 802) |
| 404. | Exhibit 3 to the Deposition Transcript of Scott Defoe – 2024 Fee Schedule | | | | Hearsay (FRE 801, 802) |
| 405. | Exhibit 4 to the Deposition Transcript of Scott Defoe – Rule 26 Disclosure | | | | Hearsay (FRE 801, 802) |
| 406. | Exhibit 5 to the Deposition Transcript of Scott Defoe – Report | | | | Hearsay (FRE 801, 802) |
| 407. | Exhibit 6 to the Deposition Transcript of Scott Defoe – Report | | | | Hearsay (FRE 801, 802) |
| 408. | Exhibit 8 to the Deposition Transcript of Scott Defoe – LA Times Article | | | | Hearsay (FRE 801, 802); Irrelevant (401, 403); Lacks Foundation, including authenticity (FRE 901) |
| 409. | Exhibit 1 to the 2/26/24 Deposition Transcript of Noelia Benitez – Deposition Notice | | | | Hearsay (FRE 801, 802) |

| 410. | Exhibit 2 to the 2/26/24 Deposition Transcript of Noelia Benitez – SBD-00175 | | | Hearsay (FRE 801, 802); FRE 401, 403. |
|---|---|---|---|---|
| 411. | Exhibit 3 to the 2/26/24 Deposition Transcript of Noelia Benitez – Response to Interrogatories | | | Hearsay (FRE 801, 802); FRE 401, 403. |
| 412. | Exhibit 4 to the 2/26/24 Deposition Transcript of Noelia Benitez – Drawing | | | FRE 401, 403 |
| 413. | Exhibit 5 to the 2/26/24 Deposition Transcript of Noelia Benitez – Photo | | | FRE 401, 403 |
| 414. | Exhibit 6 to the 2/26/24 Deposition Transcript of Noelia Benitez – Audio Clip | | | Hearsay (FRE 801, 802); FRE 401, 403. |
| 415. | Exhibit 7 to the 2/26/24 Deposition Transcript of Noelia Benitez – Complaint | | | Hearsay (FRE 801, 802); FRE 401, 403. |
| 416. | Exhibit 8 to the 2/26/24 Deposition Transcript of Noelia Benitez – Interview | | | Hearsay (FRE 801, 802); FRE 401, 403. |
| 417. | Exhibit 1 to the 2/26/24 Deposition Transcript of Brenda Lopez – Interview Audio | | | Hearsay (FRE 801, 802); FRE 401, 403. |
| 418. | Exhibit 2 to the 2/26/24 Deposition Transcript of Brenda Lopez – Interview Summary | | | Hearsay (FRE 801, 802); FRE 401, 403. |
| 419. | Exhibit 3 to the 2/26/24 Deposition Transcript of Brenda Lopez – Map of House | | | Hearsay (FRE 801, 802); FRE 401, 403. |
| 420. | Exhibit 4 to the 2/26/24 Deposition Transcript of Brenda Lopez – Photo (house) | | | FRE 401, 403. |
| 421. | Exhibit 5 to the 2/26/24 Deposition Transcript of Brenda Lopez – Photo (window) | | | FRE 401, 403 |
| 422. | Exhibit 6 to the 2/26/24 Deposition Transcript of Brenda Lopez – Photo (door) | | | FRE 401, 403. |
| 423. | Exhibit 7 to the 2/26/24 Deposition Transcript of Brenda Lopez – Photos (bedroom) | | | FRE 401, 403. |
| 424. | Exhibit 1 to the 2/21/24 Deposition Transcript of Jeremy Deberg – Photograph 1136 | | | |
| 425. | Exhibit 2 to the 2/21/24 Deposition Transcript of Jeremy Deberg – Photograph 1218 | | | |
| 426. | Exhibit 3 to the 2/21/24 Deposition Transcript of Jeremy Deberg – Photograph 1146 | | | |

| | | | | |
|---|---|---|---|---|
| **427.** | Exhibit 4 to the 2/21/24 Deposition Transcript of Jeremy Deberg – Photograph 1151 | | | |
| **428.** | Exhibit 5 to the 2/21/24 Deposition Transcript of Jeremy Deberg – Photograph 1161 | | | |
| **429.** | Exhibit 1 to the 2/15/24 Deposition Transcript of Andrew Nunez – Summary | | | Hearsay (FRE 801, 802); FRE 401, 403. |
| **430.** | Exhibit 2 to the 2/15/24 Deposition Transcript of Andrew Nunez – Photo | | | Hearsay (FRE 801, 802); FRE 401, 403. |
| **431.** | Exhibit 3 to the 2/15/24 Deposition Transcript of Andrew Nunez – Photo | | | FRE 401, 403. |
| **432.** | Exhibit 4 to the 2/15/24 Deposition Transcript of Andrew Nunez – 911 Recording | | | Hearsay (FRE 801, 802); FRE 401, 403. |
| **433.** | Exhibit 5 to the 2/15/24 Deposition Transcript of Andrew Nunez – Recording | | | Hearsay (FRE 801, 802); FRE 401, 403. |
| **434.** | Exhibit 6 to the 2/15/24 Deposition Transcript of Andrew Nunez – Complaint | | | Hearsay (FRE 801, 802); FRE 401, 403. |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

AMENDED JOINT EXHIBIT LIST

1    DATED:  April 16, 2025                LAW OFFICES OF DALE K. GALIPO

2

3                                          By_____*/s/ Benjamin S. Levine*_____
                                               Dale K. Galipo
4                                              Benjamin S. Levine[1]
                                               *Attorneys for Plaintiffs*
5

6    DATED:  April 16, 2025                WESIERSKI & ZUREK LLP

7

8

9                                          By_____*/s/ Abe G. Salen*_____
                                               CHRISTOPHER P. WESIERSKI
10                                             ABE G. SALEN
                                               Attorneys for Defendants, COUNTY OF
11                                             SAN BERNARDINO, CITY OF
                                               HESPERIA, MICHAEL MARTINEZ,
12                                             SABRINA CERVANTES and JEREMY
                                               DEBERG
13

14          **IT IS SO ORDERED.**

15

16   Dated:

17                                             SUNSHINE S. SYKES
                                               United States District Judge
18

19

20

21

22

23

24

25

26   _____

27       [1] Pursuant to Local Rule 5-4.3.4, as the filer of this document, I attest that all
     other signatories listed, and on whose behalf the filing is submitted, concur in the
28   filing's content and have authorized the filing.