WESIERSKI & ZUREK LLP
LAWYERS
29 ORCHARD ROAD
LAKE FOREST, CALIFORNIA 92630
(949) 975-1000

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ROSA NUNEZ, individually and as successor-in-interest to Decedent, Anthony Nunez; ANTHONY NUNEZ, JR., individually and as successor-in-interest to Decedent, Anthony Nunez; and, ANDREW NUNEZ, individually, <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF SAN BERNARDINO; CITY OF HESPERIA; MICHAEL MARTINEZ; SABRINA CERVANTES; JEREMY DEBERG; JONATHAN CAMPOS; and DOES 5 through 15, inclusive, <br><br> Defendants. | Case No. 5:22-cv-1934-SSS(SPx) <br><br> **ORDER ON DEFENDANTS' MOTION IN LIMINE NO. 2 TO EXCLUDE OPINIONS OF PLAINTIFF'S EXPERT SCOTT DEFOE REGARDING THE MENTAL HEALTH OF THE DECEDENT AND OPINIONS BASED ON THE CLAIM THE DECEDENT WAS MENTALLY ILL OR EXPERIENCING A MENTAL HEALTH CRISIS [DKT. 91]** <br><br> Trial Date:     April 21, 2025 |

**ORDER**

Having reviewed Defendants' Motion in Limine No. 2 to Exclude Opinions Of Plaintiff's Expert Scott Defoe Regarding The Mental Health Of The Decedent And Opinions Based On The Claim The Decedent Was Mentally Ill Or Experiencing A Mental Health Crisis, and GOOD CAUSE appearing therein, Defendants' Motion is

hereby GRANTED IN PART. Evidence, testimony, argument, or reference to/regarding the following shall be excluded at the trial of the above-entitled matter:

Opinions by Plaintiffs' expert Scott DeFoe regarding whether Anthony Nuñez ("Decedent") was actually or may have actually been mentally ill or experiencing a mental health crisis at the time of the incident.

This Order does not preclude Mr. DeFoe from testifying, or argument being made, as to (1) whether, as a result of the responding deputies' observations made at the time of the incident, training, and standard police training, the Decedent exhibited signs and symptoms that the deputies should have recognized as potentially indicative of a mental health crisis or mental illness during the incident, and/or (2) how the deputies' training guided or should have guided their response during the incident, based on the signs and symptoms they observed.

The basis for this Order is that Mr. DeFoe has insufficient foundation to diagnose or give opinions about the Decedent's actual mental condition or state of mental health.

IT IS SO ORDERED:

DATED: April 18, 2025

_____
Honorable Sunshine S. Sykes
U.S. District Judge