**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Benjamin S. Levine (SBN 342060)
blevine@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California, 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

LUIS A. CARRILLO (SBN 70398)
MICHAEL S. CARRILLO (SBN 258878)
DOMINIQUE L. BOUBION (SBN 336915)
**CARRILLO LAW FIRM, LLP**
1499 Huntington Drive, Suite 402
South Pasadena, California 91030
Tel: (626) 799-9375
Fax: (626) 799-9380

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT FOR THE
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA NUÑEZ, individually; ANTHONY NUÑEZ, JR., individually and as successor-in-interest to Decedent, Anthony Nuñez; and ANDREW NUÑEZ, individually,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN BERNARDINO; CITY OF HESPERIA; MICHAEL MARTINEZ; SABRINA CERVANTES; JEREMY DEBERG; JONATHAN CAMPOS; and DOES 5 through 15, inclusive,<br><br>Defendants. | Case No. 5:22-cv-01934-SSS-SP<br><br>*Honorable Sunshine S. Sykes*<br><br>**STIPULATION TO DISMISS CERTAIN CLAIMS AND TO DISMISS DEFENDANTS SABRINA CERVANTES, JEREMY DEBERG, AND CITY OF HESPERIA ONLY, WITH PREJUDICE, PURSUANT TO FRCP 41(a)(2)**<br><br>Second Amended Complaint Filed: September 15, 2023<br><br>*[Proposed Order filed concurrently herewith]* |

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD**:

Plaintiffs, Rosa Nuñez, Anthony Nuñez, Jr., and Andrew Nuñez (collectively, "Plaintiffs"), and Defendants County of San Bernardino, City of Hesperia, Michael Martinez, Sabrina Cervantes, and Jeremy Deberg, by and through their respective attorneys of record, hereby stipulate as follows:

1. WHEREAS, Plaintiffs and Defendants Jeremy Deberg, Sabrina Cervantes, and City of Hesperia have reached an agreement to resolve all of Plaintiffs' claims as against these three defendants only.

2. WHEREAS, pursuant to that agreement, Plaintiffs and Defendants Jeremy Deberg, Sabrina Cervantes, and City of Hesperia are now requesting dismissal of Plaintiffs' claims against Defendants Jeremy Deberg, Sabrina Cervantes, and City of Hesperia only, with prejudice, and dismissal of Jeremy Deberg, Sabrina Cervantes, and City of Hesperia as defendants in this action, with prejudice.

3. WHEREAS, pursuant to the agreement, there is a mutual waiver of costs and fees incurred as between Plaintiffs and Defendants Jeremy Deberg, Sabrina Cervantes, and City of Hesperia only, and Jeremy Deberg and Sabrina Cervantes will appear to testify at the trial in this action voluntarily, without need for a subpoena.

4. WHEREAS, Plaintiffs and Defendants have also reached an agreement for the voluntary dismissal of Plaintiffs' claims for Fourth Amendment, Denial of Medical Care (Count 2); Municipal Liability, Unconstitutional Custom or Policy (Count 4); and Municipal Liability, Failure to Train (Count 5). [*See* Second Amended Complaint (Dkt. 45).]

5. WHEREAS, Pursuant to that agreement, Plaintiffs and Defendants are now requesting dismissal of Plaintiffs' Denial of Medical Care and Municipal Liability claims (Counts 2, 4, and 5) only, with prejudice.

-1-     Case No. 5:22-cv-01934-SSS-SP
STIPULATION TO DISMISS CERTAIN CLAIMS AND TO DISMISS DEFENDANTS SABRINA CERVANTES, JEREMY DEBERG, AND CITY OF HESPERIA ONLY, WITH PREJUDICE, PURSUANT TO FRCP 41(A)(2)

6. WHEREAS, pursuant to the agreement, there is a mutual waiver of costs and fees incurred as between Plaintiffs and Defendants as to the Denial of Medical Care and Municipal Liability claims (Counts 2, 4, and 5) only.

7. WHEREAS, following the foregoing requested dismissals of certain parties and claims, the Defendants remaining in this action will be Michael Martinez and the County of San Bernardino.

8. THEREFORE, Plaintiffs and Defendants Jeremy Deberg, Sabrina Cervantes, and City of Hesperia hereby stipulate and request that Plaintiffs' claims against Jeremy Deberg, Sabrina Cervantes, and City of Hesperia only, be dismissed with prejudice, and further request that Defendants Jeremy Deberg, Sabrina Cervantes, and City of Hesperia be dismissed from this action as parties, with prejudice. With respect to Plaintiffs' claims against Defendants Jeremy Deberg, Sabrina Cervantes, and City of Hesperia, Plaintiffs and Defendants Jeremy Deberg, Sabrina Cervantes, and City of Hesperia shall each bear their own costs and fees.

9. THEREFORE, Plaintiffs and Defendants further stipulate and request that Plaintiffs' claims for Fourth Amendment, Denial of Medical Care (Count 2); Municipal Liability, Unconstitutional Custom or Policy (Count 4); and Municipal Liability, Failure to Train (Count 5) only, be dismissed with prejudice. With respect to Plaintiffs' Denial of Medical Care and Municipal Liability claims (Counts 2, 4, and 5), Plaintiffs and Defendants shall each bear their own costs and fees.

**IT IS SO STIPULATED**.

/ / /

| | | |
|---|---|---|
| DATED: April 18, 2025 | | LAW OFFICES OF DALE K. GALIPO |

By:    */s/ Benjamin S. Levine*
Dale K. Galipo
Benjamin S. Levine[1]
Attorneys for Plaintiffs

DATED: April 18, 2025      WESIERSKI & ZUREK LLP

By    */s/ Christopher P. Wesierski*
CHRISTOPHER P. WESIERSKI
ABE G. SALEN
Attorneys for Defendants, COUNTY OF SAN BERNARDINO, CITY OF HESPERIA, MICHAEL MARTINEZ, SABRINA CERVANTES and JEREMY DEBERG

---

[1] Pursuant to Local Rule 5-4.3.4, as the filer of this document, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.