**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Benjamin S. Levine (SBN 342060)
blevine@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California, 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

**CARRILLO LAW FIRM, LLP**
Luis A. Carrillo (SBN 70398)
Michael S. Carrillo (SBN 258878)
Dominique L. Boubion (SBN 336915)
1499 Huntington Drive, Suite 402
South Pasadena, California 91030
Tel: (626) 799-9375
Fax: (626) 799-9380

*Attorneys for Plaintiffs*

Christopher P. Wesierski [Bar No. 086736]
  cwesierski@wzllp.com
Abe G. Salen [Bar No. 182366]
  asalen@wzllp.com
WESIERSKI & ZUREK LLP
29 Orchard Road
Lake Forest, California 92630
Telephone: (949) 975-1000
Facsimile: (949) 756-0517

Attorneys for Defendants, COUNTY OF SAN BERNARDINO, CITY OF HESPERIA MICHAEL MARTINEZ, SABRINA CERVANTES and JEREMY DEBERG

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT COURT OF CALIFORNIA

| | |
|---|---|
| ROSA NUÑEZ, individually; ANTHONY NUÑEZ, JR., individually and as successor-in-interest to Decedent, Anthony Nuñez; and, ANDREW NUÑEZ, individually,<br><br>        Plaintiffs,<br><br>    v.<br><br>COUNTY OF SAN BERNARDINO; CITY OF HESPERIA; MICHAEL MARTINEZ; SABRINA CERVANTES; JEREMY DEBERG; JONATHAN CAMPOS; and DOES 5 through 15, inclusive,<br><br>        Defendants. | Case No.: 5:22-cv-01934-SSS-SP<br><br>*Honorable Sunshine S. Sykes*<br>*Hon. Mag. Judge Sheri Pym*<br><br>**COMPETING PROPOSED VERDICT FORMS**<br><br>FPTC:  April 4, 2025<br>Trial:    April 21, 2025 |

**1**

PROPOSED VERDICT FORM

**PLEASE TAKE NOTICE** that the Parties hereby submit the their [Proposed] Competing Verdict Forms for the Trial of this matter. The parties reserve their right to amend their [Proposed] Verdict Forms to the extent permitted by this Honorable Court.

Plaintiffs object to the entirety of Defendants' Proposed Verdict Form, on the grounds detailed herein and within Plaintiffs' Memorandum of Contentions of Fact and Law, Plaintiffs' portions of the [Proposed] Final Pretrial Conference Order, and Plaintiffs' positions stated in the Disputed Jury Instructions. Plaintiffs reserve their right to assert further objections. Plaintiffs submit that their Proposed Verdict Form accurately and objectively tracks the required legal elements for their claims.

Defendants object to the indicated portions of Plaintiffs' Proposed Verdict Form and/or seek added or altered language as specified herein, and as set forth in Defendants' portions of the [Proposed] Final Pretrial Conference Order, and Defendants' positions stated in the Disputed Jury Instructions (Redline). Defendants reserve their right to assert further objections based on the Court's pretrial rulings and any arguments made during the pretrial conference in this matter. It is Defendants' position that their requested Proposed Verdict Form more accurately reflects the applicable law, more closely tracks the Ninth Circuit Model Jury Instructions, and will better guide the jury in reaching a verdict.

Respectfully submitted,

DATED: April 19, 2025       LAW OFFICES OF DALE K. GALIPO

By:   /s/ Benjamin S. Levine
      Dale K. Galipo
      Benjamin S. Levine[1]
      Attorneys for Plaintiffs

DATED: April 19, 2025       WESIERSKI & ZUREK LLP

By     /s/ Abe G. Salen
      CHRISTOPHER P. WESIERSKI
      ABE G. SALEN
      Attorneys for Defendants, COUNTY OF SAN BERNARDINO, CITY OF HESPERIA, MICHAEL MARTINEZ, SABRINA CERVANTES and JEREMY DEBERG

---

[1] Pursuant to Local Rule 5-4.3.4, as the filer of this document, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

3

# PLAINTIFFS' PROPOSED SPECIAL VERDICT FORM

We the jury in the above-entitled case find as follows:

## EXCESSIVE FORCE AND BATTERY CLAIM

**QUESTION 1:** Did the defendant Michael Martinez use excessive or unreasonable force against Anthony Nuñez?

_____ YES          _____ NO

*If you answered "Yes" to Question 1, please answer Question 2.*
*If you answered "No" to Question 1, please proceed to Question 3.*

**QUESTION 2:** Was the use of excessive or unreasonable force by the defendant Michael Martinez a cause of harm, damage, injury, loss, or death to Anthony Nuñez?

_____ YES          _____ NO

*Please proceed to the next Question.*

# NEGLIGENCE CLAIM

**QUESTION 3:** Was the defendant Michael Martinez negligent toward Anthony Nuñez?

_____ YES        _____ NO

*If you answered "Yes" to Question 3, please proceed to Question 4.*
*If you answered "No" to Question 3, please proceed to Question 5.*

**QUESTION 4:** Was the negligence of the defendant Michael Martinez a cause of harm, damage, injury, loss, or death to Anthony Nuñez?

_____ YES        _____ NO

*Please proceed to Question 5.*

**QUESTION 5:** Was Anthony Nuñez negligent?

_____ YES        _____ NO

*If you answered "Yes" to Question 5, please answer Question 6.*
*If you answered "No" to Question 5, please proceed to Question 8.*

**QUESTION 6:** Was Anthony Nuñez's negligence a cause of his injury and/or death?

_____ YES        _____ NO

*Please proceed to Question 7.*

**QUESTION 7:** What percentage of negligence that was a cause of Anthony Nuñez's injury and/or death do you assign to the defendant Michael Martinez, and what percentage of negligence that was a cause of Anthony Nuñez's injury and/or death do you assign to Anthony Nuñez, if any? (Your total should equal 100%).

    Michael Martinez          _____ %

    Anthony Nuñez             _____ %

*Please proceed to the next Question.*

**QUESTION 8:** Did defendant Michael Martinez negligently inflict severe emotional distress on Plaintiff Andrew Nuñez?

_____ YES        _____ NO

*Please proceed to the next Question.*

## BANE ACT CLAIM

**QUESTION 9:** Did defendant Michael Martinez violate the Bane Act by using force against Anthony Nuñez?

_____ YES          _____ NO

*Please proceed to the next Question.*

## FOURTEENTH AMENDMENT CLAIM

**QUESTION 10:** Did the defendant Michael Martinez interfere with Plaintiffs' familial relationship with the decedent, Anthony Nuñez?

_____ YES          _____ NO

*Answer Question 11 only if you answered "Yes" to Questions 2, 4, and/or 13.*

/ / /

/ / /

/ / /

# DAMAGES

**QUESTION 11:** What are Anthony Nuñez's damages for his pre-death pain and suffering?

$_____

*Answer Question 12 only if you answered "Yes" to Question 2.*

**QUESTION 12:** What are Anthony Nuñez's damages for his loss of life?

$_____

*Answer Question 13 only if you answered "Yes" to Questions 2, 4, and/or 8.*

**QUESTION 13:** What are Plaintiff Anthony Nuñez, Jr.'s wrongful death damages for the loss of his father, Anthony Nuñez?

Past wrongful death damages    $_____

Future wrongful death damages  $_____

*Answer Question 14 only if you answered "Yes" to Question 10.*

**QUESTION 14:** What are Rosa Nuñez's wrongful death damages for the loss of her son, Anthony Nuñez?

    Past wrongful death damages  $_____

    Future wrongful death damages  $_____

*Answer Question 15 only if you answered "Yes" to Question 9.*

**QUESTION 15:** What are Plaintiff Andrew Nuñez's damages for his emotional distress suffered as a result of his contemporaneous awareness of Anthony Nuñez's injuries and/or death?

    Andrew Nuñez's past emotional distress  $_____

    Andrew Nuñez's future emotional distress  $_____

*Please sign and return this verdict form.*

Signed: _____ Dated: _____

   Jury Foreperson

# DEFENDANTS' PROPOSED SPECIAL VERDICT FORM

We the jury in the above-entitled case find as follows:

## EXCESSIVE FORCE AND BATTERY CLAIM

**QUESTION 1:** Did plaintiffs prove that defendant Michael Martinez used excessive or unreasonable force against Anthony Nuñez?

_____ YES          _____ NO

If you answered "YES" to Question 1, please proceed to Question 2.

If you answered "NO" to Question 1, please proceed to Question 3.

**QUESTION 2:** Was the use of excessive or unreasonable force against Anthony Nunez by defendant Michael Martinez, a cause of harm, damage, injury, loss, or death to Anthony Nuñez?

_____ YES          _____ NO

*Please proceed to the next question.*

## NEGLIGENCE CLAIM

**QUESTION 3:** Did plaintiffs prove that defendant Michael Martinez was negligent toward Anthony Nunez?

_____ YES          _____ NO

If you answered "YES" to Question 3 , please proceed to Question 4.

If you answered "NO" to Question 3 , please proceed to Question 5.

**QUESTION 4:** Was the negligence of defendant Michael Martinez a substantial factor in causing injury and/or death to Anthony Nuñez?

_____ YES          _____ NO

If you answered "YES" to Question 4 , proceed to Question 5.

If you answered "NO" to Question 4 , proceed to Question 10.

**QUESTION 5:** Was Anthony Nuñez negligent?

_____ YES          _____ NO

*If you answered "Yes" to question 5, proceed to Question 6.*

*If you answered "No" to question 5, proceed to Question 7.*

**QUESTION 6:** Was Anthony Nuñez's negligence a cause of his injury and/or death?

_____ YES          _____ NO

*Proceed to Question 7.*

**QUESTION 7:** What percentage of negligence that was a cause of Anthony Nuñez's

11

PROPOSED VERDICT FORM

injury and/or death do you assign to the deputy defendant, and what percentage of negligence that was a cause of Anthony Nuñez's injury and/or death do you assign to Anthony Nuñez, if any?  (Your total should equal 100%).

  Michael Martinez    _____ %

  Anthony Nuñez    _____ %

*Please proceed to Question 8.*

**<u>NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS CLAIM</u>**

**QUESTION 8:** Did Andrew Nunez suffer severe emotional distress due to the negligent conduct of defendant Michael Martinez identified by you in Question 4?

    _____ YES  _____ NO

*If you answered "Yes" to Question 8, please proceed to Question 9.*
*If you answered "No to Question 8, please proceed to Question 10.*

**QUESTION 9:** Was the conduct of defendant Michael Martinez  a substantial factor in causing Andrew Nunez severe emotional distress?

    _____ YES  _____ NO

*Proceed to Question 10.*

**<u>BANE ACT CLAIM</u>**

**QUESTION 10:**  Did plaintiffs prove that defendant Michael Martinez violated the Bane Act by using threats, coercion, intimidation or violence against Anthony Nunez to prevent him from exercising his constitutional right to be free from unreasonable

12

PROPOSED VERDICT FORM

force?

    _____ YES     _____ NO

*If you answered "YES", then proceed to Question 11 as to that deputy defendant.*

*If you answered "NO", proceed to Question 12 as to that deputy defendant.*

**QUESTION 11:** Was the defendant Michael Martinez's conduct in violating the Bane Act a substantial factor in causing harm to Anthony Nunez?

    _____ YES     _____ NO

*Please proceed to question 12.*

## FOURTEENTH AMENDMENT CLAIM

**QUESTION 12:** Did plaintiffs prove that defendant Michael Martinez acted with deliberate indifference to plaintiffs' rights to a familial relationship with the decedent, Anthony Nuñez?

    _____ YES     _____ NO

*Answer Question 13 only if you answered "YES" to Questions 2, 4 and/or 12.*

## DAMAGES

**QUESTION 13:** What are Anthony Nuñez's damages for his pre-death pain and

suffering?

$_____

*Answer Question 14 only if you answered "YES" to Questions 2, 4 and/or 12.*

**QUESTION 14:** What are Anthony Nuñez's damages for his loss of life?

$_____

*Answer Question 15 only if you answered "YES" to Questions 2, 4 and/or 12.*

<u>**QUESTION 15:**</u> What are Plaintiff Anthony Nuñez, Jr.'s wrongful death damages for the loss of his father, Anthony Nuñez?

   Past wrongful death damages $_____

   Future wrongful death damages $_____

*Answer Question 16 only if you answered "YES" to Questions 2, 4 and/or 12.*

**QUESTION 16:** What are Rosa Nuñez's wrongful death damages for the loss of her son, Anthony Nuñez?

   Past wrongful death damages $_____

   Future wrongful death damages $_____

*Answer Question 17 only if you answered "YES" to Question 9.*

**QUESTION 17:** What are Plaintiff Andrew Nuñez's damages for his emotional distress suffered as a result of his contemporaneous awareness of Anthony Nuñez's injuries and/or death?

        Andrew Nuñez's past emotional distress    $_____

        Andrew Nuñez's future emotional distress    $_____

*Please sign and return this verdict form.*

Signed: _____  Dated: _____

        Jury Foreperson