**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Benjamin S. Levine (SBN 342060)
blevine@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California, 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

**CARRILLO LAW FIRM, LLP**
Luis A. Carrillo (SBN 70398)
Michael S. Carrillo (SBN 258878)
Dominique L. Boubion (SBN 336915)
1499 Huntington Drive, Suite 402
South Pasadena, California 91030
Tel: (626) 799-9375
Fax: (626) 799-9380

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT COURT OF CALIFORNIA

| | |
|---|---|
| ROSA NUÑEZ, individually; ANTHONY NUÑEZ, JR., individually and as successor-in-interest to Decedent, Anthony Nuñez; and, ANDREW NUÑEZ, individually,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN BERNARDINO; CITY OF HESPERIA; MICHAEL MARTINEZ; SABRINA CERVANTES; JEREMY DEBERG; JONATHAN CAMPOS; and DOES 5 through 15, inclusive,<br><br>Defendants. | Case No.: 5:22-cv-01934-SSS-SP<br><br>*Honorable Sunshine S. Sykes*<br><br>**JOINT STATEMENT OF THE CASE**<br><br>FPTC: April 4, 2025<br>Trial: April 21, 2025 |

1

JOINT STATEMENT OF THE CASE

**PLEASE TAKE NOTICE** that the Parties hereby submit the Joint Statement of the Case for the Trial of this matter.

Respectfully submitted,

DATED: April 19, 2025          LAW OFFICES OF DALE K. GALIPO

By:   /s/ Benjamin S. Levine
      Dale K. Galipo
      Benjamin S. Levine[1]
      Attorneys for Plaintiffs

DATED: April 19, 2025          WESIERSKI & ZUREK LLP

By   /s/ Abe G. Salen
     CHRISTOPHER P. WESIERSKI
     ABE G. SALEN
     Attorneys for Defendants, COUNTY OF SAN BERNARDINO, CITY OF HESPERIA, MICHAEL MARTINEZ, SABRINA CERVANTES and JEREMY DEBERG

---

[1] Pursuant to Local Rule 5-4.3.4, as the filer of this document, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

# STATEMENT OF THE CASE

This case arises out of the fatal shooting of Anthony Nuñez that took place in the City of Hesperia on March 29, 2022, when deputies responded to a 9-1-1 call.

The Plaintiffs are Anthony Nuñez, Jr., who is the son of Anthony Nuñez, the decedent; Rosa Nuñez, who is the mother of the decedent; and Andrew Nuñez, who is the brother of the decedent. Plaintiffs claim that Michael Martinez used excessive and unreasonable force against Anthony Nuñez and was negligent when he shot Anthony Nuñez. Plaintiffs seek damages as permitted by law.

The defendants are Michael Martinez and the County of San Bernardino. The defendants deny Plaintiffs' claims and contend that the use of deadly force against decedent Anthony Nuñez was reasonable under the totality of the circumstances.