# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA NUÑEZ, individually; ANTHONY NUÑEZ, JR., individually and as successor-in-interest to Decedent, Anthony Nuñez; and ANDREW NUÑEZ, individually,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN BERNARDINO; CITY OF HESPERIA; MICHAEL MARTINEZ; SABRINA CERVANTES; JEREMY DEBERG; JONATHAN CAMPOS; and DOES 5 through 15, inclusive,<br><br>Defendants. | Case No. 5:22-cv-01934-SSS-SPx<br><br>**ORDER RE: STIPULATION TO DISMISS CERTAIN CLAIMS AND TO DISMISS DEFENDANTS SABRINA CERVANTES, JEREMY DEBERG, AND CITY OF HESPERIA ONLY, WITH PREJUDICE, PURSUANT TO FRCP 41(a)(2)** |

# ORDER

Pursuant to the parties' Stipulation to Dismiss Defendants Sabrina Cervantes, Jeremy Deberg, and City of Hesperia Only, with Prejudice, Pursuant to FRCP 41(a)(2), and GOOD CAUSE appearing therefore, IT IS HEREBY ORDERED that:

1. Defendants Sabrina Cervantes, Jeremy Deberg, and City of Hesperia, and all of Plaintiffs' claims as against Defendants Sabrina Cervantes, Jeremy Deberg, and City of Hesperia only, are dismissed from the above-titled action, with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2). Plaintiffs and Defendants Sabrina Cervantes, Jeremy Deberg, and City of Hesperia shall each bear their own costs and fees as to Plaintiffs' claims as against Defendants Sabrina Cervantes, Jeremy Deberg, and City of Hesperia. Sabrina Cervantes and Jeremy Deberg shall appear voluntarily for the trial in the above-titled action without subpoena.

2. Plaintiffs' claims for Fourth Amendment, Denial of Medical Care (Count 2); Municipal Liability, Unconstitutional Custom or Policy (Count 4); and Municipal Liability, Failure to Train (Count 5) only, are dismissed from the above-titled action as to all Defendants, with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2). Plaintiffs and Defendants shall each bear their own costs and fees as to the claims identified in this paragraph.

3. The remaining named defendants in the above-titled action, and in the trial thereof, will be Michael Martinez and the County of San Bernardino.

**IT IS SO ORDERED**.

Dated: April 21, 2025

_____
Sunshine S. Sykes
U.S. District Judge