Christopher P. Wesierski [Bar No. 086736]
  cwesierski@wzllp.com
Abe G. Salen [Bar No. 182366]
  asalen@wzllp.com
WESIERSKI & ZUREK LLP
29 Orchard Road
Lake Forest, California 92630
Telephone: (949) 975-1000
Facsimile: (949) 756-0517

Attorneys for Defendants,
COUNTY OF SAN BERNARDINO,
CITY OF HESPERIA, MICHAEL
MARTINEZ, SABRINA CERVANTES
and JEREMY DEBERG

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ROSA NUNEZ, individually and as successor-in-interest to Decedent, Anthony Nunez; ANTHONY NUNEZ, JR., individually and as successor-in-interest to Decedent, Anthony Nunez; and, ANDREW NUNEZ, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SAN BERNARDINO; CITY OF HESPERIA; MICHAEL MARTINEZ; SABRINA CERVANTES; JEREMY DEBERG; JONATHAN CAMPOS; and DOES 5 through 15, inclusive,<br><br>Defendants. | Case No. 5:22-cv-1934-SSS(SPx)<br><br>**NOTICE OF LODGING DEPOSITION TRANSCRIPTS**<br><br>Trial Date:     09/23/2024 |

**TO ALL PARTIES TO THEIR ATTORNEYS OF RECORD HEREIN:**

PLEASE TAKE NOTICE THAT Defendants, COUNTY OF SAN BERNADINO, CITY OF HESPERIA, MICHAEL MARTINEZ, SABRINA CERVANTES, and JEREMY DEBERG (hereinafter "Defendants"), hereby provide

notice of lodging of the following deposition transcripts with the Court for use at trial:

1. Deposition Transcript of Rosa Nunez.
2. Deposition Transcript of Michael Martinez.
3. Deposition Transcript of Corey LaFever.
4. Deposition Transcript of Anthony Nunez Jr.
5. Deposition Transcript of Andrew Nunez.
6. Deposition Transcript of Jeremy Deberg.
7. Deposition Transcript of Sabrina Cervantes.
8. Deposition Transcript of Brenda Lopez.
9. Deposition Transcript of Noelia Benitez.
10. Deposition Transcript of Luz Elena Ramos (Lucy).
11. Deposition Transcript of Melissa Carpenter.
12. Deposition Transcript of Jonathan Campos.

DATED: April 22, 2025

WESIERSKI & ZUREK LLP

By: /s/ Abe G. Salen
ABE G. SALEN
Attorneys for Defendants, COUNTY OF SAN BERNARDINO, CITY OF HESPERIA, MICHAEL MARTINEZ, SABRINA CERVANTES and JEREMY DEBERG