# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - TRIAL

| | | | |
|---|---|---|---|
| Case No. | 5:22-cv-01934-SSS-SPx | Date | April 22, 2025 |
| Title: | Rosa Nunez et al v. County of San Bernardino et al | | |

Present: The Honorable     Sunshine Suzanne Sykes, U.S. District Judge

| Irene Vazquez | Myra Ponce |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Dale K. Galipo; Benjamin Stamler Levine; Dominique Leah Boubion; Michael S. Carrillo | Abe Gordon Salen; Christopher P. Wesierski |

_____ Day Court Trial     **2nd**     Day Jury Trial

_____ One day trial:  _____ Begun (1st day);  **X** Held & Continued;  _____ Completed by jury verdict/submitted to court.

_____ The Jury is impaneled and sworn.

_____ Opening statements made by _____

✓ Witnesses called, sworn and testified.     ✓ Exhibits Identified     ✓ Exhibits admitted.

_____ Plaintiff(s) rest.     _____ Defendant(s) rest.

_____ Closing arguments made by     _____ plaintiff(s)     _____ defendant(s).     _____ Court instructs jury.

_____ Bailiff(s) sworn.     _____ Jury retires to deliberate.     _____ Jury resumes deliberations.

_____ Jury Verdict in favor of     _____ plaintiff(s)     _____ defendant(s) is read and filed.

_____ Jury polled.     _____ Polling waived.

_____ Filed Witness & Exhibit Lists     _____ Filed jury notes.     _____ Filed jury instructions.

_____ Judgment by Court for _____     _____ plaintiff(s)     _____ defendant(s).

_____ Findings, Conclusions of Law & Judgment to be prepared by     _____ plaintiff(s)     _____ defendant(s).

_____ Case submitted.     _____ Briefs to be filed by _____

_____ Motion to dismiss by _____ is  _____ granted.  _____ denied.  _____ submitted.

_____ Motion for mistrial by _____ is  _____ granted.  _____ denied.  _____ submitted.

_____ Motion for Judgment/Directed Verdict by _____ is  _____ granted.  _____ denied.  _____ submitted.

_____ Settlement reached and placed on the record.

_____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.

_____ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.

_____ Trial subpoenaed documents returned to subpoenaing party.

✓ Case continued to     Wednesday, April 23, 2025, at 9:00 a.m.     for further trial/further jury deliberation.

✓ Other: Court addresses exhibits 3, 332, 4A, and subpoenaed records.  Counsel are directed to be presented at 8:00 a.m.

|  | 5 | : | 20 |
|---|---|---|---|
| Initials of Deputy Clerk | | iv | |

cc: