# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - TRIAL

| | | | |
|---|---|---|---|
| Case No. | 5:22-cv-01934-SSS-SPx | Date | April 24, 2025 |
| Title: | Rosa Nunez et al v. County of San Bernardino et al | | |

Present: The Honorable   Sunshine Suzanne Sykes, U.S. District Judge

| Irene Vazquez | Myra Ponce |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Dale K. Galipo; Benjamin Stamler Levine; Dominique Leah Boubion; Michael S. Carrillo | Abe Gordon Salen; Christopher P. Wesierski |

Day Court Trial ___ 4th ___ Day Jury Trial

___ One day trial: ___ Begun (1st day); _X_ Held & Continued; ___ Completed by jury verdict/submitted to court.

___ The Jury is impaneled and sworn.

___ Opening statements made by _____

✓ Witnesses called, sworn and testified.    ✓ Exhibits Identified    ✓ Exhibits admitted.

✓ Plaintiff(s) rest.    ___ Defendant(s) rest.

___ Closing arguments made by    ___ plaintiff(s).    ___ defendant(s).    ___ Court instructs jury.

___ Bailiff(s) sworn.    ___ Jury retires to deliberate.    ___ Jury resumes deliberations.

___ Jury Verdict in favor of    ___ plaintiff(s)    ___ defendant(s) is read and filed.

___ Jury polled.    ___ Polling waived.

___ Filed Witness & Exhibit Lists    ___ Filed jury notes.    ___ Filed jury instructions.

___ Judgment by Court for _____    ___ plaintiff(s)    ___ defendant(s).

___ Findings, Conclusions of Law & Judgment to be prepared by    ___ plaintiff(s)    ___ defendant(s).

___ Case submitted.    ___ Briefs to be filed by _____

___ Motion to dismiss by _____ is ___ granted. ___ denied. ___ submitted.

___ Motion for mistrial by _____ is ___ granted. ___ denied. ___ submitted.

___ Motion for Judgment/Directed Verdict by _____ is ___ granted. ___ denied. ___ submitted.

___ Settlement reached and placed on the record.

___ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.

___ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.

___ Trial subpoenaed documents returned to subpoenaing party.

✓ Case continued to    Monday, April 28, 2025, at 9:00 a.m.    for further trial/further jury deliberation.

✓ Other: Jury Instructions and Verdict Form discussed. Counsel are directed to be present at 8:00 a.m. on Monday.

5 : 04

Initials of Deputy Clerk    iv

cc: