**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Benjamin S. Levine (SBN 342060)
blevine@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California, 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

**CARRILLO LAW FIRM, LLP**
Luis A. Carrillo (SBN 70398)
Michael S. Carrillo (SBN 258878)
Dominique L. Boubion (SBN 336915)
1499 Huntington Drive, Suite 402
South Pasadena, California 91030
Tel: (626) 799-9375
Fax: (626) 799-9380

*Attorneys for Plaintiffs*

Christopher P. Wesierski [Bar No. 086736]
  cwesierski@wzllp.com
Abe G. Salen [Bar No. 182366]
  asalen@wzllp.com
WESIERSKI & ZUREK LLP
29 Orchard Road
Lake Forest, California 92630
Telephone: (949) 975-1000
Facsimile: (949) 756-0517

Attorneys for Defendants, COUNTY OF SAN BERNARDINO, CITY OF HESPERIA MICHAEL MARTINEZ, SABRINA CERVANTES and JEREMY DEBERG

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT COURT OF CALIFORNIA

| | |
|---|---|
| ROSA NUÑEZ, individually; ANTHONY NUÑEZ, JR., individually and as successor-in-interest to Decedent, Anthony Nuñez; and, ANDREW NUÑEZ, individually,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN BERNARDINO; CITY OF HESPERIA; MICHAEL MARTINEZ; SABRINA CERVANTES; JEREMY DEBERG; JONATHAN CAMPOS; and DOES 5 through 15, inclusive,<br><br>Defendants. | Case No.: 5:22-cv-01934-SSS-SP<br><br>*Honorable Sunshine S. Sykes*<br>*Hon. Mag. Judge Sheri Pym*<br><br>**PROPOSED JOINT SPECIAL VERDICT FORM**<br><br>FPTC: April 4, 2025<br>Trial:  April 21, 2025 |

1

**PLEASE TAKE NOTICE** that the Parties hereby submit their [Proposed] Joint Special Verdict Form for the Trial of this matter.

Respectfully submitted,

DATED: April 26, 2025         LAW OFFICES OF DALE K. GALIPO

By:    /s/ Benjamin S. Levine
       Dale K. Galipo
       Benjamin S. Levine[1]
       Attorneys for Plaintiffs

DATED: April 26, 2025         WESIERSKI & ZUREK LLP

By    /s/ Abe G. Salen
       CHRISTOPHER P. WESIERSKI
       ABE G. SALEN
       Attorneys for Defendants, COUNTY OF SAN BERNARDINO, CITY OF HESPERIA, MICHAEL MARTINEZ, SABRINA CERVANTES and JEREMY DEBERG

---

[1] Pursuant to Local Rule 5-4.3.4, as the filer of this document, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

2

# SPECIAL VERDICT FORM

We the jury in the above-entitled case find as follows:

## EXCESSIVE FORCE AND BATTERY CLAIM

**QUESTION 1:** Did the defendant Michael Martinez use excessive or unreasonable force against Anthony Nuñez?

_____ YES        _____ NO

*If you answered "Yes" to Question 1, please proceed to Question 2.*
*If you answered "No" to Question 1, please proceed to Question 3.*

**QUESTION 2:** Was the use of excessive or unreasonable force by the defendant Michael Martinez a substantial factor in causing harm, damage, injury, loss, and/or death to Anthony Nuñez?

_____ YES        _____ NO

*Please proceed to the next Question.*

3

# NEGLIGENCE CLAIM

**QUESTION 3:** Was the defendant Michael Martinez negligent toward Anthony Nuñez?

_____ YES        _____ NO

*If you answered "Yes" to Question 3, please proceed to Question 4.*
*If you answered "No" to Question 3, please proceed to Question 9.*

**QUESTION 4:** Was the negligence of the defendant Michael Martinez a substantial factor in causing harm, damage, injury, loss, and/or death to Anthony Nuñez?

_____ YES        _____ NO

*If you answered "Yes" to Question 4, please proceed to Question 5.*
*If you answered "No" to Question 4, please proceed to Question 8.*

**QUESTION 5:** Was Anthony Nuñez negligent?

_____ YES        _____ NO

*If you answered "Yes" to Question 5, please proceed to Question 6.*
*If you answered "No" to Question 5, please proceed to Question 8.*

**4**

**QUESTION 6:** Was Anthony Nuñez's negligence a substantial factor in causing his harm, damage, injury, loss, and/or death?

_____ YES        _____ NO

*If you answered "Yes" to Question 6, please proceed to Question 7.*
*If you answered "No" to Question 6, please proceed to Question 8.*

**QUESTION 7:** What percentage of negligence that was a cause of Anthony Nuñez's injury and/or death do you assign to the defendant Michael Martinez, and what percentage of negligence that was a cause of Anthony Nuñez's injury and/or death do you assign to Anthony Nuñez, if any?  (Your total should equal 100%).

    Michael Martinez               _____ %

    Anthony Nuñez                  _____ %

*Please proceed to the next Question.*

**QUESTION 8:** Was the negligence of the defendant Michael Martinez a substantial factor in causing Plaintiff Andrew Nuñez to suffer serious emotional distress?

_____ YES        _____ NO

*Please proceed to the next Question.*

5

## BANE ACT CLAIM

**QUESTION 9:** Did defendant Michael Martinez violate the Bane Act by using excessive force against Anthony Nuñez?

_____ YES         _____ NO

*If you answered "Yes" to Question 9, please proceed to Question 10.*
*If you answered "No" to Question 9, please proceed to Question 11.*

**QUESTION 10:** Was the Defendant Michael Martinez's conduct in violating the Bane Act a substantial factor in causing Anthony Nuñez's harm, damage, injury, loss, and/or death?

_____ YES         _____ NO

*Please proceed to the next Question.*

## FOURTEENTH AMENDMENT CLAIM

**QUESTION 11:** Did the defendant Michael Martinez act with deliberate indifference to Plaintiffs' rights to a familial relationship with the decedent, Anthony Nuñez?

_____ YES         _____ NO

*Answer Question 12 only if you answered "Yes" to Questions 2, 4, and/or 10.*

# DAMAGES

**QUESTION 12:** What are Anthony Nuñez's damages for his pre-death pain and suffering?

$_____

*Answer Question 13 only if you answered "Yes" to Question 2.*

**QUESTION 13:** What are Anthony Nuñez's damages for his loss of life?

$_____

*Answer Question 14 only if you answered "Yes" to Questions 2, 4, and/or 11.*

**QUESTION 14:** What are Plaintiff Anthony Nuñez, Jr.'s wrongful death damages for the loss of his father, Anthony Nuñez?

    Past wrongful death damages    $_____

    Future wrongful death damages    $_____

*Answer Question 15 only if you answered "Yes" to Question 11.*

**QUESTION 15:** What are Plaintiff Rosa Nuñez's wrongful death damages for the loss of her son, Anthony Nuñez?

                Past wrongful death damages     $_____

                Future wrongful death damages    $_____

*Answer Question 16 only if you answered "Yes" to Question 8.*

**QUESTION 16:** What are Plaintiff Andrew Nuñez's damages for his emotional distress suffered as a result of his contemporaneous awareness of Anthony Nuñez's injuries and/or death?

                Andrew Nuñez's past emotional distress    $_____

                Andrew Nuñez's future emotional distress  $_____

*Please sign and return this verdict form.*

Signed: _____ Dated: _____

      Jury Foreperson