# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - TRIAL

| | |
|---|---|
| Case No. | 5:22-cv-01934-SSS-SPx |
| Date | April 28, 2025 |
| Title: | Rosa Nunez et al v. County of San Bernardino et al |

Present: The Honorable Sunshine Suzanne Sykes, U.S. District Judge

| Irene Vazquez | Myra Ponce |
|---|---|
| Deputy Clerk | Court Reporter/Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Dale K. Galipo; Benjamin Stamler Levine; Dominique Leah Boubion; Michael S. Carrillo | Abe Gordon Salen; Christopher P. Wesierski |

___ Day Court Trial     5th Day Jury Trial

___ One day trial:     ___ Begun (1st day);     X Held & Continued;     ___ Completed by jury verdict/submitted to court.

___ The Jury is impaneled and sworn.
___ Opening statements made by _____
✓ Witnesses called, sworn and testified.     ✓ Exhibits Identified     ✓ Exhibits admitted.
___ Plaintiff(s) rest.     ✓ Defendant(s) rest.
___ Closing arguments made by     ___ plaintiff(s)     ___ defendant(s).     ___ Court instructs jury.
___ Bailiff(s) sworn.     ___ Jury retires to deliberate.     ___ Jury resumes deliberations.
___ Jury Verdict in favor of     ___ plaintiff(s)     ___ defendant(s) is read and filed.
___ Jury polled.     ___ Polling waived.
___ Filed Witness & Exhibit Lists     ___ Filed jury notes.     ___ Filed jury instructions.
___ Judgment by Court for     ___ plaintiff(s)     ___ defendant(s).
___ Findings, Conclusions of Law & Judgment to be prepared by     ___ plaintiff(s)     ___ defendant(s).
___ Case submitted.     ___ Briefs to be filed by _____
___ Motion to dismiss by _____ is     ___ granted.     ___ denied.     ___ submitted.
___ Motion for mistrial by _____ is     ___ granted.     ___ denied.     ___ submitted.
___ Motion for Judgment/Directed Verdict by _____ is     ___ granted.     ___ denied.     ___ submitted.
___ Settlement reached and placed on the record.
✓ Clerk verified admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings (went over list).
✓ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
___ Trial subpoenaed documents returned to subpoenaing party.
✓ Case continued to Tuesday, April 29, 2025, at 9:00 a.m. for further trial/further jury deliberation.
✓ Other: Counsel are directed to be present at 8:00 a.m. on Monday.

5 : 43

Initials of Deputy Clerk     iv

cc: