# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | 5:22-cv-01934-SSS-SPx |
| Title: | Rosa Nunez et al v. County of San Bernardino et al |
| Date | April 29, 2025 |

Present: The Honorable **Sunshine Suzanne Sykes, U.S. District Judge**

| Irene Vazquez | Myra Ponce |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Dale K. Galipo; Benjamin Stamler Levine; Dominique Leah Boubion; Michael S. Carrillo | Abe Gordon Salen; Christopher P. Wesierski |

___ Day Court Trial   6th Day Jury Trial

___ One day trial:   ___ Begun (1st day);   **X** Held & Continued;   ___ Completed by jury verdict/submitted to court.

- [ ] The Jury is impaneled and sworn.
- [ ] Opening statements made by _____
- [ ] Witnesses called, sworn and testified.   [ ] Exhibits Identified   [ ] Exhibits admitted.
- [ ] Plaintiff(s) rest.   [ ] Defendant(s) rest.
- [✓] Closing arguments made by   [✓] plaintiff(s)   [✓] defendant(s).   [✓] Court instructs jury.
- [✓] Bailiff(s) sworn.   [✓] Jury retires to deliberate.   [ ] Jury resumes deliberations.
- [ ] Jury Verdict in favor of   [ ] plaintiff(s)   [ ] defendant(s) is read and filed.
- [ ] Jury polled.   [ ] Polling waived.
- [ ] Filed Witness & Exhibit Lists   [ ] Filed jury notes.   [ ] Filed jury instructions.
- [ ] Judgment by Court for   [ ] plaintiff(s)   [ ] defendant(s).
- [ ] Findings, Conclusions of Law & Judgment to be prepared by   [ ] plaintiff(s)   [ ] defendant(s).
- [ ] Case submitted.   Briefs to be filed by _____
- [ ] Motion to dismiss by _____ is ___ granted. ___ denied. ___ submitted.
- [ ] Motion for mistrial by _____ is ___ granted. ___ denied. ___ submitted.
- [ ] Motion for Judgment/Directed Verdict by _____ is ___ granted. ___ denied. ___ submitted.
- [ ] Settlement reached and placed on the record.
- [ ] Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
- [ ] Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
- [ ] Trial subpoenaed documents returned to subpoenaing party.
- [✓] Case continued to **Wednesday, April 30, 2025, at 9:00 a.m.** for further trial/further jury deliberation.
- [✓] Other: As instructed by Judge, CRD pulled verified/admitted exhibits for deliberation purposes.

                                                                                      3 : 12

Initials of Deputy Clerk   iv

cc: