# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - TRIAL

| | |
|---|---|
| Case No. | 5:22-cv-01934-SSS-SPx |
| Date | April 30, 2025 |
| Title: | Rosa Nunez et al v. County of San Bernardino et al |

Present: The Honorable **Sunshine Suzanne Sykes, U.S. District Judge**

| Irene Vazquez | Myra Ponce |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Dale K. Galipo; Benjamin Stamler Levine; Dominique Leah Boubion; Michael S. Carrillo | Abe Gordon Salen; Christopher P. Wesierski |

_____ Day Court Trial     7th Day Jury Trial

_____ One day trial:   _____ Begun (1st day);   **X** Held & Continued;   _____ Completed by jury verdict/submitted to court.

_____ The Jury is impaneled and sworn.

_____ Opening statements made by _____

_____ Witnesses called, sworn and testified.   _____ Exhibits Identified   _____ Exhibits admitted.

_____ Plaintiff(s) rest.   _____ Defendant(s) rest.

_____ Closing arguments made by   _____ plaintiff(s)   _____ defendant(s).   _____ Court instructs jury.

**✓** Bailiff(s) sworn.   _____ Jury retires to deliberate.   **✓** Jury resumes deliberations.

_____ Jury Verdict in favor of   _____ plaintiff(s)   _____ defendant(s) is read and filed.

_____ Jury polled.   _____ Polling waived.

_____ Filed Witness & Exhibit Lists   _____ Filed jury notes.   _____ Filed jury instructions.

_____ Judgment by Court for   _____ plaintiff(s)   _____ defendant(s).

_____ Findings, Conclusions of Law & Judgment to be prepared by   _____ plaintiff(s)   _____ defendant(s).

_____ Case submitted.   Briefs to be filed by _____

_____ Motion to dismiss by _____ is _____ granted.   _____ denied.   _____ submitted.

_____ Motion for mistrial by _____ is _____ granted.   _____ denied.   _____ submitted.

_____ Motion for Judgment/Directed Verdict by _____ is _____ granted.   _____ denied.   _____ submitted.

_____ Settlement reached and placed on the record.

_____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.

_____ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.

_____ Trial subpoenaed documents returned to subpoenaing party.

**✓** Case continued to   Thursday, May 1, 2025, at 9:00 a.m.   for further trial/further jury deliberation.

**✓** Other: Parties stipulate to read-back of testimony to be done outside of presence of counsel/Court. Counsel to arrive by 8:00 a.m. to address disputes, if any.

00 : 44

Initials of Deputy Clerk   iv

cc: