# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | 5:22-cv-01934-SSS-SPx |
| Date | May 1, 2025 |
| Title: | Rosa Nunez et al v. County of San Bernardino et al |

**Present: The Honorable** Sunshine Suzanne Sykes, U.S. District Judge

| Irene Vazquez | Myra Ponce |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Dale K. Galipo; Benjamin Stamler Levine; Dominique Leah Boubion; Michael S. Carrillo | Abe Gordon Salen; Christopher P. Wesierski |

___ Day Court Trial     8th Day Jury Trial

___ One day trial:   ___ Begun (1st day);   ___ Held & Continued;   **X** Completed by jury verdict/submitted to court.

___ The Jury is impaneled and sworn.
___ Opening statements made by _____
___ Witnesses called, sworn and testified.   ___ Exhibits Identified   ___ Exhibits admitted.
___ Plaintiff(s) rest.   ___ Defendant(s) rest.
___ Closing arguments made by   ___ plaintiff(s)   ___ defendant(s).   ___ Court instructs jury.
___ Bailiff(s) sworn.   ___ Jury retires to deliberate.   ✓ Jury resumes deliberations.
✓ Jury Verdict in favor of   ___ plaintiff(s)   ✓ defendant(s) is read and filed.
✓ Jury polled.   ___ Polling waived.
✓ Filed Witness & Exhibit Lists   ✓ Filed jury notes.   ✓ Filed jury instructions.
___ Judgment by Court for   ___ plaintiff(s)   ___ defendant(s).
✓ Findings, Conclusions of Law & Judgment to be prepared by   ___ plaintiff(s)   ✓ defendant(s).
___ Case submitted.   Briefs to be filed by _____
___ Motion to dismiss by _____ is ___ granted. ___ denied. ___ submitted.
___ Motion for mistrial by _____ is ___ granted. ___ denied. ___ submitted.
___ Motion for Judgment/Directed Verdict by _____ is ___ granted. ___ denied. ___ submitted.
___ Settlement reached and placed on the record.
___ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
✓ ~~Counsel stipulate to the return of exhibits upon the conclusion of trial.~~ Exhibit Release Form filed.
✓ Trial subpoenaed documents returned to subpoenaing party previously on April 23, 2025.
___ Case continued to _____ for further trial/further jury deliberation.
✓ Other: Defendants to prepare and lodge proposed Judgment on or before May 9, 2025.

00 : 47

Initials of Deputy Clerk   iv

cc: