NAME & ADDRESS:

FILED
CLERK, U.S. DISTRICT COURT
5/1/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: ___IV___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Rosa Nunez, et al, | PLAINTIFF(S) | CASE NUMBER: 5:22-cv-01934-SSS-SPx |
| v. | | |
| County of San Bernardino, et al, | DEFENDANT(S) | RECEIPT FOR RELEASE OF EXHIBITS TO COUNSEL UPON VERDICT / JUDGMENT AT TRIAL / AFTER HEARING |

Pursuant to stipulation of counsel in this action and/or by Order of this Court, all exhibits listed on the **joint** exhibit list are hereby being returned to counsel for the respective party(ies) **except** the following exhibit(s)

The undersigned counsel hereby declare that these exhibits shall be retained in counsel's custody in a secure place; not be altered; and will not be destroyed until after the time for an appeal of the verdict or judgment has expired or until such time as all pending appeal(s) have been completed and decision(s) rendered. Counsel further agree that such exhibits shall be returned to this Court upon request by the Court and within seventy-two (72) hours notice thereof.

April 28, 2025
Date

Benjamin Levine
Counsel for: ☒Plaintiff ☐Defendant ☐ Rosa Nunez, et al.

Signature                (310) 591-7253
                         Telephone Number

April 28, 2025
Date

Abe G Salen
Counsel for: ☐Plaintiff ☒Defendant ☐ Co. of San Bernardino, et al.

Signature                949-975-1000
                         Telephone Number

I hereby certify that the above-mentioned exhibits where returned to counsel as indicated above this date.

Clerk, U.S. District Court

May 1, 2025
Date

By _____Cimi Vazquez_____
                 Deputy Clerk

G-38 (08/16)   RECEIPT FOR RELEASE OF EXHIBITS TO COUNSEL UPON VERDICT JUDGMENT AT TRIAL / AFTER HEARING