## LIST OF EXHIBITS AND WITNESSES

| Case Number | 5:22-cv-01934-SSS-SPx | Title | Rosa Nunez et al v. County of San Bernardino et al |
|---|---|---|---|

| Judge | Sunshine Suzanne Sykes, U.S. District Judge |
|---|---|

**FILED**
**CLERK, U.S. DISTRICT COURT**

**5/1/2025**

**CENTRAL DISTRICT OF CALIFORNIA**
BY: _____IV_____ DEPUTY

| Dates of Trial or Hearing | 4/21/25 - 4/24/25; 4/28/25 - 5/1/25 |
|---|---|
| Court Reporters or Tape No. | Myra Ponce |
| Deputy Clerks | Irene Vazquez |

| Attorney(s) for Plaintiff(s) / Petitioner(s) | Attorney(s) for Defendant(s) / Respondent(s) |
|---|---|
| Dale K. Galipo; Benjamin Stamler Levine; | Christopher P. Wesierski; Abe Gordon Salen |
| Dominique Leah Boubion; Michael S. Carrillo | |
| | |
| | |
| | |

| Plaintiff(s) or Petitioner(s) | | | Defendant(s) or Respondent(s) | | | EXHIBIT DESCRIPTION / WITNESS | Called By |
|---|---|---|---|---|---|---|---|
| Ex. No. | Id. | Ev. | Ex. No. | Id. | Ev | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | SEE ATTACHED LISTS | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Benjamin S. Levine (SBN 342060)
blevine@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333
Fax: (818) 347-4118

**CARRILLO LAW FIRM, LLP**
Luis A. Carrillo (SBN 70398)
Michael S. Carrillo (SBN 258878)
Dominique L. Boubion (SBN 336915)
1499 Huntington Drive, Suite 402
South Pasadena, California 91030
Tel: (626) 799-9375
Fax: (626) 799-9380

Attorneys for Plaintiffs

Christopher P. Wesierski [Bar No. 086736]
  cwesierski@wzllp.com
Abe G. Salen [Bar No. 182366]
  asalen@wzllp.com
WESIERSKI & ZUREK LLP
29 Orchard Road
Lake Forest, California 92630
Telephone: (949) 975-1000
Facsimile: (949) 756-0517

Attorneys for Defendants, COUNTY OF SAN BERNARDINO, CITY OF HESPERIA MICHAEL MARTINEZ, SABRINA CERVANTES and JEREMY DEBERG

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA NUÑEZ, individually and as successor-in-interest to Decedent, Anthony Nuñez; ANTHONY NUÑEZ, JR., individually and as successor-in-interest to Decedent, Anthony Nuñez; and, ANDREW NUÑEZ, individually,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN BERNARDINO; CITY OF HESPERIA; MICHAEL MARTINEZ, SABRINA CERVANTES, JEREMY DEBERG; and DOES 5 through 15, inclusive.<br><br>Defendants. | Case No.: 5:22-cv-01934-SSS-SPx<br><br>*Honorable Sunshine Suzanne Sykes Magistrate Judge, Sheri Pym*<br><br>**JOINT WITNESS LIST** |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**TO THE HONORABLE COURT:**

The parties, by and through their attorneys of record, hereby serve the following list of witnesses which they may call during trial. The parties reserve the right to supplement and/or amend this list.

DATED:  April 16, 2025

LAW OFFICES OF DALE K. GALIPO

By:      _/s/ Benjamin S. Levine_
DALE K. GALIPO
BENJAMIN S. LEVINE[1]
_Attorneys for Plaintiffs_

DATED:  April 16, 2025

WESIERSKI & ZUREK LLP

By      _/s/ Abe G. Salen_
CHRISTOPHER P. WESIERSKI
ABE G. SALEN
Attorneys for Defendants, COUNTY OF SAN BERNARDINO, CITY OF HESPERIA, MICHAEL MARTINEZ, SABRINA CERVANTES and JEREMY DEBERG

---

[1] Pursuant to Local Rule 5-4.3.4, as the filer of this document, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

| Witness's Name, Phone Number, Address | Summary of Testimony / Why Testimony Unique | Party Calling | Dates of Testimony |
|---|---|---|---|
| Michael Martinez | Michael Martinez is a named defendant and was a San Bernardino County Sheriff's Department ("SBCSD") deputy that used lethal force against decedent. Defendant Martinez fired his service weapon. He will testify as to: his observations and involvement in the incident, including the force he used against decedent; information known to him at the time he used force; SBCSD policies, customs, and practices; and his SBCSD training. | P, D | 4/22/2025 |
| Jeremy Deberg | Jeremy Deberg is a named defendant and was one of the SBCSD deputies that used less-lethal force against decedent. Defendant Deberg fired a 40mm round launcher. He will testify as to: his observations and involvement in the incident, including the force he used against decedent; information known to him at the time he used force; SBCSD policies, customs, and practices; and his SBCSD training. | P, D | 4/23/2025 |
| Sabrina Cervantes | Sabrina Cervantes is a named defendant and was a SBCSD deputy that used less-lethal force against decedent. Defendant Cervantes fired bean bag rounds. She will testify as to: her observations and involvement in the incident, including the force she used against decedent; information known to her at the time she used force; SBCSD policies, customs, and practices; and her SBCSD training. | P, D | 4/22/2025 |
| Jonathan Campos | Jonathan Campos was a SBCSD deputy that used less-lethal force against decedent. He was on scene during the incident and deployed his taser. He will testify as to: his observations and involvement in the incident, including the force he used against decedent; information known to him at the time he used force; SBCSD policies, customs, and practices; and his SBCSD training. | P, D | 4/23/2025 |
| Rosa Nuñez | Rosa Nuñez is a Plaintiff in this matter, and will testify about her claims against Defendants as well as her alleged injuries. | P, D | 4/24/25 |

JOINT WITNESS LIST

| Andrew Nuñez | Andrew Nuñez is a Plaintiff in this matter, and will testify about his observations of the incident, his claims against Defendants, and his alleged injuries. | P, D | 4/24/25 |
|---|---|---|---|
| Anthony Nuñez Jr. | Anthony Nuñez Jr. is a Plaintiff in this matter this matter, and will testify about his claims against Defendants as well as his alleged injuries. | P, D | 4/24/25 |
| Lucy Ramos<br><br>8970 9th Ave, Hesperia, CA 92345 | Lucy Ramos is a percipient witness (next door neighbor) and will testify about her perception of the events that occurred. | P | 4/24/25 |
| Scott DeFoe | Mr. DeFoe is Plaintiffs' police practices expert and will testify regarding his opinions, contained in the FRCP 26 report. Additionally, Mr. DeFoe will offer testimony in his areas of expertise in policing, including, but not limited to: police use of force; pursuits; de-escalation; training; police operations; criminal investigations; civil rights violations and investigations; internal/administrative investigations; police discipline; and police policies and procedures. | P | 4/23/25 |
| Scott Luzi, M.D.<br><br>175 South Lena Road, San Bernardino, CA 92415-0037<br><br>(909) 387-2978 | Dr. Luzi is a forensic pathologist with the San Bernardino County Coroner's Office and performed the autopsy of decedent. Dr. Luzi is expected to testify as to: the nature of the injuries decedent sustained during the incident; the pain and suffering decedent may have experienced prior to death; the cause and manner of decedent's death; the findings and conclusions stated in the Autopsy Report for decedent. | P, D | 4/24/25 |
| *Jorge Arreola<br><br>8331 Caliente Road, Hesperia, CA 92345<br><br>(626) 844-4523 | Jorge Arreola is a San Bernardino County Fire Department ("SBCFD") firefighter paramedic that rendered emergency medical care to the decedent at the scene of the incident. He will testify about his perception of the decedent and the treatment the decedent received, including life-saving efforts; his observations upon arrival at the scene; decedent's presentation, level of consciousness, injuries, and triage. | P, D | |
| *Carlos Ruben | Carlos Ruben is SBCFD firefighter paramedic that rendered emergency medical | P, D | 4/23/25 |

| | | | | |
|---|---|---|---|---|
| | | care to the decedent at the scene of the incident. He will testify about his perception of the decedent and the treatment the decedent received, including life-saving efforts; his observations upon arrival at the scene; decedent's presentation, level of consciousness, injuries, and triage. | | |
| | *Maria Osuna<br><br>Victorville, CA<br><br>(951) 255-5756 | Maria Osuna is a damages witness. Decedent worked for Maria Osuna and can testify as to his employment. | P | |
| | *Stephen Higgins<br><br>17760 Alder Street, Hesperia, CA<br><br>(760) 646-3528; | Stephen Higgins is a damages witness. Decedent worked for Stephen Higgins and can testify as to his employment. | P | |
| | *Vern Higgins<br><br>17760 Alder Street, Hesperia, CA<br><br>(760) 646-3528 | Vern Higgins is a damages witness. Decedent worked for Stephen Higgins and can testify as to his employment. | P | |
| | Noelia Benitez 8990 Ninth Ave., Hesperia, CA | Will testify about the Decedent's conduct, her 9-1-1 call, and what occurred following the call.<br><br>Unique because she is an eye witness to the conduct that precipitated the 9-1-1 call, she saw the officer's initial responses, she was evacuated out of the house through a window. She also made statements to the police during the incident and following the incident. | D | |
| | Brenda Lopez 16774 Arrow Blvd., Fontana | Will testify about the Decedent's conduct on the day of the incident, the police responses, her evacuation from the home. Unique because she is an eye witness to the incident. She also provided statements to the police after the incident. | D | |
| | Corey LaFever 15840 Smoke Tree St. Hesperia, CA | Sgt. at the incident scene. Eye witness to the interactions with the Decedent. Evacuated the family from the home. Engaged with | D | 4/28/25 |

| | | | |
|---|---|---|---|
| 92345(760) 947-1500 | family members as the incident unfolded. Unique because he was communicating with family about the incident and the Decedent. | | |
| Greg Breiner* 8331 Caliente Rd., Hesperia CA 92345 (760) 947-2674 | Captain Fire Dept. Responded to the call for possible medical aid made while Decedent was still barricaded in the home. Unique because he knows when medical units were called and when arrived. | D | |
| Landon Markegard 8331 Caliente Rd., Hesperia CA 92345 (760) 947-2674 | Firefighter/EMT will testify regarding on scene response and attempt to administer lifesaving aid. Unique because he knows what lifesaving aid was given and when. | D | |
| Joseph Tambe 8331 Caliente Rd., Hesperia CA 92345 (760) 947-2674 | Firefighter/EMT will testify regarding on scene response and attempt to administer lifesaving aid. Unique because he knows what lifesaving aid was given and when. | D | |
| Mario Marroquin 8331 Caliente Rd., Hesperia CA 92345 (760) 947-2674 | EMT will testify regarding on scene response and attempt to administer lifesaving aid. Unique because he knows what lifesaving aid was given and when. | D | |
| Brandon Montate | Paramedic will testify regarding on scene response and attempt to administer lifesaving aid. Unique because he knows what lifesaving aid was given and when. | D | |
| Ed Flosi M.S., Justitia Consulting, Inc. 1519 E. Chapman Ave., #34, Fullerton, CA 92831 (408) 315-0520 | Defense Expert re: Police Practices. Will testify regarding his opinions about whether the Defendants' conduct in responding to the incident was within policy and rebut Plaintiff's police practices expert opinions. Unique because he has special skills, experience and education regarding police practices. | D | 4/28/25 |
| Erica J. Ochoa* 303 E. Vanderbilt Way, San Bernardino CA 92415-0026 | Defense non-retained expert Chief Compliance Officer/Privacy Officer Department Behavioral Health Will testify regarding Department of Behavioral Health (DBH) Community Crisis Response Team (CCRT) and Triage, Engagement and Support Teams (TEST) response protocols. Unique because she has special skills, experience and education regarding responding to calls for mental health crisis. | D | |

-6-

JOINT WITNESS LIST

| | | | |
|---|---|---|---|
| Justin Carty 15840 Smoke Tree St. Hesperia, CA 92345(760) 947-1500 | Detective – Will testify regarding crime scene investigation and documenting the incident scene, lay foundation for pictures taken. Unique because he personally documented the incident scene. | D | |
| Dave Van Norman 175 south Lena Rd., San Bernadino, CA 909-387-2978 | Deputy Coroner Instigator will testify regarding his examination of the Decedent. Unique because he examined the Decedent and documented the wounds to the body. | D | |
| Kristopher W. Graf 200 Welsh Road, Horsham, PA 19044 | NMS Labs Certifying Specialist – will testify regarding the toxicology results of the blood and vitreous fluid taken from Decedent's body. Unique because he can lay a foundation for the results. | D | |
| Jonathan Ramstad 15840 Smoke Tree St. Hesperia, CA 92345(760) 947-1500 | Detective. Will testify regarding the voluntary statement of Plaintiff Andrew Nunez, Noelia Benitez, and Brenda Lopez taken at the Hesperia Sheriff's Station. Unique because he can lay a foundation for the recorded interviews of Andrew Nunez and Noelia Benitez, and Brenda Lopez | D | |
| Malcolm Page* 15840 Smoke Tree St. Hesperia, CA 92345(760) 947-1500 | Detective. Will testify regarding the voluntary statement of Plaintiff Andrew Nunez, and Noelia Benitez taken at the Hesperia Sheriff's Station. Unique because he can lay a foundation for the recorded interviews of Andrew Nunez, and Noelia Benitez. | D | |

*Indicate with an asterisk (*) any witness(es) that will be called only if the need arises.*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Benjamin S. Levine (SBN 342060)
blevine@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California, 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

**CARRILLO LAW FIRM, LLP**
Luis A. Carrillo (SBN 70398)
Michael S. Carrillo (SBN 258878)
Dominique L. Boubion (SBN 336915)
1499 Huntington Drive, Suite 402
South Pasadena, California 91030
Tel: (626) 799-9375
Fax: (626) 799-9380

*Attorneys for Plaintiffs*

Christopher P. Wesierski [Bar No. 086736]
  cwesierski@wzllp.com
Abe G. Salen [Bar No. 182366]
  asalen@wzllp.com
WESIERSKI & ZUREK LLP
29 Orchard Road
Lake Forest, California 92630
Telephone: (949) 975-1000
Facsimile: (949) 756-0517

Attorneys for Defendants, COUNTY OF SAN BERNARDINO, CITY OF HESPERIA MICHAEL MARTINEZ, SABRINA CERVANTES and JEREMY DEBERG

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA NUÑEZ, individually; ANTHONY NUÑEZ, JR., individually and as successor-in-interest to Decedent, Anthony Nuñez; and ANDREW NUÑEZ, individually,<br><br>        Plaintiffs,<br><br>        v.<br><br>COUNTY OF SAN BERNARDINO; CITY OF HESPERIA; MICHAEL MARTINEZ; SABRINA CERVANTES; JEREMY DEBERG; JONATHAN CAMPOS; and DOES 5 through 15, inclusive,<br><br>        Defendants. | Case No. 5:22-cv-01934-SSS-SP<br><br>*Honorable Sunshine S. Sykes*<br>*Hon. Mag. Judge Sheri Pym*<br><br>**SECOND AMENDED JOINT EXHIBIT LIST**<br><br>FPTC: April 4, 2025<br>Trial:  April 21, 2025 |

| Ex. # | Description | Date Identified | Date Admitted | Objections to Authenticity and/or Admissibility & Reason for the Objection |
|---|---|---|---|---|
| | | **Plaintiffs' Exhibits** | | |
| 1. | Photographs of the Scene (SBD 1134, 1135, 1139, 1142, 1143, 1146, 1151, 1152, 1154, 1155, 1156, 1164, 1165, 1166, 1168, 1170, 1171, 1214, 1218, 1402, 1405, 1417, 1459, 1462, 1467, 1472, 1506, 1507, 1517, 1525, 1527, 1528, 1529, 1532, 1534, 1538, 1540, 1546, 1547, 1549, 1554, 1556, 1559, 1560, 1564, 1565, 1566, 1643, 1644, 1645; PLT 52, 53, 54, 55, 150) | 4/22/25: pgs. 1; 4; 6; 7; 10; 14; 17; 39; 51; 52; 53<br><br>4/23/25: pgs. 19; 23 - 26; 33; 42; 44 – 47; 50<br><br>4/28/25: pg. 30 | 4/22/25: pgs. 1; 4; 6; 7; 10; 14; 17; 39; 51; 52; 53<br><br>4/23/25: pgs. 19; 23 - 26; 33; 42; 44 – 47; 50<br><br>4/28/25: pg. 30 | Lacks Foundation. Hearsay. FRE 602, 801, 802. |
| 2. | Diagrams of the Scene (SBD 482, 609, 710, 797) | | | Lacks Foundation. Hearsay. FRE 602, 801, 802. |
| 3. | Leash (to be brought to trial) a.     Photos of leash (SBD 1496, 1497, 1498, 1499, 1501, 1648) | 4/22/25: pgs. 4; 6<br><br>Actual Chain/leash (ID only) | 4/22/25: pgs. 4; 6 | Lacks Foundation. Hearsay. FRE 602, 801, 802. |
| 4. | Relevant Portion of Audio from Deputy Michael Martinez Belt-Recording Device a.   Relevant Portion of Audio b.   Relevant Portion of Transcript for Identification Only (SBD 376-381) | 4/22/25: 4A (portions) | 4/22/25: 4A (portions) | |
| 5. | Interview of Deputy Michael Martinez a.   Audio b.   Transcript for Identification Only | 4/22/25: 5B pg. 76 | | Lacks Foundation. Hearsay. FRE 602, 801, 802. |
| 6. | Interview of Deputy Jeremy Deberg a.   Audio b.   Transcript for Identification Only | 4/23/25: 6B | | Lacks Foundation. Hearsay. FRE 602, 801, 802. |
| 7. | Interview of Deputy Sabrina Cervantes a.   Audio b.   Transcript for Identification Only | 4/22/25: 7B pg. 73 | | Lacks Foundation. Hearsay. FRE 602, 801, 802. |
| 8. | Interview of Jonathan Campos a.   Audio | | | Relevance. Lacks Foundation. Hearsay. FRE 401, 602, 801, 802. |

| | | | | | |
|---|---|---|---|---|---|
| | b.  Transcript for Identification Only | | | | |
| 9. | Relevant Portions of Autopsy Report (Identification Only) | | | | Relevance. Lacks Foundation. Hearsay. FRE 401, 602, 801, 802 Prejudicial FRE 403 |
| 10. | Photographs of Plaintiffs with Decedent (PLT 57, 60, 141) | 4/24/25: pg. 1; 2; 3 | 4/24/25: pg. 1; 2; 3 | | Relevance. Lacks Foundation. FRE 401 |
| 11. | Photographs of Decedent (SBD 867, 871, 1478, 1483, 1485, 1488, 1490, 1494, 1569, 1573, 1577, 1580, 1582, 1583, 1590, 1591, 1593, 1601, 1602, 1605, 1611, 1619, 1629; PLT 62, 63, 125, 126, 127, 129, 130, 133, 135) | 4/23/25: pg. 1; 4; 23  4/24/25: pg. 24; 26; 30 | 4/23/25: pg. 1; 4; 23  4/24/25: pg. 24; 26; 30 | | Relevance. Lacks Foundation. FRE 401 |
| 12. | Paramedic/SBCFD Run Sheets (Identification Only) | | | | Relevance. Lacks Foundation. Hearsay. FRE 401, 602, 801, 802 |
| 13. | Photo of Andrew Nuñez after incident (SBD 904) | | | | |
| 14. | Charting Photographs of Deputies (SBD 941, 963, 970, 976, 980, 997, 998, 1009, 1031, 1040, 1048, 1060) | 4/22/25: pg.1; 2; 3; 4 – 7; 10 – 12  4/23/25: pg. 8; 9 | 4/22/25: pg. 1; 2; 3; 4 – 7; 10 – 12  4/23/25: pg. 8; 9 | | |
| 15. | Placard Log (SBD 89) | | | | |
| | | | | | |

| Ex. # | Description | Date Identified | Date Admitted | Objections to Authenticity and/or Admissibility & Reason for the Objection |
|---|---|---|---|---|
| | | **Defendants' Exhibits** | | |
| 200. | 3/30/2022 Crime Report/DOJ Reporting Form NUNEZ/SBD-000006-000019 | | | Hearsay (FRE 801, 802); Not relevant (FRE 401); Probative value outweighed by prejudicial effect (FRE 403) |
| 201. | Death in Custody Reporting Form NUNEZ/SBD-000022-000022 | | | Plaintiffs' MIL No. 2; Hearsay (FRE 801, 802); Not relevant (FRE 401); Probative value outweighed by prejudicial effect (FRE 403) |
| 202. | 4/1/2022 Station Reports: Officer Corral NUNEZ/SBD-000024 | | | Plaintiffs' MIL No. 1; Hearsay (FRE 801, 802); FRE 401, 403 |
| 203. | 4/1/2022 Station Reports: Officer Stanley NUNEZ/SBD-000025 | | | Plaintiffs' MIL No. 1; Hearsay (FRE 801, 802); FRE 401, 403 |
| 204. | 4/1/2022 Station Reports: Officer McCarthy NUNEZ/SBD-000026 | | | Plaintiffs' MIL No. 1; Hearsay (FRE 801, 802); FRE 401, 403 |
| 205. | 4/14/2022 Station Reports: Officer Avila NUNEZ/SBD-000027-28 | | | Plaintiffs' MIL No. 1; Hearsay (FRE 801, 802); FRE 401, 403 |
| 206. | 4/15/2022 Station Reports: Officer Haas NUNEZ/SBD-000029-30 | | | Plaintiffs' MIL No. 1; Hearsay (FRE 801, 802); FRE 401, 403 |
| 207. | 4/18/2022 Station Reports: Officer Mondragon NUNEZ/SBD-000024 | | | Plaintiffs' MIL No. 1; Hearsay (FRE 801, 802); FRE 401, 403 |
| 208. | 4/20/2022 Station Reports: Officer Adams NUNEZ/SBD-000032-33 | | | Hearsay (FRE 801, 802); FRE 401, 403 |
| 209. | 3/29/2022 Call History NUNEZ/SBD-000035-43 | | | Hearsay (FRE 801, 802); FRE 403 |
| 210. | 3/30/2022 Notifications – Det. Ramstad NUNEZ/SBD-000045 | | | Plaintiffs' MIL No. 1; Hearsay (FRE 801, 802); FRE 401, 403 |
| 211. | 3/30/2022 Notifications – Det. Carty NUNEZ/SBD-000047 | | | Plaintiffs' MIL No. 1; Hearsay (FRE 801, 802); FRE 401, 403 |
| 212. | 3/30/2022 Notifications – Det. Sprague NUNEZ/SBD-000049 | | | Plaintiffs' MIL No. 1; Hearsay (FRE 801, 802); FRE 401, 403 |
| 213. | 3/30/2022 Notifications – Det. Cavender NUNEZ/SBD-000051 | | | Plaintiffs' MIL No. 1; Hearsay (FRE 801, 802); FRE 401, 403 |
| 214. | 3/30/2022 Notifications – Det. Page NUNEZ/SBD-000053 | | | Plaintiffs' MIL No. 1; Hearsay (FRE 801, 802); FRE 401, 403 |

| 215. | 7/11/2022 Notifications – Deputy. Sims NUNEZ/SBD-000055 | | | Plaintiffs' MIL No. 1; Hearsay (FRE 801, 802); FRE 401, 403 |
|------|----------------------------------------------------------|--|--|------------------------------------------------------------|
| 216. | 4/5/2022/2022 Notifications – Det. Thurman NUNEZ/SBD-000057 | | | Plaintiffs' MIL No. 1; Hearsay (FRE 801, 802); FRE 401, 403 |
| 217. | 4/27/2022 -Briefing NUNEZ/SBD-000059-60 | | | Hearsay (FRE 801, 802); FRE 401, 403 |
| 218. | 3/29/2022 - Scene Walkthrough NUNEZ/SBD-000064 | | | Hearsay (FRE 801, 802); FRE 401, 403 |
| 219. | 3/29/2022 Crime Scene Log NUNEZ/SBD-000062 | | | Hearsay (FRE 801, 802) |
| 220. | 4/5/2022 Crime Scene Report NUNEZ/SBD-000066-88 | | | Trial Stipulation No. 3 [Dkt. 97] (if not redacted); Plaintiffs' MIL No. 1; Hearsay (FRE 801, 802); Not relevant (FRE 401); Probative value outweighed by prejudicial effect (FRE 403) |
| 221. | 3/30/2022 Placard Measurement Log NUNEZ/SBD-000089 | | | |
| 222. | Evidence Log | | | Hearsay (FRE 801, 802); FRE 403 |
| 223. | 4/5/2022 Lab Reports Re: Glock Pistol  NUNEZ/SBD-000091-92 | | | Hearsay (FRE 801, 802) |
| 224. | 4/5/2022 Lab Reports: Re: Photography of Scene NUNEZ/SBD-000093-98 | | | Hearsay (FRE 801, 802) |
| 225. | 4/5/2022 Lab Reports : Re: Crime Scene Evidence Processing NUNEZ/SBD-000099-101 | | | Hearsay (FRE 801, 802) |
| 226. | 3/30/2022 Suspect Information: Anthony Nunez NUNEZ/SBD-000103-107 | | | Trial Stipulation No. 3 [Dkt. 97] (if not redacted); Plaintiffs' MIL No. 1; Hearsay (FRE 801, 802); Not relevant (FRE 401); Probative value outweighed by prejudicial effect (FRE 403) |
| 227. | 4/4/2022 Coroner Response NUNEZ/SBD-000109-110 | | | Trial Stipulation No. 3 [Dkt. 97] (if not redacted); Hearsay (FRE 801, 802); FRE 401, 403 |
| 228. | 4/27/2022 Autopsy Report NUNEZ/SBD-000112-115 | | | Trial Stipulation No. 3 [Dkt. 97] (if not redacted); Hearsay (FRE 801, 802); FRE 401, 403 |
| 229. | 4/29/2022 Coroner Investigation NUNEZ/SBD-000117-123 | | | Trial Stipulation No. 3 [Dkt. 97] (if not redacted); Plaintiffs' MIL No. 1; Hearsay (FRE 801, 802); |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Not relevant (FRE 401); Probative value outweighed by prejudicial effect (FRE 403) |
| **230.** | 4/5/2022 Autopsy Protocol – NUNEZ/SBD-000125-132 | | | | Trial Stipulation No. 3 [Dkt. 97] (if not redacted); Plaintiffs' MIL No. 1; Hearsay (FRE 801, 802); Probative value outweighed by prejudicial effect (FRE 403) |
| **231.** | 4/25/2022 Toxicology Report NUNEZ/SBD-000133-135 | | | | Plaintiffs' MIL No. 1; Hearsay (FRE 801, 802); FRE 401, 403; Lacks Foundation (FRE 602) |
| **232.** | American Medical Response Interviews | | | | Hearsay (FRE 801, 802); FRE 403 |
| **233.** | 5/18/2022 Report re: Witness Interview – Joseph Tambe – Firefighter NUNEZ/SBD-000137-138 | | | | Hearsay (FRE 801, 802); FRE 403 |
| **234.** | 5/18/2022 Report re: Witness Interview – Landon Markegard – Firefighter NUNEZ/SBD-000140-141 | | | | Hearsay (FRE 801, 802); FRE 403 |
| **235.** | 5/18/2022 Report re: Witness Interview  - Carlos Ruben - Paramedic NUNEZ/SBD-000143-145 | | | | Hearsay (FRE 801, 802); FRE 403 |
| **236.** | 5/18/2022 Report re: Witness Interview  - Jorge Arreola - Paramedic NUNEZ/SBD-000147-148 | | | | Hearsay (FRE 801, 802); FRE 403 |
| **237.** | 5/18/2022 Report re: Witness Interview  - Joshua Pullen – fire Battalion Chief NUNEZ/SBD-000150-151 | | | | Hearsay (FRE 801, 802); FRE 403 |
| **238.** | 5/18/2022 Report re: Witness Interview  - Mario Marroquin - EMT NUNEZ/SBD-000153-154 | | | | Hearsay (FRE 801, 802); FRE 403 |
| **239.** | 3/29/2022 – Witness Interview Report: Manuel Lopez Jr. NUNEZ/SBD-000156-159 | | | | Hearsay (FRE 801, 802); FRE 403 |
| **240.** | 3/29/2022 Neighborhood Check Report – NUNEZ/SBD-000161-164 | | | | Hearsay (FRE 801, 802); FRE 403 |
| **241.** | 8/31/2022 CHP Aviation Report: NUNEZ/SBD-000166-167 | | | | Hearsay (FRE 801, 802); FRE 401 |
| **242.** | 3/29/2022 Video by CHP | | | | Lacks Foundation, Authenticity (FRE 901); Irrelevant (401) |

| 243. | 3/29/2022 Witness Interview Report: Andrew Nunez NUNEZ/SBD-000169 | | | Hearsay (FRE 801, 802); FRE 403 |
|------|------|--|--|------|
| 244. | 3/29/2022 Witness Interview Report: Andrew Nunez NUNEZ/SBD-000170-172 | | | Trial Stipulation No. 3 [Dkt. 97] (if not redacted); Hearsay (FRE 801, 802); FRE 403 |
| 245. | 3/29/2022 Witness Interview Report: Andrew Nunez NUNEZ/SBD-000174-178 | | | Trial Stipulation No. 5 [Dkt. 97]; Plaintiffs' MIL No. 1; Hearsay (FRE 801, 802); FRE 403 |
| 246. | Drawing of House Layout BY Andrew Nunez NUNEZ/SBD-000179 | | | Hearsay (FRE 801, 802); FRE 403 |
| 247. | 3/29/2022 Recording of Interview with Andrew Nunez | | | Trial Stipulation Nos. 3 (if not redacted) & 5 [Dkt. 97]; Plaintiffs' MIL No. 1; Hearsay (FRE 801, 802); FRE 403 |
| 248. | 3/29/2022 Witness Interview Report: Noelia Benitez NUNEZ/SBD-000181-189 | | | Plaintiffs' MIL No. 1; Hearsay (FRE 801, 802); FRE 403 |
| 249. | 3/29/2022 Recording of Interview of Noelia Benitez | | | Plaintiffs' MIL No. 1; Hearsay (FRE 801, 802); FRE 403 |
| 250. | 3/29/2022 Witness Interview Report: Brenda Lopez NUNEZ/SBD-000191-193 | | | Plaintiffs' MIL No. 1; Hearsay (FRE 801, 802); FRE 403 |
| 251. | 3/29/2022 Recording of Interview of Brenda Lopez | | | Plaintiffs' MIL No. 1; Hearsay (FRE 801, 802); FRE 403 |
| 252. | 3/31/2022 Equipment/Uniform Inventory for Deputy Martinez NUNEZ/SBD-000195-200 | | | Hearsay (FRE 801, 802) |
| 253. | 4/20/2022 Property Release NUNEZ/SBD-000202 | | | FRE 401, 403 |
| 254. | 3/29/2022 Verbatim Belt Recording Transcript – Michael Martinez NUNEZ/SBD-000204-384 | | | Hearsay (FRE 801, 802) |
| 255. | 4/20/2022 Witness Interview Transcript: Michael Martinez NUNEZ/SBD-000386-481 | | | Hearsay (FRE 801, 802) |
| 256. | 4/20/2022 Photograph from Witness Interview Transcript: Michael Martinez NUNEZ/SBD-000482 | | | |
| 257. | 4/20/2022 Audio Recording of Michael Martinez | | | Hearsay if not offered by party opponent (FRE 801, 802); 403 |
| 258. | 3/30/2022 Equipment/Uniform Inventory of Deputy Sabrina Cervantes – NUNEZ/SBD-000487-490 | | | Hearsay (FRE 801, 802); |

| | | | | | |
|---|---|---|---|---|---|
| 259. | 4/19/2022 Witness Interview Transcript: Sabrina Cervantes NUNEZ/SBD-000491-608 | | | | Hearsay (FRE 801, 802) |
| 260. | 4/19/2022 Photographs from Witness Interview Transcript: Sabrina Cervantes NUNEZ/SBD-000609-610 | | | | As to SBD 610 only: FRE 401. 403 |
| 261. | 4/19/2022 Audio Recording of Sabrina Cervantes | | | | Hearsay if not offered by part opponent (FRE 801, 802); 403 |
| 262. | 3/30/2022 Equipment/Uniform Inventory of Deputy Jonathan Campos– NUNEZ/SBD-000612-615 | | | | Hearsay (FRE 801, 802); FRE 401 |
| 263. | 4/19/2022 Witness Interview Transcript: Jonathan Campos NUNEZ/SBD-000617-706 | | | | Hearsay (FRE 801, 802) |
| 264. | 3/29/2022 Taser Evidence Sync. NUNEZ/SBD-000708-709 | | | | Hearsay (FRE 801, 802); FRE 401 |
| 265. | 4/19/2022 Photograph from Witness Interview Transcript: Jonathan Campos NUNEZ/SBD-000710 | | | | |
| 266. | 4/19/2022 Audio Recording of Interview of Jonathan Campos | | | | Hearsay (FRE 801, 802); FRE 403 |
| 267. | 3/30/2022 Equipment/Uniform Inventory – Deputy Jeremy Deberg NUNEZ/SBD-000712-715 | | | | Hearsay (FRE 801, 802); FRE 401 |
| 268. | 4/28/2022 Witness Interview Transcript Jeremy Deberg NUNEZ/SBD-000717-796 | | | | Hearsay (FRE 801, 802); FRE 403 |
| 269. | 4/28/2022 Photographs from Witness Interview Transcript Jeremy Deberg NUNEZ/SBD-00797-798 | | | | As to SBD 798 only: FRE 401. 403 |
| 270. | 4/28/2022 Audio Recording of Jeremy Deberg | | | | Hearsay if not offered by party opponent (FRE 801, 802); 403 |
| 271. | 3/30/2022 Equipment/Uniform Inventory – Corporal Col Raynolds NUNEZ/SBD-000800-802 | | | | Hearsay (FRE 801, 802), FRE 401 |
| 272. | 4/19/2022 Witness Interview Report re: Corporal Col Raynolds NUNEZ/SBD-00803-803 | | | | Hearsay (FRE 801, 802); FRE 401, 403 |
| 273. | 4/19/2022 Audio Recording of Corporal Col Raynolds | | | | Hearsay (FRE 801, 802); FRE 401, 403 |
| 274. | 5/20/2022 Witness Interview Report of Deputy Derek Zane NUNEZ/SBD-000808-812 | | | | Hearsay (FRE 801, 802); FRE 401, 403 |
| 275. | 5/20/2022 Photograph from Witness Interview Report of | | | | FRE 401. 403 |

| | | | | | |
|---|---|---|---|---|---|
| 1 | | Deputy Derek Zane NUNEZ/SBD-000813 | | | |
| 2 | 276. | 5/20/2022 Audio Recording of Derek Zane Interview | | | Hearsay (FRE 801, 802); FRE 401, 403 |
| 3 | 277. | 4/20/2022 Witness Interview Report of Det. Jason Schroeder Interview; NUNEZ/SBD-000815-818 | | | Hearsay (FRE 801, 802); FRE 401, 403 |
| 4 | | | | | |
| 5 | 278. | 4/20/2022 Audio Recording of Jason Schroeder Interview | | | Hearsay (FRE 801, 802); FRE 401, 403 |
| 6 | 279. | 4/20/2022 Witness Interview Report of Sgt. Corey LaFever NUNEZ/SBD-000820-827 | | | Plaintiffs' MIL No. 1; Hearsay (FRE 801, 802); FRE 401, 403 |
| 7 | | | | | |
| 8 | 280. | 4/20/2022 Photographs from Witness Interview of Corey LaFever NUNEZ/SBD-000828-830 | 4/28/25: pg. 3 | 4/28/25: pg. 3 | FRE 401, 403. |
| 9 | | | | | |
| 10 | 281. | 4/20/2022 Audio Recording of Corey LaFever Interview | | | Hearsay (FRE 801, 802); FRE 401, 403 |
| 11 | 282. | 3/29/2022 Press Release Incident NUNEZ/SBD-000832 | | | Hearsay (FRE 801, 802); FRE 401. 403; |
| 12 | 283. | 3/30/2022 Evidence/Property Report – NUNEZ/SBD-00834-836 | | | Plaintiffs' MIL No. 1; Hearsay (FRE 801, 802); FRE 401, 403 |
| 13 | | | | | |
| 14 | 284. | 4/4/2022 Evidence/Property Report – NUNEZ/SBD-00837 | | | Hearsay (FRE 801, 802); FRE 401 |
| 15 | 285. | 4/7/2022 Evidence/Property Report NUNEZ/SBD-000838-840 | | | Hearsay (FRE 801, 802); FRE 401 |
| 16 | 286. | Laboratory Reports SBCSD Scientific Investigations Division NUNEZ/SBD-000841 | | | Hearsay (FRE 801, 802); FRE 401 |
| 17 | | | | | |
| 18 | 287. | 6/7/2023 Evidence/Property Report NUNEZ/SBD-000842 | | | Hearsay (FRE 801, 802); FRE 401 |
| 19 | 288. | Search Warrant and Affidavit NUNEZ/SBD-000843-865 | | | Trial Stipulation No. 4 [Dkt. 97]; Plaintiffs' MIL No. 1; Hearsay (FRE 801, 802); Not relevant (FRE 401); Probative value outweighed by prejudicial effect (FRE 403) |
| 20 | | | | | |
| 21 | | | | | |
| 22 | 289. | Photographs of Incident Scene NUNEZ/SBD-000866-903 | | | Except as to SBD 867, 871: Trial Stipulation No. 3 [Dkt. 97] (if not redacted); Hearsay (FRE 801, 802); Not relevant (FRE 401); Probative value outweighed by prejudicial effect (FRE 403) |
| 23 | | | | | |
| 24 | | | | | |
| 25 | | | | | |
| 26 | 290. | Photographs of Andrew Nunez NUNEZ/SBD-000904-909 | | | Except as to SBD 904: Trial Stipulation No. 3 [Dkt. 97] (if not redacted); Hearsay (FRE 801, 802); Not relevant (FRE 401); |
| 27 | | | | | |
| 28 | | | | | |

| | | | | |
|---|---|---|---|---|
| | | | | Probative value outweighed by prejudicial effect (FRE 403) |
| 291. | Photographs of Gun Recovered from Incident Scene NUNEZ/SBD-000910-913 | | | Hearsay (FRE 801, 802); Not relevant (FRE 401); Probative value outweighed by prejudicial effect (FRE 403) |
| 292. | Photographs of Vehicle at Incident Scene NUNEZ/SBD-000914-919 | | | Hearsay (FRE 801, 802); Not relevant (FRE 401); Probative value outweighed by prejudicial effect (FRE 403) |
| 293. | Photographs of Deputies NUNEZ/SBD-00920-940 | | | Not relevant (FRE 401); Probative value outweighed by prejudicial effect (FRE 403) |
| 294. | Photographs of Deputy Cervantes NUNEZ/SBD-000941-962 | | | |
| 295. | Photographs of Less Lethal – NUNEZ/SBD-000963-975 | | | |
| 296. | Photographs of Deputy NUNEZ/SBD-000976-995 | | | As to SBD 985-990 only: Not relevant (FRE 401); Probative value outweighed by prejudicial effect (FRE 403) |
| 297. | Photographs of Less Lethal NUNEZ/SBD-000996-1008 | | | |
| 298. | Photographs of Deputy Campos NUNEZ/SBD-001009-1030 | | | |
| 299. | Photographs of Taser NUNEZ/SBD-001031-1037 | 4/23/25: 299-1; 299-2; 299-4; 299-5 | 4/23/25: 299-1; 299-2; 299-4; 299-5 | |
| 300. | Photographs of Deputy Martinez  NUNEZ/SBD-001036-1058 | | | As to SBD 1050-1053 only: Not relevant (FRE 401); Probative value outweighed by prejudicial effect (FRE 403) |
| 301. | Photographs of Service Weapon NUNEZ/SBD-001059-1080 | | | As to SBD 1067, 1070-1080 only: Not relevant (FRE 401); Probative value outweighed by prejudicial effect (FRE 403) |
| 302. | Photographs of Incident Location – Exterior and Garage NUNEZ/SBD-001081-1218, 1355-1495, 1502-1568, 1629-1631, 1634-1636, 1643-1646, 1657-1658 | | | Except as identified in Plaintiffs' exhibits 1 & 11: Plaintiffs' MIL No. 1; Not relevant (FRE 401); Probative value outweighed by prejudicial effect (FRE 403) |

| | | | | |
|---|---|---|---|---|
| 303. | Photographs of Incident Location – Interior NUNEZ/SBD-001219-1354 | | | Plaintiffs' MIL No. 1; Not relevant (FRE 401); Probative value outweighed by prejudicial effect (FRE 403) |
| 304. | Photographs of the Chain NUNEZ/SBD-001497-1501, 1647-1656 | | | |
| 305. | Photographs of the Decedent NUNEZ/SBD-001569-1622, 1632-1633, 1637-1642 | | | Except as identified in Plaintiffs' exhibits 1 & 11: Trial Stipulation No. 3 [Dkt. 97] (if not redacted); Probative value outweighed by prejudicial effect (FRE 403) |
| 306. | Photographs of the Decedent's Belongings NUNEZ/SBD-001523-1628 | 4/22/25: pg. 3<br><br>4/28/25: pg. 1; 16; 10; 14; 18; 23; 24 | 4/22/25: pg. 3<br><br>4/28/25: pg. 1; 16; 10; 14; 18; 23; 24 | Except as identified in Plaintiffs' exhibits 1 & 11: Plaintiffs' MIL No. 1; Not relevant (FRE 401); Probative value outweighed by prejudicial effect (FRE 403) |
| 307. | 3/29/2022 - 9-1-1 Call Audio Recording NUNEZ/SBD-001659 | | | Plaintiffs' MIL No. 1; Hearsay (FRE 801, 802); FRE 403 |
| 308. | 3/29/2022 – Radio Traffic Audio – NUNEZ/SBD-001660 | | | Hearsay (FRE 801, 802); FRE 403 |
| 309. | 3/29/2022 – Audio Family contact at Scene – NUNEZ/SBD-001661 | | | Hearsay (FRE 801, 802); FRE 403 |
| 310. | 3/29/2022 – Initial Family Contact – NUNEZ/SBD-00162 | | | Hearsay (FRE 801, 802); FRE 403 |
| 311. | 3/29/2022 – Family Contact – Audio NUNEZ/SBD-001663 | | | Hearsay (FRE 801, 802); FRE 403 |
| 312. | 3/29/2022 – Witness Interview – Audio – Fernando Guzman NUNEZ/SBD-001664 | | | Hearsay (FRE 801, 802); FRE 403 |
| 313. | 3/29/2024 – Witness Interview – audio – Alejandra Guzman NUNEZ/SBD-001665 | | | Hearsay (FRE 801, 802); FRE 403 |
| 314. | 3/29/2022 – Witness Interview – Julio Romero – NUNEZ/SBD-01666 | | | Hearsay (FRE 801, 802); FRE 403 |
| 315. | 3/29/2022 – Witness Interview – Christine Silva – NUNEZ/SBD-001667 | | | Hearsay (FRE 801, 802); FRE 403 |
| 316. | 3/29/2022 – Witness Interview – Mary Zamudio – NUNEZ/SBD-001668 | | | Hearsay (FRE 801, 802); FRE 403 |
| 317. | 3/29/2022 – Witness Interview – Audio – Noelia Benetiz – NUNEZ/SBD-001669-1670 | | | Hearsay (FRE 801, 802); FRE 403 |

| | | | | |
|---|---|---|---|---|
| **318.** | 3/29/2022 – Captain Breiner Interview – Audio – NUNEZ/SBD-001671 | | | Hearsay (FRE 801, 802); FRE 403 |
| **319.** | 3/29/2022 – Deputy Campos Audio Interview – NUNEZ/SBD-001672-1673 | | | Hearsay (FRE 801, 802); FRE 403 |
| **320.** | 3/29/2022 – Witness Interview – Audio – Ruben Carlos NUNEZ/SBD-001674 | | | Hearsay (FRE 801, 802); FRE 403 |
| **321.** | 3/29/2022 – Witness Interview – Audio – Sabrina Cervantes – NUNEZ/SBD-001676 | | | Hearsay if not offered by party-opponent (FRE 801, 802); FRE 403 |
| **322.** | 3/29/2022 – Witness Interview – Jeremy Deberg Audio – NUNEZ/SBD-001678 | | | Hearsay if not offered by party-opponent (FRE 801, 802); FRE 403 |
| **323.** | 3/29/2022 – Witness Interview – Sgt. Corey LeFever – Audio – NUNEZ/SBD-001679-1680 | | | Hearsay (FRE 801, 802); FRE 403 |
| **324.** | 3/29/2022 – Witness Interview – Brenda Lopez NUNEZ/SBD-001681 | | | Hearsay (FRE 801, 802); FRE 403 |
| **325.** | 3/29/2022 – Witness interview – Audio – Marriquin – NUNEZ/SBD-001682 | | | Hearsay (FRE 801, 802); FRE 403 |
| **326.** | 3/29/2022 – Witness Interview – Michael Martinez – Audio – NUNEZ/SBD-001683 | | | Hearsay (FRE 801, 802); FRE 403 |
| **327.** | 3/29/2024 Witness Interview – Audio – Andrew Nunez NUNEZ/SBD-001684-1685 | | | Hearsay (FRE 801, 802); FRE 403 |
| **328.** | 3/29/2022 – witness Interview – Audio – Battalion Chief Pullen NUNEZ/SBD-001686 | | | Hearsay (FRE 801, 802); FRE 403 |
| **329.** | 3/29/2022 Witness Interview – Audio – Cole Raynolds NUNEZ/SBD-001687 | | | Hearsay (FRE 801, 802); FRE 403 |
| **330.** | 3/29/2024 – Witness Interview – Audio – Jason Schroeder NUNEZ/SBD-001688-1689 | | | Hearsay (FRE 801, 802); FRE 403 |
| **331.** | 3/29/2024 – Witness Interview – Audio Derek Zan – NUNEZ/SBD-001693 | | | Hearsay (FRE 801, 802); FRE 403 |
| **332.** | 3/29/2022 – Audio from Deputy Device – NUNEZ/SBD-001693-1694 | 4/22/25 | 4/22/25 | Hearsay (FRE 801, 802); FRE 403 |
| **333.** | 3/29/2022 – Audio from Deputy Device – NUNEZ/SBD-001695 | 4/28/25: 333-A (portion of recording (approx. 38:00 – 39:23) | 4/28/25: 333-A (portion of recording (approx. 38:00 – 39:23) | Hearsay (FRE 801, 802); FRE 403 |

| | | | | | |
|---|---|---|---|---|---|
| 334. | 3/29/2022 – Audio from Deputy Device NUNEZ/SBD-001696 | | | Hearsay (FRE 801, 802); FRE 403 |
| 335. | 3/29/2022 – Audio from Deputy Device – NUNEZ/SBD-001698 | | | Hearsay (FRE 801, 802); FRE 403 |
| 336. | 3/29/2022 – Audio from Deputy Device – NUNEZ/SBD-001699 | | | Hearsay (FRE 801, 802); FRE 403 |
| 337. | 3/29/2022 – Audio from Deputy Device – NUNEZ/SBD-01700 | | | Hearsay (FRE 801, 802); FRE 403 |
| 338. | 3/29/2022 – Audio from Deputy Device – NUNEZ/SBD-001701 | 4/24/25:<br><br>338A (segment: 5:36 – 6:53) | 4/24/25:<br><br>338A (segment: 5:36 – 6:53) | Hearsay (FRE 801, 802); FRE 403 |
| 339. | 3/29/2022 – Audio from Deputy Device – Transport to Hesperia NUNEZ/SBD-001702 | | | Hearsay (FRE 801, 802); FRE 403 |
| 340. | 3/29/2022 – Audio from Deputy Device – Transport from Hesperia NUNEZ/SBD-001703 | | | Hearsay (FRE 801, 802); FRE 403 |
| 341. | 3/29/2022 – Aerial Footage from CHP NUNEZ/SBD-001704, and clips 341A, 341B, 341C, 341D, 341E, 341 F | 4/22/25: 341 (entire) 341A; 341C<br><br>4/23/25: 341B 341D<br><br>4/24/25: 341F; 341F-A<br><br>4/28/25: 341G | 4/22/25: 341 (entire) 341A; 341C<br><br>4/23/25: 341B 341D<br><br>4/24/25: 341F; 341F-A<br><br>4/28/25: 341G | Lacks Foundation, Authenticity (FRE 901); Irrelevant (401) |
| 342. | Autopsy Photos – NUNEZ/SBD-001705-1852 | 4/24/25:<br><br>pg. 70; 90; 101; 110; 120; 129; 133; 134 | 4/24/25:<br><br>pg. 70; 90; 101; 110; 120; 129; 133; 134 | Trial Stipulation No. 3 [Dkt. 97] (if not redacted) |
| 343. | Faro.Zip Folder – NUNEZ/SBD-002037 | | | Lacks Foundation, Authenticity (FRE 901); Irrelevant (401) |
| 344. | Policy Manual – NUNEZ/SBD-002038-2091 | | | Hearsay (FRE 801, 802); FRE 401 |
| 345. | Responses to Request for Admission, Set One from Andrew Nunez signed 12/5/23 | | | Hearsay (FRE 801, 802); FRE 403 |
| 346. | Responses to Request for Admission, Set One Anthony Nunez, Jr. signed 12/5/23 | | | Hearsay (FRE 801, 802); FRE 403 |

| | | | | |
|---|---|---|---|---|
| **347.** | Responses to Request for Admission, Set One Rosa Nunez signed 12/5/23 | | | Hearsay (FRE 801, 802); FRE 403 |
| **348.** | Responses to Interrogatories, Set One Anthony Nunez, Jr. signed 12/5/23 | | | Hearsay (FRE 801, 802); FRE 403 |
| **349.** | Responses to Interrogatories, Set One Rosa Nunez signed 12/5/23 | | | Hearsay (FRE 801, 802); FRE 403 |
| **350.** | Responses to Interrogatories, Set One Andrew Nunez signed 12/5/23 | | | Hearsay (FRE 801, 802); FRE 403 |
| **351.** | Supplemental Responses to Requests for Admission, Set One Anthony Nunez Jr. signed 1/25/24 | | | Hearsay (FRE 801, 802); FRE 403 |
| **352.** | Supplemental Responses to Interrogatories, Set One Anthony Nunez Jr. signed 1/25/24 | | | Hearsay (FRE 801, 802); FRE 403 |
| **353.** | Responses to Interrogatories, Set Two Anthony Nunez, Jr. signed 2/12/24 | | | Hearsay (FRE 801, 802); FRE 403 |
| **354.** | Responses to Interrogatories, Set Two Andrew Nunez signed 2/12/24 | | | Hearsay (FRE 801, 802); FRE 403 |
| **355.** | Responses to Requests for Admission, Set Two Andrew Nunez signed 2/12/14 | | | Hearsay (FRE 801, 802); FRE 403 |
| **356.** | Responses to Request for Admission, Set Two Anthony Nunez Jr. signed 2/12/24 | | | Hearsay (FRE 801, 802); FRE 403 |
| **357.** | Responses to Request for Admission, Set Two Rosa Nunez signed 2/12/24 | | | Hearsay (FRE 801, 802); FRE 403 |
| **358.** | Exhibit 1 to the 2/6/24 Deposition Transcript of Rosa Nunez – Second Amended Complaint | | | Hearsay (FRE 801, 802) |
| **359.** | Exhibit 2 to the 2/6/24 Deposition Transcript of Rosa Nunez – Responses to Interrogatories, Set One | | | Hearsay (FRE 801, 802) |
| **360.** | Exhibit 1 to the 2/12/24 Deposition Transcript of Michael Martinez – Photograph 1649 | 4/23/25 | 4/23/25 | |
| **361.** | Exhibit 2 to the 2/12/24 Deposition Transcript of Michael Martinez – Photograph 1656 | 4/23/25 | 4/23/25 | |
| **362.** | Exhibit 3 to the 2/12/24 Deposition Transcript of | | | |

| | | | | | |
|---|---|---|---|---|---|
| | | Michael Martinez – Photograph 1136 | | | |
| | 363. | Exhibit 4 to the 2/12/24 Deposition Transcript of Michael Martinez – Photograph Affixed with Circle | | | Hearsay (FRE 801, 802) |
| | 364. | Exhibit 5 to the 2/12/24 Deposition Transcript of Michael Martinez Photograph 1139 | | | |
| | 365. | Exhibit 6 to the 2/12/24 Deposition Transcript of Michael Martinez – Photograph 1143 | | | |
| | 366. | Exhibit 7 to the 2/12/24 Deposition Transcript of Michael Martinez – Photograph 1219 | | | |
| | 367. | Exhibit 8 to the 2/12/24 Deposition Transcript of Michael Martinez – Photograph 1155 | | | |
| | 368. | Exhibit 9 to the 2/12/24 Deposition Transcript of Michael Martinez – Photograph Affixed with Circles and Arrows | | | |
| | 369. | Exhibit 10 to the 2/12/24 Deposition Transcript of Michael Martinez – Photograph 1161 | | | |
| | 370. | Exhibit 11 to the 2/12/24 Deposition Transcript of Michael Martinez – Photograph Affixed with Circles | | | Hearsay (FRE 801, 802) |
| | 371. | Exhibit 12 to the 2/12/24 Deposition Transcript of Michael Martinez – Photograph 1218 | | | |
| | 372. | Exhibit 13 to the 2/12/24 Deposition Transcript of Michael Martinez – Photograph 1419 | | | |
| | 373. | Exhibit 14 to the 2/12/24 Deposition Transcript of Michael Martinez – Photograph 1507 | | | FRE 403 |
| | 374. | Exhibit 15 to the 2/12/24 Deposition Transcript of Michael Martinez – Photograph 1572 | | | Trial Stipulation Nos. 3 (if not redacted) |
| | 375. | Exhibit 1 to the 2/12/24 Deposition Transcript of Corey LaFever – Photograph 1161 | | | |

| | | | |
|---|---|---|---|
| **376.** | Exhibit 2 to the 2/12/24 Deposition Transcript of Corey LaFever – Photograph with Markings | | | Hearsay (FRE 801, 802) |
| **377.** | Exhibit 3 to the 2/12/24 Deposition Transcript of Corey LaFever – Photograph 1218 | | | |
| **378.** | Exhibit 4 to the 2/12/24 Deposition Transcript of Corey LaFever – Photograph with Markings | | | Hearsay (FRE 801, 802) |
| **379.** | Exhibit 1 to the 2/14/24 Deposition Transcript of Anthony Nunez Jr. – Responses to Interrogatories, Set One | | | Hearsay (FRE 801, 802); FRE 401, 403. |
| **380.** | Exhibit 2 to the 2/14/24 Deposition Transcript of Anthony Nunez Jr. – Video | | | Hearsay (FRE 801, 802); FRE 401, 403. |
| **381.** | Exhibit 3 to the 2/14/24 Deposition Transcript of Anthony Nunez Jr. – Video | | | |
| **382.** | Exhibit 4 to the 2/14/24 Deposition Transcript of Anthony Nunez Jr. – Photograph | | | |
| **383.** | Exhibit 1 to the 2/22/24 Deposition Transcript of Sabrina Cervantes – Photograph 1218 | | | |
| **384.** | Exhibit 2 to the 2/22/24 Deposition Transcript of Sabrina Cervantes – Photograph 1146 | | | |
| **385.** | Exhibit 1 to the 2/27/24 Deposition Transcript of Luz Elena Ramos – Notice of Deposition | | | Hearsay (FRE 801, 802); Not relevant (FRE 401); Probative value outweighed by prejudicial effect, cumulative (FRE 403) |
| **386.** | Exhibit 2 to the 2/27/24 Deposition Transcript of Luz Elena Ramos – Color Copy of Photo | | | Lacks Foundation; Authenticity (FRE 901); |
| **387.** | Exhibit 3 to the 2/27/24 Deposition Transcript of Luz Elena Ramos - Color Copy of Photo | | | Lacks Foundation; Authenticity (FRE 901); Not relevant (FRE 401); Confuse issues and/or mislead jury (FRE 403 |
| **388.** | Exhibit 4 to the 2/27/24 Deposition Transcript of Luz Elena Ramos - Color Copy of Photo | | | Lacks Foundation; Authenticity (FRE 901); Not relevant (FRE 401); Confuse issues and mislead jury (FRE 403 |
| **389.** | Exhibit 5 to the 2/27/24 Deposition Transcript of Luz | | | Lacks Foundation; Authenticity (FRE 901); Not |

| | | | | | |
|---|---|---|---|---|---|
| | | Elena Ramos - Color Copy of Photo | | | relevant (FRE 401); Confuse issues and mislead jury (FRE 403 |
| | **390.** | Exhibit 6 to the 2/27/24 Deposition Transcript of Luz Elena Ramos - Color Copy of Photo | | | Lacks Foundation; Authenticity (FRE 901); Not relevant (FRE 401); Confuse issues and mislead jury (FRE 403 |
| | **391.** | Exhibit 7 to the 2/27/24 Deposition Transcript of Luz Elena Ramos - Color Copy of Photo | | | |
| | **392.** | Exhibit 8 to the 2/27/24 Deposition Transcript of Luz Elena Ramos - Color Copy of Photo | | | Lacks Foundation; Authenticity (FRE 901); Not relevant (FRE 401); Confuse issues and mislead jury (FRE 403 |
| | **393.** | Exhibit 9 to the 2/27/24 Deposition Transcript of Luz Elena Ramos - Color Copy of Photo | | | |
| | **394.** | Exhibit 1 to the 2/27/24 Deposition Transcript of Melissa Carpenter – Audio Recording Clip (marked Confidential) | | | Hearsay (FRE 801, 802); FRE 401, 403. |
| | **395.** | Exhibit A to the 3/18/2024 Deposition Transcript of Jonathan Campos – Photograph Bates NUNEZ/SBD-001218 | | | |
| | **396.** | Exhibit B to the 3/18/2024 Deposition Transcript of Jonathan Campos – Photograph Bates NUNEZ/SBD-001143 | | | |
| | **397.** | Exhibit C to the 3/18/2024 Deposition Transcript of Jonathan Campos – Photograph Bates NUNEZ/SBD-001146 | | | |
| | **398.** | Exhibit D to the 3/18/2024 Deposition Transcript of Jonathan Campos – Photograph w/alteration Bates NUNEZ/SBD-001146 | | | Hearsay (FRE 801, 802) |
| | **399.** | Exhibit E to the 3/18/2024 Deposition Transcript of Jonathan Campos – Photograph Bates NUNEZ/SBD-001151 | | | |
| | **400.** | Exhibit F to the 3/18/2024 Deposition Transcript of Jonathan Campos – Photograph w/ alteration Bates NUNEZ/SBD-001151 | | | Hearsay (FRE 801, 802) |
| | **401.** | Exhibit G to the 3/18/2024 Deposition Transcript of | | | |

| | | | | | |
|---|---|---|---|---|---|
| | | Jonathan Campos – Photograph w/ alteration Bates NUNEZ/SBD-001218 | | | |
| | 402. | Exhibit 1 to the Deposition Transcript of Scott Defoe – Notice of Deposition | | | Hearsay (FRE 801, 802); Not relevant (FRE 401) |
| | 403. | Exhibit 2 to the Deposition Transcript of Scott Defoe – Curriculum Vitae | | | Hearsay (FRE 801, 802) |
| | 404. | Exhibit 3 to the Deposition Transcript of Scott Defoe – 2024 Fee Schedule | | | Hearsay (FRE 801, 802) |
| | 405. | Exhibit 4 to the Deposition Transcript of Scott Defoe – Rule 26 Disclosure | | | Hearsay (FRE 801, 802) |
| | 406. | Exhibit 5 to the Deposition Transcript of Scott Defoe – Report | | | Hearsay (FRE 801, 802) |
| | 407. | Exhibit 6 to the Deposition Transcript of Scott Defoe – Report | | | Hearsay (FRE 801, 802) |
| | 408. | Exhibit 8 to the Deposition Transcript of Scott Defoe – LA Times Article | | | Hearsay (FRE 801, 802); Irrelevant (401, 403); Lacks Foundation, including authenticity (FRE 901) |
| | 409. | Exhibit 1 to the 2/26/24 Deposition Transcript of Noelia Benitez – Deposition Notice | | | Hearsay (FRE 801, 802) |
| | 410. | Exhibit 2 to the 2/26/24 Deposition Transcript of Noelia Benitez – SBD-00175 | | | Hearsay (FRE 801, 802); FRE 401, 403. |
| | 411. | Exhibit 3 to the 2/26/24 Deposition Transcript of Noelia Benitez – Response to Interrogatories | | | Hearsay (FRE 801, 802); FRE 401, 403. |
| | 412. | Exhibit 4 to the 2/26/24 Deposition Transcript of Noelia Benitez – Drawing | | | FRE 401, 403 |
| | 413. | Exhibit 5 to the 2/26/24 Deposition Transcript of Noelia Benitez – Photo | | | FRE 401, 403 |
| | 414. | Exhibit 6 to the 2/26/24 Deposition Transcript of Noelia Benitez – Audio Clip | | | Hearsay (FRE 801, 802); FRE 401, 403. |
| | 415. | Exhibit 7 to the 2/26/24 Deposition Transcript of Noelia Benitez – Complaint | | | Hearsay (FRE 801, 802); FRE 401, 403. |
| | 416. | Exhibit 8 to the 2/26/24 Deposition Transcript of Noelia Benitez – Interview | | | Hearsay (FRE 801, 802); FRE 401, 403. |
| | 417. | Exhibit 1 to the 2/26/24 Deposition Transcript of Brenda Lopez – Interview Audio | | | Hearsay (FRE 801, 802); FRE 401, 403. |

| 418. | Exhibit 2 to the 2/26/24 Deposition Transcript of Brenda Lopez – Interview Summary | | | Hearsay (FRE 801, 802); FRE 401, 403. |
|---|---|---|---|---|
| 419. | Exhibit 3 to the 2/26/24 Deposition Transcript of Brenda Lopez – Map of House | | | Hearsay (FRE 801, 802); FRE 401, 403. |
| 420. | Exhibit 4 to the 2/26/24 Deposition Transcript of Brenda Lopez – Photo (house) | | | FRE 401, 403. |
| 421. | Exhibit 5 to the 2/26/24 Deposition Transcript of Brenda Lopez – Photo (window) | | | FRE 401, 403 |
| 422. | Exhibit 6 to the 2/26/24 Deposition Transcript of Brenda Lopez – Photo (door) | | | FRE 401, 403. |
| 423. | Exhibit 7 to the 2/26/24 Deposition Transcript of Brenda Lopez – Photos (bedroom) | | | FRE 401, 403. |
| 424. | Exhibit 1 to the 2/21/24 Deposition Transcript of Jeremy Deberg – Photograph 1136 | | | |
| 425. | Exhibit 2 to the 2/21/24 Deposition Transcript of Jeremy Deberg – Photograph 1218 | | | |
| 426. | Exhibit 3 to the 2/21/24 Deposition Transcript of Jeremy Deberg – Photograph 1146 | | | |
| 427. | Exhibit 4 to the 2/21/24 Deposition Transcript of Jeremy Deberg – Photograph 1151 | | | |
| 428. | Exhibit 5 to the 2/21/24 Deposition Transcript of Jeremy Deberg – Photograph 1161 | | | |
| 429. | Exhibit 1 to the 2/15/24 Deposition Transcript of Andrew Nunez – Summary | | | Hearsay (FRE 801, 802); FRE 401, 403. |
| 430. | Exhibit 2 to the 2/15/24 Deposition Transcript of Andrew Nunez – Photo | | | Hearsay (FRE 801, 802); FRE 401, 403. |
| 431. | Exhibit 3 to the 2/15/24 Deposition Transcript of Andrew Nunez – Photo | | | FRE 401, 403. |
| 432. | Exhibit 4 to the 2/15/24 Deposition Transcript of Andrew Nunez – 911 Recording | | | Hearsay (FRE 801, 802); FRE 401, 403. |
| 433. | Exhibit 5 to the 2/15/24 Deposition Transcript of Andrew Nunez – Recording | | | Hearsay (FRE 801, 802); FRE 401, 403. |
| 434. | Exhibit 6 to the 2/15/24 Deposition Transcript of Andrew Nunez – Complaint | | | Hearsay (FRE 801, 802); FRE 401, 403. |
| 435. | Chain | | | |
| 436. | Martinez Service Weapon | | | FRE 403 |

| 437. | 40 mm launcher and rubber bullet rounds | | | FRE 403 |
|---|---|---|---|---|
| 438. | Beanbag shotgun and bean bag rounds | | | FRE 403 |
| 439. | X2 Taser and cartridges | | | FRE 403 |
| 440. | Expert Ed Flosi Initial Report | | | FRE 403 |
| 441. | Expert Ed Flosi Supplemental Report | | | FRE 403 |
| 442. | Photos of Deputies | | | FRE 403 |

LAW OFFICES OF DALE K. GALIPO

DATED:  May 1, 2025


_____/s/ Benjamin S. Levine_____
Dale K. Galipo
Benjamin S. Levine[1]
*Attorneys for Plaintiffs*


DATED:  May 1, 2025                    WESIERSKI & ZUREK LLP


By_____/s/ Abe G. Salen_____
CHRISTOPHER P. WESIERSKI
ABE G. SALEN
Attorneys for Defendants, COUNTY OF
SAN BERNARDINO, CITY OF
HESPERIA, MICHAEL MARTINEZ,
SABRINA CERVANTES and JEREMY
DEBERG

_____

[1] Pursuant to Local Rule 5-4.3.4, as the filer of this document, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.