

FILED
CLERK, U.S. DISTRICT COURT
5/1/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: ___IV___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

## JURY NOTE

## JURY NOTE • NUMBER __1__   (REDACTED)

Case No.   5:22-cv-01934-SSS-SPx

Title:   Rosa Nunez et al v. County of San Bernardino et al

===================================================================

☐   The Jury has reached a unanimous verdict.

☒   Other:

_Decides on Foreperson. [REDACTED], will be foreperson._

Dated this __April__ day of __29__, 2025.

Time:  1 : 52 am/**pm**

_____
Foreperson of the Jury

Court's Response: