

FILED
CLERK, U.S. DISTRICT COURT
5/1/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: ___IV___ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

JURY NOTE

**JURY NOTE • NUMBER** ___2___   **(REDACTED)**

Case No.   5:22-cv-01934-SSS-SPx

Title:   Rosa Nunez et al v. County of San Bernardino et al

===============================================================

☐   The Jury has reached a unanimous verdict.

☒   Other:

1) Is it possible to review or hear the 911 call?
2) 333-a, exhibit, can't be played
3) Transcripts, interview Dept Martinez — Deposition as well
4) Sgt - Lafever "Cory" belt recording
5)

Dated this ___April___ day of ___30___, 2025.

Time: 9 : 57 am/pm

Foreperson of the Jury

**Court's Response:**

1) The 911 call is not in evidence.
2) A working copy will be provided.
3) The transcript, interview, & deposition of Dept. Martinez is not in evidence.
4) The entire belt recording of Sgt. Lafever is not in evidence.