FILED
CLERK, U.S. DISTRICT COURT

5/1/2025

CENTRAL DISTRICT OF CALIFORNIA
BY: ___IV___ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

JURY NOTE

# JURY NOTE • NUMBER __4__    (REDACTED)

Case No.   5:22-cv-01934-SSS-SPx

Title:   Rosa Nunez et al v. County of San Bernardino et al
===============================================================

☐   The Jury has reached a unanimous verdict.

☒   Other:

1) Requesting Court reported transcripts of Martinez testimony and Campos testimony. Including Servantis as well —

Dated this __Apr.__ day of __30th__, 2025.

Time: 12:28 am/**pm**

Foreperson of the Jury

**Court's Response:**

It would be helpful if you could specify, if possible, all portions of the testimony that you would like read back to you by the court reporter. We do not have transcripts of the testimony to provide.