
FILED
CLERK, U.S. DISTRICT COURT
5/1/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: IV DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

JURY NOTE

# JURY NOTE • NUMBER  3    (REDACTED)

Case No.  5:22-cv-01934-SSS-SPx

Title:  Rosa Nunez et al v. County of San Bernardino et al
================================================================

☐  The Jury has reached a unanimous verdict.

☒  Other:

Is there a placement photo with circles where each person was standing, specifically Martinez, Cervantis, Lefever. We saw them circle during different times of testimony.

Dated this  April  day of  30 , 2025.

Time:  10 : 17  am/pm

_____
Foreperson of the Jury

Court's Response:

There is no such photo in evidence.