FILED
CLERK, U.S. DISTRICT COURT
5/1/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: IV DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

JURY NOTE  4/30/2025

**JURY NOTE • NUMBER** ~~4~~ 5     **(REDACTED)**

Case No.   5:22-cv-01934-SSS-SPx

Title:   Rosa Nunez et al v. County of San Bernardino et al
================================================================

☐ The Jury has reached a unanimous verdict.

☑ Other:

Based on the information available the jury can 14 4/30/2025
unanimously come to a decision on question ~~#4~~ #1
Evenly split.

Dated this  April  day of  30th , 2025.

Time:  1 :15 am/**pm**

Court's Response:

The jury is instructed to continue deliberating until Question 4 is addressed and thereafter up and until the jury is able or unable to reach a unanimous decision. Please do not disclose any vote count.

Court's Amended Response:
For clarification purposes "Question 4" refers to Jury Note #4.