

FILED
CLERK, U.S. DISTRICT COURT
5/1/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: IV    DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

JURY NOTE

## JURY NOTE • NUMBER 6    (REDACTED)

Case No.   5:22-cv-01934-SSS-SPx

Title:   Rosa Nunez et al v. County of San Bernardino et al
==========================================================

[ ] The Jury has reached a unanimous verdict.

[X] Other:   4/30/2025

1) Can the court reporter come to read back testimony on the position of Martinez in location to the car when first shot from Martinez testimony.
2) Read back testimony from Servantes on her location in regards to car when the first shot was taken.
3) Read back testimony from Campos on his location in regards to car when the first shot was taken.

Dated this   April   day of   30  , 2025.

Time: 3 : 25 am/**pm**

_____
Foreperson of the Jury

**Court's Response:**

1) The court reporter will read back this testimony as requested.
2) The court reporter will read back this testimony as requested.
3) There is no testimony responsive to this request.