UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION



FILED
CLERK, U.S. DISTRICT COURT
5/1/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: ___IV___ DEPUTY

JURY NOTE

# JURY NOTE • NUMBER  7   (REDACTED)

Case No.   5:22-cv-01934-SSS-SPx

Title:   Rosa Nunez et al v. County of San Bernardino et al
================================================================

☒ The Jury has reached a unanimous verdict.
☐ Other:

_____
_____
_____
_____
_____
_____
_____
_____

Dated this __May__ day of __1st__, 2025.

Time: 12 : 30 am/(pm)

[Foreperson signature redacted]
Foreperson of the Jury

Court's Response: