ORIGINAL

FILED
CLERK, U.S. DISTRICT COURT
5/1/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: _____IV_____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA NUÑEZ, individually; ANTHONY NUÑEZ, JR., individually and as successor-in-interest to Decedent, Anthony Nuñez; and, ANDREW NUÑEZ, individually,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN BERNARDINO; MICHAEL MARTINEZ; and DOES 5 through 15, inclusive,<br><br>Defendants. | Case No.: 5:22-cv-01934-SSS-SP<br><br>*Honorable Sunshine S. Sykes*<br>*Hon. Mag. Judge Sheri Pym*<br><br>**SPECIAL VERDICT FORM**<br><br>**(REDACTED)**<br><br>Trial:   April 21, 2025 |

1

# SPECIAL VERDICT FORM

We the jury in the above-entitled case find as follows:

## EXCESSIVE FORCE AND BATTERY CLAIM

**QUESTION 1:** Did the defendant Michael Martinez use excessive or unreasonable force against Anthony Nuñez?

_____ YES      __X__ NO

*If you answered "Yes" to Question 1, please proceed to Question 2.*
*If you answered "No" to Question 1, please proceed to Question 3.*

**QUESTION 2:** Was the use of excessive or unreasonable force by the defendant Michael Martinez a substantial factor in causing harm, damage, injury, loss, and/or death to Anthony Nuñez?

_____ YES      _____ NO

*Please proceed to the next Question.*

2

# **NEGLIGENCE CLAIM**

**QUESTION 3:** Was the defendant Michael Martinez negligent toward Anthony Nuñez?

_____ YES        \_\_\_\_X\_\_\_\_ NO

*If you answered "Yes" to Question 3, please proceed to Question 4.*
*If you answered "No" to Question 3, please proceed to Question 9.*

**QUESTION 4:** Was the negligence of the defendant Michael Martinez a substantial factor in causing harm, damage, injury, loss, and/or death to Anthony Nuñez?

_____ YES        _____ NO

*If you answered "Yes" to Question 4, please proceed to Question 5.*
*If you answered "No" to Question 4, please proceed to Question 9.*

**QUESTION 5:** Was Anthony Nuñez negligent?

_____ YES        _____ NO

*If you answered "Yes" to Question 5, please proceed to Question 6.*
*If you answered "No" to Question 5, please proceed to Question 8.*

3

**QUESTION 6:** Was Anthony Nuñez's negligence a substantial factor in causing his harm, damage, injury, loss, and/or death?

_____ YES    _____ NO

*If you answered "Yes" to Question 6, please proceed to Question 7.*
*If you answered "No" to Question 6, please proceed to Question 8.*

**QUESTION 7:** What percentage of negligence that was a cause of Anthony Nuñez's injury and/or death do you assign to the defendant Michael Martinez, and what percentage of negligence that was a cause of Anthony Nuñez's injury and/or death do you assign to Anthony Nuñez, if any? (Your total should equal 100%).

Michael Martinez    _____ %

Anthony Nuñez    _____ %

*Please proceed to the next Question.*

**QUESTION 8:** Was the negligence of the defendant Michael Martinez a substantial factor in causing Plaintiff Andrew Nuñez to suffer serious emotional distress?

_____ YES    _____ NO

*If you answered "Yes" to Question 2, please proceed to Question 9.*
*If you answered "No" to Question 2, please proceed to Question 11.*

4

## BANE ACT CLAIM

**QUESTION 9:** Did defendant Michael Martinez violate the Bane Act?

_____ YES        \_\_\_X\_\_\_ NO

*If you answered "Yes" to Question 9, please proceed to Question 10.*
*If you answered "No" to Question 9, please proceed to Question 11.*

**QUESTION 10:** Was the Defendant Michael Martinez's conduct in violating the Bane Act a substantial factor in causing Anthony Nuñez's harm, damage, injury, loss, and/or death?

_____ YES        _____ NO

*Please proceed to the next Question.*

## FOURTEENTH AMENDMENT CLAIM

**QUESTION 11:** Did the defendant Michael Martinez act with deliberate indifference to Plaintiffs' rights to a familial relationship with the decedent, Anthony Nuñez?

_____ YES        \_\_\_X\_\_\_ NO

*If you answered "Yes" to Questions 2, 4, **and/or** 10, please proceed to Question 12.*
*If you answered "No" to Questions 2, 4, 10, **and** 11, please proceed to the end and sign and date this verdict form.*

5

## **DAMAGES**

**QUESTION 12:** What are Anthony Nuñez's damages for his pre-death pain and suffering?

$_____

*Answer Question 13 **only if** you answered "Yes" to Question 2.*

**QUESTION 13:** What are Anthony Nuñez's damages for his loss of life?

$_____

*Answer Question 14 **only if** you answered "Yes" to Questions 2, 4, and/or 11.*

**QUESTION 14:** What are Plaintiff Anthony Nuñez, Jr.'s wrongful death damages for the loss of his father, Anthony Nuñez?

    Past wrongful death damages    $_____

    Future wrongful death damages    $_____

*Answer Question 15 **only if** you answered "Yes" to Question 11.*

**QUESTION 15:** What are Plaintiff Rosa Nuñez's wrongful death damages for the loss of her son, Anthony Nuñez?

        Past wrongful death damages    $ _____

        Future wrongful death damages    $ _____

*Answer Question 16 **only if** you answered "Yes" to Question 8.*

**QUESTION 16:** What are Plaintiff Andrew Nuñez's damages for his emotional distress suffered as a result of his contemporaneous awareness of Anthony Nuñez's injuries and/or death?

        Andrew Nuñez's past emotional distress    $ _____

        Andrew Nuñez's future emotional distress    $ _____

*Please sign and return this verdict form.*

Signed: ████████████████ Dated: 5/1/2025

    Presiding Juror