JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ROSA NUNEZ, individually and as successor-in-interest to Decedent, Anthony Nunez; ANTHONY NUNEZ, JR., individually and as successor-in-interest to Decedent, Anthony Nunez; and, ANDREW NUNEZ, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SAN BERNARDINO; CITY OF HESPERIA; MICHAEL MARTINEZ; SABRINA CERVANTES; JEREMY DEBERG; JONATHAN CAMPOS; and DOES 5 through 15, inclusive,<br><br>Defendants. | Case No. 5:22-cv-1934-SSS(SPx)<br><br>**JUDGMENT AFTER TRIAL BY JURY AND ORDER**<br><br>Trial Date: April 21, 2025 |

## JUDGMENT AFTER TRIAL BY JURY

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

This action came on regularly for trial on April 21, 2025 in Courtroom "2" of the United States District Court, before the Honorable Sunshine S. Sykes, United States District Court Judge. Plaintiffs ROSA NUNEZ, ANTHONY NUNEZ JR., AND ANDREW NUNEZ ("Plaintiffs") were represented by Dale K. Galipo and

Benjamin S. Levine of the Law Offices of Dale K. Galipo and Michael S. Carrillo and Dominique L. Boubion of the Carrillo Law Firm, LLP.  The Defendant MICHAEL MARTINEZ ("Defendant") was represented by Christopher P. Wesierski and Abe G. Salen of Wesierski & Zurek, LLP.

A jury of eight (8) persons was regularly empaneled and sworn.

Witnesses were sworn and testified and documentary evidence was introduced and admitted into evidence.  After hearing the evidence and arguments of counsel, the jury was duly instructed by the Court and the cause was submitted to the jury with directions to return a verdict on the issues, if after deliberations, they could do so.  The jury deliberated and thereafter returned to the court with their unanimous verdict.

**THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

That judgment be, and hereby is, entered in favor of the Defendant MICHAEL MARTINEZ and against the Plaintiffs ROSA NUNEZ, ANTHONY NUNEZ JR., AND ANDREW NUNEZ;

That the Plaintiffs shall take nothing;

That Defendant shall recover costs as the prevailing party pursuant to FRCP 54.

DATED: May 12, 2025

_____
Honorable Sunshine S. Sykes
United States District Court Judge