SCHEDULE 2

**FL**

**First Legal Network**
P.O. Box 745087
Los Angeles, CA 90074-5087

TAX ID# 99-3169047

# INVOICE

*** REPRINT ***

| Invoice No. | Customer No. |
|---|---|
| 30270588 | 83341 |
| **Invoice Date** | **Total Due** |
| 2/23/24 | 8,861.95 |
| | |
| | |
| | |
| | |

Wesierski & Zurek LLP
Attn:Brandie Selvey
29 Orchard Road
Lake Forest, CA 92630

BILLING/PAYMENT QUESTIONS
CLIENT CARE (877)350-8698

| | Customer No. | Invoice No. | Period Ending | Amount Due | Pg | |
|---|---|---|---|---|---|---|
| | 83341 | 30270588 | 5/22/25 | 8,861.95 | 28 | |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 2/21/24 | 12022805 | BIM | Wesierski & Zurek LLP (Firm) | Brenda Lopez | Base Chg : 309.75 | 337.63 |
| | | | 29 Orchard Road | 8990 Ninth Avenue | Fuel Chg : 27.88 | |
| PROCESS-BRANCH IMMEDIATE | | | LAKE FOREST    CA 92630 | HESPERIA    CA 92345 | | |
| | | | Caller: Leslie Sotelo | | | |
| | | | 5:22-cv-1934-SSS(SPx) | | | |
| | | | Nunez v. County of San Bernardino | | | |
| | | | DOCS: LETTER/SUBP | | | |
| | | | ADVANCE FEES | | | |
| | | | attempt tonight | | | |
| | | | PERSONAL | | | |
| | | | Signed: served on #12023314 | Ref: SBD-0015 | | |
| 2/21/24 | 12022812 | BIM | Wesierski & Zurek LLP (Firm) | Noelia Benitez | Base Chg : 38.50 | 129.50 |
| | | | 29 Orchard Road | 8990 Ninth Avenue | Adv/Wit Ck: 91.00 | |
| PROCESS-BRANCH IMMEDIATE | | | LAKE FOREST    CA 92630 | HESPERIA    CA 92345 | | |
| | | | Caller: Leslie Sotelo | Comment: RELATED PROCESS | | |
| | | | 5:22-cv-1934-SSS(SPx) | | | |
| | | | Nunez v. County of San Bernardino | | | |
| | | | DOCS: LETTER/SUBP | | | |
| | | | ADVANCE FEES | | | |
| | | | attempt tonight | | | |
| | | | PERSONAL | | | |
| | | | Signed: Noelia Benitez | Ref: SBD-0015 | | |
| 2/21/24 | 12022813 | BIM | Wesierski & Zurek LLP (Firm) | Lucy Rosas | Base Chg : 309.75 | 337.63 |
| | | | 29 Orchard Road | 8970 Ninth Avenue | Fuel Chg : 27.88 | |
| PROCESS-BRANCH IMMEDIATE | | | LAKE FOREST    CA 92630 | HESPERIA    CA 92345 | | |
| | | | Caller: Leslie Sotelo | | | |
| | | | 5:22-cv-1934-SSS(SPx) | | | |
| | | | Nunez v. County of San Bernardino | | | |
| | | | DOCS: LETTER/SUBP | | | |
| | | | ADVANCE FEES | | | |
| | | | attempt tonight | | | |
| | | | PERSONAL | | | |
| | | | Signed: CLOSE/NEW #12023899 | Ref: SBD-0015 | | |
| 2/21/24 | 12022814 | BIM | Wesierski & Zurek LLP (Firm) | Melissa Carpenter | Base Chg : 309.75 | 436.63 |
| | | | 29 Orchard Road | 7601 Arcadia Ave. | Fuel Chg : 27.88 | |
| PROCESS-BRANCH IMMEDIATE | | | LAKE FOREST    CA 92630 | HESPERIA    CA 92345 | Adv/Wit Ck: 99.00 | |
| | | | Caller: Leslie Sotelo | | | |
| | | | 5:22-cv-1934-SSS(SPx) | | | |
| | | | Nunez v. County of San Bernardino | | | |
| | | | DOCS: LETTER/SUBP | | | |
| | | | ADVANCE FEES | | | |
| | | | attempt tonight | | | |
| | | | PERSONAL | | | |
| | | | Signed: Melissa Carpenter | Ref: SBD-0015 | | |
| | | | | | | Continued |

## INVOICE PAYMENT DUE UPON RECEIPT



**First Legal Network**
P.O. Box 745087
Los Angeles, CA 90074-5087

TAX ID# 99-3169047

# INVOICE

*** REPRINT ***

| Invoice No. | Customer No. |
|---|---|
| 30270588 | 83341 |
| **Invoice Date** | **Total Due** |
| 2/23/24 | 8,861.95 |
| | |
| | |
| | |

Wesierski & Zurek LLP
Attn:Brandie Selvey
29 Orchard Road
Lake Forest, CA 92630

BILLING/PAYMENT QUESTIONS
CLIENT CARE (877)350-8698

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 83341 | 30270588 | 5/22/25 | 8,861.95 | 29 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 2/22/24 | 12023314 | BIM | Wesierski & Zurek LLP (Firm)<br>29 Orchard Road<br>LAKE FOREST    CA 92630<br>Caller: Leslie Sotelo<br>5:22-cv-1934-SSS(SPx)<br>Nunez v. County of San Bernardino<br>DOCS: LETTER/SUBP<br>ADVANCE FEES<br>attempt tonight<br>PERSONAL<br>Signed: Brenda Lopez | Brenda Lopez<br>16674 ARROW BLVD<br>FONTANA    CA 92335<br><br><br><br><br><br><br><br>Ref: SBD-0015 | Base Chg : 136.25<br>Fuel Chg : 12.26<br>Adv/Wit Ck: 91.00 | 239.51 |

PROCESS-BRANCH IMMEDIATE

Total Charges for Ref. - SBD-0015:  1,480.90

# INVOICE PAYMENT DUE UPON RECEIPT



**First Legal Network**
P.O. Box 745087
Los Angeles, CA 90074-5087

TAX ID# 99-3169047

# INVOICE

*** REPRINT ***

| Invoice No. | Customer No. |
|---|---|
| 30278032 | 83341 |
| **Invoice Date** | **Total Due** |
| 4/15/24 | 6,434.06 |
| | |
| | |

Wesierski & Zurek LLP
Attn:Brandie Selvey
29 Orchard Road
Lake Forest, CA 92630

BILLING/PAYMENT QUESTIONS
CLIENT CARE (877) 350-8698

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 83341 | 30278032 | 5/22/25 | 6,434.06 | 29 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 4/09/24 | 12042218 | PDF | Wesierski & Zurek LLP (Firm)  U.S. District Court | Base Chg : 35.00 | | 176.50 |
| PDF COURTESY DELIVERY | | | 29 Orchard Road          3470 12th Street | PDF/Ship : 141.50 | | |
| | | | LAKE FOREST    CA 92630    RIVERSIDE    CA 92501 | | | |
| | | | Caller: Nicole Burke | | | |
| | | | 5:22-cv-01934-SSS-SP | | | |
| | | | Nunez v. COSB | | | |
| | | | DOCS: Motion for Summary Judgment            (Proposed) | | | |
| | | | Order                                    Separate | | | |
| | | | Statement                                Declarati | | | |
| | | | of Michelle Prescott                    Declaration | | | |
| | | | of Michael Martinez                    Declaration | | | |
| | | | of Corey Lefever                        Declaration | | | |
| | | | of Jeremy Deberg                        Declaration | | | |
| | | | of Edward Flosi | | | |
| | | | MANDATORY CHAMBERS | | | |
| | | | COPY DUE BY 4PM | | | |
| | | | WED. | | | |
| | | | Signed: delivered          Ref: SB-0015 | | | |
| | | | **Total Charges** for Ref. - SB-0015:    176.50 | | | |

## INVOICE PAYMENT DUE UPON RECEIPT

# SCHEDULE 5



## Platinum Court Reporters

Post Office Box 6070
San Pedro, California 90734-6070
Phone: (310) 241-1450
Fax: (310) 241-1456

Tax ID: 47-2254207

| INVOICE NO. | INVOICE DATE |
|---|---|
| 789458 | 04/08/2024 |
| **CASE CAPTION** | |
| Rosa Nunez v County of San Bernardino | |
| DATE OF SERVICE | CASE NUMBER |
| 03/18/2024 | 22-CV-1934-SSS |
| CLAIM NO./FILE NO. | SBD-15 |
| **PAYMENT TERMS** | |
| Due upon receipt. If invoice is unpaid after 30 days, finance charges will begin to accrue at a rate of 1.5% every 30 days. | |
| **NOT A MEDICAL BILL** | |

Account Payable
Wesierski & Zurek L.L.P.
29 Orchard Rd.
Lake Forest, California 92630-

## INVOICE IS NOT SUBJECT TO FURTHER BILL REVIEW.
## PLEASE PAY IN FULL PER AGREED RATES.

| Court Reporting Services: Deposition of Jonathan Campos | $479.25 |
|---|---|
| | **TOTAL DUE**   $479.25 |

Ordered by: Ethan Gruenewald on behalf of Michelle Prescott, Esq., (949) 975-1000
Wesierski & Zurek L.L.P. , 29 ORCHARD RD. , LAKE FOREST, California, 92630

Proceeding Location: P.O. Box 6070 San Pedro 90734

Please tear off bottom portion & remit with payment

Account Payable
Wesierski & Zurek L.L.P.
29 Orchard Rd.
Lake Forest, California 92630-

```
INVOICE DATE        04/08/2024       INVOICE NO 789458
THIS COPY PRINTED ON 04/09/2024      TOTAL DUE  $479.25
        For Your Convenience, we accept major credit cards
```

  

```
Amount being authorized: $_____
Credit Card No.: _____
Expiration Date: _____
Security code on back of card (or front for Amex): _____
Name (exactly) as it appears on card:_____
Billing address and Zip Code:_____
Cardholder's Signature: _____
```

**Platinum Reporters**

**Post Office Box 6070**
**San Pedro, California 90734-6070**



# Invoice

#### #40047065

CORPORATE HEADQUARTERS
1230 W. MOREHEAD ST. | SUITE 102 | CHARLOTTE, NC 28208

**Wesierski & Zurek LLP**
Brett Smith
29 Orchard Road
Lake Forest CA 92630
United States

| Invoice Date | Terms | Due Date | Job Date | Job Number |
|---|---|---|---|---|
| 2/19/2024 | DUR, after 30 days 1.5% | 2/19/2024 | 2024-02-12T18:00:00 Z | 90042681 |

| Case Number | Case Name |
|---|---|
| | Rosa Nunez et al. vs. County of San Bernardino |

COPY OF TRANSCRIPT OF:

Corey LaFever                                                                923.80

COPY OF TRANSCRIPT OF:

Michael Martinez                                                          2347.60

| | |
|---|---|
| **INVOICE TOTAL  >>>** | **$3271.40** |
| Credits Applied | $0.00 |
| Payments Applied | $0.00 |
| **Amount Due** | **$3,271.40** |

Location of Job:  All Parties to Appear Remotely
Los Angeles,  CA  90012

Thank you for choosing Huseby!

If you would like to pay your invoice(s) securely online by credit card, please visit www.huseby.com. Click the "Make a Payment" button located at the top of the page.

Schedule with us anywhere nationally today! To learn more about the services and technology we provide for both depositions and trial, visit us online at www.huseby.com.

**Tax ID:** 31-1763752

Remit to: **Huseby Global Litigation**
          **P.O. Box 6180**
          **Hermitage, PA 16148-0922**



40047065



# Invoice

#40048391

CORPORATE HEADQUARTERS
1230 W. MOREHEAD ST. | SUITE 102 | CHARLOTTE, NC 28208

**Wesierski & Zurek LLP**
Brett Smith
29 Orchard Road
Lake Forest CA 92630
United States

| Invoice Date | Terms | Due Date | Job Date | Job Number |
|---|---|---|---|---|
| 2/27/2024 | DUR, after 30 days 1.5% | 2/27/2024 | 2024-02-22 | 90044247 |

| Case Number | Case Name |
|---|---|
| | Rosa Nuñez, et al vs. County of San Bernardino, City of Hesperia, et al |

COPY OF TRANSCRIPT OF:

Sabrina Cervantes

|  | |
|---|---|
| | 2055.72 |
| **INVOICE TOTAL  >>>** | **$2055.72** |
| Credits Applied | $0.00 |
| Payments Applied | $0.00 |
| **Amount Due** | **$2,055.72** |

Location of Job: All Parties to Appear Remotely
Los Angeles,  CA  90012

Thank you for choosing Huseby!

If you would like to pay your invoice(s) securely online by credit card, please visit www.huseby.com. Click the "Make a Payment" button located at the top of the page.

Schedule with us anywhere nationally today! To learn more about the services and technology we provide for both depositions and trial, visit us online at www.huseby.com.

**Tax ID:** 31-1763752

Remit to: **Huseby Global Litigation**
         **P.O. Box 6180**
         **Hermitage, PA 16148-0922**


40048391

1 of 1

# Huseby.com

**Invoice**

**#40048392**

CORPORATE HEADQUARTERS
1230 W. MOREHEAD ST. | SUITE 102 | CHARLOTTE, NC 28208

**Wesierski & Zurek LLP**
Brett Smith
29 Orchard Road
Lake Forest CA 92630
United States

| Invoice Date | Terms | Due Date | Job Date | Job Number |
|---|---|---|---|---|
| 2/27/2024 | DUR, after 30 days 1.5% | 2/27/2024 | 2024-02-21 | 90044246 |

| Case Number | Case Name |
|---|---|
| | Rosa Nuñez, et al vs. County of San Bernardino, City of Hesperia, et al |

COPY OF TRANSCRIPT OF:

Jeremy Deberg

| | |
|---|---|
| | 2488.30 |
| **INVOICE TOTAL  >>>** | **$2488.30** |
| Credits Applied | $0.00 |
| Payments Applied | $0.00 |
| **Amount Due** | **$2,488.30** |

Location of Job:  All Parties to Appear Remotely
Los Angeles,  CA  90012

Thank you for choosing Huseby!

If you would like to pay your invoice(s) securely online by credit card, please visit www.huseby.com. Click the "Make a Payment" button located at the top of the page.

Schedule with us anywhere nationally today! To learn more about the services and technology we provide for both depositions and trial, visit us online at www.huseby.com.

**Tax ID:** 31-1763752

Remit to: **Huseby Global Litigation**
     **P.O. Box 6180**
     **Hermitage, PA 16148-0922**


40048392

1 of 1

**First Legal Depositions**

1517 Beverly Boulevard
Los Angeles, CA 90026
Phone: (855)-348-4997



Wesierski & Zurek LLP - Lake Forest
Brett Smith, Esq.
29 Orchard Road
Lake Forest, CA 92630

## *Invoice #106479*

| Date | Terms |
|------|-------|
| 03/18/2024 | Net 30 |

**Job #95716 on 02/26/2024 at 10:00 AM PT**

| | |
|---|---|
| **Billing Reference:** SBD-0015 | **Shipped On:** 03/13/2024 |
| **Case:** Rosa Nunez v. County of San Bernardino, et al. | **Shipped Via:** Email Only |
| | **Delivery Type:** Normal |
| **Location:** Regus Business Centers | **Services:** Conference Room; Court Reporter; |
| 473 E. Carnegie Drive, | Lap Top Rental; Remote- Link Only; |
| Suite 200 | Rough Draft; Videographer |
| San Bernardino, CA 92408 | |

| Description | Price | Amount |
|-------------|-------|--------|
| **Original Transcript of Brenda Lopez** | | |
| Original & One - Electronic (83 Pages) | $ 6.55 | $ 543.65 |
| Appearance Fee | $ 99.00 | $ 99.00 |
| In Person Coverage | $ 200.00 | $ 200.00 |
| Rough Draft (Minimum) | $ 180.00 | $ 180.00 |
| Exhibit CD/USB/Flashdr/ZipFile | $ 25.00 | $ 25.00 |
| Condensed Transcript | $ 25.00 | $ 25.00 |
| Processing & Handling | $ 50.00 | $ 50.00 |
| Original Held By Code | $ 35.00 | $ 35.00 |
| Remote Surcharge (71 Pages) | $ 0.60 | $ 42.60 |
| Video Surcharge (71 Pages) | $ 0.60 | $ 42.60 |
| | | $ 1,242.85 |
| **Original Transcript of Noelia Benitez** | | |
| Original & One - Electronic (165 Pages) | $ 5.95 | $ 981.75 |
| Waiting Time (0.5 Hours) | $ 80.00 | $ 40.00 |
| Rough Draft (133 Pages) | $ 1.95 | $ 259.35 |
| B&W Exhibit(s) (33 Pages) | $ 0.55 | $ 18.15 |
| Exhibit Linking | $ 20.00 | $ 20.00 |
| Condensed Transcript | $ 25.00 | $ 25.00 |
| Processing & Handling | $ 50.00 | $ 50.00 |
| Original Held By Code | $ 35.00 | $ 35.00 |
| Remote Surcharge (141 Pages) | $ 0.60 | $ 84.60 |
| Video Surcharge (141 Pages) | $ 0.60 | $ 84.60 |
| | | $ 1,598.45 |
| **Conference Room/Remote Services** | | |
| Remote Set-Up Fee | $ 325.00 | $ 325.00 |
| Conference Room | $ 261.00 | $ 261.00 |
| Conference Room Booking Fee | $ 25.00 | $ 25.00 |
| | | $ 611.00 |

*Invoice #106479*

| | |
|---|---:|
| Discount Remote Set Up | $ -325.00 |
| | $ -325.00 |

| | |
|---|---:|
| Amount Due: | $ 3,127.30 |
| Paid: | $ 0.00 |

| | |
|---|---:|
| **Balance Due:** | **$ 3,127.30** |
| **Payment Due:** | **04/17/2024** |

We appreciate your business - Where the client comes first!
Billing questions?  Please call us at (855) 348-4997   or   email us at depoclientcare@firstlegal.com

Remit Payment To:  First Legal Deposition Services LLC
P.O. Box 841441
Dallas, TX  75284-1441

Tax ID: 46-3364757      First Legal Depositions      Phone: 855-348-4997

**First Legal Depositions**
1517 Beverly Boulevard
Los Angeles, CA 90026
Phone: (855)-348-4997



Wesierski & Zurek LLP - Lake Forest
Michelle R. Prescott
29 Orchard Road
Lake Forest, CA 92630

## *Invoice #106778*

| Date | Terms |
|------|-------|
| 03/21/2024 | Net 30 |

**Job #95717 on 02/27/2024 at 10:00 AM PT**

**Billing Reference:** SBD-0015
**Case:** Rosa Nunez v. County of San Bernardino, et al.
**Location:** Remote- Zoom

**Shipped On:** 03/20/2024
**Shipped Via:** Email Only
**Delivery Type:** Normal
**Services:** Court Reporter; Interpreter (Half Day - 3 hours); Lap Top Rental; Remote- Link Only; Rough Draft; Videographer

| Description | Price | Amount |
|-------------|-------|--------|
| **Original Transcript of Lucy Ramos** | | |
| Original & One - Electronic (114 Pages) | $ 5.95 | $ 678.30 |
| Appearance Fee | $ 99.00 | $ 99.00 |
| Rough Draft (136 Pages) | $ 1.95 | $ 265.20 |
| B&W Exhibit(s) (19 Pages) | $ 0.55 | $ 10.45 |
| Color Exhibit(s) (9 Pages) | $ 2.50 | $ 22.50 |
| Exhibit Linking | $ 20.00 | $ 20.00 |
| Condensed Transcript | $ 25.00 | $ 25.00 |
| Processing & Handling | $ 50.00 | $ 50.00 |
| Original Held By Code | $ 35.00 | $ 35.00 |
| Transcript Surcharges - Video/Remote (97 Pages) | $ 1.20 | $ 116.40 |
| Interpreter Surcharge (97 Pages) | $ 0.60 | $ 58.20 |
| | | $ 1,380.05 |
| **Original Transcript of Melissa Carpenter** | | |
| Original & One (Minimum) | $ 425.00 | $ 425.00 |
| Processing & Handling | $ 50.00 | $ 50.00 |
| Condensed Transcript | $ 25.00 | $ 25.00 |
| Original Held By Code | $ 35.00 | $ 35.00 |
| Remote Surcharge (50 Pages) | $ 0.60 | $ 30.00 |
| Secured PDF - Emailed to Witness | $ 25.00 | $ 25.00 |
| | | $ 590.00 |
| **Original Transcript of Melissa Carpenter - Confidential** | | |
| Original & One - Electronic (13 Pages) | $ 5.95 | $ 77.35 |
| Processing & Handling | $ 50.00 | $ 50.00 |
| Condensed Transcript | $ 25.00 | $ 25.00 |
| Original Held By Code | $ 35.00 | $ 35.00 |
| Remote Surcharge (11 Pages) | $ 0.60 | $ 6.60 |
| | | $ 193.95 |

*Invoice #106778*

**Laptop Rental**
Laptop/Tablet Rental                          $ 75.00              $ 75.00

                                                                  $ 75.00

|                | Amount Due: | $ 2,239.00 |
|----------------|-------------|------------|
|                | Paid:       | $ 0.00     |

| Balance Due:  | $ 2,239.00 |
|---------------|------------|
| Payment Due:  | 04/20/2024 |

We appreciate your business - Where the client comes first!
Billing questions?  Please call us at (855) 348-4997   or   email us at depoclientcare@firstlegal.com

Remit Payment To:  First Legal Deposition Services LLC
                   P.O. Box 841441
                   Dallas, TX  75284-1441

Tax ID: 46-3364757        First Legal Depositions        Phone: 855-348-4997

**First Legal Depositions**

1517 Beverly Boulevard
Los Angeles, CA 90026
Phone: (855)-348-4997



Wesierski & Zurek LLP - Lake Forest
Michelle R. Prescott
29 Orchard Road
Lake Forest, CA 92630

### *Invoice #106790*

| Date | Terms |
|------|-------|
| 03/21/2024 | Net 30 |

---

**Job #95717 on 02/27/2024 at 10:00 AM PT**

**Billing Reference:** SBD-0015
**Case:** Rosa Nunez v. County of San Bernardino, et al.
**Location:** Remote- Zoom

**Shipped On:** 03/20/2024
**Shipped Via:** Email Only
**Delivery Type:** Normal
**Services:** Court Reporter; Interpreter (Half Day - 3 hours); Lap Top Rental; Remote-Link Only; Rough Draft; Videographer

| Description | Price | Amount |
|-------------|-------|--------|
| **Interpreter Services - Lucy Ramos** | | |
| Interpreter (Hourly) (6 Hours) | $ 235.00 | $ 1,410.00 |
| | | $ 1,410.00 |

| | | |
|---|---|---|
| | Amount Due: | $ 1,410.00 |
| | Paid: | $ 0.00 |

*Spanish Interpreter*

| Balance Due: | $ 1,410.00 |
|--------------|-----------|
| **Payment Due:** | 04/20/2024 |

We appreciate your business - Where the client comes first!
Billing questions?  Please call us at (855) 348-4997  or  email us at depoclientcare@firstlegal.com

Remit Payment To:  First Legal Deposition Services LLC
P.O. Box 841441
Dallas, TX  75284-1441

Tax ID: 46-3364757     First Legal Depositions     Phone: 855-348-4997



## Platinum Court Reporters

Post Office Box 6070
San Pedro, California 90734-6070
Phone: (310) 241-1450
Fax: (310) 241-1456

Tax ID: 47-2254207

| INVOICE NO. | INVOICE DATE |
|---|---|
| 790567 | 04/23/2024 |
| **CASE CAPTION** | |
| Rosa Nunez v County of San Bernardino | |
| DATE OF SERVICE | CASE NUMBER |
| 04/05/2024 | 22-CV-1934-SSS |
| CLAIM NO./FILE NO. SBD-CS | |
| **PAYMENT TERMS** | |
| Due upon receipt. If invoice is unpaid after 30 days, finance charges will begin to accrue at a rate of 1.5% every 30 days. | |
| **NOT A MEDICAL BILL** | |

Account Payable
Wesierski & Zurek L.L.P.
29 Orchard Rd.
Lake Forest, California 92630-

### INVOICE IS NOT SUBJECT TO FURTHER BILL REVIEW.
### PLEASE PAY IN FULL PER AGREED RATES.

---

Court Reporter Services: Deposition of Scott Defoe                                    $1213.65

**TOTAL DUE**   $1213.65

Ordered by: Ethan Gruenewald on behalf of Michelle Prescott, Esq., (949) 975-1000
Wesierski & Zurek L.L.P. , 29 ORCHARD RD. , LAKE FOREST, California, 92630

Proceeding Location: P.O. Box 6070 San Pedro 90734

---

Please tear off bottom portion & remit with payment

---

Account Payable
Wesierski & Zurek L.L.P.
29 Orchard Rd.
Lake Forest, California 92630-

INVOICE DATE        04/23/2024        INVOICE NO 790567
THIS COPY PRINTED ON 04/24/2024        TOTAL DUE  $1213.65

For Your Convenience, we accept major credit cards

  

Amount being authorized: $_____

Credit Card No.: _____

Expiration Date: _____

Security code on back of card (or front for Amex): _____

Name (exactly) as it appears on card:_____

Billing address and Zip Code:_____

Cardholder's Signature: _____

**Platinum Reporters**

Post Office Box 6070
San Pedro, California 90734-6070



# Invoice
## #40056861

CORPORATE HEADQUARTERS
1230 W. MOREHEAD ST. | SUITE 102 | CHARLOTTE, NC 28208

**Wesierski & Zurek LLP**
Joshua Nuzzo
29 Orchard Road
Lake Forest CA 92630
United States

| Invoice Date | Terms | Due Date | Job Date | Job Number |
|---|---|---|---|---|
| 4/16/2024 | DUR, after 30 days 1.5% | 4/16/2024 | 4/1/2024 | 90054045 |

| Case Number | Case Name |
|---|---|
| | Rosa Nuñez, et al vs. County of San Bernardino, City of Hesperia, et al |

COPY OF TRANSCRIPT OF:

Edward T. Flosi

|  | 823.10 |
|---|---|
| **INVOICE TOTAL  >>>** | **$823.10** |
| Credits Applied | $0.00 |
| Payments Applied | $0.00 |
| **Amount Due** | **$823.10** |

Location of Job:  Remote
                 , CA

Thank you for choosing Huseby!

If you would like to pay your invoice(s) securely online by credit card, please visit www.huseby.com. Click the "Make a Payment" button located at the top of the page.

Schedule with us anywhere nationally today! To learn more about the services and technology we provide for both depositions and trial, visit us online at www.huseby.com.

**Tax ID:** 31-1763752

Remit to: **Huseby Global Litigation**
          **P.O. Box 6180**
          **Hermitage, PA 16148-0922**


40056861

**First Legal Depositions**

1517 Beverly Boulevard
Los Angeles, CA 90026
Phone: (855)-348-4997



Wesierski & Zurek LLP - Lake Forest
Brett Smith, Esq.
29 Orchard Road
Lake Forest, CA 92630

### *Invoice #111130*

| Date | Terms |
|------|-------|
| 06/18/2024 | Net 30 |

**Job #95717 on 02/27/2024 at 10:00 AM PT**

Billing Reference: SBD-0015
Case: Rosa Nunez v. County of San Bernardino, et al.
Location: Remote- Zoom

Shipped On: 04/18/2024
Shipped Via: Email Only
Delivery Type: Normal
Services: Court Reporter; Interpreter (Half Day - 3 hours); Lap Top Rental; Remote-Link Only; Rough Draft; Videographer

| Description | Price | Amount |
|-------------|-------|--------|
| **Video SERVICES Lucy Ramos & Melissa Carpenter** | | |
| Videographer: First Two Hours (Minimum) | $ 375.00 | $ 375.00 |
| Each Additional Hour (2.5 Hours) | $ 150.00 | $ 375.00 |
| Syncing (4.5 Hours) | $ 65.00 | $ 292.50 |
| Video Processing, Delivery & Archival | $ 40.00 | $ 40.00 |
| | | $ 1,082.50 |

| | |
|---|---|
| Amount Due: | $ 1,082.50 |
| Paid: | $ 0.00 |

| | |
|---|---|
| **Balance Due:** | **$ 1,082.50** |
| **Payment Due:** | **07/18/2024** |

We appreciate your business - Where the client comes first!
Billing questions? Please call us at (855) 348-4997  or  email us at depoclientcare@firstlegal.com

Remit Payment To:  First Legal Deposition Services LLC
                   P.O. Box 841441
                   Dallas, TX  75284-1441

Tax ID: 46-3364757    First Legal Depositions    Phone: 855-348-4997



# Invoice
### #40052289

CORPORATE HEADQUARTERS
1230 W. MOREHEAD ST. | SUITE 102 | CHARLOTTE, NC 28208

**Wesierski & Zurek LLP**
Brett Smith
29 Orchard Road
Lake Forest CA 92630
United States

| Invoice Date | Terms | Due Date | Job Date | Job Number |
|---|---|---|---|---|
| 3/20/2024 | DUR, after 30 days 1.5% | 3/20/2024 | 3/18/2024 | 90049003 |

| Case Number | Case Name |
|---|---|
| | Rosa Nuñez, et al vs. County of San Bernardino, City of Hesperia, et al |

COPY OF TRANSCRIPT OF:

Jonathan Campos

|  | 2011.78 |
|---|---|
| **INVOICE TOTAL  >>>** | **$2011.78** |
| Credits Applied | $0.00 |
| Payments Applied | $0.00 |
| **Amount Due** | **$2,011.78** |

Location of Job:  Remote
, CA

Thank you for choosing Huseby!

If you would like to pay your invoice(s) securely online by credit card, please visit www.huseby.com. Click the "Make a Payment" button located at the top of the page.

Schedule with us anywhere nationally today! To learn more about the services and technology we provide for both depositions and trial, visit us online at www.huseby.com.

**Tax ID:** 31-1763752

Remit to: **Huseby Global Litigation**
**P.O. Box 6180**
**Hermitage, PA 16148-0922**


40052289

1 of 1

28564

**WESIERSKI & ZUREK LLP**
GENERAL ACCOUNT
FEDERAL TAX ID. 33-0260543
29 ORCHARD ROAD
LAKE FOREST, CA 92630
PH. 949-975-1000

**ABB** AMERICAN BUSINESS BANK
400 South Hope St., Suite 300
Los Angeles, CA 90071-2804
16-4280/1220

One Thousand Six Hundred Fifty Dollars and 00/100************************************************************

PAY

| | |
|---|---|
| TO THE ORDER OF | On-Scene Consulting Group, LLC |

DATE 04/02/2024    AMOUNT $1,650.00

On-Scene Consulting Group, LLC
526 21st St.
Huntington Beach, CA 92648

*Christopher P. Wesierski*

AUTHORIZED SIGNATURE

⑈028564⑈ ⑆122042807⑆ 0110925⑈

**WESIERSKI & ZUREK LLP**
GENERAL ACCOUNT

28564

| INVOICE | DATE | DESCRIPTION | INV AMOUNT |
|---|---|---|---|
| 4124 | 4/1/2024 | Scott DeFoe Deposition 4/5/24 | 1,650.00 |

| Check# / Date | 28564 | 4/2/2024 | On-Scene Consulting Group, LLC | 1,650.00 |

**WESIERSKI & ZUREK LLP**
GENERAL ACCOUNT

28564

| INVOICE | DATE | DESCRIPTION | INV AMOUNT |
|---|---|---|---|
| 4124 | 4/1/2024 | Scott DeFoe Deposition 4/5/24 | 1,650.00 |

Check# / Date    28564    4/2/2024    On-Scene Consulting Group, LLC    1,650.00

SCHEDULE 8

**Brandie Selvey**                                              SBD-15

**To:**                    Jennifer Purcell
**Subject:**               RE: Pay.gov Payment Confirmation: CALIFORNIA CENTRAL DISTRICT COURT


-----Original Message-----
From: do_not_reply@psc.uscourts.gov <do_not_reply@psc.uscourts.gov>
Sent: Thursday, April 10, 2025 1:19 PM
To: Jennifer Purcell <JPurcell@WZLLP.COM>
Subject: Pay.gov Payment Confirmation: CALIFORNIA CENTRAL DISTRICT COURT

**CAUTION: This email originated from outside of the organization.**

Your payment has been successfully processed and the details are below. If you have any questions or you wish to
cancel this payment, please contact: CM/ECF Helpdesk at 213-894-0242.

   Account Number: 4498119
   Court: CALIFORNIA CENTRAL DISTRICT COURT
   Amount: $34.00
   Tracking Id: ACACDC-39482074
   Approval Code: 148860
   Card Number: ************3000
   Date/Time: 04/10/2025 04:19:18 ET


NOTE: This is an automated message. Please do not reply

SCHEDULE 10A



**First Legal Network**
P.O. Box 745087
Los Angeles, CA 90074-5087

# INVOICE

TAX ID# 99-3169047

*** REPRINT ***

| Invoice No. | Customer No. |
|---|---|
| 30228261 | 83341 |
| Invoice Date | Total Due |
| 2/28/23 | 1,249.56 |
| | |
| | |
| | |

Wesierski & Zurek LLP
Attn:Brandie Selvey
29 Orchard Road
Lake Forest, CA 92630

BILLING/PAYMENT QUESTIONS
CLIENT CARE (877)350-8698

| | | Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|---|---|
| | | 83341 | 30228261 | 2/28/23 | 1,249.56 | 13 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 2/27/23 | 11881425 | PDF | Wesierski & Zurek LLP (Firm)      USDC-RIVERSIDE | Base Chg : | 33.00 | 34.50 |
| PDF COURTESY DELIVERY | | | 29 Orchard Road                  3470 12TH STREET | PDF/Ship : | 1.50 | |
| | | | LAKE FOREST     CA 92630         RIVERSIDE     CA 92501 | | | |
| | | | Caller: Chelsea Anderson | | | |
| | | | 5:22-cv-01934-SSS-SP | | | |
| | | | Nunez v. COSB | | | |
| | | | DOCS: MX DISMISS/PROP ORD | | | |
| | | | MANDATORY CHAMBERS | | | |
| | | | COPY DUE BEFORE 5PM | | | |
| | | | TODAY- FOR COURTROOM | | | |
| | | | Signed: delivered               Ref: SBD-0015 | | | |
| | | | **Total  Charges** for Ref. - SBD-0015:    34.50 | | | |

# INVOICE PAYMENT DUE UPON RECEIPT



**First Legal Network**
P.O. Box 745087
Los Angeles, CA 90074-5087

# INVOICE

TAX ID# 99-3169047

*** REPRINT ***

| Invoice No. | Customer No. |
|---|---|
| 30259482 | 83341 |
| Invoice Date | Total Due |
| 11/23/23 | 6,118.11 |
| | |
| | |
| | |

Wesierski & Zurek LLP
Attn:Brandie Selvey
29 Orchard Road
Lake Forest, CA 92630

BILLING/PAYMENT QUESTIONS
CLIENT CARE (877)350-8698

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 83341 | 30259482 | 11/23/23 | 6,118.11 | 27 |

| Date | Ordr No. | Svc | Service Detail | Charges | Total |
|---|---|---|---|---|---|
| 11/22/23 | 11981464 | PDF | Wesierski & Zurek LLP (Firm)   USDC-RIVERSIDE   Base Chg : | 33.00 | 33.00 |
| PDF COURTESY DELIVERY | | | 29 Orchard Road                3470 12TH STREET | | |
| | | | LAKE FOREST   CA 92630         RIVERSIDE    CA 92501 | | |
| | | | Caller: Nicole Burke | | |
| | | | 5:22-cv-1934-SSS(SPx) | | |
| | | | Nunez v. COSB | | |
| | | | DOCS: Joint Stipulation for Protective Order | | |
| | | | MANDATORY CHAMBERS | | |
| | | | COPY FOR | | |
| | | | Honorable Sheri Pym | | |
| | | | Signed: delivered              Ref: SBD-0015 | | |
| | | | **Total** **Charges** for Ref. - SBD-0015:   33.00 | | |

## INVOICE PAYMENT DUE UPON RECEIPT



**First Legal Network**
P.O. Box 745087
Los Angeles, CA 90074-5087

TAX ID# 99-3169047

# INVOICE

*** REPRINT ***

| Invoice No. | Customer No. |
|---|---|
| 30281217 | 83341 |
| Invoice Date | Total Due |
| 5/08/24 | 5,291.66 |
| | |
| | |
| | |

Wesierski & Zurek LLP
Attn:Brandie Selvey
29 Orchard Road
Lake Forest, CA 92630

BILLING/PAYMENT QUESTIONS
CLIENT CARE (877)350-8698

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 83341 | 30281217 | 5/08/24 | 5,291.66 | 38 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 5/03/24 | 12052380 | PDF | Wesierski & Zurek LLP (Firm)      USDC-RIVERSIDE | Base Chg : | 35.00 | 88.00 |
| PDF COURTESY DELIVERY | | | 29 Orchard Road                  3470 12TH STREET | PDF/Ship : | 53.00 | |
| | | | LAKE FOREST     CA 92630         RIVERSIDE     CA 92501 | | | |
| | | | Caller: Nicole Burke | | | |
| | | | 5:22-cv-01334-sss-SP | | | |
| | | | Nunez v. COSB | | | |
| | | | DOCS: Reply to Plaintiffs. Opposition to Defendants. Motion for Summary | | | |
| | | | Judgment                                          Defendants | | | |
| | | | County San Bernardino, City of Hesperia, Deputy Michael Martinez, | | | |
| | | | Deputy Jeremy Deberg, and Deputy Sabrina Cervantes. Reply to | | | |
| | | | Plaintiff.s Separate Statement of Undisputed Material Facts in Support | | | |
| | | | of Motion for Summary Judgment | | | |
| | | | MANDATORY CHAMBERS | | | |
| | | | COPIES | | | |
| | | | BY 4 PM MONDAY | | | |
| | | | Signed: delivered              Ref: SBD-0015 | | | |
| | | | | | | |
| | | | **Total  Charges** for Ref. - SBD-0015:     88.00 | | | |

## INVOICE PAYMENT DUE UPON RECEIPT



**First Legal Network**
P.O. Box 745087
Los Angeles, CA 90074-5087

TAX ID# 99-3169047

# INVOICE

\*\*\* REPRINT \*\*\*

| Invoice No. | Customer No. |
|---|---|
| 30291928 | 83341 |
| **Invoice Date** | **Total Due** |
| 7/31/24 | 5,830.19 |
| | |
| | |
| | |

Wesierski & Zurek LLP
Attn:Brandie Selvey
29 Orchard Road
Lake Forest, CA 92630

BILLING/PAYMENT QUESTIONS
CLIENT CARE (877)350-8698

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 83341 | 30291928 | 7/31/24 | 5,830.19 | 28 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 7/26/24 | 12084018 | PDF | Wesierski & Zurek LLP (Firm) | USDC-RIVERSIDE | Base Chg : 35.00 | 137.00 |
| PDF COURTESY DELIVERY | | | 29 Orchard Road | 3470 12TH STREET | PDF/Ship : 102.00 | |
| | | | LAKE FOREST      CA 92630 | RIVERSIDE      CA 92501 | | |
| | | | Caller: Sierra Frazier | | | |
| | | | 5:22-cv-1934-SSS(SPx) | | | |
| | | | NUNEZ | | | |
| | | | DOCS: 4 DOCS | | | |
| | | | MANDATORY CHAMBERS | | | |
| | | | COPIES | | | |
| | | | COURTROOM 2 | | | |
| | | | Signed: delivered | Ref: SBD-0015 | | |

Total  Charges for Ref. - SBD-0015:    137.00

## INVOICE PAYMENT DUE UPON RECEIPT



**First Legal Network**
P.O. Box 745087
Los Angeles, CA 90074-5087

TAX ID# 99-3169047

*** REPRINT ***

# INVOICE

| Invoice No. | Customer No. |
|---|---|
| 30293516 | 83341 |
| **Invoice Date** | **Total Due** |
| 8/15/24 | 4,476.14 |
| | |
| | |
| | |

Wesierski & Zurek LLP
Attn:Brandie Selvey
29 Orchard Road
Lake Forest, CA 92630

BILLING/PAYMENT QUESTIONS
CLIENT CARE (877)350-8698

| | Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|---|
| | 83341 | 30293516 | 8/15/24 | 4,476.14 | 17 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 8/12/24 | 12089627 | PDF | Wesierski & Zurek LLP (Firm)   USDC-RIVERSIDE | Base Chg : | 35.00 | |
| PDF COURTESY DELIVERY | | | 29 Orchard Road   3470 12TH STREET | PDF/Ship : | 34.00 | 69.00 |
| | | | LAKE FOREST   CA 92630   RIVERSIDE   CA 92501 | | | |
| | | | Caller: Sierra Frazier | | | |
| | | | 5:22-cv-1934-SSS(SPx) | | | |
| | | | NUNEZ | | | |
| | | | DOCS: 8 DOCS | | | |
| | | | MANDATORY CHAMBERS | | | |
| | | | COPY STAMP NEEDED | | | |
| | | | FOR COURTROOM 2 | | | |
| | | | Signed: delivered   Ref: SBD-0015 | | | |
| | | | | | | |
| | | | **Total Charges** for Ref. - SBD-0015:   69.00 | | | |

## INVOICE PAYMENT DUE UPON RECEIPT



**First Legal Network**
P.O. Box 745087
Los Angeles, CA 90074-5087

# INVOICE

*** REPRINT ***

| Invoice No. | Customer No. |
|---|---|
| 30328706 | 83341 |
| **Invoice Date** | **Total Due** |
| 4/15/25 | 3,243.21 |
| | |
| | |
| | |

TAX ID# 99-3169047

Wesierski & Zurek LLP
Attn:Brandie Selvey
29 Orchard Road
Lake Forest, CA 92630

BILLING/PAYMENT QUESTIONS
CLIENT CARE (877)350-8698

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 83341 | 30328706 | 4/15/25 | 3,243.21 | 16 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 4/11/25 | 14063267 | PDF | Wesierski & Zurek LLP (Firm) | USDC-RIVERSIDE | Base Chg : 37.25 | 37.25 |
| PDF COURTESY DELIVERY | | | 29 Orchard Road | 3470 12TH STREET | | |
| | | | LAKE FOREST     CA 92630 | RIVERSIDE     CA 92501 | | |
| | | | Caller: Kaitlyn Zendejas | | | |
| | | | 5:22-cv-1934-SSS(SPx) | | | |
| | | | Nunez v. County of San Bernardino | | | |
| | | | DOCS: NTC LODGE X2/PO X2 | | | |
| | | | DELIVER BY 5PM | | | |
| | | | MONDAY TO COURTESY | | | |
| | | | BOX ON 2ND FLOOR, | | | |
| | | | Signed: delivered | Ref: SBD-00015 | | |
| | | | | | | |
| | | | **Total** **Charges** for Ref. - SBD-00015: | 37.25 | | |

## INVOICE PAYMENT DUE UPON RECEIPT

SCHEDULE 10B

 **INVOICE**

PO Box 841441
Dallas, TX 75284-1441
Tax ID: 27-1441384
Billing Inquiries: (877) 350-8698

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| 46667 | May 22, 2024 | 180915-04-01 |

Professional Photocopier Registration #2013191915
County of Registration: Los Angeles

Bill To:
**MICHELLE R. PRESCOTT, ESQ.**
**WESIERSKI & ZUREK LLP**
**29 Orchard Road**
**Lake Forest, CA 92630**

Ordered by:
**MICHELLE R. PRESCOTT, ESQ.**
**WESIERSKI & ZUREK LLP**
**29 Orchard Road**
**Lake Forest, CA 92630**

| | |
|---|---|
| Claim No: SBD-0015 | File Ref: SBD-0015 |
| Case No: 5:22-cv-1934-SSS(SPx) | Subject: ANDREW NUNEZ |
| Court: UNITED STATES DISTRICT COURT | DOI: |
| Plaintiff: ROSA NUNEZ, individually and as successor-in-interest to Decedent, ANTHONY NUNEZ... | Date Ordered: 2/16/2024 |
| Defendant: COUNTY OF SAN BERNARDINO; CITY OF HESPERIA; MICHAEL MARTINEZ; SABRINA CERVANTES; | |

| LOCATION AND DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Basic Fee (Subpoena) | | | 49.00 |
| Subpoena Preparation | | | 13.00 |
| Service Fee | 1.00 | 49.00 | 49.00 |
| Witness Fees | | | 15.00 |
| Check Charge | | | 2.50 |
| Fuel Surcharge | 1.00 | 8.00 | 8.00 |

| Regarding: ANDREW NUNEZ at CHERRY VALLEY HEALTHCARE Banning | | |
|---|---|---|
| | SUB-TOTAL | 136.50 |
| | SALES TAX | .00 |
| | TOTAL DUE | $ 136.50 |

Thank you for choosing First Records Retrieval! For billing inquiries, please call (877) 350-8698.

---

## PLEASE DETACH THIS PORTION AND RETURN WITH YOUR REMITTANCE



1. Please include invoice number on payment
2. Invoice payment due upon receipt
3. Make check payable to First Records Retrieval

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| 46667 | May 22, 2024 | 180915-04-01 |

TOTAL DUE: | $ 136.50 |

Mail Payment to:

**First Records Retrieval**
**PO Box 841441**
**Dallas, TX 75284-1441**

Bill To:
**MICHELLE R. PRESCOTT, ESQ.**
**WESIERSKI & ZUREK LLP**
**29 Orchard Road**
**Lake Forest, CA 92630**

Order#:180915-04-01/ARINV



# INVOICE

PO Box 841441
Dallas, TX 75284-1441
Tax ID: 27-1441384
Billing Inquiries: (877) 350-8698

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| 46667 | May 22, 2024 | 180915-03-01 |

Professional Photocopier Registration #2013191915
County of Registration: Los Angeles

**Bill To:**
MICHELLE R. PRESCOTT, ESQ.
WESIERSKI & ZUREK LLP
29 Orchard Road
Lake Forest, CA 92630

**Ordered by:**
MICHELLE R. PRESCOTT, ESQ.
WESIERSKI & ZUREK LLP
29 Orchard Road
Lake Forest, CA 92630

| | | |
|---|---|---|
| Claim No: SBD-0015 | File Ref: SBD-0015 | |
| Case No: 5:22-cv-1934-SSS(SPx) | Subject: ANDREW NUNEZ | |
| Court: UNITED STATES DISTRICT COURT | DOI: | |
| Plaintiff: ROSA NUNEZ, individually and as successor-in-interest to Decedent, ANTHONY NUNEZ... | Date Ordered: 2/16/2024 | |
| Defendant: COUNTY OF SAN BERNARDINO; CITY OF HESPERIA; MICHAEL MARTINEZ; SABRINA CERVANTES; | | |

| LOCATION AND DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Basic Fee (Subpoena) | | | 49.00 |
| Subpoena Preparation | | | 13.00 |
| Service Fee | 1.00 | 49.00 | 49.00 |
| Witness Fees | | | 15.00 |
| Check Charge | | | 2.50 |
| Fuel Surcharge | 1.00 | 8.00 | 8.00 |

| Regarding: ANDREW NUNEZ at CHERRY VALLEY HEALTH CENTER Banning | SUB-TOTAL | 136.50 |
|---|---|---|
| | SALES TAX | .00 |
| | TOTAL DUE | $ 136.50 |

Thank you for choosing First Records Retrieval! For billing inquiries, please call (877) 350-8698.

---

## PLEASE DETACH THIS PORTION AND RETURN WITH YOUR REMITTANCE



1. Please include invoice number on payment
2. Invoice payment due upon receipt
3. Make check payable to First Records Retrieval

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| 46667 | May 22, 2024 | 180915-03-01 |

| TOTAL DUE: | $ 136.50 |
|---|---|

**Mail Payment to:**

**First Records Retrieval**
**PO Box 841441**
**Dallas, TX 75284-1441**

**Bill To:**
MICHELLE R. PRESCOTT, ESQ.
WESIERSKI & ZUREK LLP
29 Orchard Road
Lake Forest, CA 92630

Order#:180915-03-01/ARINV



**INVOICE**

PO Box 841441
Dallas, TX 75284-1441
Tax ID: 27-1441384
Billing Inquiries: (877) 350-8698

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| 46667 | June 1, 2024 | 180915-01-01 |

**Professional Photocopier Registration #2013191915**
**County of Registration: Los Angeles**

Bill To:
**MICHELLE R. PRESCOTT, ESQ.**
**WESIERSKI & ZUREK LLP**
**29 Orchard Road**
**Lake Forest, CA 92630**

Ordered by:
**MICHELLE R. PRESCOTT, ESQ.**
**WESIERSKI & ZUREK LLP**
**29 Orchard Road**
**Lake Forest, CA 92630**

| | | |
|---|---|---|
| Claim No: SBD-0015 | File Ref: SBD-0015 | |
| Case No: 5:22-cv-1934-SSS(SPx) | Subject: ANDREW NUNEZ | |
| Court: UNITED STATES DISTRICT COURT | DOI: | |
| Plaintiff: ROSA NUNEZ, individually and as successor-in-interest to Decedent, ANTHONY NUNEZ... | Date Ordered: 2/16/2024 | |
| Defendant: COUNTY OF SAN BERNARDINO; CITY OF HESPERIA; MICHAEL MARTINEZ; SABRINA CERVANTES; | | |

| LOCATION AND DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Basic Fee (Subpoena) | | | 49.00 |
| Subpoena Preparation | | | 13.00 |
| Service Fee | 1.00 | 49.00 | 49.00 |
| Trip Charge | 2.00 | 22.75 | 45.50 |
| Witness Fees | | | 15.00 |
| Check Charge | | | 2.50 |
| Fuel Surcharge | 3.00 | 8.00 | 24.00 |

| Regarding: ANDREW NUNEZ at FAMILY PRACTICE ASSOCIATES Hesperia | SUB-TOTAL | 198.00 |
|---|---|---|
| | SALES TAX | .00 |
| | TOTAL DUE | $ 198.00 |

Thank you for choosing First Records Retrieval! For billing inquiries, please call (877) 350-8698.

---

**PLEASE DETACH THIS PORTION AND RETURN WITH YOUR REMITTANCE**



1. Please include invoice number on payment
2. Invoice payment due upon receipt
3. Make check payable to First Records Retrieval

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| 46667 | June 1, 2024 | 180915-01-01 |

**TOTAL DUE:**  $ 198.00

Mail Payment to:
**First Records Retrieval**
**PO Box 841441**
**Dallas, TX 75284-1441**

Bill To:
**MICHELLE R. PRESCOTT, ESQ.**
**WESIERSKI & ZUREK LLP**
**29 Orchard Road**
**Lake Forest, CA 92630**

Order#:180915-01-01/ARINV



**First Legal Network**
P.O. Box 745087
Los Angeles, CA 90074-5087

TAX ID# 99-3169047

# INVOICE

*** REPRINT ***

| Invoice No. | Customer No. |
|---|---|
| 30329469 | 83341 |
| **Invoice Date** | **Total Due** |
| 4/23/25 | 8,130.02 |
| | |
| | |
| | |
| | |

Wesierski & Zurek LLP
Attn:Brandie Selvey
29 Orchard Road
Lake Forest, CA 92630

BILLING/PAYMENT QUESTIONS
CLIENT CARE (877)350-8698

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 83341 | 30329469 | 4/23/25 | 8,130.02 | 31 |

| Date | Ordr No. | Svc | Service Detail | Charges | Total |
|---|---|---|---|---|---|
| 4/18/25 | 14065459 | SPC | Wesierski & Zurek LLP (Firm)          USDC-RIVERSIDE | Base Chg :    178.00 | |
| | | | 29 Orchard Road                               3470 12TH STREET | Wait       :    162.00 | |
| DELIVERY-SPECIAL VEHICLE | | | LAKE FOREST      CA 92630       RIVERSIDE      CA 92501 | Weight     :    117.50 | |
| | | | Caller: Joanna Morales    Wait: 180 Min | Fuel Chg  :     16.02 | 473.52 |
| | | | Nunez v. CoSBD | | |
| | | | DOCS: EXHIBIT BINDERS | | |
| | | | BINDERS HAVE | | |
| | | | HIGHLY SENSITIVE | | |
| | | | INFO IN THEM, WE | | |
| | | | Signed: Irene Vasquez Clerk          Ref: SBD-00015 | | |
| | | | **Total Charges** for Ref. - SBD-00015:     473.52 | | |

# INVOICE PAYMENT DUE UPON RECEIPT



**First Legal Network**
P.O. Box 745087
Los Angeles, CA 90074-5087

# INVOICE

*** REPRINT ***

TAX ID# 99-3169047

| Invoice No. | Customer No. |
|---|---|
| 30332713 | 83341 |
| Invoice Date | Total Due |
| 5/08/25 | 6,967.55 |
| | |
| | |
| | |

Wesierski & Zurek LLP
Attn:Brandie Selvey
29 Orchard Road
Lake Forest, CA 92630

BILLING/PAYMENT QUESTIONS
CLIENT CARE (877)350-8698

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 83341 | 30332713 | 5/08/25 | 6,967.55 | 32 |

| Date | Ordr No. | Svc | Service Detail | Charges | Total |
|---|---|---|---|---|---|
| 5/01/25 | 14070891 | SPC | USDC-RIVERSIDE                      Wesierski & Zurek LLP (Firm)   Base Chg : 178.00 | | |
| | | | 3470 12TH STREET                   29 Orchard Road               Wait     : 81.00 | | |
| DELIVERY-SPECIAL VEHICLE | | | RIVERSIDE      CA 92501          LAKE FOREST    CA 92630      Weight   : 85.00 | | |
| | | | Caller: Joanna Morales   Wait: 90 Min                          Fuel Chg : 16.02 | | 360.02 |
| | | | NUNEZ | | |
| | | | DOCS: 6 BOXES | | |
| | | | PICK UP 6 BOXES | | |
| | | | FROM DEPT. 2 | | |
| | | | RETURN TO CLIENT | | |
| | | | Signed: PAGE W                          Ref: NUNEZ V COSB | | |
| | | | | | |
| | | | **Total  Charges** for Ref. - NUNEZ V COSB:    360.02 | | |

## INVOICE PAYMENT DUE UPON RECEIPT