**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Benjamin S. Levine (SBN 342060)
blevine@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California, 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA NUÑEZ, individually; ANTHONY NUÑEZ, JR., individually and as successor-in-interest to Decedent, Anthony Nuñez; and ANDREW NUÑEZ, individually,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN BERNARDINO; CITY OF HESPERIA; MICHAEL MARTINEZ; SABRINA CERVANTES; JEREMY DEBERG; JONATHAN CAMPOS; and DOES 5 through 15, inclusive,<br><br>Defendants. | Case No. 5:22-cv-01934-SSS-SP<br><br>**DECLARATION OF BENJAMIN S. LEVINE IN SUPPORT OF PLAINTIFFS' OBJECTIONS TO DEFENDANTS' BILL OF COSTS AGAINST PLAINTIFFS** |

# DECLARATION OF BENJAMIN S. LEVINE

I, Benjamin S. Levine, declare as follows:

1. I am an attorney duly licensed to practice law in the State of California, and the Central District of California. I make this declaration in support of Plaintiffs' Objections to Defendants' Bill of Costs Against Plaintiffs. I have personal knowledge of the facts contained herein and could testify competently thereto if called.

2. During the course of this litigation, my office contracted a third-party process service to serve documents, including subpoenas. Subpoenas were served this way on individuals located in various parts of San Bernardino County.

3. One such subpoena was served on a paramedic in San Bernardino, seeking the paramedic's appearance as a witness at trial. Our office was charged $134.32 by the contracted third-party process service for service of this subpoena.

4. On June 6, 2025, I met and conferred via telephone with Defendants' counsel, Abe Salen, regarding Plaintiffs' objections to Defendants' bill of costs. The phone call lasted 19 minutes. Despite these efforts, we were not able to reach an agreement regarding the bill of costs.

I declare under penalty of perjury of the laws of the United States of America, that the foregoing is true and correct. Executed on June 6, 2025, at Woodland Hills, California.

_____/s/ *Benjamin S. Levine*_____
Benjamin S. Levine