**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Benjamin S. Levine (SBN 342060)
blevine@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California, 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT FOR THE**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROSA NUÑEZ, individually; ANTHONY NUÑEZ, JR., individually and as successor-in-interest to Decedent, Anthony Nuñez; and ANDREW NUÑEZ, individually,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN BERNARDINO; CITY OF HESPERIA; MICHAEL MARTINEZ; SABRINA CERVANTES; JEREMY DEBERG; JONATHAN CAMPOS; and DOES 5 through 15, inclusive,<br><br>Defendants. | Case No. 5:22-cv-01934-SSS-SP<br><br>**DECLARATION OF BENJAMIN S. LEVINE IN SUPPORT OF PLAINTIFFS' MOTION FOR NEW TRIAL PURSUANT TO F.R.C.P. 59** |

## DECLARATION OF BENJAMIN S. LEVINE

I, Benjamin S. Levine, declare as follows:

1. I am an attorney duly licensed to practice law in the State of California, and the Central District of California. I make this declaration in support of Plaintiffs' Motion for New Trial. I have personal knowledge of the facts contained herein and could testify competently thereto if called.

2. Attached hereto as "**Exhibit 1**" is a true and correct copy of the relevant portions of the trial transcript of the April 22, 2025, direct examination of Michael Martinez.

3. Attached hereto as "**Exhibit 2**" is a true and correct copy of the relevant portions of the trial transcript of the April 22, 2025, redirect examination of Michael Martinez.

4. Attached hereto as "**Exhibit 3**" is a true and correct copy of the relevant portions of the trial transcript of the April 22, 2025, direct examination of Sabrina Cervantes.

5. Attached hereto as "**Exhibit 4**" is a true and correct copy of the relevant portions of the trial transcript of the April 22, 2025, redirect examination of Sabrina Cervantes.

6. Attached hereto as "**Exhibit 5**" is a true and correct copy of the relevant portions of the trial transcript of the April 23, 2025, direct examination of Jeremy Deberg.

7. Attached hereto as "**Exhibit 6**" is a true and correct copy of the relevant portions of the trial transcript of the April 23, 2025, redirect examination of Jeremy Deberg.

8. Attached hereto as "**Exhibit 7**" is a true and correct copy of the relevant portions of the trial transcript of the April 23, 2025, direct examination of Jonathan Campos.

///

9. Attached hereto as "**Exhibit 8**" is a true and correct copy of the relevant portions of the trial transcript of the April 23, 2025, redirect examination of Jonathan Campos.

10. Attached hereto as "**Exhibit 9**" is a true and correct copy of the relevant portions of the trial transcript of the April 28, 2025, testimony of Corey LaFever.

11. Attached hereto as "**Exhibit 10**" is a true and correct copy of the relevant portions of the transcript of the February 12, 2024, deposition of Corey LaFever.

12. Attached hereto as "**Exhibit 11**" is a true and correct copy of the relevant portions of the trial transcript of the April 24, 2025, direct examination of Luz Elena Ramos.

13. Attached hereto as "**Exhibit 12**" is a true and correct copy of the relevant portions of the trial transcript of the April 24, 2025, redirect examination of Luz Elena Ramos.

14. Attached hereto as "**Exhibit 13**" is a true and correct copy of the relevant portions of the trial transcript of the April 23, 2025, testimony of Scott DeFoe.

15. Attached hereto as "**Exhibit 14**" is a true and correct copy of the relevant portions of the trial transcript of the April 28, 2025, cross-examination of Edward Flosi.

16. Attached hereto as "**Exhibit 15**" is a true and correct copy of the relevant portions of the trial transcript of the April 24, 2025, direct examination of Scott Luzi, M.D..

17. Attached hereto as "**Exhibit 16**" is a true and correct copy of the relevant portions of the trial transcript of the April 29, 2025, Defendants' closing argument.

///

18. Manually lodged with the Court as "**Exhibit 17**" is a true and correct copy of the portion of Michael Martinez's belt-worn audio device recording that was admitted into evidence during trial as Exhibit 4A. [*See* Dkt. 174 at 4.]

19. Manually lodged with the Court as "**Exhibit 18**" is a true and correct copy of the portion of Corey LaFever's belt-worn audio device recording that was admitted into evidence during trial as Exhibit 333A. [*See* Dkt. 174 at 20.]

20. Attached hereto as "**Exhibit 19**" is a true and correct copy of the scene photograph that was admitted into evidence during trial as Exhibit 1-30. [*See* Dkt. 174 at 10.]

21. Attached hereto as "**Exhibit 20**" is a true and correct copy of the scene photograph that was admitted into evidence during trial as Exhibit 306-1. [*See* Dkt. 174 at 19.]

22. Attached hereto as "**Exhibit 21**" is a true and correct copy of the scene photograph that was admitted into evidence during trial as Exhibit 341C. [*See* Dkt. 174 at 21.]

I declare under penalty of perjury of the laws of the United States of America, that the foregoing is true and correct. Executed on June 9, 2025, at Woodland Hills, California.

          /s/ *Benjamin S. Levine*
          Benjamin S. Levine