# Exhibit 4

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION**

**HONORABLE SUNSHINE S. SYKES, U.S. DISTRICT JUDGE**

```
ROSA NUÑEZ, et al.,              )
                                 )
          Plaintiffs,            )
                                 )
     v.                          )     Case No.
                                 )  ED CV 22-1934 SSS (SPx)
COUNTY OF SAN BERNARDINO, et al.,)
                                 )
          Defendants.            )
_____)
```

**REPORTER'S PARTIAL TRANSCRIPT OF TRIAL PROCEEDINGS**
**REDIRECT EXAMINATION OF SABRINA CERVANTES**
**TUESDAY, APRIL 22, 2025**
**4:16 PM**
**RIVERSIDE, CALIFORNIA**

---

**MYRA L. PONCE, CSR NO. 11544, CRR, RPR, RMR, RDR**
FEDERAL OFFICIAL COURT REPORTER
350 WEST 1ST STREET, ROOM 4455
LOS ANGELES, CALIFORNIA  90012
(213) 894-2305

```
       1       Q.    So you were asked about protective equipment, there
       2  were helmets and shields in the vehicles?
       3       A.    Yes, sir.
       4       Q.    So your understanding is there was no force used
04:19PM  5  while Anthony was in the house; is that correct?  In terms of
       6  the officers using force against him.
       7       A.    Oh.  No.
       8       Q.    So it was -- the first force that you were aware of
       9  that was used was after Anthony came out and went to that dirt
04:19PM 10  area?
      11       A.    Yes.
      12       Q.    And then you had the 40 millimeters and the attempt
      13  at the Taser?
      14       A.    Yes.
04:19PM 15       Q.    And then he's walking back towards the front of the
      16  house after that, and that's when you yell out "less lethal"?
      17       A.    Yes.
      18       Q.    And when you yell out "less lethal," it's shortly
      19  after that that you fire your bean bag round?
04:19PM 20       A.    Yes.
      21       Q.    And that would have actually been the second time
      22  you yelled it out because, when you yelled it out earlier, you
      23  had the malfunction?
      24       A.    Yes, sir.
04:19PM 25       Q.    And you're saying, when you yelled out "less lethal"
```

**UNITED STATES DISTRICT COURT**

8

|  |  |
|---|---|
| 04:20PM | 1  and you fired your bean bag round, um, you were towards the |
|  | 2  back of the vehicle -- correct? -- in between but towards the |
|  | 3  back? |
|  | 4      A.    Yes, sir. |
| 04:20PM | 5      Q.    And you're saying Anthony was by the front in |
|  | 6  between? |
|  | 7      A.    Yes, sir. |
|  | 8      Q.    And he was not advancing at that point, you're |
|  | 9  saying; correct? |
| 04:20PM | 10     A.    No, sir, but he -- he still was not complying with |
|  | 11 orders when told to put the chain down. |
|  | 12     Q.    Okay.  But he was not advancing at that point. |
|  | 13 Would you agree with that? |
|  | 14     A.    No, sir. |
| 04:20PM | 15     Q.    You would agree? |
|  | 16     A.    No.  He wasn't advancing. |
|  | 17     Q.    Right. |
|  | 18           And would you at least agree with me that -- okay. |
|  | 19           And then I tried to -- you said he called you -- |
| 04:20PM | 20 excuse my language -- an F'ing B.  I'll say that.  You'll know |
|  | 21 what I mean. |
|  | 22     A.    Yes. |
|  | 23     Q.    He called you an F'ing B.  Was that after you said |
|  | 24 "less lethal"? |
| 04:20PM | 25     A.    I don't -- |

```
 1      Q.   Was that after you shot him or before you shot him?
 2      A.   I don't exactly recall if it was before or after.  I
 3 just do remember that when I did deploy the less lethal is when
 4 he got even more upset and that's when he charged.  But I'm not
 5 too sure if it was right before or it was after.
 6      Q.   It sounds like what you're saying is that you saw
 7 him standing in the front in between the two cars.  You're in
 8 the back in between the two cars.  Martinez is to your right
 9 slightly behind you.  You yell out, "less lethal."  You fire
10 the round while he's standing there, not advancing.  And then
11 after you fired the round, you thought he got -- it appeared he
12 got upset and then started advancing?
13      A.   Yes, sir.
14      Q.   And you're calculating that it was about five or ten
15 seconds, approximately, between your bean bag round and the
16 shots happening?
17      A.   Yes, sir.
18      Q.   Now, in your deposition, do you -- and you reviewed
19 that fairly recently?
20      A.   Yes, sir.
21      Q.   Do you recall saying that you actually got a round
22 off from your bean bag initially when he was in the dirt area?
23 Do you recall saying that in your deposition?
24      A.   No, sir.
25           MR. GALIPO:  Your Honor, I have a copy for the Court
```

|         |    |                                                                   |
|---------|----|-------------------------------------------------------------------|
|         | 1  | Q.   You're not sure.  Okay.  We'll keep playing.                 |
|         | 2  |      (Audiotape played, not reported.)                            |
|         | 3  | Q.   (BY MR. GALIPO:)  Did you hear yourself say "less lethal" right before you fired? |
| 04:31PM | 5  | A.   Yes, sir.                                                    |
|         | 6  | Q.   And, um, you say you only fired one shot; right?             |
|         | 7  | A.   Yes, sir.                                                    |
|         | 8  | Q.   And did you hear, like, two or three shots together there?   |
| 04:31PM | 10 | A.   Right after, yes, sir.                                       |
|         | 11 | Q.   Whose shots were those, if you know?                         |
|         | 12 | A.   Deputy Martinez.                                             |
|         | 13 | Q.   So you already told us that he was not advancing when you fired your shot; correct? |
| 04:31PM | 15 | A.   Yes, sir.                                                    |
|         | 16 |      MR. GALIPO:  Nothing further, Your Honor.                    |
|         | 17 |      (Redirect Examination of Sabrina Cervantes                   |
|         | 18 |       concluded at 4:31 PM.)                                      |
|         | 19 |              *  *  *  *                                           |
|         | 20 |      (Proceedings continued.)                                     |

**UNITED STATES DISTRICT COURT**

**CERTIFICATE OF OFFICIAL REPORTER**

COUNTY OF LOS ANGELES   )
                        )
STATE OF CALIFORNIA     )

      I, MYRA L. PONCE, FEDERAL OFFICIAL REALTIME COURT REPORTER, IN AND FOR THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, DO HEREBY CERTIFY THAT PURSUANT TO SECTION 753, TITLE 28, UNITED STATES CODE THAT THE FOREGOING IS A TRUE AND CORRECT TRANSCRIPT OF THE STENOGRAPHICALLY REPORTED PROCEEDINGS HELD IN THE ABOVE-ENTITLED MATTER AND THAT THE TRANSCRIPT PAGE FORMAT IS IN CONFORMANCE WITH THE REGULATIONS OF THE JUDICIAL CONFERENCE OF THE UNITED STATES.

      DATED THIS 25TH DAY OF MAY, 2025.

      /S/ MYRA L. PONCE
_____
MYRA L. PONCE, CSR NO. 11544, CRR, RDR
FEDERAL OFFICIAL COURT REPORTER