# Exhibit 8

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION**

**HONORABLE SUNSHINE S. SYKES, U.S. DISTRICT JUDGE**

| | |
|---|---|
| **ROSA NUÑEZ, et al.,** )<br>)<br>    Plaintiffs, )<br>)<br>   v.   )<br>)<br>**COUNTY OF SAN BERNARDINO, et al.,** )<br>)<br>    Defendants. )<br>_____) | Case No.<br>ED CV 22-1934 SSS (SPx) |

**REPORTER'S PARTIAL TRANSCRIPT OF TRIAL PROCEEDINGS**
**REDIRECT EXAMINATION OF JONATHAN CAMPOS**
**WEDNESDAY, APRIL 23, 2025**
**11:52 AM**
**RIVERSIDE, CALIFORNIA**

---

**MYRA L. PONCE, CSR NO. 11544, CRR, RPR, RMR, RDR**
FEDERAL OFFICIAL COURT REPORTER
350 WEST 1ST STREET, ROOM 4455
LOS ANGELES, CALIFORNIA 90012
(213) 894-2305

**UNITED STATES DISTRICT COURT**

```
                  1        WEDNESDAY, APRIL 23, 2025; 11:52 AM

                  2              RIVERSIDE, CALIFORNIA

                  3                     -oOo-

                  4        (The following is a partial transcript

                  5         of the day's trial proceedings:)

                  6                   * * * * *

                  7        (In the presence of the jury:)

                  8        THE COURT:  On behalf of plaintiff?

                  9        MR. GALIPO:  Yes.  Thank you, Your Honor, briefly.

   11:52AM       10                REDIRECT EXAMINATION

                 11   BY MR. GALIPO:

                 12      Q.    You indicated that Anthony was continuously swinging

                 13   the chain.  Do you recall in your deposition testifying that he

                 14   had stopped swinging the chain before Deputy Deberg fired the

   11:52AM       15   40 millimeter and during that time?

                 16      A.    Yes.

                 17      Q.    You would agree -- well, you yourself did not think

                 18   Anthony was in his right state of mind.  Would that be a fair

                 19   statement based on all the stuff he was saying?

   11:53AM       20      A.    Yes.

                 21      Q.    And your training obviously involves de-escalation

                 22   in situations like that for sure?

                 23      A.    Correct.

                 24      Q.    I mean, the goal is to safely take him into custody

   11:53AM       25   or get him help without any force, if possible?
```

**UNITED STATES DISTRICT COURT**

1  A.  Yes.

2  Q.  And so -- you didn't observe injuries on any of the

3 people in the house in the -- that you saw, did you?

4  A.  No.

11:53AM  5  Q.  Do you recall -- I mean, do you recall in your

6 statement saying that when Anthony was hit by the bean bag, he

7 twisted?

8  A.  I believe I was referring to as he was running, yes,

9 I recall that.

11:54AM 10  Q.  So he was hit by the bean bag when he was in front

11 of that Charger and you recall him twisting at that time?

12  A.  I believe so, yes.

13  Q.  In fact, you thought that there were two or three

14 bean bag rounds fired at him in the front of the Charger?

11:54AM 15  A.  Yes.

16  Q.  You didn't realize at the time those are three

17 lethal rounds, did you?

18  A.  Well, it was almost simultaneous but correct.

19  Q.  And your recollection is that Cervantes and Martinez

11:55AM 20 were at the trunk area of the vehicles.  Is that fair?

21  A.  Yes.

22  Q.  I think you characterized in your deposition that

23 when Cervantes fired the bean bag at Anthony, she was directly

24 opposite him on the opposite side of the Charger.  Do you

11:55AM 25 recall that?

**UNITED STATES DISTRICT COURT**

|  |  |  |
|---|---|---|
| | 1 | A. I don't recall exactly what I said. It was three |
| | 2 | years ago, but I think that sounds about right. |
| | 3 | Q. You were also, I think, asked in your deposition |
| | 4 | about the shield and helmets? |
| 11:56AM | 5 | A. Correct. |
| | 6 | Q. I think your opinion was that the helmet could have |
| | 7 | protected someone from possibly being struck by the chain? |
| | 8 | A. That's correct. |
| | 9 | Q. And lastly -- let me see if I can get the right page |
| 11:56AM | 10 | here. |
| | 11 | Your recollection, when the bean bag was first |
| | 12 | fired, the bean bag round, Anthony was in front of the Charger |
| | 13 | more on the driver's side of the front. Is that fair? |
| | 14 | A. That sounds right, yes. |
| 11:57AM | 15 | MR. GALIPO: Thank you. That's all I have, |
| | 16 | Your Honor. |
| | 17 | (Redirect Examination of Jonathan Campos |
| | 18 | concluded at 11:57 AM.) |
| | 19 | * * * * |
| | 20 | (Proceedings continued.) |

**UNITED STATES DISTRICT COURT**

**CERTIFICATE OF OFFICIAL REPORTER**

COUNTY OF LOS ANGELES   )
                        )
STATE OF CALIFORNIA     )


      I, MYRA L. PONCE, FEDERAL OFFICIAL REALTIME COURT REPORTER, IN AND FOR THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, DO HEREBY CERTIFY THAT PURSUANT TO SECTION 753, TITLE 28, UNITED STATES CODE THAT THE FOREGOING IS A TRUE AND CORRECT TRANSCRIPT OF THE STENOGRAPHICALLY REPORTED PROCEEDINGS HELD IN THE ABOVE-ENTITLED MATTER AND THAT THE TRANSCRIPT PAGE FORMAT IS IN CONFORMANCE WITH THE REGULATIONS OF THE JUDICIAL CONFERENCE OF THE UNITED STATES.


      DATED THIS 25TH DAY OF MAY, 2025.


      /S/ MYRA L. PONCE
_____
  MYRA L. PONCE, CSR NO. 11544, CRR, RDR
     FEDERAL OFFICIAL COURT REPORTER