# Exhibit 10

```
 1                UNITED STATES DISTRICT COURT

 2                CENTRAL DISTRICT OF CALIFORNIA

 3

 4   ROSA NUNEZ, individually, ANTHONY    )
     NUNEZ, JR., individually and as      )
 5   successor-in-interest to Decedent,   )
     Anthony Nunez and ANDREW NUNEZ,      )
 6   individually,                        )
                                          )
 7              Plaintiffs,               )
                                          )
 8              vs.                       ) Case No.
                                          ) 5:22-CV-01934-SSS-SPx
 9   COUNTY OF SAN BERNARDINO, CITY OF    )
     HESPERIA, MICHAEL MARTINEZ, SABRINA  )
10   CERVANTES, JEREMY DEBERG, JONATHAN   )
     CAMPOS, and DOES 5-15, inclusive,    )
11                                        )
                Defendants.               )
12   _____)

13

14           REMOTE VIDEOCONFERENCE DEPOSITION OF

15                      COREY LA FEVER

16                MONDAY, FEBRUARY 12, 2024

17

18

19

20

21

22   Reported Stenographically By:

23   Jinna Grace Kim, CSR No. 14151

24   Job No.:  47724

25
```

Page 5

1                           CALIFORNIA

2                   MONDAY, FEBRUARY 12, 2024

3                           2:07 P.M.

4                          COREY LA FEVER,

5    called as a witness on behalf of the Plaintiffs, having been

6    first duly sworn remotely via videoconference, was examined

7    and testified as follows:

8                           EXAMINATION

9    BY MR. LEVINE:

10       Q.   All right.  Could you please state your full name
11   and spell it for the record?

12       A.   Corey, C-o-r-e-y, La Fever, L-a-f-e-v-e-r.

13       Q.   All right.  And is it Sergeant La Fever?

14       A.   Yes.

15       Q.   All right.  Sergeant La Fever, have you had your
16   deposition taken before?

17       A.   Yes.

18       Q.   Approximately how many times?

19       A.   I'll say half a dozen to a dozen.

20       Q.   And have you testified in court before?

21       A.   Yes.

22       Q.   Approximately how many times?

23       A.   Over 50.

24       Q.   Are you represented by counsel today?

25       A.   Yes.

Page 67

```
 1                      CERTIFICATE

 2                          OF

 3         CERTIFIED STENOGRAPHIC SHORTHAND REPORTER

 4

 5         I, JINNA GRACE KIM, CSR No. 14151, a Certified

 6   Stenographic Shorthand Reporter of the State of California,

 7   do hereby certify:

 8         That the foregoing proceedings were taken before me

 9   at the time and place herein set forth;

10         That any witnesses in the foregoing proceedings,

11   prior to testifying, were placed under oath;

12         That a verbatim record of the proceedings was made

13   by me, using machine shorthand, which was thereafter

14   transcribed under my direction;

15         Further, that the foregoing is an accurate

16   transcription thereof.

17         I further certify that I am neither financially

18   interested in the action, nor a relative or employee of any

19   attorney of any of the parties.

20

21         IN WITNESS WHEREOF, I have subscribed my name, this

22   date:  February 12, 2024.

23

24   _____
     Jinna Grace Kim, CSR No. 14151
25
```