# Exhibit 11

```
                 UNITED STATES DISTRICT COURT

        CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

         HONORABLE SUNSHINE S. SYKES, U.S. DISTRICT JUDGE



ROSA NUÑEZ, et al.,                 )
                                    )
              Plaintiffs,           )
                                    )
     v.                             )     Case No.
                                    )   ED CV 22-1934 SSS (SPx)
COUNTY OF SAN BERNARDINO, et al.,   )
                                    )
              Defendants.           )
_____)


        REPORTER'S PARTIAL TRANSCRIPT OF TRIAL PROCEEDINGS
              DIRECT EXAMINATION OF LUZ ELENA RAMOS
                   THURSDAY, APRIL 24, 2025
                          10:09 AM
                    RIVERSIDE, CALIFORNIA
```

_____

**MYRA L. PONCE, CSR NO. 11544, CRR, RPR, RMR, RDR**
FEDERAL OFFICIAL COURT REPORTER
350 WEST 1ST STREET, ROOM 4455
LOS ANGELES, CALIFORNIA  90012
(213) 894-2305

UNITED STATES DISTRICT COURT

```
 1  before you answer just so we don't have two people speaking at
 2  the same time.  Okay?  Do you understand?
 3              THE WITNESS:  Uh-huh.  Okay.
 4              THE COURT:  And right behind you is some water if
 5  you need it.
 6              THE WITNESS:  Okay.
 7              THE COURT:  Okay.  Thank you.
 8              And you can adjust the microphone now so that it's
 9  right in front of you -- or that I guess make sure it's between
10  you two.  Okay.  Thank you.
11              Go ahead.
12              MR. CARRILLO:  Thank you, Your Honor.
13                        LUZ ELENA RAMOS,
14  called as a witness by the plaintiffs, was sworn and testified
15  through the certified Spanish interpreter as follows:
16                        DIRECT EXAMINATION
17  BY MR. CARRILLO:
18      Q.   Ms. Ramos, what address do you live at?
19      A.   8970 Ninth Avenue, Hesperia, California 92345.
20      Q.   And who is your neighbors closest to you to the
21  north?
22      A.   Well, the closest neighbor I believe would be
23  Mrs. Nuñez.
24      Q.   Just a little background.
25           Before March 29, 2022, would you consider yourself
```

```
1   friends with the Nuñez family before that incident?
2        A.   No.
3        Q.   Before March 29th, 2022, did you know who
4   Anthony Ramos was -- Anthony Nuñez?  Excuse me.
5        A.   No.
6             THE COURT:  I'm going to interrupt you just for a
7   second.
8             So I want to make sure the interpreter -- I want to
9   make sure you're comfortable.  So we can try to fit a folding
10  chair there.
11            THE INTERPRETER:  That would be great.
12            THE COURT:  I know the big chairs won't fit.  But
13  then I don't know how long it's going to take, so I don't want
14  you to have to stand the whole time.  So let's see if we can
15  make you more comfortable and get a folding chair there.
16            THE INTERPRETER:  Thank you.
17            Thank you, Your Honor.
18            THE COURT:  You're welcome.  That may be a little
19  better.
20            Okay.  And you all can see the witness, jurors?
21            Yes.  Okay.  That's good, then.
22            Go ahead.  You can continue.
23            MR. CARRILLO:  Thank you, Your Honor.
24       Q.   (BY MR. CARRILLO:)  For example, had you ever been
25  over to the Nuñez family household at all before March 29th,
```

|  |  |  |
|---|---|---|
| 1 | | 2022? |
| 2 | A. | No. |
| 3 | Q. | And we're here today to talk about an incident that occurred on that date of March 29th, 2022.  You understand that? |
| 6 | A. | Yes. |
| 7 | Q. | How did you first become aware that there was an incident that was occurring at your neighbor's home? |
| 9 | A. | Because there were a lot of police at the house there. |
| 11 | Q. | And how did you become aware that there was a lot of police at the house there? |
| 13 | A. | Because I was outside. |
| 14 | Q. | And when you saw that there were police outside, did any of the police officers communicate with you, talk to you? |
| 16 | A. | No.  No. |
| 17 | Q. | And when you saw the police that were there and you were outside, did you see Anthony or someone you came to later know as Anthony as well? |
| 20 | A. | Not at that time, no. |
| 21 | Q. | After you saw the police there, did the police take any action with you? |
| 23 | A. | No. |
| 24 | Q. | Did the police ever ask you to do anything? |
| 25 | A. | No. |

Timestamps: 10:15AM (line 5), 10:16AM (lines 10, 15, 20), 10:17AM (line 25)

**UNITED STATES DISTRICT COURT**

|  |  |
|---|---|
| 1 | MR. CARRILLO: Oh, I apologize. |
| 2 | MR. WESIERSKI: No objection, Your Honor. |
| 3 | THE COURT: Okay. That's admitted. |
| 4 | (Exhibit No. 341-F for identification |
| 10:21AM  5 | and received into evidence.) |
| 6 | MR. CARRILLO: Thank you. |
| 7 | Q. (BY MR. CARRILLO:) Do you see that photograph, |
| 8 | Ms. Ramos? |
| 9 | A. Uh-huh. |
| 10:22AM 10 | Q. Is that a "yes"? |
| 11 | A. Yes. Yes. |
| 12 | Q. And just for our sake, can you draw a circle around |
| 13 | the vehicle that you remained in in your car for what you |
| 14 | witnessed that day? |
| 10:22AM 15 | A. Right there (indicating). |
| 16 | Q. And I see that you're wearing glasses today. Were |
| 17 | you wearing glasses on the date of this incident? |
| 18 | A. Yes. |
| 19 | Q. And was there anything that you felt was obstructing |
| 10:22AM 20 | your view of the incident involving what you described as a |
| 21 | young man with a chain? |
| 22 | A. Yes. I could see him well. |
| 23 | Q. Was there any obstructions in your view? |
| 24 | A. No. |
| 10:23AM 25 | Q. And when you were looking outside of the front |

**UNITED STATES DISTRICT COURT**

1    Q.    (BY MR. CARRILLO:)  And if I can describe it a
2  little bit.  It looks like you're moving your hands from your
3  waist -- or from your lap area to your waist area; is that
4  correct?
5    A.    Yes.  Like this (indicating).
6    Q.    And you may have a seat.  Thank you.
7          When you saw this movement by Anthony, did you ever
8  see Anthony with the chain swinging it above his head?
9    A.    No.
10   Q.    Did it ever appear to you from what you witnessed
11 with Anthony with the chain that Anthony attempted to strike
12 any of the officers?
13   A.    No.
14   Q.    And if I may show you Exhibit 1, page 7, which I
15 believe is already in evidence.
16         THE COURT:  Yes.  That's in evidence.
17         MR. CARRILLO:  Thank you.
18   Q.    (BY MR. CARRILLO:)  And what I'm showing you,
19 Ms. Ramos, is an image here which has the Dodge Charger and
20 sheriff's deputy vehicle in the street.
21   A.    Uh-huh.
22   Q.    Would this have been the general direction that you
23 were able to observe Anthony from, be it obviously from feet
24 behind this view?
25   A.    Uh-huh.  I could -- I could see all this where he

10:30AM
```
 1     Q.   Just before you saw these shots fired, did it ever
 2  appear to you that Anthony was running at any of the officers?
 3     A.   No.  No.
 4     Q.   And just before you saw these shots fired, did it
 5  ever appear to you that Anthony was using the chain to try to
 6  strike any of the officers?
 7     A.   No.
 8     Q.   And you have no doubt about what you witnessed that
 9  day?
```

10:30AM
```
10     A.   No.
11     Q.   And after you closed your eyes and you opened them
12  back up, what is the next thing that you witnessed?
13     A.   That they moved him from there to give him first aid
14  to revive him.
```

10:31AM
```
15     Q.   And then at some point did you go back into your
16  home?
17     A.   Yes.  I moved out of the car.  And when I saw that
18  they could no longer revive him, that he was dead, I moved into
19  my room.
```

10:31AM
```
20     Q.   Ms. Ramos, did you ever speak to any police officers
21  that day about what you witnessed?
22     A.   No.
23     Q.   And did they ever try and come and speak to you,
24  Ms. Ramos?
```

10:32AM
```
25     A.   No.
```

**CERTIFICATE OF OFFICIAL REPORTER**

COUNTY OF LOS ANGELES   )
                        )
STATE OF CALIFORNIA     )

      I, MYRA L. PONCE, FEDERAL OFFICIAL REALTIME COURT REPORTER, IN AND FOR THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, DO HEREBY CERTIFY THAT PURSUANT TO SECTION 753, TITLE 28, UNITED STATES CODE THAT THE FOREGOING IS A TRUE AND CORRECT TRANSCRIPT OF THE STENOGRAPHICALLY REPORTED PROCEEDINGS HELD IN THE ABOVE-ENTITLED MATTER AND THAT THE TRANSCRIPT PAGE FORMAT IS IN CONFORMANCE WITH THE REGULATIONS OF THE JUDICIAL CONFERENCE OF THE UNITED STATES.

      DATED THIS 25TH DAY OF MAY, 2025.


      /S/ MYRA L. PONCE
_____
MYRA L. PONCE, CSR NO. 11544, CRR, RDR
FEDERAL OFFICIAL COURT REPORTER