# Exhibit 12

```
 1                    UNITED STATES DISTRICT COURT

 2          CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

 3           HONORABLE SUNSHINE S. SYKES, U.S. DISTRICT JUDGE

 4


 5   ROSA NUÑEZ, et al.,                  )
                                          )
 6                     Plaintiffs,        )
                                          )
 7       v.                               )       Case No.
                                          )  ED CV 22-1934 SSS (SPx)
 8   COUNTY OF SAN BERNARDINO, et al.,    )
                                          )
 9                     Defendants.        )
     _____)
10

11            REPORTER'S PARTIAL TRANSCRIPT OF TRIAL PROCEEDINGS
                 REDIRECT EXAMINATION OF LUZ ELENA RAMOS
12                     THURSDAY, APRIL 24, 2025
                              11:27 AM
13                      RIVERSIDE, CALIFORNIA
```

---

MYRA L. PONCE, CSR NO. 11544, CRR, RPR, RMR, RDR
FEDERAL OFFICIAL COURT REPORTER
350 WEST 1ST STREET, ROOM 4455
LOS ANGELES, CALIFORNIA  90012
(213) 894-2305

UNITED STATES DISTRICT COURT

```
                1    speculation.
                2              THE COURT:  Overruled.
                3              You can answer.
                4              THE WITNESS:  I didn't understand the question.
11:30AM         5         Q.   (BY MR. CARRILLO:)  When you were watching Anthony
                6    and his interaction with the officers, did Anthony make any
                7    movements that you felt were aggressive towards the officers?
                8         A.   No.
                9         Q.   And even though your windows were up, were you able
11:30AM        10    to hear the shots that were fired?
               11         A.   Yes.  The gunshots?  Yes.  Yes.
               12         Q.   Okay.  And were there any times where Anthony
               13    appeared to you that he was moving away from the officers?
               14              MR. WESIERSKI: Objection.  Vague as to time.
11:31AM        15              THE COURT:  I'll sustain the objection.  So you can
               16    ask another question.
               17         Q.   (BY MR. CARRILLO:)  When Anthony was in the dirt
               18    area, were there times to you that it appeared that Anthony was
               19    moving away from the officers?
11:31AM        20         A.   He was moving backwards.
               21         Q.   And, Ms. Ramos, did you ever see Anthony swinging
               22    the chain over his head at any time?
               23              MR. WESIERSKI: Objection.  Asked and answered.
               24              THE COURT:  Overruled.
11:31AM        25              THE WITNESS:  No.
```

**CERTIFICATE OF OFFICIAL REPORTER**

COUNTY OF LOS ANGELES   )
                        )
STATE OF CALIFORNIA     )

      I, MYRA L. PONCE, FEDERAL OFFICIAL REALTIME COURT REPORTER, IN AND FOR THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, DO HEREBY CERTIFY THAT PURSUANT TO SECTION 753, TITLE 28, UNITED STATES CODE THAT THE FOREGOING IS A TRUE AND CORRECT TRANSCRIPT OF THE STENOGRAPHICALLY REPORTED PROCEEDINGS HELD IN THE ABOVE-ENTITLED MATTER AND THAT THE TRANSCRIPT PAGE FORMAT IS IN CONFORMANCE WITH THE REGULATIONS OF THE JUDICIAL CONFERENCE OF THE UNITED STATES.

                DATED THIS 25TH DAY OF MAY, 2025.

                /S/ MYRA L. PONCE
                _____
                MYRA L. PONCE, CSR NO. 11544, CRR, RDR
                FEDERAL OFFICIAL COURT REPORTER