# Exhibit 17

(Manually Lodged with Court)