# Exhibit 18

(Manually Lodged with Court)