# Exhibit 19



Exhibit 1
Page 30 of 55