# Exhibit 20



NUNEZ/SBD-001523

TRIAL EXHIBIT 306-1