# Exhibit 21



TRIAL EXHIBIT 341 C