UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA NUÑEZ, INDIVIDUALLY; ANTHONY NUÑEZ, JR., INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO DECEDENT, ANTHONY NUÑEZ; AND ANDREW NUÑEZ, INDIVIDUALLY,<br><br>PLAINTIFFS,<br><br>V.<br><br>COUNTY OF SAN BERNARDINO; CITY OF HESPERIA; MICHAEL MARTINEZ; SABRINA CERVANTES; JEREMY DEBERG; JONATHAN CAMPOS; AND DOES 5 THROUGH 15, INCLUSIVE,<br><br>Defendants. | Case No. 5:22-cv-01934-SSS-SP<br><br>**(PROPOSED) ORDER GRANTING MOTION FOR NEW TRIAL** |

1

On June 9, 2025, Plaintiffs filed a Motion for New Trial pursuant to Federal Rule of Civil Procedure 59.

The Court, having considered the motion, hereby GRANTS the Motion and ORDERS as follows:

1. The Judgment, entered on May 12, 2025 [Dkt. 193], is VACATED; and
2. A new trial, in which Corey LaFever is precluded from testifying, shall be held on all issues. No later than [DATE], the parties shall file a joint report proposing dates for a new trial.

IT IS SO ORDERED.

Dated:

_____
SUNSHINE S. SYKES
United States District Judge

2