LAW OFFICES OF DALE K. GALIPO
Benjamin S. Levine (SBN 342060)
blevine@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California, 91367

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rosa Nuñez, et al.<br><br>PLAINTIFF(S)<br><br>v.<br><br>County of San Bernardino, et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>5:22-cv-01934-SSS-SP<br><br>**NOTICE OF MANUAL FILING OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed  ☑ Lodged:  (**List Documents**)

Exhibit 17 to Declaration of Benjamin S. Levine in Support of Plaintiffs' Motion for New Trial

Exhibit 18 to Declaration of Benjamin S. Levine in Support of Plaintiffs' Motion for New Trial

**Reason:**
☐ Under Seal
☐ In Camera
☑ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

| | |
|---|---|
| June 9, 2025<br>Date | Benjamin S. Levine<br>Attorney Name<br>All Plaintiffs<br>Party Represented |

*Note:  File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*