# MA EXHIBIT 3

```
 1                  UNITED STATES DISTRICT COURT

 2         CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

 3         HONORABLE SUNSHINE S. SYKES, U.S. DISTRICT JUDGE

 4


 5   ROSA NUÑEZ, et al.,                )
                                        )
 6                   Plaintiffs,        )
                                        )
 7       v.                             )     Case No.
                                        )   ED CV 22-1934 SSS (SPx)
 8   COUNTY OF SAN BERNARDINO, et al.,  )
                                        )
 9                   Defendants.        )
     _____)

10

11         REPORTER'S PARTIAL TRANSCRIPT OF TRIAL PROCEEDINGS
              DIRECT EXAMINATION OF SABRINA CERVANTES
12                   TUESDAY, APRIL 22, 2025
                            3:21 PM
13                   RIVERSIDE, CALIFORNIA

14

15

16

17

18

19

20

21

22   _____

23       MYRA L. PONCE, CSR NO. 11544, CRR, RPR, RMR, RDR
                 FEDERAL OFFICIAL COURT REPORTER
24             350 WEST 1ST STREET, ROOM 4455
                LOS ANGELES, CALIFORNIA  90012
25                     (213) 894-2305
```

UNITED STATES DISTRICT COURT

```
03:46PM
                1          THE COURT:  Yes.
                2          MR. GALIPO:  Okay.  I think we can show that one, if
                3   possible.
                4          That's more of a close-up.  Is that -- yes.
                5   Q.     (BY MR. GALIPO:)  Okay.  Can you see that on your
                6   screen?
                7   A.     Yes, sir.
                8   Q.     Okay.  So just so that we're all clear, this would
                9   be when Anthony is walking back towards the front doors of the
               10   house, after the 40 millimeter rounds and after the attempt at
               11   Tasing him.  Are you kind of with me time-wise?
               12   A.     Yes, sir.
               13   Q.     And you, at that point, it sounds like had just
               14   cleared the malfunction?
               15   A.     Yes, sir.
               16   Q.     So would it be correct to say that up to that point
               17   in time, you had not been able to actually fire any bean bag
               18   rounds?
               19   A.     Yes, sir.
               20   Q.     And so -- okay.  You were telling us where you were
               21   positioned when Anthony was walking back to the front doors.
               22   A.     So I was positioned, um, between the Charger and the
               23   red Honda Civic towards the end -- towards the back, so the
               24   back rear tires.  But I was in between both cars, if that makes
               25   sense.
```

**UNITED STATES DISTRICT COURT**

```
                                                                        03:47PM
 1        Q.    Okay.  And so you were towards the back of the cars
 2   but kind of standing in that space in between them?
 3        A.    Yes, sir.
 4        Q.    And then where was Deputy Martinez in relation to
 5   you?
 6        A.    I believe he was on my right side.
 7        Q.    Okay.  And I think you've indicated somewhere maybe
 8   in a statement or deposition he was slightly behind you?
 9        A.    Yeah.  Like, to my right but kind of behind.
10        Q.    So he would have been more -- a little bit more
11   behind the red car?
12        A.    Um, sure.  Yeah.
13        Q.    Does that sound correct, if you were standing in the
14   space in between and he was to your right and a little behind
15   you?
16        A.    Yes.
17        Q.    Okay.  And then how about the other two officers?
18   Where were they positioned?
19        A.    I'm not too sure, sir.
20        Q.    Somewhere to your left, you believe?
21        A.    To my left or behind, yeah.  I'm not too sure.
22        Q.    Okay.  So when Anthony got to the front of the
23   vehicle, did he pause or stand there for some period of time?
24        A.    Yes, sir.
25        Q.    And this is after he walked back towards the front
```

```
1    doors and got towards the front of the vehicle?
2         A.   He -- he was standing between the two -- we were
3    basically looking at each other, straight at each other.  He
4    was standing in the middle as, like, I was standing in the
5    middle.  But he was in the front of the vehicles; I was in the
6    back, if that makes sense.
7         Q.   Okay.  So there was at least the length of the
8    vehicles in between you?
9         A.   Yes, sir.
10        Q.   And when -- how long was he standing in that
11   position before you fired your bean bag shotgun at him?
12        A.   I don't recall, sir.
13        Q.   Okay.  And -- but he was more or less stationary at
14   that time for some period of time?
15        A.   Yes, sir.
16        Q.   And then you yelled out "less lethal" again; is that
17   right?
18        A.   Yes, sir.
19        Q.   Because now you had cleared your malfunction and you
20   thought, well, let me try the less lethal and see what happens?
21        A.   Yes, sir.
22        Q.   And when you yelled out "less lethal,"
23   Officer Martinez would have still been near you to your right
24   maybe and slightly behind you?
25        A.   I don't recall.  I didn't look back at all, sir.
```

**UNITED STATES DISTRICT COURT**

```
                1    A.   Yes, sir.
                2    Q.   Now, after you fired your bean bag round, did you
                3  hear some lethal shots -- or strike that.
                4         Did you hear other shots?
03:54PM         5    A.   Um, not right away.  Um, when I fired the less
                6  lethal bean bag, that is when Mr. Nuñez got upset and started
                7  running towards me and my partner.
                8    Q.   I see.
                9    A.   And then that's when the shots went off.
03:54PM        10    Q.   Okay.  So how much time would you estimate there was
               11  between your bean bag round with the shotgun and the time the
               12  shots started -- the other shots?
               13    A.   It could have been seconds because, after I shot
               14  Mr. Nuñez with the bean bags, he started charging at myself and
03:55PM        15  Deputy Martinez.
               16    Q.   Okay.  What I would like is an estimate of how many
               17  seconds.  You can give a range if you want, whatever you're
               18  comfortable with.
               19    A.   It could be five seconds, could be ten -- between
03:55PM        20  five and ten.
               21    Q.   Five and ten seconds.
               22         So you're saying there was approximately five or ten
               23  seconds between the time you fired your bean bag round and then
               24  Anthony was charging, as you say, and then the -- the other
03:55PM        25  shots?
```

**UNITED STATES DISTRICT COURT**

```
 1                    CERTIFICATE OF OFFICIAL REPORTER

 2

 3   COUNTY OF LOS ANGELES   )
                             )
 4   STATE OF CALIFORNIA     )

 5

 6            I, MYRA L. PONCE, FEDERAL OFFICIAL REALTIME COURT

 7   REPORTER, IN AND FOR THE UNITED STATES DISTRICT COURT FOR THE

 8   CENTRAL DISTRICT OF CALIFORNIA, DO HEREBY CERTIFY THAT PURSUANT

 9   TO SECTION 753, TITLE 28, UNITED STATES CODE THAT THE FOREGOING

10   IS A TRUE AND CORRECT TRANSCRIPT OF THE STENOGRAPHICALLY

11   REPORTED PROCEEDINGS HELD IN THE ABOVE-ENTITLED MATTER AND THAT

12   THE TRANSCRIPT PAGE FORMAT IS IN CONFORMANCE WITH THE

13   REGULATIONS OF THE JUDICIAL CONFERENCE OF THE UNITED STATES.

14

15

16

17                      DATED THIS 25TH DAY OF MAY, 2025.

18

19

20                           /S/ MYRA L. PONCE
                       _____
21                     MYRA L. PONCE, CSR NO. 11544, CRR, RDR
                            FEDERAL OFFICIAL COURT REPORTER
22

23

24

25
```

**UNITED STATES DISTRICT COURT**