# MA EXHIBIT 5

1

<div style="border: 1px solid black; padding: 10px;">

```
 1                    UNITED STATES DISTRICT COURT

 2          CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

 3          HONORABLE SUNSHINE S. SYKES, U.S. DISTRICT JUDGE

 4


 5   ROSA NUÑEZ, et al.,                  )
                                          )
 6                  Plaintiffs,           )
                                          )
 7       v.                               )     Case No.
                                          )  ED CV 22-1934 SSS (SPx)
 8   COUNTY OF SAN BERNARDINO, et al.,    )
                                          )
 9                  Defendants.           )
     _____)
10

11          REPORTER'S PARTIAL TRANSCRIPT OF TRIAL PROCEEDINGS
                 DIRECT EXAMINATION OF JEREMY DEBERG
12                    WEDNESDAY, APRIL 23, 2025
                              9:32 AM
13                      RIVERSIDE, CALIFORNIA

14

15

16

17

18

19

20

21

22   _____

23       MYRA L. PONCE, CSR NO. 11544, CRR, RPR, RMR, RDR
                  FEDERAL OFFICIAL COURT REPORTER
24                 350 WEST 1ST STREET, ROOM 4455
                   LOS ANGELES, CALIFORNIA  90012
25                        (213) 894-2305
```

</div>

UNITED STATES DISTRICT COURT

```
 1              And so we could just see from this angle maybe where
 2    the beginning of that space would start?
 3         A.    Yes.
 4         Q.    Okay.  But just so we're clear, when you heard the
 5    bean bag round go off, you're saying that Mr. Nuñez was still
 6    in front of the gray vehicle.  He wasn't to that space yet.  Is
 7    that fair?
 8         A.    Correct.  He had not entered the space between the
 9    two vehicles yet.
10         Q.    Okay.  Could you tell whether the bean bag round
11    struck Mr. Nuñez?
12         A.    I don't know if it did or not.
13         Q.    Where were you positioned relative to the vehicles
14    when you heard the bean bag round go off?
15         A.    I was northeast of the vehicles.  After I deployed
16    the fourth 40 millimeter round, I was out of 40 millimeter
17    rounds.  So I was actually walking back towards
18    Sergeant LaFever's patrol car to get additional 40 millimeter
19    rounds.
20         Q.    But it sounds like you at least heard the bean bag
21    round; correct?
22         A.    Yes.
23         Q.    And you at least at that point were aware, as you
24    testified in your deposition, that Mr. Nuñez was not yet in
25    that space but in front of the gray car?
```

**UNITED STATES DISTRICT COURT**

```
              1        A.   Yes.  He was moving north towards that space between
              2   the vehicles.
              3        Q.   Okay.  And was he crossing across the front of the
              4   gray car that we see here?
  10:06AM     5        A.   Yes, in that area.
              6        Q.   Okay.  At some point did you hear gunshots?
              7        A.   Yes.
              8        Q.   How many shots did you hear?
              9        A.   I believe it was three.
  10:06AM    10        Q.   So if we added the bean bag round and the three
             11   shots from the firearm, from the handgun, that would be four
             12   shots you heard all together?
             13        A.   Yes.  That's how many it would add up to.
             14        Q.   And in your mind, you were able to distinguish the
  10:07AM    15   bean bag round from the other rounds?
             16        A.   Yes.
             17        Q.   Do you have an estimate as to how much time passed
             18   from you hearing the bean bag round fired by Deputy Cervantes
             19   when Mr. Nuñez was in front of the gray car and then hearing
  10:07AM    20   the start of the lethal rounds?
             21        A.   I don't have an exact time estimate, but it was very
             22   close together.
             23        Q.   When you say "very close together," are you saying
             24   it was nearly simultaneous?
  10:08AM    25        A.   I'd say a little bit longer than nearly
```

**UNITED STATES DISTRICT COURT**

```
          1    simultaneous, but it was not a significant amount of time.
          2        Q.   Can you turn to page 78 of your deposition, please?
          3    I want to draw your attention to question -- to lines 16
          4    through 22 on that page.
10:08AM   5             Do you recall being asked whether it was more or
          6    less simultaneous, the bean bag round and the shots from the
          7    handgun?  Do you recall now being asked that question on
          8    lines 16 through 19?
          9        A.   Yes, I do now.
10:09AM  10        Q.   Okay.  Do you recall what your answer was?
         11        A.   I stated I could not distinguish between the
         12    gunshots.
         13        Q.   Right.
         14             You could not distinguish the difference between the
10:09AM  15    bean bag shotgun round being fired and Deputy Martinez's duty
         16    weapon fired -- being fired.  Do you recall that response?
         17        A.   After reading it, yes.
         18        Q.   And one of the reasons you couldn't distinguish it
         19    is because they were essentially happening at the same time.
10:09AM  20    Is that fair?
         21        A.   According to my statement, yes.
         22        Q.   I'd like to show you a few other photographs.
         23             MR. GALIPO:  I have a group of photos by agreement,
         24    Your Honor.  Is it okay -- there's about five or six of them --
10:10AM  25    if I give you all the numbers?
```

                    **CERTIFICATE OF OFFICIAL REPORTER**


COUNTY OF LOS ANGELES    )
                         )
STATE OF CALIFORNIA      )


         I, MYRA L. PONCE, FEDERAL OFFICIAL REALTIME COURT REPORTER, IN AND FOR THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, DO HEREBY CERTIFY THAT PURSUANT TO SECTION 753, TITLE 28, UNITED STATES CODE THAT THE FOREGOING IS A TRUE AND CORRECT TRANSCRIPT OF THE STENOGRAPHICALLY REPORTED PROCEEDINGS HELD IN THE ABOVE-ENTITLED MATTER AND THAT THE TRANSCRIPT PAGE FORMAT IS IN CONFORMANCE WITH THE REGULATIONS OF THE JUDICIAL CONFERENCE OF THE UNITED STATES.



                    DATED THIS 25TH DAY OF MAY, 2025.



                         /S/ MYRA L. PONCE
                    _____
                       MYRA L. PONCE, CSR NO. 11544, CRR, RDR
                            FEDERAL OFFICIAL COURT REPORTER