# MA EXHIBIT 6

```
 1                    UNITED STATES DISTRICT COURT

 2          CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

 3           HONORABLE SUNSHINE S. SYKES, U.S. DISTRICT JUDGE

 4


 5   ROSA NUÑEZ, et al.,                  )
                                          )
 6                    Plaintiffs,         )
                                          )
 7        v.                              )       Case No.
                                          )   ED CV 22-1934 SSS (SPx)
 8   COUNTY OF SAN BERNARDINO, et al.,    )
                                          )
 9                    Defendants.         )
     _____)
10

11         REPORTER'S PARTIAL TRANSCRIPT OF TRIAL PROCEEDINGS
                  REDIRECT EXAMINATION OF JEREMY DEBERG
12                    WEDNESDAY, APRIL 23, 2025
                              11:05 AM
13                      RIVERSIDE, CALIFORNIA
```

_____

**MYRA L. PONCE, CSR NO. 11544, CRR, RPR, RMR, RDR**
FEDERAL OFFICIAL COURT REPORTER
350 WEST 1ST STREET, ROOM 4455
LOS ANGELES, CALIFORNIA  90012
(213) 894-2305


UNITED STATES DISTRICT COURT

```
 1         A.   Yes.  After the fourth 40 millimeter round was
 2   deployed.
 3         Q.   Okay.  And can you just draw a -- kind of his path
 4   as you recall it going from however close he got to the street
 5   and then back -- excuse me -- back towards the front of the
 6   gray Charger, just so the jury can get an idea of his path?
 7         A.   Yeah.  He -- again, it's just an approximate area
 8   because of the angle.  But from -- in this area here
 9   (indicating), he went back east.  And he was around this area
10   (indicating) when I deployed the fourth 40 millimeter round.
11   And then that's when he went up this way (indicating) and then
12   between the cars.
13         Q.   Okay.  So you indicated, I think, in your testimony
14   when I was asking you questions that, when the bean bag round
15   was fired, he was in front of the gray Charger; correct?
16         A.   Yes.  Around the front of the gray vehicle.
17         Q.   And when you were asked in your statement that we
18   went over, you indicated that he was at the front of the
19   vehicles when the shots started.  Do you recall that in your
20   statement --
21         A.   Yes.
22         Q.   -- that you read?  Okay.
23              And I know it's been a while since you listened to
24   the audio.  But I'm going to play it.  It's 4-A.  And I want
25   you to say "stop" or raise your hand when you hear yourself say
```

**UNITED STATES DISTRICT COURT**

|         |    |                                                                           |
|---------|----|---------------------------------------------------------------------------|
|         | 1  | Q.    Let's listen to it one more time and just make sure                 |
|         | 2  | you got it right.                                                         |
|         | 3  | A.    Well, the timer said 46 seconds, and the shots were                 |
|         | 4  | after it turned to 49.                                                    |
| 11:17AM | 5  | Q.    Okay. I just want you to look at it one more time                   |
|         | 6  | just to make sure you're comfortable with that.                           |
|         | 7  | (Audiotape played, not reported.)                                         |
|         | 8  | THE WITNESS:  It was about three seconds.                                 |
|         | 9  | Q.    (BY MR. GALIPO:)  Three seconds between your last 40                |
| 11:17AM | 10 | and when the shots happened?                                              |
|         | 11 | A.    Yes.                                                                |
|         | 12 | Q.    And would you agree at least in listening to it and                 |
|         | 13 | we discussed this earlier, the bean bag round and the gunshots            |
|         | 14 | are literally at the same time?                                           |
| 11:17AM | 15 | A.    Yes.                                                                |
|         | 16 | Q.    You made reference to statements being made by                      |
|         | 17 | Mr. Nuñez that could have been, I take it, characterized as               |
|         | 18 | potentially suicidal.  Is that fair?  Wanting to die or you're            |
|         | 19 | going to kill me or words to that effect?                                 |
| 11:18AM | 20 | A.    Yes, he did.                                                        |
|         | 21 | Q.    Okay. And you have training that that could be                      |
|         | 22 | indicative of someone in a mental health crisis.  Is that fair?           |
|         | 23 | Someone who's suicidal or potentially suicidal?                           |
|         | 24 | A.    Potentially.                                                        |
| 11:18AM | 25 | Q.    And I take it you have training with regards to                     |

**UNITED STATES DISTRICT COURT**

1                    **CERTIFICATE OF OFFICIAL REPORTER**

2

3    COUNTY OF LOS ANGELES   )
                             )
4    STATE OF CALIFORNIA     )

5

6              I, MYRA L. PONCE, FEDERAL OFFICIAL REALTIME COURT

7    REPORTER, IN AND FOR THE UNITED STATES DISTRICT COURT FOR THE

8    CENTRAL DISTRICT OF CALIFORNIA, DO HEREBY CERTIFY THAT PURSUANT

9    TO SECTION 753, TITLE 28, UNITED STATES CODE THAT THE FOREGOING

10   IS A TRUE AND CORRECT TRANSCRIPT OF THE STENOGRAPHICALLY

11   REPORTED PROCEEDINGS HELD IN THE ABOVE-ENTITLED MATTER AND THAT

12   THE TRANSCRIPT PAGE FORMAT IS IN CONFORMANCE WITH THE

13   REGULATIONS OF THE JUDICIAL CONFERENCE OF THE UNITED STATES.

14

15

16

17                       DATED THIS 25TH DAY OF MAY, 2025.

18

19

20                              /S/ MYRA L. PONCE
                         _____
21                        MYRA L. PONCE, CSR NO. 11544, CRR, RDR
                              FEDERAL OFFICIAL COURT REPORTER
22

23

24

25

**UNITED STATES DISTRICT COURT**