# MA EXHIBIT 7

1

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION**

**HONORABLE SUNSHINE S. SYKES, U.S. DISTRICT JUDGE**

```
ROSA NUÑEZ, et al.,             )
                                )
           Plaintiffs,          )
                                )
    v.                          )     Case No.
                                )  ED CV 22-1934 SSS (SPx)
COUNTY OF SAN BERNARDINO, et al.,)
                                )
           Defendants.          )
_____)
```

**REPORTER'S PARTIAL TRANSCRIPT OF TRIAL PROCEEDINGS**
**DIRECT EXAMINATION OF JONATHAN CAMPOS**
**WEDNESDAY, APRIL 23, 2025**
**11:23 AM**
**RIVERSIDE, CALIFORNIA**

---

**MYRA L. PONCE, CSR NO. 11544, CRR, RPR, RMR, RDR**
FEDERAL OFFICIAL COURT REPORTER
350 WEST 1ST STREET, ROOM 4455
LOS ANGELES, CALIFORNIA  90012
(213) 894-2305

**UNITED STATES DISTRICT COURT**

|  |  |  |
|---|---|---|
|  | 1 | A. (Indicating.) |
|  | 2 | Q. Okay. Thank you. |
|  | 3 | Now, you recall in your statement describing that |
|  | 4 | the bean bag round and the lethal rounds were almost |
| 11:35AM | 5 | simultaneous. Do you remember describing that in your |
|  | 6 | statement? |
|  | 7 | A. I believe so. |
|  | 8 | Q. Have you heard the audio recently of the bean bag |
|  | 9 | round and the shots? |
| 11:35AM | 10 | A. Not recently, no, but I recall the audio. |
|  | 11 | Q. Okay. We're going to try to play it for you real |
|  | 12 | quick, just the -- the last portion, if we can. And you tell |
|  | 13 | me -- oh, let's not do it yet because I want to keep that arrow |
|  | 14 | up. My fault. |
| 11:35AM | 15 | We'll play it in a second. |
|  | 16 | A. Okay. |
|  | 17 | Q. So your deposition testimony -- have you had a |
|  | 18 | chance to review that as well? |
|  | 19 | A. Yes. |
| 11:35AM | 20 | Q. Would you agree that at the time of |
|  | 21 | Deputy Martinez's first shot, Anthony was located in the area |
|  | 22 | of the front bumper of the Dodge Charger? |
|  | 23 | A. That sounds about right, yes. |
|  | 24 | Q. Would you agree that, at the time of the first shot |
| 11:36AM | 25 | from Deputy Martinez, Anthony was moving north and also facing |

**UNITED STATES DISTRICT COURT**

```
           1   north?
           2       A.   Yes.
           3       Q.   And do you recall testifying to that in your
           4   deposition?
11:36AM    5       A.   Yes.
           6       Q.   And you made the arrow which way facing north was on
           7   this exhibit; is that correct?
           8       A.   Yes.
           9       Q.   And you would agree -- and I think you stated this
11:37AM   10   in your deposition -- that at the time of the first shot,
          11   Anthony had not turned in between the vehicles yet.  Is that
          12   also correct?
          13       A.   That sounds right, yes.
          14       Q.   Do you recall testifying to that in your deposition?
11:37AM   15       A.   Yes.
          16       Q.   And your perception was the first two shots were
          17   kind of back to back with a slight pause before the third one?
          18       A.   Correct.
          19       Q.   And at the time of the second shot, your
11:37AM   20   recollection is that Anthony was also still facing north;
          21   correct?
          22       A.   Yes.
          23       Q.   And by the time of the second shot, he was in
          24   between -- more in between the space between the two vehicles
11:38AM   25   but still facing north in the direction you have drawn the
```

**UNITED STATES DISTRICT COURT**

```
 1                CERTIFICATE OF OFFICIAL REPORTER
 2
 3   COUNTY OF LOS ANGELES   )
                             )
 4   STATE OF CALIFORNIA     )
 5
 6            I, MYRA L. PONCE, FEDERAL OFFICIAL REALTIME COURT
 7   REPORTER, IN AND FOR THE UNITED STATES DISTRICT COURT FOR THE
 8   CENTRAL DISTRICT OF CALIFORNIA, DO HEREBY CERTIFY THAT PURSUANT
 9   TO SECTION 753, TITLE 28, UNITED STATES CODE THAT THE FOREGOING
10   IS A TRUE AND CORRECT TRANSCRIPT OF THE STENOGRAPHICALLY
11   REPORTED PROCEEDINGS HELD IN THE ABOVE-ENTITLED MATTER AND THAT
12   THE TRANSCRIPT PAGE FORMAT IS IN CONFORMANCE WITH THE
13   REGULATIONS OF THE JUDICIAL CONFERENCE OF THE UNITED STATES.
14
15
16
17                    DATED THIS 25TH DAY OF MAY, 2025.
18
19
20                         /S/ MYRA L. PONCE
                      _____
21                    MYRA L. PONCE, CSR NO. 11544, CRR, RDR
                         FEDERAL OFFICIAL COURT REPORTER
22
23
24
25
```