# MA EXHIBIT #17
# [See Dckt. No. 198]

# Exhibit 17

(Manually Lodged with Court)