# MA EXHIBIT 18
# [See Dckt. No. 198]

# Exhibit 18

(Manually Lodged with Court)