# MA EXHIBIT #21
# (TEx. #341C)



TRIAL EXHIBIT 341 C