Christopher P. Wesierski [Bar No. 086736]
cwesierski@wzllp.com
Abe G. Salen [Bar No. 182366]
asalen@wzllp.com
WESIERSKI & ZUREK LLP
29 Orchard Road
Lake Forest, California 92630
Telephone: (949) 975-1000
Facsimile: (949) 756-0517

Attorneys for Defendants,
COUNTY OF SAN BERNARDINO,
CITY OF HESPERIA, MICHAEL
MARTINEZ, SABRINA CERVANTES
and JEREMY DEBERG

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ROSA NUNEZ, individually and as successor-in-interest to Decedent, Anthony Nunez; ANTHONY NUNEZ, JR., individually and as successor-in-interest to Decedent, Anthony Nunez; and, ANDREW NUNEZ, individually, <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF SAN BERNARDINO; CITY OF HESPERIA; MICHAEL MARTINEZ; SABRINA CERVANTES; JEREMY DEBERG; JONATHAN CAMPOS; and DOES 5 through 15, inclusive, <br><br> Defendants. | Case No. 5:22-cv-1934-SSS(SPx) <br><br> **NOTICE OF ERRATA** <br><br> Trial Date: 09/23/2024 |

### TO THE HONORABLE COURT:

On June 19, 2025, Defendants filed an Opposition to Plaintiffs' Motion for New Trial of this matter. [Dckt. 200]. However, the Certificate of Compliance required under this Court's rules were inadvertently omitted from those filings. Accordingly, Defendants respectfully submit this Notice of Errata to provide the

1

1 | Court with the attached Certificate of Compliance for Defendants' Opposition to
2 | Plaintiffs' Motion for New Trial and to apologize for the inadvertent error in failing
3 | to provide it initially.

DATED: June 20, 2025                    WESIERSKI & ZUREK LLP

By: /s/ Christopher P. Wesierski
CHRISTOPHER P. WESIERSKI
ABE G. SALEN
Attorneys for Defendants, COUNTY OF SAN BERNARDINO, CITY OF HESPERIA, MICHAEL MARTINEZ, SABRINA CERVANTES and JEREMY DEBERG

## CERTIFICATE OF COMPLIANCE

The undersigned, counsel of record for Defendants, certifies that the Opposition to Plaintiffs' Motion for New Trial contains 5,533 words, which complies with the word limit of L.R. 11-61.

DATED: June 20, 2025          WESIERSKI & ZUREK LLP

By: /s/ Christopher P. Wesierski
CHRISTOPHER P. WESIERSKI
ABE G. SALEN
Attorneys for Defendants, COUNTY OF SAN BERNARDINO, CITY OF HESPERIA, MICHAEL MARTINEZ, SABRINA CERVANTES and JEREMY DEBERG