**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Benjamin S. Levine (SBN 342060)
blevine@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California, 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT FOR THE

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA NUÑEZ, individually; ANTHONY NUÑEZ, JR., individually and as successor-in-interest to Decedent, Anthony Nuñez; and ANDREW NUÑEZ, individually,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN BERNARDINO; CITY OF HESPERIA; MICHAEL MARTINEZ; SABRINA CERVANTES; JEREMY DEBERG; JONATHAN CAMPOS; and DOES 5 through 15, inclusive,<br><br>Defendants. | Case No. 5:22-cv-01934-SSS-SP<br><br>**DECLARATION OF BENJAMIN S. LEVINE IN SUPPORT OF PLAINTIFFS' REPLY BRIEF IN SUPPORT OF MOTION FOR NEW TRIAL PURSUANT TO F.R.C.P. 59** |

## DECLARATION OF BENJAMIN S. LEVINE

I, Benjamin S. Levine, declare as follows:

1. I am an attorney duly licensed to practice law in the State of California, and the Central District of California. I make this declaration in support of Plaintiffs' Motion for New Trial, accompanying Plaintiffs' Reply. I have personal knowledge of the facts contained herein and could testify competently thereto if called.

2. On May 27, 2025, I contacted Defendants' counsel via email to advise counsel of the then-anticipated Motion for New Trial, inform counsel of the anticipated bases for that motion, and request to meet and confer further regarding the motion via phone or video conference. The email briefly set forth each of the grounds to be advanced in the motion. Regarding the motion's grounds relating to Sergeant LaFever's testimony, the email stated: "The verdict was the result of false or perjurious testimony by Corey LaFever, *whose false testimony was also endorsed by counsel before the jury*." (Emphasis added.)

3. On May 30, 2025, I spoke to Defendants' counsel, Abe Salen, by phone to further meet and confer. I did not record or take detailed notes regarding the phone call. However, I detailed the grounds for Plaintiffs' motion during the call. To the best of my recollection, I believe that I noted, in discussing the motion's grounds relating to Sergeant LaFever's testimony, that some of LaFever's testimony that Plaintiffs believed was false was elicited or supported by counsel at trial.

4. Attached hereto as "**Exhibit 22**" is a true and correct copy of the relevant portions of the trial transcript of the April 22, 2025, direct examination of Sabrina Cervantes, that were not already provided with Plaintiffs' initial motion.

5. Attached hereto as "**Exhibit 23**" is a true and correct copy of the relevant portions of the trial transcript of the April 22, 2025, redirect examination of Sabrina Cervantes, that were not already provided with Plaintiffs' initial motion.

///

6. Attached hereto as "**Exhibit 24**" is a true and correct copy of the relevant portions of the trial transcript of the April 24, 2025, direct examination of Scott Luzi, M.D., that were not already provided with Plaintiffs' initial motion.

7. Attached hereto as "**Exhibit 25**" is a true and correct copy of the relevant portions of the trial transcript of the April 23, 2025, testimony of Scott DeFoe, that were not already provided with Plaintiffs' initial motion.

8. Attached hereto as "**Exhibit 26**" is a true and correct copy of the relevant portions of the trial transcript of the April 28, 2025, testimony of Corey LaFever and discussion between counsel and the Court outside the presence of the jury, that were not already provided with Plaintiffs' initial motion.

9. Attached hereto as "**Exhibit 27**" is a true and correct copy of the relevant portions of the trial transcript of the April 29, 2025, Defendants' closing argument, that were not already provided with Plaintiffs' initial motion.

10. Manually lodged with the Court as "**Exhibit 28**" is a true and correct copy of the California Highway Patrol helicopter video recording that was admitted into evidence during trial as Exhibit 341. [*See* Dkt. 174 at 21.]

I declare under penalty of perjury of the laws of the United States of America, that the foregoing is true and correct. Executed on June 25, 2025, at Woodland Hills, California.

_____/s/ *Benjamin S. Levine*_____
Benjamin S. Levine