Exhibit 22

1           **UNITED STATES DISTRICT COURT**

2        **CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION**

3          **HONORABLE SUNSHINE S. SYKES, U.S. DISTRICT JUDGE**

4

5    **ROSA NUÑEZ, et al.,**                    )
                                                )
6                        **Plaintiffs,**        )
                                                )
7        **v.**                                 )          **Case No.**
                                                )  **ED CV 22-1934 SSS (SPx)**
8    **COUNTY OF SAN BERNARDINO, et al.,**      )
                                                )
9                        **Defendants.**        )
     _____)

10

11        **REPORTER'S PARTIAL TRANSCRIPT OF TRIAL PROCEEDINGS**
              **DIRECT EXAMINATION OF SABRINA CERVANTES**
12                   **TUESDAY, APRIL 22, 2025**
                            **3:21 PM**
13                   **RIVERSIDE, CALIFORNIA**

14

15

16

17

18

19

20

21

22   _____

23        **MYRA L. PONCE, CSR NO. 11544, CRR, RPR, RMR, RDR**
              FEDERAL OFFICIAL COURT REPORTER
24            350 WEST 1ST STREET, ROOM 4455
              LOS ANGELES, CALIFORNIA  90012
25                   (213) 894-2305

**UNITED STATES DISTRICT COURT**

1    that way I'm not using lethal.

2         Q.    Right.  Because part of your training is that if you

3    don't say "less lethal" and you shoot, another officer might

4    mistakenly think it's an actual deadly force; right?

03:41PM    5         A.    Yes, sir.

6         Q.    And then you don't want to have contagious fire, for

7    example?

8         A.    Yes, sir.

9         Q.    Okay.  So you yelled out "less lethal."  And then at

03:41PM   10    some point do you try to fire towards Anthony?

11         A.    Yes, sir.

12         Q.    And what happens when you try to fire?

13         A.    I had a malfunction on the less lethal shotgun.

14         Q.    Okay.  And how did you realize that you were having

03:41PM   15    a malfunction?

16         A.    Because no round came out of the chamber.

17         Q.    All right.  And was that the first time you had ever

18    used the less lethal out in the field?

19         A.    Yes, sir.

03:41PM   20         Q.    Okay.  And then did you try to clear the

21    malfunction?

22         A.    Yes, sir.

23         Q.    And what did you do to try to clear the malfunction?

24         A.    I put the, um -- the rack back.  I took all the less

03:41PM   25    lethal bean bag rounds out, and I reapplied them.  But I

1 believe I only applied about -- maybe two or three that were in

2 there just because I was in a hurry trying to put it back in

3 there and keeping, you know, my obs on Mr. Nuñez.  And I

4 actually was able to clear the malfunction.

03:42PM 5         Q.     Okay.  And where were you positioned in relation to

6 the two vehicles in front of the house when you were clearing

7 the malfunction?

8         A.     I believe I was still behind the gray Charger.

9         Q.     Okay.  And during the time that you were clearing

03:42PM 10 the malfunction, did you hear other less lethal being deployed?

11        A.     Yes, sir.

12        Q.     And, for example, the 40 millimeter?

13        A.     Yes, sir.

14        Q.     Is that, in essence, rubber bullets?

03:42PM 15        A.     Yes, sir.

16        Q.     Okay.  And you heard someone yell out "40/40" or

17 words to that effect?

18        A.     Yes, sir.

19        Q.     Do you recall generally how many of those rounds you

03:43PM 20 heard?

21        A.     I believe maybe three or four.

22        Q.     Okay.  And did you know if the Taser was attempted

23 at some point?

24        A.     Yes, sir.

03:43PM 25        Q.     And what did you observe in that regard?

1          **CERTIFICATE OF OFFICIAL REPORTER**

2

3    COUNTY OF LOS ANGELES   )
                              )
4    STATE OF CALIFORNIA      )

5

6          I, MYRA L. PONCE, FEDERAL OFFICIAL REALTIME COURT

7    REPORTER, IN AND FOR THE UNITED STATES DISTRICT COURT FOR THE

8    CENTRAL DISTRICT OF CALIFORNIA, DO HEREBY CERTIFY THAT PURSUANT

9    TO SECTION 753, TITLE 28, UNITED STATES CODE THAT THE FOREGOING

10   IS A TRUE AND CORRECT TRANSCRIPT OF THE STENOGRAPHICALLY

11   REPORTED PROCEEDINGS HELD IN THE ABOVE-ENTITLED MATTER AND THAT

12   THE TRANSCRIPT PAGE FORMAT IS IN CONFORMANCE WITH THE

13   REGULATIONS OF THE JUDICIAL CONFERENCE OF THE UNITED STATES.

14

15

16

17              DATED THIS 25TH DAY OF MAY, 2025.

18

19

20              /S/ MYRA L. PONCE
     _____
21        MYRA L. PONCE, CSR NO. 11544, CRR, RDR
           FEDERAL OFFICIAL COURT REPORTER
22

23

24

25

**UNITED STATES DISTRICT COURT**