# Exhibit 23

```
                    UNITED STATES DISTRICT COURT

           CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

           HONORABLE SUNSHINE S. SYKES, U.S. DISTRICT JUDGE



ROSA NUÑEZ, et al.,                  )
                                     )
             Plaintiffs,             )
                                     )
   v.                                )     Case No.
                                     )  ED CV 22-1934 SSS (SPx)
COUNTY OF SAN BERNARDINO, et al.,    )
                                     )
             Defendants.             )
_____)


        REPORTER'S PARTIAL TRANSCRIPT OF TRIAL PROCEEDINGS
           REDIRECT EXAMINATION OF SABRINA CERVANTES
                  TUESDAY, APRIL 22, 2025
                         4:16 PM
                  RIVERSIDE, CALIFORNIA
```

---

**MYRA L. PONCE, CSR NO. 11544, CRR, RPR, RMR, RDR**
FEDERAL OFFICIAL COURT REPORTER
350 WEST 1ST STREET, ROOM 4455
LOS ANGELES, CALIFORNIA  90012
(213) 894-2305


**UNITED STATES DISTRICT COURT**

|        |    |                                                                                   |
|--------|----|-----------------------------------------------------------------------------------|
|        | 1  | Q.     Was that after you shot him or before you shot him?                        |
|        | 2  | A.     I don't exactly recall if it was before or after.  I                       |
|        | 3  | just do remember that when I did deploy the less lethal is when                   |
|        | 4  | he got even more upset and that's when he charged.  But I'm not                   |
| 04:21PM| 5  | too sure if it was right before or it was after.                                  |
|        | 6  | Q.     It sounds like what you're saying is that you saw                          |
|        | 7  | him standing in the front in between the two cars.  You're in                     |
|        | 8  | the back in between the two cars.  Martinez is to your right                      |
|        | 9  | slightly behind you.  You yell out, "less lethal."  You fire                      |
| 04:21PM| 10 | the round while he's standing there, not advancing.  And then                     |
|        | 11 | after you fired the round, you thought he got -- it appeared he                   |
|        | 12 | got upset and then started advancing?                                             |
|        | 13 | A.     Yes, sir.                                                                  |
|        | 14 | Q.     And you're calculating that it was about five or ten                       |
| 04:21PM| 15 | seconds, approximately, between your bean bag round and the                       |
|        | 16 | shots happening?                                                                  |
|        | 17 | A.     Yes, sir.                                                                  |
|        | 18 | Q.     Now, in your deposition, do you -- and you reviewed                        |
|        | 19 | that fairly recently?                                                             |
| 04:22PM| 20 | A.     Yes, sir.                                                                  |
|        | 21 | Q.     Do you recall saying that you actually got a round                         |
|        | 22 | off from your bean bag initially when he was in the dirt area?                    |
|        | 23 | Do you recall saying that in your deposition?                                     |
|        | 24 | A.     No, sir.                                                                   |
| 04:22PM| 25 | MR. GALIPO:  Your Honor, I have a copy for the Court                              |

**UNITED STATES DISTRICT COURT**

```
          1    and the witness.  Can I hand it to your clerk?
          2              THE COURT:  Yes.
          3              THE WITNESS:  This is totally different?
          4              THE COURTROOM DEPUTY:  Yes.
04:23PM   5              THE WITNESS:  Okay.
          6        Q.    (BY MR. GALIPO:)  Okay.  Do you have a copy of the
          7    deposition in front of you?
          8        A.    Yes, sir.
          9        Q.    Okay.  There's page numbers on the top right.  Can
04:23PM  10    you turn to page 60, please?
         11              Are you on that page?
         12        A.    Yes, sir.
         13        Q.    Can you read lines 12 to 25 to yourself initially,
         14    and tell me if that refreshes your recollection as to what you
04:23PM  15    testified to at your deposition as to how many bean bag rounds
         16    you actually fired?
         17        A.    (Witness complies.)
         18        Q.    Let me know when you've had a chance --
         19        A.    Oh, yeah.  I read it.
04:24PM  20        Q.    Did you read it?
         21        A.    Yes, sir.
         22        Q.    Okay.  Does it refresh your recollection as to how
         23    many rounds you say you fired from the bean bag, at least what
         24    you said in your deposition?
04:24PM  25        A.    Yes, sir.
```

**UNITED STATES DISTRICT COURT**

|  |  |
|---|---|
| 04:24PM | 1  Q.  Okay.  Having your recollection refreshed, what did
2  you say in your deposition in that regard?
3  A.  So when I was asked these questions, I haven't
4  had -- looked at anything since the first time I got
5  interviewed, which was three years ago.  And I had stated that
6  I don't remember a lot of things.  I was like it could have
7  been one, it could have been two.  I couldn't say.
8       But at the time that I had this interview, I was
9  inside my vehicle.  So I didn't have basically all -- a lot of |

1  Q.  Okay.  Having your recollection refreshed, what did
2  you say in your deposition in that regard?
3  A.  So when I was asked these questions, I haven't
4  had -- looked at anything since the first time I got
5  interviewed, which was three years ago.  And I had stated that
6  I don't remember a lot of things.  I was like it could have
7  been one, it could have been two.  I couldn't say.
8       But at the time that I had this interview, I was
9  inside my vehicle.  So I didn't have basically all -- a lot of
10  the information of what happened, like what I first initially
11  stated.
12  Q.  Okay.  You were in your vehicle when you gave your
13  deposition?
14  A.  Yes, sir.  I was actually out on injury on 4850.  So
15  I was not at work for about a year and a half.
16  Q.  Okay.  Would you at least agree in a deposition you
17  said you fired two rounds?
18  A.  Yes.  If that's what it says, that's what it says,
19  yes.
20  Q.  But you're saying now that that, you believe, is
21  inaccurate?
22  A.  Yes.  I fired one and attempted to fire -- but the
23  first one I attempted didn't actually fire because that's when
24  I got the malfunction.  Then that's when I deployed the second
25  one, the second time that I, um, initiated the less lethal.

```
           1    Q.    Right.
           2          But here it says the first one you thought hit him
           3    in the chest and then you fired another one.  That's what it
           4    says here; correct?
04:26PM    5    A.    Yes, sir.
           6    Q.    Okay.  And you -- the interview you've been
           7    referring to, you gave about a month later?
           8    A.    From the incident -- from -- when?  The initial
           9    incident?
04:26PM   10    Q.    The initial incident.
          11    A.    Yes, sir.
          12    Q.    Okay.  And then I just want to play the --
          13    Exhibit 4A for you.  That's the audio.  And I want you to
          14    listen to when you said "less lethal" before you fired.  And
04:26PM   15    you might have said it twice.
          16          But just listen to it and see if you can hear
          17    yourself saying it before the malfunction and then right before
          18    you fired your less-lethal round.  Okay?  And then we'll stop
          19    it, and I'll ask you what you heard.
04:26PM   20          MR. WESIERSKI:  Well, I'll object to the
          21    characterization of the tape.  I think the tape speaks for
          22    itself.
          23          MR. GALIPO:  Okay.
          24          THE COURT:  Okay.
04:26PM   25          MR. GALIPO:  I just want to play it at this point.
```

**CERTIFICATE OF OFFICIAL REPORTER**

COUNTY OF LOS ANGELES  )
                       )
STATE OF CALIFORNIA    )

       I, MYRA L. PONCE, FEDERAL OFFICIAL REALTIME COURT REPORTER, IN AND FOR THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, DO HEREBY CERTIFY THAT PURSUANT TO SECTION 753, TITLE 28, UNITED STATES CODE THAT THE FOREGOING IS A TRUE AND CORRECT TRANSCRIPT OF THE STENOGRAPHICALLY REPORTED PROCEEDINGS HELD IN THE ABOVE-ENTITLED MATTER AND THAT THE TRANSCRIPT PAGE FORMAT IS IN CONFORMANCE WITH THE REGULATIONS OF THE JUDICIAL CONFERENCE OF THE UNITED STATES.

                  DATED THIS 25TH DAY OF MAY, 2025.

                  /S/ MYRA L. PONCE
                _____
            MYRA L. PONCE, CSR NO. 11544, CRR, RDR
                FEDERAL OFFICIAL COURT REPORTER