# Exhibit 24

```
 1                    UNITED STATES DISTRICT COURT

 2          CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

 3           HONORABLE SUNSHINE S. SYKES, U.S. DISTRICT JUDGE

 4

 5   ROSA NUÑEZ, et al.,                  )
                                          )
 6                   Plaintiffs,          )
                                          )
 7        v.                              )    Case No.
                                          )  ED CV 22-1934 SSS (SPx)
 8   COUNTY OF SAN BERNARDINO, et al.,    )
                                          )
 9                   Defendants.          )
     _____)

10

11          REPORTER'S PARTIAL TRANSCRIPT OF TRIAL PROCEEDINGS
               DIRECT EXAMINATION OF SCOTT LUZI, M.D.
12                    THURSDAY, APRIL 24, 2025
                             11:35 AM
13                     RIVERSIDE, CALIFORNIA
```

MYRA L. PONCE, CSR NO. 11544, CRR, RPR, RMR, RDR
FEDERAL OFFICIAL COURT REPORTER
350 WEST 1ST STREET, ROOM 4455
LOS ANGELES, CALIFORNIA 90012
(213) 894-2305

UNITED STATES DISTRICT COURT

```
01:53PM
              1              MR. GALIPO:  Oh, yes.  Take this down, please.
              2              I'm sorry, Your Honor.
              3              We have Exhibit 342-90.  Is it possible to get that
              4   on -- on the screen so we could show Mr. Wesierski?
01:53PM       5              I think we have an agreement as to this photo.
              6              THE COURT:  Okay.  So 342, page 90, is admitted.
              7                  (Exhibit No. 342-090 for identification
              8                   and received into evidence.)
              9         Q.   (BY MR. GALIPO:)  First of all, does this show the
01:53PM      10   area of the abdomen wound?
             11         A.   Yes.
             12         Q.   Could you circle that area, please?
             13         A.   (Indicating.)
             14         Q.   And can you draw an arrow as to which direction this
01:53PM      15   shot generally went after entering the body?
             16         A.   (Indicating.)
             17         Q.   And is this the one that ended up in the left hip
             18   area?
             19         A.   Yes.
01:53PM      20         Q.   Now, there appears to be two other markings on
             21   the -- the left upper chest.  Do you see that?
             22         A.   Yes.
             23         Q.   And did you have an impression as to what those
             24   were?
01:54PM      25         A.   I refer to them as ballistic injuries.  From what I
```

**UNITED STATES DISTRICT COURT**

|  |  |
|---|---|
|  | 1 understand, less-than-lethal forms of firearms were used on |
|  | 2 this individual.  And so these are consistent with those. |
|  | 3     Q.    Okay.  And in looking at your report -- we could |
|  | 4 take that -- that photo down, please. |
| 01:54PM | 5            In looking at your report, how many of those did you |
|  | 6 see on the body? |
|  | 7     A.    Ma'am, may I refer to my notes? |
|  | 8            THE COURT:  Yes.  Uh-huh. |
|  | 9            THE WITNESS:  Looks like five separate ballistic |
| 01:54PM | 10 injuries. |
|  | 11    Q.    (BY MR. GALIPO:)  Okay.  And you described those in |
|  | 12 a particular section in your report? |
|  | 13    A.    Yes. |
|  | 14    Q.    Did they all appear the same, or was there some |
| 01:55PM | 15 difference in the description? |
|  | 16    A.    There's three on the torso that appear to be the |
|  | 17 same.  One on the right shoulder could have similarities to the |
|  | 18 others on the torso.  And when I'm saying "torso," I mean the |
|  | 19 left chest area.  And there's one on the left arm, just appears |
| 01:55PM | 20 to be smaller than the injuries that were sustained on the |
|  | 21 chest and right shoulder. |
|  | 22    Q.    Thank you. |
|  | 23           MR. GALIPO:  May I confer with counsel for one |
|  | 24 moment? |
| 01:55PM | 25           THE COURT:  Yes. |

**UNITED STATES DISTRICT COURT**

```
 1                (Off-the-record discussion among counsel.)
 2                MR. GALIPO:  Your Honor, we have an agreement as to
 3   342-101.  We're going to crop it somewhat just to cover the
 4   genital area.
 5                THE COURT:  Okay.  That will be admitted.
 6                (Exhibit No. 342-101 for identification
 7                 and received into evidence.)
 8        Q.   (BY MR. GALIPO:)  The -- you see the mark on his
 9   right shoulder?
10        A.   Yes.
11        Q.   And can you -- it's probably obvious, I think.  But
12   can you circle it, please?
13        A.   While I'm doing that, I have to admit, I misspoke.
14   This one does not appear similar to those.  This is what I was
15   referring to, but it does not appear similar to those on the
16   left side of the chest.
17        Q.   Okay.
18        A.   I apologize for that error.
19        Q.   That's no problem.
20             So the other ones kind of look more crescent shaped?
21        A.   Yes.
22        Q.   This one has a different appearance?
23        A.   Yes.
24        Q.   But just to be clear, Doctor, are you saying that
25   this mark on his right shoulder was from a gunshot wound or
```

**UNITED STATES DISTRICT COURT**

1  from something else?

2  A.  Something -- something else.

3  Q.  Do you know, for example, if it's consistent with

4  being struck by a bean bag round?

5  A.  I cannot exclude that, but I don't know what the

6  specifics of a bean bag appearance -- wound appearance would

7  be.

8  Q.  Okay.  Fair enough.

9  But in any event, in your -- just --

10  MR. GALIPO:  Yes.  One moment, please.  Thank you,

11  Ben.

12  Q.  (BY MR. GALIPO:)  In your report, you identified,

13  after describing the gunshot wounds, the area of these

14  ballistic wounds?

15  A.  Yes.

16  Q.  And was there one other ballistic wound somewhere on

17  the left side?

18  A.  Yes.

19  I think the previous photo that you had of the

20  abdomen showed those wounds.

21  Q.  Oh, it did?

22  A.  I think so.

23  Q.  Let's try to put -- we had one more just in case,

24  but we could try to put that last one up.

25  MR. GALIPO:  Okay.  Why don't we -- which exhibit is

**UNITED STATES DISTRICT COURT**

**CERTIFICATE OF OFFICIAL REPORTER**

COUNTY OF LOS ANGELES  )
                       )
STATE OF CALIFORNIA    )

      I, MYRA L. PONCE, FEDERAL OFFICIAL REALTIME COURT REPORTER, IN AND FOR THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, DO HEREBY CERTIFY THAT PURSUANT TO SECTION 753, TITLE 28, UNITED STATES CODE THAT THE FOREGOING IS A TRUE AND CORRECT TRANSCRIPT OF THE STENOGRAPHICALLY REPORTED PROCEEDINGS HELD IN THE ABOVE-ENTITLED MATTER AND THAT THE TRANSCRIPT PAGE FORMAT IS IN CONFORMANCE WITH THE REGULATIONS OF THE JUDICIAL CONFERENCE OF THE UNITED STATES.

      DATED THIS 25TH DAY OF MAY, 2025.

/S/ MYRA L. PONCE
_____
MYRA L. PONCE, CSR NO. 11544, CRR, RDR
FEDERAL OFFICIAL COURT REPORTER