# Exhibit 25

```
 1                    UNITED STATES DISTRICT COURT

 2         CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

 3         HONORABLE SUNSHINE S. SYKES, U.S. DISTRICT JUDGE

 4

 5   ROSA NUÑEZ, et al.,                )
                                        )
 6                  Plaintiffs,         )
                                        )
 7        v.                            )       Case No.
                                        )   ED CV 22-1934 SSS (SPx)
 8   COUNTY OF SAN BERNARDINO, et al.,  )
                                        )
 9                  Defendants.         )
     _____)

10

11         REPORTER'S PARTIAL TRANSCRIPT OF TRIAL PROCEEDINGS
                       TESTIMONY OF SCOTT DEFOE
12                  WEDNESDAY, APRIL 23, 2025
                             1:39 PM
13                    RIVERSIDE, CALIFORNIA

14

15

...

23         MYRA L. PONCE, CSR NO. 11544, CRR, RPR, RMR, RDR
                    FEDERAL OFFICIAL COURT REPORTER
24                   350 WEST 1ST STREET, ROOM 4455
                    LOS ANGELES, CALIFORNIA  90012
25                         (213) 894-2305
```

UNITED STATES DISTRICT COURT

```
         1   under the facts of this case you could not shoot Mr. Nuñez
         2   under a fleeing felon theory?
         3       A.   Correct.
         4       Q.   Now, counsel asked you a couple of questions about
03:34PM  5   the bean bag shotgun, whether the officers should have waited
         6   to see if there was a reaction to it.  Do you recall that?
         7       A.   Yes.
         8       Q.   In your review of the facts, had he ever been struck
         9   with the bean bag shotgun prior to the end when he was in front
03:34PM 10   of the car?
        11       A.   No.
        12       Q.   And the fact that Officer -- Deputy Cervantes said
        13   "less lethal," what's the training as to what that's supposed
        14   to tell her fellow officers?
03:34PM 15       A.   That she's going to deploy less lethal.
        16       Q.   And so they would, based on the training, be
        17   expected to do what?
        18       A.   Hear less lethal being deployed.
        19       Q.   Is there some training on an officer assessing
03:34PM 20   whether or not circumstances are changing, whether less lethal
        21   is having an impact?
        22       A.   Yes.  They're taught to assess, you need an
        23   additional round, you need to deploy, or did the single round
        24   in itself suffice.
03:34PM 25       Q.   And do you believe, based on your review of the
```

**UNITED STATES DISTRICT COURT**

03:35PM

1  evidence, that Deputy Martinez assessed whether the less-lethal
2  bean bag round was going to have an impact?
3    A.   He did not.
4    Q.   Why do you say that?
5    A.   Because he fired -- fired simultaneously.
6    Q.   And counsel kept giving you hypotheticals with this
7  chain raised above the ear and charging.  Do you recall those
8  hypotheticals?
9    A.   I do.
10   Q.   And then he said something to the effect, Are you
11 saying that you think there's evidence to -- to support he
12 wasn't charging at Deputy Martinez?  Do you remember that
13 question?
14   A.   Yes.
15   Q.   And so I want to talk to you a little bit about
16 that.
17        And by the way, before he got to the front of the
18 car, counsel asked you, Is there any evidence that the
19 40 millimeter rounds were having any effect on him?  Do you
20 recall that?
21   A.   Yes.
22   Q.   Did you hear him in the audio say "ah" twice?
23   A.   Yes.
24   Q.   Did you hear him say "Jesus, get away"?
25   A.   Yes.

**UNITED STATES DISTRICT COURT**

**CERTIFICATE OF OFFICIAL REPORTER**

COUNTY OF LOS ANGELES   )
                        )
STATE OF CALIFORNIA     )


   I, MYRA L. PONCE, FEDERAL OFFICIAL REALTIME COURT REPORTER, IN AND FOR THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, DO HEREBY CERTIFY THAT PURSUANT TO SECTION 753, TITLE 28, UNITED STATES CODE THAT THE FOREGOING IS A TRUE AND CORRECT TRANSCRIPT OF THE STENOGRAPHICALLY REPORTED PROCEEDINGS HELD IN THE ABOVE-ENTITLED MATTER AND THAT THE TRANSCRIPT PAGE FORMAT IS IN CONFORMANCE WITH THE REGULATIONS OF THE JUDICIAL CONFERENCE OF THE UNITED STATES.


            DATED THIS 26TH DAY OF APRIL, 2025.



            /S/ MYRA L. PONCE
            _____
            MYRA L. PONCE, CSR NO. 11544, CRR, RDR
               FEDERAL OFFICIAL COURT REPORTER