# Exhibit 27

```
 1                    UNITED STATES DISTRICT COURT

 2         CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

 3          HONORABLE SUNSHINE S. SYKES, U.S. DISTRICT JUDGE

 4

 5   ROSA NUÑEZ, et al.,                  )
                                          )
 6                     Plaintiffs,        )
                                          )
 7       v.                               )     Case No.
                                          )  ED CV 22-1934 SSS (SPx)
 8   COUNTY OF SAN BERNARDINO, et al.,    )
                                          )
 9                     Defendants.        )
     _____)

10

11          REPORTER'S PARTIAL TRANSCRIPT OF TRIAL PROCEEDINGS
                    DEFENDANTS' CLOSING STATEMENT
12                    TUESDAY, APRIL 29, 2025
                             11:13 AM
13                     RIVERSIDE, CALIFORNIA

14

15

16

17

18

19

20

21

22   _____

23      MYRA L. PONCE, CSR NO. 11544, CRR, RPR, RMR, RDR
                 FEDERAL OFFICIAL COURT REPORTER
24                350 WEST 1ST STREET, ROOM 4455
                 LOS ANGELES, CALIFORNIA  90012
25                      (213) 894-2305
```

UNITED STATES DISTRICT COURT

```
          1   ready to swing that chain as a weapon.
          2           The sergeant -- and by the way, why would the
          3   sergeant lie about being there?  He paused his recorder and
          4   then unpaused right after it happened.  And in the heat of the
11:16AM   5   moment -- he was coming from the command post down the street
          6   to where it happened.  But he doesn't have to be on site.  So
          7   why would he lie about that?
          8           And what better commander could you have on site
          9   than somebody who is a hostage negotiator, than somebody who is
11:16AM  10   a person that has trained at the academy on tactical weaponry.
         11   And he's also a person that's had multiple times where he was a
         12   commander on site in the past.
         13           Sergeant LaFever was a -- a perfect person for that
         14   job.  And he has no incentive to lie.  He doesn't have to be on
11:17AM  15   site.
         16           So Sergeant LaFever called in all these other people
         17   for help.  Sometimes the allegations are, oh, you should have
         18   called in more people.  He did.  He called in everybody that he
         19   could call in.  And still that didn't work for this individual.
11:17AM  20           Everything they could do, they did.  Everything they
         21   were required to do, they did.
         22           I don't like to call it a closing argument.  I would
         23   like to call this the closing statement, which I believe I'm
         24   going to now highlight some points for you and I'm going to go
11:18AM  25   through that verdict form and some of the law.
```

**UNITED STATES DISTRICT COURT**

**CERTIFICATE OF OFFICIAL REPORTER**

COUNTY OF LOS ANGELES   )
                        )
STATE OF CALIFORNIA     )


       I, MYRA L. PONCE, FEDERAL OFFICIAL REALTIME COURT REPORTER, IN AND FOR THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, DO HEREBY CERTIFY THAT PURSUANT TO SECTION 753, TITLE 28, UNITED STATES CODE THAT THE FOREGOING IS A TRUE AND CORRECT TRANSCRIPT OF THE STENOGRAPHICALLY REPORTED PROCEEDINGS HELD IN THE ABOVE-ENTITLED MATTER AND THAT THE TRANSCRIPT PAGE FORMAT IS IN CONFORMANCE WITH THE REGULATIONS OF THE JUDICIAL CONFERENCE OF THE UNITED STATES.


                           DATED THIS 12TH DAY OF MAY, 2025.


                                 /S/ MYRA L. PONCE
                     _____
                     MYRA L. PONCE, CSR NO. 11544, CRR, RDR
                        FEDERAL OFFICIAL COURT REPORTER