# Exhibit 28

(Manually Lodged with Court)