LAW OFFICES OF DALE K. GALIPO
Benjamin S. Levine (SBN 342060)
blevine@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California, 91367

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rosa Nuñez, et al. | CASE NUMBER: |
| PLAINTIFF(S) | 5:22-cv-01934-SSS-SP |
| v. | |
| County of San Bernardino, et al. | **NOTICE OF MANUAL FILING OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed ☑ Lodged: (**List Documents**)

Exhibit 28 to Declaration of Benjamin S. Levine in Support of Plaintiffs' Reply Brief in Support of Motion for New Trial

**Reason:**

☐ Under Seal
☐ In Camera
☑ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

June 25, 2025
_____
Date

Benjamin S. Levine
_____
Attorney Name

All Plaintiffs
_____
Party Represented

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*