Christopher P. Wesierski [Bar No. 086736]
 cwesierski@wzllp.com
Abe G. Salen [Bar No. 182366]
 asalen@wzllp.com
WESIERSKI & ZUREK LLP
29 Orchard Road
Lake Forest, California 92630
Telephone: (949) 975-1000
Facsimile: (949) 756-0517

Attorneys for Defendants,
COUNTY OF SAN BERNARDINO and
MICHAEL MARTINEZ

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ROSA NUNEZ, individually and as successor-in-interest to Decedent, Anthony Nunez; ANTHONY NUNEZ, JR., individually and as successor-in-interest to Decedent, Anthony Nunez; and, ANDREW NUNEZ, individually, <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF SAN BERNARDINO; CITY OF HESPERIA; MICHAEL MARTINEZ; SABRINA CERVANTES; JEREMY DEBERG; JONATHAN CAMPOS; and DOES 5 through 15, inclusive, <br><br> Defendants. | Case No. 5:22-cv-1934-SSS(SPx) <br><br> **NOTICE OF WITHDRAWAL OF APPLICATION TO THE CLERK TO TAX COSTS AGAINST PLAINTIFFS [DCKT. NO. 194]** <br><br> Trial Date: 04/21/2025 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Defendants, COUNTY OF SAN BERNARDINO and MICHAEL MARTINEZ, by and through counsel, hereby withdraw their Application to the Clerk to Tax Costs Against Plaintiffs ("Application"), which was previously filed on May 23, 2025 (Dkt. 194).

1

1  DATED: September 11, 2025        WESIERSKI & ZUREK LLP

By: _____
CHRISTOPHER P. WESIERSKI
ABE G. SALEN
Attorneys for Defendants, COUNTY OF SAN BERNARDINO and MICHAEL MARTINEZ